Alan D. Halperin, Esq.
Julie Dyas Goldberg, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, New York 10005
Phone: (212) 765-9100; Fax: (212) 765-0964
ahalperin@halperinlaw.net
jgoldberg@halperinlaw.net

*Proposed Counsel to the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

**E. GLUCK CORPORATION,**
Tax I.D. No. 13-2907195

Chapter 11
Case No. 25-12683 (MG)

                    Debtor.
----------------------------------------------------------x

**NOTICE OF AUCTION SALE AND HEARING ON CONSIDERATION OF APPROVAL OF SALE OF DEBTOR'S ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, SUBJECT TO HIGHER OR BETTER OFFERS PURSUANT TO SECTION 363(b) OF THE BANKRUPTCY CODE**

**TO ALL CREDITORS OF THE DEBTOR AND OTHER NOTICE PARTIES:**

   **PLEASE TAKE NOTICE** that on December 1, 2025 (the "Petition Date"), E. Gluck Corp., the debtor and debtor-in-possession herein ("E. Gluck" or the "Debtor"), filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

   **PLEASE TAKE FURTHER NOTICE** that the Debtor has filed a motion (the "Motion") seeking approval of a certain asset purchase and agreement and all ancillary transaction documents (collectively, the "Sale Agreement") by and between the Debtor, E. Gluck, as seller, and E. Gluck Global LLC (the "Buyer"), dated as of November 30, 2025, pursuant to which, among other things, the Debtor proposes to sell substantially all of its assets (the "Assets") to Buyer, free and clear of all liens, claims and encumbrances, subject to higher or better offers (the "Sale").

{00354049.2 / 1539-001 }

**PLEASE TAKE FURTHER NOTICE** that at a hearing held on [_____] 2025, the Bankruptcy Court entered and order approving the Bidding Procedures (a copy of which is attached hereto as **Exhibit A**) and the Breakup Fee/Expense Reimbursement (the "Bidding Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that an Auction (as defined in the Bidding Procedures) will be held on **[_____], 2026 at 10:00 a.m. (ET)** at the offices of Halperin Battaglia Benzija, LLP, 40 Wall Street, 37th Floor, New York, New York 10005 to consider any higher and better offers in accordance with the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on **[_____]** before the Honorable Martin Glenn to consider approval of the Sale Agreement or any higher and better offer(s) by the Successful Bidder(s) (the "Sale Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Motion seeks approval of the assumption and assignment of certain executory contracts to be identified by the Buyer or other Successful Bidder pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006. Exhibit B to the Bidding Procedures Order sets forth a list of all of the Debtor's executory contracts and unexpired leases, together with a statement of the cure costs (if any) associated with each such contract and lease, calculated in accordance with the Debtor's books and records. In connection with the potential assumption and assignment of the executory contracts and unexpired leases, the Bankruptcy Court, pursuant to the Bidding Procedures Order, has directed that all non-debtor parties to any executory contract or unexpired lease electronically file with the Clerk of the Bankruptcy Court a cure claim, setting forth all claims and arrearages against the Debtor due under such executory contract (the "Cure Claims"), and serve a copy of the Cure Claim upon Halperin Battaglia Benzija, LLP, proposed attorneys for the Debtor, 40 Wall Street, 37th Floor, New York, New York 10005, Attn: Alan D. Halperin, Esq. and Julie Dyas Goldberg, Esq., on or before [_____], **2026 at 4:00 p.m. (ET),** provided, however, that any party that is required to file a Cure Claim, but fails to do so, shall be bound by the cure amount as set forth on Exhibit B to the Bidding Procedures Order, and shall be forever barred from asserting any other Cure Claim against the Debtor, its estate, the Buyer, or its designee, and/or any Successful Bidder arising under such executory contract or unexpired lease.

**PLEASE TAKE FURTHER NOTICE** that the following is a general explanation of the salient terms of the Sale Agreement. Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion:[1]

> Acquired Assets: All assets of the Debtor including all rights and benefits under Assumed Contracts, Inventory, Receivables, tangible personal property, goodwill, Transferred Intellectual Property, unfulfilled customer orders, cash and equivalents, IT Systems, customs and tariff refunds, certain real property refunds,

---

[1] The following is merely a summary of the Sale Agreement and is qualified in its entirety by the actual, express terms of the Sale Agreement. To the extent there is any discrepancy between this summary and the terms of the Sale Agreement, the terms of the Sale Agreement shall control.

{00354049.2 / 1539-001 }

2

insurance policy claims, and all other assets that related to the Business; provided that the Buyer shall have no rights to any of the Excluded Assets, including Seller's membership interests in WITHit Holdings, LLC and certain other subsidiaries, that certain cause of action against Ruben Azrak and/or Steven Jacob Odzer and Avoidance Actions.

Purchase Price: The purchase price for the Acquired Assets is (a) assumption at Closing of the Assumed Liabilities (which amount includes Cure Costs) plus (b) the IDB Payoff Amount. The Estimated Purchase Price is $30 million.

Assumed Liabilities: All Liabilities arising after the Closing Date relevant to the Acquired Assets; all Liabilities under Assigned Contracts including all Determined Cure Costs; all Liabilities under any Unfulfilled Customer Orders; all Transfer Taxes, any Liability related to pre-Closing ordinary course customer programs and certain other expressly scheduled liabilities.

Outside Date and Other Deadlines: The Bidding Procedures must be approved by the Court no later than December 24, 2025, the Sale Hearing must have occurred no later than February 6, 2026, Closing must occur no later than February 13, 2026.

**PLEASE TAKE FURTHER NOTICE,** that any of the hearings scheduled by the Bankruptcy Court may be adjourned from time to time without prior notice to creditors or other parties in interest, other than by announcement in Bankruptcy Court of such adjournment on the date of the hearing.

**PLEASE TAKE FURTHER NOTICE,** that copies of the entire sale package are available for inspection at the Bankruptcy Court's website (www.nysb.uscourts.gov); and you may request a copy by contacting Halperin Battaglia Benzija, LLP, 40 Wall Street, 37th Floor, New York, New York 10005, Attn: Julie Dyas Goldberg, Esq., telephone number (212) 765-9100 or jgoldberg@halperinlaw.net.

(Remainder of Page Intentionally Blank)

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Sale shall be filed electronically with the Clerk of the Bankruptcy Court (with a copy to chambers), and served upon (a) Halperin Battaglia Benzija, LLP, proposed attorneys for the Debtor, 40 Wall Street, 37th Floor, New York, New York 10005, Attn: Alan D. Halperin, Esq. and Julie Dyas Goldberg, Esq. , so as to be received no later than **[_____], 2026 at 4:00 p.m. (ET)**.

Dated: New York, New York
       [_____], 2025

                              **HALPERIN BATTAGLIA BENZIJA, LLP**
                              Proposed Bankruptcy Counsel to
                              **E. GLUCK CORPORATION**
                              Alan D. Halperin, Esq.
                              Julie Dyas Goldberg, Esq.
                              40 Wall Street, 37th Floor
                              New York, New York 10005
                              Phone:  (212) 765-9100;
                              Fax: (212) 765-0964
                              ahalperin@halperinlaw.net;
                              jgoldberg@halperinlaw.net

# EXHIBIT A

# BIDDING PROCEDURES