**Fill in this information to identify the case:**

Debtor name    **E. Gluck Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **25-12683 (mg)**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................   $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................   $     **27,509,772.69**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................   $     **27,509,772.69**

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $     **26,758,689.02**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$     **8,982,501.04**

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b      $     **35,741,190.06**

**Fill in this information to identify the case:**

Debtor name    **E. Gluck Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **25-12683 (mg)**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Israel Discount Bank of New York** | **Checking** | **3638** | $0.00 |
| 3.2. | **Israel Discount Bank of New York** | **Checking** | **3611** | $6,949.67 |
| 3.3. | **Israel Discount Bank of New York** | **FBO Sweep** | **3582** | $293,944.56 |
| 3.4. | **Israel Discount Bank of New York** | **Checking** | **3574** | $20,110.54 |
| 3.5. | **Bank of America** | **Checking** | **5231** | $40,082.77 |
| 3.6. | **Bank of America** | **Checking** | **8802** | $1,753.94 |

Debtor    __E. Gluck Corporation__                    Case number *(If known)*  __25-12683 (mg)__
          Name

| 3.7. | __NEUBERGER BERMAN BD LLC__ | __Brokerage__ | __1441__ | __$2,984.09__ |

**4.**      **Other cash equivalents** *(Identify all)*

**5.**      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $365,825.57 |

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

**7.**      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.      **Prepaid expenses including ordinary course prepayments on various insurance policies.**

| | $100,000.00 |

8.2.      **Prepaid royalties - the debtor prepays certain royalties and trues them up with the respective licensor quarterly.**

| | **Undetermined** |

**9.**      **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $100,000.00 |

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.**      **Accounts receivable**

| 11a. 90 days old or less: | 14,187,166.92 | - | 2,407,661.06 | = .... | $11,779,505.86 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 2,312,998.45 | - | 0.00 | = .... | $2,312,998.45 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,475,000.00 | - | 1,475,000.00 | = .... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.**      **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $14,092,504.31 |

| Part 4: | Investments |

**13. Does the debtor own any investments?**

| Debtor | **E. Gluck Corporation** | Case number *(If known)* **25-12683 (mg)** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                    % of ownership

| | Name of entity | % of ownership | Valuation method | Current value |
|---|---|---|---|---|
| 15.1. | **Approximately 95% of the equity of Clarity Limited, incorporated under the companies ordinance of Hong Kong** | **95%** % | | **$0.00** |
| 15.2. | **Approximately 95% of the equity of E. Gluck Company Limited, incorporated under the companies ordinance of Hong Kong** | **95%** % | | **$0.00** |
| 15.3. | **100% of the membership interests in EGC Holdings, LLC, a Delaware LLC formed in 2021** | **100%** % | | **Undetermined** |
| 15.4. | **51% of WITHit Holdings, LLC** | **51%** % | | **Undetermined** |
| 15.5. | **Equity Investments - Hedgehog eCommerce Corporation** | % | | **Undetermined** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**

| | | **$0.00** |
|---|---|---|

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Inventory** | | **$0.00** | | **$11,451,442.81** |
| 22. | **Other inventory or supplies** | | | | |

| Debtor | **E. Gluck Corporation** | Case number *(If known)*  **25-12683 (mg)** |
|---|---|---|
| | Name | |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| **$11,451,442.81** |
|---|

24. **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.

☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Fixed Assets (Net of Acc Depr & Amor), FF&E** _____  $0.00  _____  Undetermined

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$0.00** |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

| Debtor | **E. Gluck Corporation** | Case number *(If known)* **25-12683 (mg)** |
|---|---|---|
| | Name | |

☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** "Armitron" trademark and associated intellectual property | **$1,500,000.00** | **Revenue based** | **$1,500,000.00** |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** Goodwill | **Undetermined** | | **Undetermined** |

| 66. | **Total of Part 10.** | | **$1,500,000.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

Debtor    **E. Gluck Corporation**                                    Case number *(If known)*  **25-12683 (mg)**
Name

| | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**
     **E. Gluck Corporation, Plaintiff v. Ruben Azrak and Steven Odzer, Defendants, Supreme Court of the State of New York, County of Queens, principal amount $1.4 million, with interest amount exceeds $3.8 million.**

| | |
|---|---|
| Nature of claim | **Money Loaned** |
| Amount requested | **$1,467,452.95** |

**Undetermined**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$0.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor    **E. Gluck Corporation**                                    Case number *(If known)*  **25-12683 (mg)**
          <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $365,825.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $100,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $14,092,504.31 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $11,451,442.81 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,500,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $27,509,772.69 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $27,509,772.69 |

**Fill in this information to identify the case:**

Debtor name    **E. Gluck Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **25-12683 (mg)**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **AUXILIOR CAPITAL PARTNERS, INC**<br>Creditor's Name<br><br>**620 WEST GERMANTOWN PIKE**<br>**SUITE 450**<br>**PLYMOUTH MEETING, PA 19462**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Secured in Equipment Financing Provided** | $32,156.89 | $0.00 |

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **HYG FINANCIAL SERVICES, INC.**<br>Creditor's Name<br><br>**PO BOX 35701**<br>**Billings, MT 59107**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Secured in Equipment Financing Provided** | $5,862.00 | $0.00 |

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Debtor | **E. Gluck Corporation** | Case number (if known) | **25-12683 (mg)** |
|---|---|---|---|
| | Name | | |

---

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **Israel Discount Bank** | Describe debtor's property that is subject to a lien | $26,720,670.13 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**1114 Avenue of Americas**
**New York, NY 10036**
Creditor's mailing address

**Describe the lien**
**Revolving Credit Facility**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/22/21**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $26,758,689.02 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **IDB**<br>**511 Fifth Avenue**<br>**Re: E. Gluck Corp.**<br>**New York, NY 10017** | Line  2.3 | |
| **Jonathan Helfat, Esq. (re IDB)**<br>**Otterbourg P.C.**<br>**230 Park Ave.**<br>**New York, NY 10169** | Line  2.3 | |
| **Paul Hall**<br>**2800 S Price Rd.**<br>**Bldg D.**<br>**Chandler, AZ 85286** | Line  2.2 | |

---

**Fill in this information to identify the case:**

Debtor name **E. Gluck Corporation**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **25-12683 (mg)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**4OVER4.COM**<br>**1941 46TH STREET**<br>**ASTORIA, NY 11105**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$5,503.28** |
| **3.2** Nonpriority creditor's name and mailing address<br>**A&H MFG. CO.**<br>**1 CARDING LANE**<br>**Johnston, RI 02919**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$18,216.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**ABG - Nine West LLC**<br>**1411 Broadway**<br>**21st Fl.**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,527.19** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Able Fire Prevention**<br>**250 WEST 26ST STREET**<br>**4TH FL**<br>**New York, NY 10001**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,338.73** |

| Debtor | **E. Gluck Corporation** | Case number (if known) | **25-12683 (mg)** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205,105.00** |
|---|---|---|---|

**ACTION WISE INTERNATIONAL LTD.**
**ROOM D6 3/F,MAI SHUN INDUSTRIA**
**18-24 KWAI CHEUNG ROAD**
**KWAI CHUNG NT, HONG K**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$169,542.35** |
|---|---|---|---|

**ADAMS & CO. R.E., LLC**
**PO BOX 67026**
**NEWARK, NJ 07101-8081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$540,000.00** |
|---|---|---|---|

**AKWHP, LLC dba WHP GLOBAL**
**530 5TH AVE., 25TH FL.**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$672.00** |
|---|---|---|---|

**ALBA WHEELS UP INTERNATIONAL,**
**1 EAST LINCOLN AVENUE,**
**VALLEY STREAM, NY 11580**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,379.62** |
|---|---|---|---|

**Alta Industrial Equipment NY**
**PO Box 22452**
**New York, NY 10087-2482**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400,000.00** |
|---|---|---|---|

**American Express**
**PO BOX 1270**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,424.50** |
|---|---|---|---|

**AMERICAN GRAPHIC SOLUTION**
**222 RIVER AVENUE**
**LAKEWOOD, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | E. Gluck Corporation | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,227.00**

**APEX DIAMONDS**
**RM 1505, 15/F PENINSULA SQUARE**
**18 SUNG ON STREET**
**HUNG HOM KOWLOON, HON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$925.44**

**BASIN HAULAGE, INC.**
**PO BOX 790058**
**MIDDLE VILLAGE, NY 11379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$665,345.00**

**BRIDGESTONE WATCH LIMITED**
**ROOM 2002-2004 20TH FL**
**NANYANG PLAZA 57 HUNG TO RD**
**KWUN TONG KLN, HONG K**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,610.00**

**CABBAGE SOLUTIONS INC.**
**7316 21 AVE NW**
**ALBERTA CANADA**
**  T6K 2C4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$946.28**

**Canon Financial**
**14904 COLLECTIONS CENTER DR**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,313.54**

**CDW COMPUTER CENTERS**
**P.O. BOX 75723**
**CHICAGO, IL 60675-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,469.81**

**CENTURY OVERHEAD DOORS**
**10 KNICKERBOCKER AVENUE**
**BROOKLYN, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **E. Gluck Corporation** | Case number (if known) | **25-12683 (mg)** |
|---|---|---|---|
| | Name | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,471.21** |
|---|---|---|---|

**CHUBB PERSONAL RISK SVC**
**PO BOX 7247-0180**
**#3121-2889-9763-001P**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,255.41** |
|---|---|---|---|

**CIRCANA, LLC**
**4766 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,248.47** |
|---|---|---|---|

**CITI CARDS**
**PO BOX 9001016**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,980.00** |
|---|---|---|---|

**CITIZEN WATCH CO. LTD.**
**6-1-12, TANASHI-CHO**
**NISHI-TOKYO-SHI**
**TOKYO JAPAN 188-8511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,512.94** |
|---|---|---|---|

**CLEANING SYSTEMS CO.**
**440 EAST SANDFORD BLVD**
**P.O. BOX 3064**
**MOUNT VERNON, NY 10553**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,580.00** |
|---|---|---|---|

**COLECO PAPER CO., INC.**
**PO BOX 15**
**SADDLE RIVER, NJ 07458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,984.86** |
|---|---|---|---|

**Contempo Card Company**
**69 Tingley Street**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **E. Gluck Corporation** | Case number (if known) | **25-12683 (mg)** |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,748.42** |
|---|---|---|---|

**DARLENE DENNIS**
**400 TAX ROAD**
**Shiloh, GA 31826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Diamond Grade Media Inc.**
**PO BOX 296**
**Sugar Loaf, NY 10981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,375.00** |
|---|---|---|---|

**Edgewood Partners Ins. Center**
**PO BOX 22245**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,088.40** |
|---|---|---|---|

**ELM GLOBAL LOGISTICS**
**50 EMJAY BOULEVARD**
**BRENTWOOD, NY 11717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,944.99** |
|---|---|---|---|

**Engie Resources**
**PO BOX 841680**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,275.52** |
|---|---|---|---|

**EXP Topco LLC**
**530 Fifth Ave**
**12th Fl**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$292.37** |
|---|---|---|---|

**FILCO CARTING CORP.**
**161 MCKINLEY STREET**
**CLOSTER, NJ 07624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **E. Gluck Corporation** | | Case number (if known) | **25-12683 (mg)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.33** | **Nonpriority creditor's name and mailing address**
**G.S. Inc**
**885 SOUTH MAIN ST.**
**Pascoag, RI 02859**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$371.84**

---

**3.34** | **Nonpriority creditor's name and mailing address**
**Gluck Family Partnership**
**6015 Little Neck Pkwy**
**Little Neck, NY 11362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$613,937.50**

---

**3.35** | **Nonpriority creditor's name and mailing address**
**GO GREEN**
**230 ROUTE 17**
**PO BOX 382**
**HILLBURN, NY 10931**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.36** | **Nonpriority creditor's name and mailing address**
**GREAT PROGRESS H.K. (HOLDINGS)**
**FLAT A 3RD FL, KAM SHING IND B**
**1-11 KWAI WING RD, KWAI CHUNG**
**HONG KONG**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$829,846.00**

---

**3.37** | **Nonpriority creditor's name and mailing address**
**High Rise Fire Protection Corp**
**144 21ST STREET**
**Brooklyn, NY 11232**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$424.88**

---

**3.38** | **Nonpriority creditor's name and mailing address**
**HITOUCH BUSINESS SERVICES**
**P.O. BOX 208897**
**DALLAS, TX 75320-8897**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21,646.46**

---

**3.39** | **Nonpriority creditor's name and mailing address**
**HONGKONG CHENGHUI IND. CO., LT**
**7F, BLDG B, SHABIAN IND ZONE**
**SAN WEI, HANG CHEN, BAO'AN**
**SHENZHEN, CHINA 00000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$77,524.80**

---

| Debtor | E. Gluck Corporation | | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|---|
| | Name | | | |

---

**3.40**

**Nonpriority creditor's name and mailing address**
**HONGKONG GELOLA WATCH CO. LTD**
**2508/A 25/F, BOA TOWER**
**12 HARCOURT ROAD**
**CENTRAL, HONG KONG 00**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,125,408.00**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**IMPENCO**
**240 GUIZOT STREET WEST**
**H2P 1L5**
**Montreal, QC, Canada**

Date(s) debt was incurred __

Last 4 digits of account number John@impenco.com

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,233,856.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**INFOR (US), LLC**
**NW 7418**
**PO BOX 1450**
**MINNEAPOLIS, MN 55485-7418**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$89,443.25**

---

**3.43**

**Nonpriority creditor's name and mailing address**
**IT-SOFT USA,INC**
**55 WEST MONROE STREET**
**SUITE 2575**
**CHICAGO, IL 60603**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Lai Chi Co.**
**RM 1207, 12/F, GRAND CITY**
**PLAZA, 1 SAI LAU KOK ROAD**
**TSUEN WAN NT, HK**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9,865.20**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**LCD ELEVATOR REPAIR, INC.**
**224 EAST 2ND STREET**
**SUITE 200**
**MINEOLA, NY 11501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,072.96**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**LIAN SHENG GLOBAL SOURCING LTD**
**UNIT 14, 8/F PARAMOUNT BLDG**
**NO.12, KA YIP ST.**
**CHAI WAN 361026, HONG**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$93,464.00**

---

| Debtor | **E. Gluck Corporation** | Case number (if known) | **25-12683 (mg)** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Lights of America**
**199 WILLIS AVE**
**Mineola, NY 11501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$206.20** |
|---|---|---|---|

**LJM CONSULTANTS**
**PO BOX 262**
**West Islip, NY 11795-0262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,002.63** |
|---|---|---|---|

**MILLAMAR LANDSCAPE SERVICES**
**150 PLAINFIELD AVENUE**
**ELMONT, NY 11003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,773.21** |
|---|---|---|---|

**MRT BWR, CORP**
**73-10 EDSALLY AVE**
**GLENDALE, NY 11385-8220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$590,000.00** |
|---|---|---|---|

**New York Yankees**
**1 Steinbrenner Drive**
**Tampa, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,158.08** |
|---|---|---|---|

**NORTHSIDE PACKAGING**
**92 EMERSON PLACE**
**BROOKLYN, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,888.47** |
|---|---|---|---|

**OPENTEXT INC.**
**C/O J.P. MORGAN LOCKBOX**
**24685 NETWORK PLACE**
**CHICAGO, IL 60673-1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **E. Gluck Corporation** | Case number (if known) | **25-12683 (mg)** |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,001.89 |
|---|---|---|---|

**OXFORD HEALTH PLANS**
**UHS PREMIUM BILLING**
**PO BOX 94017**
**PALATINE, IL 60094-4017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,627.68 |
|---|---|---|---|

**Paramount Packaging Corp.**
**1221 OLD WALT WHITMAN RD.**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,388.00 |
|---|---|---|---|

**PREFERRED PLASTICS & PKG. INC.**
**1099 WALL STREET WEST,**
**SUITE 200**
**LYNDHURST, NJ 07071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $322,063.00 |
|---|---|---|---|

**PROFIT LIGHT WATCH LTD.**
**RM.1107, 7/F HING WAI CTR**
**7 TIN WAN PRAYA RD**
**ABERDEEN, HONG KONG 0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $328.80 |
|---|---|---|---|

**Pyrosiginal & Suppression, Inc**
**214-25 42ND AVENUE**
**Bayside, NY 11361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,311.00 |
|---|---|---|---|

**REAL PACKAGING CO., LTD.**
**XIZHAIZITOU INDUSTRIAL PARK**
**XIAZHUANG, CHENGYANG**
**Qingdao, CN 26610-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,111.53 |
|---|---|---|---|

**REFUNDSMANAGER INC**
**1728 57 ST**
**BROOKLYN, NY 11204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **E. Gluck Corporation** | Case number (if known) | **25-12683 (mg)** |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,224.46**

**RITHUM**
**25736 NETWORK PLACE**
**CHICAGO, IL 60673-1257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**SAMUEL S. ADELSBERG & CO**
**280 NORTHERN BOULEVARD**
**GREAT NECK, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$741.55**

**Scantech Solutions**
**777 KENT AVE. SUITE 220**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,115.56**

**SECURITAS TECHNOLOGY CORPORATI**
**DEPT CH 10651**
**PALATINE, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,613.07**

**SHAPE ENTERPRISES LLC**
**1303 53RD STREET**
**SUITE 75**
**BROOKLYN, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$227.28**

**SIGNATURE PRINTING PROMOTIONAL**
**694 ROUTE 15 SOUTH,**
**SUITE 204**
**LAKE HOPATCONG, NJ 07849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,860.40**

**SIMPLER POSTAGE INC.**
**P.O. BOX 104413**
**PASADENA, CA 91189-4413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **E. Gluck Corporation** | Case number (if known) | **25-12683 (mg)** |
|---|---|---|---|
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$887.25**

**SPEEDMARK TRANSPORTATION INC.**
**230-59 INT'L AIRPORT**
**CENTER BLVD, SUITE 282**
**SPRINGFIELD GARDEN, NY 11413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,718.83**

**SPS COMMERCE, INC.**
**PO BOX 205782**
**DALLAS, TX 75320-5782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,235.74**

**STANDARD EXTERMINATING CO, INC**
**25-80 STEINWAY STREET**
**LONG ISLAND CITY, NY 11103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,866.98**

**STAPLES**
**PO BOX 105748**
**ATLANTA,, GA 30348-5748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,159.65**

**STAR STRUCK, INC.**
**16 STONY HILL ROAD**
**BETHEL, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,583.11**

**STAT RECOVERY SERVICES LLC**
**809 SW 1 STREET**
**SUITE 5**
**BENTONVILLE, AR 72712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$212,345.10**

**STEEL TRIBUNE, LLC**
**999 SOUTH OYSTER BAY ROAD**
**SUITE 200**
**BETHPAGE, NY 11714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | E. Gluck Corporation | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|
| | Name | | |

---

**3.75** Nonpriority creditor's name and mailing address

**Steel Tribune, LLC**
**700 Hicksville Rd.**
**Bethpage, NY 11714**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.76** Nonpriority creditor's name and mailing address

**SYSTEMATIC CONTROL CORP**
**203-14 48TH AVE**
**BAYSIDE, NY 11364**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,472.55**

---

**3.77** Nonpriority creditor's name and mailing address

**Telecomp Holdings, Inc.**
**5104 S. PINNACLE HILLS**
**Suite 200**
**Rogers, AR 72758**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$321.73**

---

**3.78** Nonpriority creditor's name and mailing address

**THE GASS WORKS**
**100 24TH ST WEST**
**STE 1 PMB 3021**
**BILLINGS, MT 59102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$1,909.60**

---

**3.79** Nonpriority creditor's name and mailing address

**THE SYSTEMS HOUSE, INC.**
**4325 ALEXANDER DR**
**SUITE 100**
**ALPHARETTA, GA 30022**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$14,002.64**

---

**3.80** Nonpriority creditor's name and mailing address

**TK ELEVATOR CORPORATION**
**PO BOX 3796**
**CAROL STREAM, IL 60132-3796**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$2,808.98**

---

**3.81** Nonpriority creditor's name and mailing address

**UL VERIFICATION SERVICES**
**62045 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693-0620**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$7,002.55**

---

| Debtor | **E. Gluck Corporation** | Case number (if known) | **25-12683 (mg)** |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,162.67**

**ULINE**
**ATTN; ACCOUNTS RECEIVABLE**
**PO BOX 88741**
**CHICAGO, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166.58**

**UNITED STATES SALES CORPORATIO**
**SUITE #425**
**Virginia Beach, VA 23452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$557.20**

**Verizon**
**PO Box 15124**
**Albany, NY 12212-1524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,253.08**

**Verizon Wireless**
**PO BOX 15043**
**Albany, NY 12212-5043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,570.00**

**VISEBASE COMPANY LIMITED**
**UNIT 11 28/F ONE MIDTOWN**
**11 HOI SHING ROAD**
**TSUEN WAN NT, HONG KO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130,949.00**

**W&Y (ASIA) CO., LTD.**
**UNIT B&D 13/F.**
**CHINABEST INTERNATIONAL CENTER**
**NO. 8 KWAI ON ROAD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,213.52**

**WATCH GUARD 24/7**
**64-57 WOODHAVEN BLVD**
**REGO PARK, NY 11374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | E. Gluck Corporation | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $776.25 |
|---|---|---|---|

**Windstream**
**PO BOX 9001013**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $723,145.00 |
|---|---|---|---|

**YI FENG WATCH CO. LTD.**
**UNIT A 4/F MAI WAH IND BLDG**
**1-7 WAH SING STREET 8**
**KWAI CHUNG NT, HONG K**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155,536.00 |
|---|---|---|---|

**YOUNGS WATCH COMPANY LIMITED**
**UNITS 1-2 10/F HOPE SEA**
**IND. CTR 26 LAM HING**
**KOWLOON BAY KOWLOON,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 8,982,501.04 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 8,982,501.04 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **E. Gluck Corporation** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **25-12683 (mg)** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for the 11th Floor of 411 Fifth Avenue, New York, NY 10016 for office and showroom for the display and sale, at wholesale, of watches.** |
| State the term remaining | **Through December 31, 2028** |
| List the contract number of any government contract | **411 Fifth Avenue LLC et al**<br>**411 Fifth Ave.**<br>**New York, NY 10016** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | **Deka battery financing** |
| State the term remaining | |
| List the contract number of any government contract | **Abel Womack**<br>**140 Rodeo Drive**<br>**Brentwood, NY 11717** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest | **License agreement** |
| State the term remaining | **ABG-CAMUTO LLC**<br>**C/O AUTHENTIC BRANDS GRP**<br>**1411 BROADWAY, 21ST FL**<br>**NEW YORK, NY 10018** |
| List the contract number of any government contract | |

| Debtor 1 | **E. Gluck Corporation** | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Nine West Licensing Agreement 2019-2025 with 3Y renewal option through 2028 Email: legaldept@authentic.com** | |
|---|---|---|---|
| | State the term remaining | | **ABG-Nine West LLC** |
| | | | **1411 Broadway** |
| | List the contract number of any government contract | | **21st Fl** |
| | | | **New York, NY 10018** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Foreign Package Policy** | |
|---|---|---|---|
| | State the term remaining | | **ACE American Insurance Co.** |
| | | | **c/o Chubb Group of Insurance** |
| | List the contract number of any government contract | | **PO BOX 1000** |
| | | | **Philadelphia, PA 19106** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **2024-2025 Marine Cargo Policy** | |
|---|---|---|---|
| | State the term remaining | | **ACGS Marine Insurance Co.** |
| | | | **c/o Allianz Group Ins.** |
| | List the contract number of any government contract | | **225 Washington St. Suite#2000** |
| | | | **Chicago, IL 60606** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # OC95246700 Commercial Property Insurance** | |
|---|---|---|---|
| | State the term remaining | | **AGCS Marine Insurance Company** |
| | | | **c/o EPIC** |
| | List the contract number of any government contract | | **1140 Ave. of the Americas** |
| | | | **New York, NY 10036** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | | **AGSM Distribution FZE** |
| | | | **PO Box 261873** |
| | List the contract number of any government contract | | **Dubai, UAE** |

| Debtor 1 | **E. Gluck Corporation** | | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Customs bond surety** | |
|---|---|---|---|
| | State the term remaining | | **ALBA WHEELS UP INTERNATIONAL, INC<br>1 EAST LINCOLN AVENUE,<br>VALLEY STREAM, NY 11580** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Excess Umbrella Policy** | |
|---|---|---|---|
| | State the term remaining | | **Allianz Global Risks US Insura<br>225 W. Washington St.<br>Suite 1800<br>Chicago, IL 60606** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Trade Credit Insurance** | |
|---|---|---|---|
| | State the term remaining | | **Allianz Trade<br>c/o Euller Hermes NA Insurance<br>28 Liberty Street, 24th Fl.<br>New York, NY 10005** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Insurance** | |
|---|---|---|---|
| | State the term remaining | | **Allianz Trade<br>c/o Euller Hermes NA Insurance<br>100 International Dr. 22nd Fl.<br>Baltimore, MD 21202** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Freight Allowance Agreement # 99266520; MDF/COOP Agreement # 99266525, MDF/COOP Agreement # 99459600, Allowance Agreement # 99266530** | |
|---|---|---|---|
| | State the term remaining | | **Amazon.com Services LLC<br>410 Terry Avenue North<br>Seattle, WA 98109** |
| | List the contract number of any government contract | | |

| Debtor 1 | **E. Gluck Corporation** | | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.14. State what the contract or lease is for and the nature of the debtor's interest **Database management software** | |
| State the term remaining | **Aptean** |
| List the contract number of any government contract | **c/o The Systems House** **PO Box 743722** **Atlanta, GA 30374** |
| 2.15. State what the contract or lease is for and the nature of the debtor's interest **Distribution Agreement (Armitron)** | |
| State the term remaining | **ARISTA SINGAPORE PTE Ltd.** **2 Jurong East, Stree 21** |
| List the contract number of any government contract | **#04-32B, IMM Building** **Singapore 609601** |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest **2024-25 Cyber Crime Insurance Policy** | |
| State the term remaining | **At-Bay Insurance Services, LLC** **1 Post St.** |
| List the contract number of any government contract | **14th Fl.** **San Francisco, CA 94104** |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest **Equipment finance agreement (bobcat)** | |
| State the term remaining | **AUXILIOR CAPITAL PARTNERS** **620 WEST GERMANTOWN PIKE** |
| List the contract number of any government contract | **SUITE 450** **PLYMOUNT MEETING, PA 19462** |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest **Insurance broker for customs bond** | |
| State the term remaining | **Avalon Risk Management** |
| List the contract number of any government contract | **27 Congress Street, Ste 507** **Salem, MA 01970** |

Debtor 1    **E. Gluck Corporation**
　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*   **25-12683 (mg)**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Vince Camuto Licensing Agreement 2018-2025** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Camuto IPCO LLC**
**1411 Broadway**
**21st Fl.**
**New York, NY 10018**

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **B&W Copier Lease Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Canon Financial Services, Inc.**
**14904 Collections Ctr Dr.**
**Chicago, IL 60693**

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Suscription Support Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Canon Solutions America**
**One Canon Park**
**Melville, NY 11747**

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Annual fire inspection and testing agreement expires 3/31/26** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Capitol Sprinkler Service**
**51-51 59th Place**
**Little Neck, NY 11362**

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Utility service** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**CCi Voice**
**70 Stony Hill Rd, 2nd Fl.**
**Bethel, CT 06801**

| Debtor 1 | **E. Gluck Corporation** | | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Adobe Acrobat, Microsoft and Photoshop annual subscriptions** | |
|---|---|---|---|
| | State the term remaining | | **CDW Direct PO Box 75723 Chicago, IL 60675** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Firewall agreement for Little Neck premises** | |
|---|---|---|---|
| | State the term remaining | | **CDW Direct PO Box 75723 Chicago, IL 60675** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Software agreements** | |
|---|---|---|---|
| | State the term remaining | | **CDW Direct 200 N. Milwaukee Avenue Vernon Hills, IL 60061** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement re Armitron** | |
|---|---|---|---|
| | State the term remaining | | **CHACE Luxury Group L.L.C-FZ Meydan Grandstand, 6th floor Meydan Road, Nad Al Sheba Dubai, UAE** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Spectrum Buusiness voice and internet service agreement, Acct Nos. 8150-22-001-0232622, 8150-20-007-2351015** | |
|---|---|---|---|
| | State the term remaining | | **Charter Communications PO Box 7186 Pasadena, CA 91109-7186** |
| | List the contract number of any government contract | | |

Debtor 1   **E. Gluck Corporation**
_____
First Name    Middle Name    Last Name

Case number (*if known*)   **25-12683 (mg)**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Workers Compensation Policy** |
| State the term remaining | **Chubb Group of Insurance Cos.** |
| List the contract number of any government contract | **550 Madison Ave 10th Fl New York, NY 10022** |
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest | **Insurance contract #3121-2889-9763-001P** |
| State the term remaining | **Chubb Personal Risk Svc** |
| List the contract number of any government contract | **PO Box 7247-0180 Philadelphia, PA 19170** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest | **FileMaker User Agreement** |
| State the term remaining | **Claris** |
| List the contract number of any government contract | **PO Box 53588 Los Angeles, CA 90074-3588** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest | **Storage agreement** |
| State the term remaining | **ELM Freight Handlers, Inc.** |
| List the contract number of any government contract | **50 Emjay Blvd - Ste 13 Brentwood, NY 11717** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest | **Creditor insurance** |
| State the term remaining | **EULER HERMES SERVICES N. A. INS CO.** |
| List the contract number of any government contract | **ATTN: FINANCE DEPT 100 INTERNATIONAL DRIVE BALTIMORE, MD 21202** |

| Debtor 1 | **E. Gluck Corporation** | | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Express Brands Licensing Agreement 2023-28 with 2Y renewal option extending into 2030**<br><br>**EXP Topco LLC**<br>**530 Fifth Ave**<br>**12th Fl**<br>**New York, NY 10036** |
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2024-25 Commercial Package Insurance Policy**<br><br>**Federal Insurance Co.**<br>**c/o Chubb Group of Insurance**<br>**202B Hall's Mill Rd**<br>**Whitehouse Station, NJ 08889** |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2024-25 Crime-Theft Loss Prevention Insurance Policy; Premium Amt: $10,085.00**<br><br>**Federal Insurance Co.**<br>**c/o Chubb Group of Insurance**<br>**202B Hall's Mill Rd**<br>**Whitehouse Station, NJ 08889** |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2024-25 Employment Practices Liability Insurance Policy; Premium Amt: $18,472.00**<br><br>**Federal Insurance Co.**<br>**c/o Chubb Group of Insurance**<br>**202B Hall's Mill Rd**<br>**Whitehouse Station, NJ 08889** |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2024-25 Fiduciary Policy; Premium Amt: $15,644.00**<br><br>**Federal Insurance Co.**<br>**c/o Chubb Group of Insurance**<br>**202B Hall's Mill Rd**<br>**Whitehouse Station, NJ 08889** |

| Debtor 1 | **E. Gluck Corporation** | | | Case number (*if known*) | **25-12683 (mg)** |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Commercial Umbrella Policy** | |
| | State the term remaining | | **Federal Insurance Co.** |
| | List the contract number of any government contract | | **c/o Chubb Group of Insurance** <br> **202B Hall's Mill Rd** <br> **Whitehouse Station, NJ 08889** |
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Automobile Insurance Policy** | |
| | State the term remaining | | **Great Northern Insurance Co.** |
| | List the contract number of any government contract | | **c/o Chubb Group of Insurance** <br> **202B Hall's Mill Road** <br> **Whitehouse Station, NJ 08889** |
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Mossy Oak License Agreement** | |
| | State the term remaining | | **Haas Outdoors, Inc. (MossyOak)** |
| | List the contract number of any government contract | | **PO Box 757** <br> **West Point, MS 39773** |
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Huntress Direct EDR cybersecurity agreement** | |
| | State the term remaining | | **Huntress Labs** |
| | List the contract number of any government contract | | **PO Box 735713** <br> **Dallas, TX 75373** |
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment finance agreement** | |
| | State the term remaining | | **HYG FINANCIAL SERVICES, INC.** |
| | List the contract number of any government contract | | **PO BOX 35701** <br> **Billings, MT 59107** |

Debtor 1    **E. Gluck Corporation**                                                          Case number *(if known)*    **25-12683 (mg)**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate car lease monthly payment $695.** |
| | State the term remaining | **Hyundai Motor Finance PO Box 660891 Dallas, TX 75266-6000** |
| | List the contract number of any government contract | |
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Software & service agreement** |
| | State the term remaining | **Infor Entity Attn: M. McCrayer/Gen. Counsel 40 General Warren Blvd St #110 Malvern, PA 19355** |
| | List the contract number of any government contract | |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Cove data protection agreement** |
| | State the term remaining | **J-Lab Technology, Inc. 338 Island Ave Woodmere, NY 11598** |
| | List the contract number of any government contract | |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Joseph Abboud Licensing Agreement 2020-26 with 3Y renewal option through 2029** |
| | State the term remaining | **JA WHP LLC 530 Fifth Ave. 12th Fl. New York, NY 10036** |
| | List the contract number of any government contract | |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement (WHP Brands)** |
| | State the term remaining | **Jana LTD., Belarus 23 Stanislavskogo Str. Office 10, 220033 Minsk Rep. of Belarus** |
| | List the contract number of any government contract | |

| Debtor 1 | E. Gluck Corporation | | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Landscape contract for weekly services through 12/15/2025** | |
|---|---|---|---|
| | State the term remaining | | **Millamar Landscape Services** |
| | List the contract number of any government contract | | **150 Plainfield Ave Elmont, NY 11003** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsorship agreement expires 11/1/27** | |
|---|---|---|---|
| | State the term remaining | | **New York Yankees** |
| | List the contract number of any government contract | | **Yankee Stadium Attn: Chief Operating Officer Bronx, NY 10451** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Nutanix AOS subscription license and renewal support** | |
|---|---|---|---|
| | State the term remaining | | **Nutanix** |
| | List the contract number of any government contract | | **1740 Technology Dr. Ste 1150 San Jose, CA 95110** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Employee health insurance** | |
|---|---|---|---|
| | State the term remaining | | **OXFORD HEALTH PLANS** |
| | List the contract number of any government contract | | **UHS PREMIUM BILLING PO BOX 94017 PALATINE, IL 60094-4017** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **License & Supply Agreement email: mus274@yahoo.com** | |
|---|---|---|---|
| | State the term remaining | | **Pacific Fighters, Inc.** |
| | List the contract number of any government contract | | **2013 Foote Dr. Idaho Falls, ID 83402** |

| Debtor 1 | **E. Gluck Corporation** | | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Peanuts Licensing Agreement 2024-2026** | |
|---|---|---|---|
| | State the term remaining | | **Peanuts Worldwide LLC** |
| | | | **352 Park Ave. So.** |
| | | | **Fl. 8** |
| | List the contract number of any government contract | | **New York, NY 10010** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Supply services** | |
|---|---|---|---|
| | State the term remaining | | |
| | | | **RITHUM** |
| | | | **25736 NETWORK PLACE** |
| | List the contract number of any government contract | | **CHICAGO, IL 60673-1257** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom lease for certain space located within Rain Tree Business Center, 902B South Walton Blvd, Suite 21, Bentonville AR 72712 expires 2029** | |
|---|---|---|---|
| | State the term remaining | | **SH&S LP II, LLLP** |
| | | | **Rain Tree Business Center** |
| | | | **902B South Walton Blvd, Ste 21** |
| | List the contract number of any government contract | | **Bentonville, AR 72712** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **WITHit Holdings, LLC Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **SLGN Holdings, LLC** |
| | | | **1951 Bahia Way** |
| | List the contract number of any government contract | | **La Jolla, CA 92037** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Licensing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sol-Light, LLC** |
| | | | **8683 W. Sahara Avenue,** |
| | | | **Suite 180** |
| | List the contract number of any government contract | | **Las Vegas, NV 89117** |

| Debtor 1 | **E. Gluck Corporation** | | | Case number (*if known*) | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Assortment subscription fees** | |
|---|---|---|---|
| | State the term remaining | | **SPS COMMERCE, INC.** |
| | List the contract number of any government contract | | **PO BOX 205782** **DALLAS, TX 75320-5782** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Security services** | |
|---|---|---|---|
| | State the term remaining | | **Stanley Security Solutions** **Attn: Pres or Gen Counsel** |
| | List the contract number of any government contract | | **Dept. CH 10651** **Palatine, IL 60055** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Recovery services agreement** | |
|---|---|---|---|
| | State the term remaining | | **STAT RECOVERY SERVICES LLC** **809 SW 1 STREET** |
| | List the contract number of any government contract | | **SUITE 5** **BENTONVILLE, AR 72712** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for nonresidential real property located at 60-15 Little Neck Parkway, Queens, NY through April 30, 2034** | |
|---|---|---|---|
| | State the term remaining | | **Steel Tribune, LLC** **c/o Steel Equities** |
| | List the contract number of any government contract | | **700 Hicksville Rd.** **Bethpage, NY 11714** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential real property lease.** | |
|---|---|---|---|
| | State the term remaining | | **STEEL TRIBUNE, LLC** **999 SOUTH OYSTER BAY ROAD** |
| | List the contract number of any government contract | | **SUITE 200** **BETHPAGE, NY 11714** |

Debtor 1   **E. Gluck Corporation**                                          Case number (*if known*)   **25-12683 (mg)**
          First Name        Middle Name        Last Name



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Steve Madden Licensing Agreement 2021-2025** | |
|---|---|---|---|
| | State the term remaining | | **Steve Madden Ltd** |
| | List the contract number of any government contract | | **52-16 Barnett Ave.** **Sunnyside, NY 11104** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement (Armitron and WHP Brands)** | |
|---|---|---|---|
| | State the term remaining | | **Tappoo PTE Limited** |
| | List the contract number of any government contract | | **Tappoo Building, Main Street** **PO Box 46** **Sigatoka FIJI** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Internet service contract for Manhattan showroom and certain wireless accounts, Acct Nos. 552-476-530-0001-93; 651-766-210-0001-78; 782201291-00002; 782201291-00003** | |
|---|---|---|---|
| | State the term remaining | | **Verizon Wireless** |
| | List the contract number of any government contract | | **PO Box 408** **Newark, NJ 07101-0408** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Utility service.** | |
|---|---|---|---|
| | State the term remaining | | **Verizon Wireless** |
| | List the contract number of any government contract | | **P.O. Box 15043** **Albany, NY 12212-5043** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Anne Klein Licensing Agreement 2019-2032** | |
|---|---|---|---|
| | State the term remaining | | **WH Buyer LLC dba WHP Global** |
| | List the contract number of any government contract | | **230 Park Ave.** **New York, NY 10169** |

| Debtor 1 | **E. Gluck Corporation** | | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **WITHit Holdings, LLC Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **WIL Holdings, LLC** |
| | List the contract number of any government contract | | **1951 Bahia Way Apple Valley, CA 92307** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **WITHit Holdings, LLC Operating Agreement; addt'l parties listed** | |
|---|---|---|---|
| | | **WIL Holdings, LLC 1951 Bahia Way, La Jolla CA 92037** | |
| | | **SLGN Holdings, LLC 1951 Bahia Way, La Jolla CA 92037** | |
| | State the term remaining | | **WITHIT HOLDINGS LLC** |
| | List the contract number of any government contract | | **6015 LITTLE NECK PARKWAY LITTLE NECK, NY 11362** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **WITHit Holdings, LLC; Management Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **WITHit Holdings, LLC** |
| | List the contract number of any government contract | | **8683 W. Sahara Avenue Suite 180 Las Vegas, NV 89117** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Zoho Assist monthly subscription** | |
|---|---|---|---|
| | State the term remaining | | **Zoho Corporation** |
| | List the contract number of any government contract | | **4141 Hacienda Drive Pleasanton, CA 94588-8549** |

**Fill in this information to identify the case:**

Debtor name   **E. Gluck Corporation**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **25-12683 (mg)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name / Mailing Address | | Name | Check all schedules that apply: |
| **2.1** | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| **2.2** | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| **2.3** | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| **2.4** | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name   **E. Gluck Corporation**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **25-12683 (mg)**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 15, 2025**       *X* **/s/ Adam Gelnick**
                                            Signature of individual signing on behalf of debtor

                                            **Adam Gelnick**
                                            Printed name

                                            **Chief Financial Officer**
                                            Position or relationship to debtor