Alan D. Halperin, Esq.
Julie Dyas Goldberg, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964

*Proposed Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

**E. GLUCK CORPORATION,**
Tax I.D. No. 13-2907195

                   Debtor.

------------------------------------------------------------x

Hearing Date: 1/27/26 10:00 a.m.
Objection Deadline: 1/20/26 4:00 p.m.

Chapter 11 Case
Case No. 25-12683 (MG)

**NOTICE OF HEARING ON APPLICATIONS AUTHORIZING THE RETENTION
OF HALPERIN BATTAGLIA BENZIJA, LLP AS BANKRUPTCY COUNSEL,
COMETRICS PARTNERS, LLC, AS CHIEF RESTRUCTURING OFFICER, AND
EAST WIND SECURITIES, LLC AS INVESTMENT BANKER TO THE DEBTOR
*NUNC PRO TUNC* TO THE PETITION DATE**

     **PLEASE TAKE NOTICE** that a hearing on: (a) the *Debtor's Application for an Order Authorizing the Retention of Halperin Battaglia Benzija, LLP as Counsel to the Debtor* (Docket No. 27); (b) the *Debtor's Application for an Order Authorizing the Retention of East Wind Securities, LLP as Investment Banker to the Debtor* (Docket No. 30); and (c) the *Application for Order (I) Authorizing Employment and Retention of CoMetrics Partners, LLC, Effective as of the Petition Date to Provide Chief Restructuring Officer and Supporting Personnel to the Debtor and (II) Granting Related Relief* (Docket No. 32) (collectively, the "Retention Applications") will be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, on **January 27, 2026, at 10:00 a.m., prevailing Eastern Time** (the "Hearing").

     **PLEASE TAKE FURTHER NOTICE** that the Hearing will take place via Zoom for Government. Parties wishing to appear remotely at the Hearing must make an electronic appearance (an "eCourtAppearance") through the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern time) on January 26, 2026. More information on how to make an eCourtAppearance and the link to do so can be found at https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. Pursuant to Rule 5073-2 of the Local Rules of the Bankruptcy Court for the Southern District of New York, access by parties, parties in interest and the public to proceedings before the Court will be governed by the revised policy, effective September 22, 2023, of the Judicial

Conference of the United States, which provides that "a judge presiding over a civil or bankruptcy non-trial proceeding may, in the judge's discretion, authorize live remote public audio access to any portion of that proceeding in which a witness is not testifying."

**PLEASE TAKE FURTHER NOTICE** that any responses to the relief requested in the Applications shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; and (c) be served so that the following parties actually receive such response on or before **January 20, 2026, at 4:00 p.m., prevailing Eastern Time** (the "Response Deadline"): (i) the Chambers of the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004; (ii) Halperin Battaglia Benzija, LLP, proposed Counsel to the Debtor, 40 Wall Street, 37th Floor, New York, NY 10005, Attn: Alan D. Halperin, Esq. and Julie Dyas Goldberg, ahalperin@halperinlaw.net and jgoldberg@halperinlaw.net; and (iii) The Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Tara Tiantian, Esq., Tara.Tiantian@usdoj.gov.

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Motion, the Debtor may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be viewed and/or obtained by accessing the Court's website at www.nysb.uscourts.gov or by contacting counsel for the Debtor at the address above or by email at jgoldberg@halperinlaw.net.  Note that a PACER password is needed to access documents on the Court's website.

New York, New York
Dated: December 17, 2025

      */s/ Julie Dyas Goldberg, Esq.*
      Alan D. Halperin, Esq.
      Julie Dyas Goldberg, Esq.
      **HALPERIN BATTAGLIA BENZIJA, LLP**
      40 Wall Street, 37th Floor
      New York, NY 10005
      Telephone: (212) 765-9100
      Facsimile: (212) 765-0964

      *Proposed Counsel to the Debtor*