**Fill in this information to identify the case:**

Debtor name: **E. Gluck Corporation**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **25-12683 (mg)**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for the 11th Floor of 411 Fifth Avenue, New York, NY 10016 for office and showroom for the display and sale, at wholesale, of watches. Through December 31, 2028** | |
| | State the term remaining | | **411 Fifth Avenue LLC et al**<br>**411 Fifth Ave.**<br>**New York, NY 10016** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Deka battery financing** | |
| | State the term remaining | | **Abel Womack**<br>**140 Rodeo Drive**<br>**Brentwood, NY 11717** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **License agreement** | |
| | State the term remaining | | **ABG-CAMUTO LLC**<br>**C/O AUTHENTIC BRANDS GRP**<br>**1411 BROADWAY, 21ST FL**<br>**NEW YORK, NY 10018** |
| | List the contract number of any government contract | | |

| Debtor 1 | E. Gluck Corporation | | Case number *(if known)* | 25-12683 (mg) |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Nine West Licensing Agreement 2019-2025 with 3Y renewal option through 2028**<br>**Email: legaldept@authentic.com** | |
| | State the term remaining | | **ABG-Nine West LLC**<br>**1411 Broadway**<br>**21st Fl**<br>**New York, NY 10018** |
| | List the contract number of any government contract | | |
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Foreign Package Policy** | |
| | State the term remaining | | **ACE American Insurance Co.**<br>**c/o Chubb Group of Insurance**<br>**PO BOX 1000**<br>**Philadelphia, PA 19106** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **2024-2025 Marine Cargo Policy** | |
| | State the term remaining | | **ACGS Marine Insurance Co.**<br>**c/o Allianz Group Ins.**<br>**225 Washington St. Suite#2000**<br>**Chicago, IL 60606** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # OC95246700 Commercial Property Insurance** | |
| | State the term remaining | | **AGCS Marine Insurance Company**<br>**c/o EPIC**<br>**1140 Ave. of the Americas**<br>**New York, NY 10036** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement** | |
| | State the term remaining | | **AGSM Distribution FZE**<br>**PO Box 261873**<br>**Dubai, UAE** |
| | List the contract number of any government contract | | |

| Debtor 1 | E. Gluck Corporation | | Case number (*if known*) | 25-12683 (mg) |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Customs bond surety** |
| | State the term remaining | |
| | List the contract number of any government contract | **ALBA WHEELS UP INTERNATIONAL, INC**<br>**1 EAST LINCOLN AVENUE,**<br>**VALLEY STREAM, NY 11580** |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Excess Umbrella Policy** |
| | State the term remaining | |
| | List the contract number of any government contract | **Allianz Global Risks US Insura**<br>**225 W. Washington St.**<br>**Suite 1800**<br>**Chicago, IL 60606** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Trade Credit Insurance** |
| | State the term remaining | |
| | List the contract number of any government contract | **Allianz Trade**<br>**c/o Euller Hermes NA Insurance**<br>**28 Liberty Street, 24th Fl.**<br>**New York, NY 10005** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Insurance** |
| | State the term remaining | |
| | List the contract number of any government contract | **Allianz Trade**<br>**c/o Euller Hermes NA Insurance**<br>**100 International Dr. 22nd Fl.**<br>**Baltimore, MD 21202** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Freight Allowance Agreement # 99266520; MDF/COOP Agreement # 99266525, MDF/COOP Agreement # 99459600, Allowance Agreement # 99266530** |
| | State the term remaining | |
| | List the contract number of any government contract | **Amazon.com Services LLC**<br>**410 Terry Avenue North**<br>**Seattle, WA 98109** |

| Debtor 1 | E. Gluck Corporation | | Case number (*if known*) | 25-12683 (mg) |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Database management software** | |
| | State the term remaining | | **Aptean**<br>c/o The Systems House<br>PO Box 743722<br>Atlanta, GA 30374 |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement (Armitron)** | |
| | State the term remaining | | **ARISTA SINGAPORE PTE Ltd.**<br>2 Jurong East, Stree 21<br>#04-32B, IMM Building<br>Singapore 609601 |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Cyber Crime Insurance Policy** | |
| | State the term remaining | | **At-Bay Insurance Services, LLC**<br>1 Post St.<br>14th Fl.<br>San Francisco, CA 94104 |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment finance agreement (bobcat)** | |
| | State the term remaining | | **AUXILIOR CAPITAL PARTNERS**<br>620 WEST GERMANTOWN PIKE<br>SUITE 450<br>PLYMOUNT MEETING, PA 19462 |
| | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance broker for customs bond** | |
| | State the term remaining | | **Avalon Risk Management**<br>27 Congress Street, Ste 507<br>Salem, MA 01970 |
| | List the contract number of any government contract | | |

| Debtor 1 | E. Gluck Corporation | | Case number *(if known)* | 25-12683 (mg) |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Vince Camuto Licensing Agreement 2018-2025** |
| | State the term remaining | **Camuto IPCO LLC** |
| | List the contract number of any government contract | **1411 Broadway 21st Fl. New York, NY 10018** |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **B&W Copier Lease Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Canon Financial Services, Inc. 14904 Collections Ctr Dr. Chicago, IL 60693** |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Suscription Support Services Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Canon Solutions America One Canon Park Melville, NY 11747** |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Annual fire inspection and testing agreement expires 3/31/26** |
| | State the term remaining | |
| | List the contract number of any government contract | **Capitol Sprinkler Service 51-51 59th Place Little Neck, NY 11362** |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Utility service** |
| | State the term remaining | |
| | List the contract number of any government contract | **CCi Voice 70 Stony Hill Rd, 2nd Fl. Bethel, CT 06801** |

| Debtor 1 | E. Gluck Corporation | | | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.24. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Adobe Acrobat, Microsoft and Photoshop annual subscriptions**<br><br><br>**CDW Direct**<br>**PO Box 75723**<br>**Chicago, IL 60675** |
| 2.25. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Firewall agreement for Little Neck premises**<br><br><br>**CDW Direct**<br>**PO Box 75723**<br>**Chicago, IL 60675** |
| 2.26. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Software agreements**<br><br><br>**CDW Direct**<br>**200 N. Milwaukee Avenue**<br>**Vernon Hills, IL 60061** |
| 2.27. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Distribution Agreement re Armitron**<br><br><br>**CHACE Luxury Group L.L.C-FZ**<br>**Meydan Grandstand, 6th floor**<br>**Meydan Road, Nad Al Sheba**<br>**Dubai, UAE** |
| 2.28. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Spectrum Buusiness voice and internet service agreement, Acct Nos. 8150-22-001-0232622, 8150-20-007-2351015**<br><br>**Charter Communications**<br>**PO Box 7186**<br>**Pasadena, CA 91109-7186** |

| Debtor 1 | E. Gluck Corporation | | Case number (*if known*) | 25-12683 (mg) |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Workers Compensation Policy** | |
|---|---|---|---|
| | State the term remaining | | **Chubb Group of Insurance Cos.**<br>**550 Madison Ave**<br>**10th Fl**<br>**New York, NY 10022** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance contract #3121-2889-9763-001P** | |
|---|---|---|---|
| | State the term remaining | | **Chubb Personal Risk Svc**<br>**PO Box 7247-0180**<br>**Philadelphia, PA 19170** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **FileMaker User Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Claris**<br>**PO Box 53588**<br>**Los Angeles, CA 90074-3588** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Storage agreement** | |
|---|---|---|---|
| | State the term remaining | | **ELM Freight Handlers, Inc.**<br>**50 Emjay Blvd - Ste 13**<br>**Brentwood, NY 11717** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Creditor insurance** | |
|---|---|---|---|
| | State the term remaining | | **EULER HERMES SERVICES N. A. INS CO.**<br>**ATTN: FINANCE DEPT**<br>**100 INTERNATIONAL DRIVE**<br>**BALTIMORE, MD 21202** |
| | List the contract number of any government contract | | |

| Debtor 1 | E. Gluck Corporation | | Case number *(if known)* | 25-12683 (mg) |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.34.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Express Brands Licensing Agreement 2023-28 with 2Y renewal option extending into 2030**<br><br>**EXP Topco LLC**<br>**530 Fifth Ave**<br>**12th Fl**<br>**New York, NY 10036** |
| 2.35.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2024-25 Commercial Package Insurance Policy**<br><br>**Federal Insurance Co.**<br>**c/o Chubb Group of Insurance**<br>**202B Hall's Mill Rd**<br>**Whitehouse Station, NJ 08889** |
| 2.36.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2024-25 Crime-Theft Loss Prevention Insurance Policy; Premium Amt: $10,085.00**<br><br>**Federal Insurance Co.**<br>**c/o Chubb Group of Insurance**<br>**202B Hall's Mill Rd**<br>**Whitehouse Station, NJ 08889** |
| 2.37.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2024-25 Employment Practices Liability Insurance Policy; Premium Amt: $18,472.00**<br><br>**Federal Insurance Co.**<br>**c/o Chubb Group of Insurance**<br>**202B Hall's Mill Rd**<br>**Whitehouse Station, NJ 08889** |
| 2.38.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2024-25 Fiduciary Policy; Premium Amt: $15,644.00**<br><br>**Federal Insurance Co.**<br>**c/o Chubb Group of Insurance**<br>**202B Hall's Mill Rd**<br>**Whitehouse Station, NJ 08889** |

| Debtor 1 | E. Gluck Corporation | | Case number *(if known)* | 25-12683 (mg) |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest —— **2024-25 Commercial Umbrella Policy** | |
| State the term remaining | Federal Insurance Co. |
| | c/o Chubb Group of Insurance |
| List the contract number of any government contract | 202B Hall's Mill Rd |
| | Whitehouse Station, NJ 08889 |
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest —— **2024-25 Automobile Insurance Policy** | |
| State the term remaining | Great Northern Insurance Co. |
| | c/o Chubb Group of Insurance |
| List the contract number of any government contract | 202B Hall's Mill Road |
| | Whitehouse Station, NJ 08889 |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest —— **Mossy Oak License Agreement** | |
| State the term remaining | Haas Outdoors, Inc. (MossyOak) |
| | PO Box 757 |
| List the contract number of any government contract | West Point, MS 39773 |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest —— **Huntress Direct EDR cybersecurity agreement** | |
| State the term remaining | Huntress Labs |
| | PO Box 735713 |
| List the contract number of any government contract | Dallas, TX 75373 |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest —— **Equipment finance agreement** | |
| State the term remaining | HYG FINANCIAL SERVICES, INC. |
| | PO BOX 35701 |
| List the contract number of any government contract | Billings, MT 59107 |

| Debtor 1 | E. Gluck Corporation | | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate car lease monthly payment $695.** | |
| | State the term remaining | | **Hyundai Motor Finance**<br>**PO Box 660891**<br>**Dallas, TX 75266-6000** |
| | List the contract number of any government contract | | |
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Software & service agreement** | |
| | State the term remaining | | **Infor Entity**<br>**Attn: M. McCrayer/Gen. Counsel**<br>**40 General Warren Blvd St #110**<br>**Malvern, PA 19355** |
| | List the contract number of any government contract | | |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Cove data protection agreement** | |
| | State the term remaining | | **J-Lab Technology, Inc.**<br>**338 Island Ave**<br>**Woodmere, NY 11598** |
| | List the contract number of any government contract | | |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Joseph Abboud Licensing Agreement 2020-26 with 3Y renewal option through 2029** | |
| | State the term remaining | | **JA WHP LLC**<br>**530 Fifth Ave.**<br>**12th Fl.**<br>**New York, NY 10036** |
| | List the contract number of any government contract | | |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement (WHP Brands)** | |
| | State the term remaining | | **Jana LTD., Belarus**<br>**23 Stanislavskogo Str.**<br>**Office 10, 220033 Minsk**<br>**Rep. of Belarus** |
| | List the contract number of any government contract | | |

| Debtor 1 | E. Gluck Corporation | | Case number (*if known*) | 25-12683 (mg) |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.49.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Landscape contract for weekly services through 12/15/2025**<br><br>**Millamar Landscape Services**<br>**150 Plainfield Ave**<br>**Elmont, NY 11003** |
| **2.50.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sponsorship agreement expires 11/1/27**<br><br>**New York Yankees**<br>**Yankee Stadium**<br>**Attn: Chief Operating Officer**<br>**Bronx, NY 10451** |
| **2.51.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Nutanix AOS subscription license and renewal support**<br><br>**Nutanix**<br>**1740 Technology Dr. Ste 1150**<br>**San Jose, CA 95110** |
| **2.52.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Employee health insurance**<br><br>**OXFORD HEALTH PLANS**<br>**UHS PREMIUM BILLING**<br>**PO BOX 94017**<br>**PALATINE, IL 60094-4017** |
| **2.53.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **License & Supply Agreement**<br>**email: mus274@yahoo.com**<br><br>**Pacific Fighters, Inc.**<br>**2013 Foote Dr.**<br>**Idaho Falls, ID 83402** |

| Debtor 1 | E. Gluck Corporation | | Case number (*if known*) | 25-12683 (mg) |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Peanuts Licensing Agreement 2024-2026** | |
|---|---|---|---|
| | State the term remaining | | **Peanuts Worldwide LLC** |
| | | | **352 Park Ave. So.** |
| | | | **Fl. 8** |
| | List the contract number of any government contract | | **New York, NY 10010** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Supply services** | |
|---|---|---|---|
| | State the term remaining | | |
| | | | **RITHUM** |
| | | | **25736 NETWORK PLACE** |
| | List the contract number of any government contract | | **CHICAGO, IL 60673-1257** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom lease for certain space located within Rain Tree Business Center, 902B South Walton Blvd, Suite 21, Bentonville AR 72712 expires 2029** | |
|---|---|---|---|
| | State the term remaining | | **SH&S LP II, LLLP** |
| | | | **Rain Tree Business Center** |
| | | | **902B South Walton Blvd, Ste 21** |
| | List the contract number of any government contract | | **Bentonville, AR 72712** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **WITHit Holdings, LLC Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **SLGN Holdings, LLC** |
| | | | **1951 Bahia Way** |
| | List the contract number of any government contract | | **La Jolla, CA 92037** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Assortment subscription fees** | |
|---|---|---|---|
| | State the term remaining | | **SPS COMMERCE, INC.** |
| | | | **PO BOX 205782** |
| | List the contract number of any government contract | | **DALLAS, TX 75320-5782** |

| Debtor 1 | E. Gluck Corporation | | Case number (*if known*) | 25-12683 (mg) |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Security services** |
| | State the term remaining | **Stanley Security Solutions**<br>**Attn: Pres or Gen Counsel**<br>**Dept. CH 10651**<br>**Palatine, IL 60055** |
| | List the contract number of any government contract | |
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Recovery services agreement** |
| | State the term remaining | **STAT RECOVERY SERVICES LLC**<br>**809 SW 1 STREET**<br>**SUITE 5**<br>**BENTONVILLE, AR 72712** |
| | List the contract number of any government contract | |
| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for nonresidential real property located at 60-15 Little Neck Parkway, Queens, NY through April 30, 2034** |
| | State the term remaining | **Steel Tribune, LLC**<br>**c/o Steel Equities**<br>**700 Hicksville Rd.**<br>**Bethpage, NY 11714** |
| | List the contract number of any government contract | |
| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential real property lease.** |
| | State the term remaining | **STEEL TRIBUNE, LLC**<br>**999 SOUTH OYSTER BAY ROAD**<br>**SUITE 200**<br>**BETHPAGE, NY 11714** |
| | List the contract number of any government contract | |
| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Steve Madden Licensing Agreement 2021-2025** |
| | State the term remaining | **Steve Madden Ltd**<br>**52-16 Barnett Ave.**<br>**Sunnyside, NY 11104** |
| | List the contract number of any government contract | |

| Debtor 1 | E. Gluck Corporation | | Case number (*if known*) | 25-12683 (mg) |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.64. State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement (Armitron and WHP Brands)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tappoo PTE Limited**<br>**Tappoo Building, Main Street**<br>**PO Box 46**<br>**Sigatoka FIJI** |
| 2.65. State what the contract or lease is for and the nature of the debtor's interest — **Internet service contract for Manhattan showroom and certain wireless accounts, Acct Nos. 552-476-530-0001-93; 651-766-210-0001-78; 782201291-00002; 782201291-00003**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Verizon Wireless**<br>**PO Box 408**<br>**Newark, NJ 07101-0408** |
| 2.66. State what the contract or lease is for and the nature of the debtor's interest — **Utility service.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Verizon Wireless**<br>**P.O. Box 15043**<br>**Albany, NY 12212-5043** |
| 2.67. State what the contract or lease is for and the nature of the debtor's interest — **Anne Klein Licensing Agreement 2019-2032**<br><br>State the term remaining<br><br>List the contract number of any government contract | **WH Buyer LLC dba WHP Global**<br>**230 Park Ave.**<br>**New York, NY 10169** |
| 2.68. State what the contract or lease is for and the nature of the debtor's interest — **WITHit Holdings, LLC Operating Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **WIL Holdings, LLC**<br>**1951 Bahia Way**<br>**Apple Valley, CA 92307** |

| Debtor 1 | E. Gluck Corporation | | Case number *(if known)* 25-12683 (mg) |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **WITHit Holdings, LLC Operating Agreement; addt'l parties listed** | |
|---|---|---|---|
| | | **WIL Holdings, LLC<br>1951 Bahia Way, La Jolla CA 92037** | |
| | | **SLGN Holdings, LLC<br>1951 Bahia Way, La Jolla CA 92037** | |
| | State the term remaining | | **WITHIT HOLDINGS LLC<br>6015 LITTLE NECK PARKWAY<br>LITTLE NECK, NY 11362** |
| | List the contract number of any government contract | | |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **WITHit Holdings, LLC; Management Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **WITHit Holdings, LLC<br>8683 W. Sahara Avenue<br>Suite 180<br>Las Vegas, NV 89117** |
| | List the contract number of any government contract | | |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Zoho Assist monthly subscription** | |
|---|---|---|---|
| | State the term remaining | | **Zoho Corporation<br>4141 Hacienda Drive<br>Pleasanton, CA 94588-8549** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **E. Gluck Corporation**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **25-12683 (mg)**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 17, 2025**    X **/s/ Adam Gelnick**
Signature of individual signing on behalf of debtor

**Adam Gelnick**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

Official Form 202  **Declaration Under Penalty of Perjury for Non-Individual Debtors**