Alan D. Halperin, Esq.
Julie Dyas Goldberg, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964

*Proposed Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

**E. GLUCK CORPORATION,**
Tax I.D. No. 13-2907195

                Debtor.
-------------------------------------------------------------x

Chapter 11 Case
Case No. 25-12683 (MG)

## NOTICE OF FILING OF CURE CLAIMS LIST

      **PLEASE TAKE NOTICE** that in connection with the hearing on the *Debtor's Motion for Orders (I) Scheduling Hearing to Consider (A) Sale of Substantially All of the Debtors Non-WITHit Assets, Free and Clear of all Liens, Claims and Encumbrances, Subject to Higher and Better Offers; and (B) Assumption and Assignment of Executory Contracts; (II) Scheduling Hearing to Consider Approval of (A) Break-Up Fee/Expense Reimbursement and (B) Bidding Procedures for the Conduct of an Auction and Entering Order Thereon; (III) Fixing a Cure Claims Bar Date With Respect to the Assumption and Assignment of Executory Contracts; (IV) Fixing Manner and Notice of Sale Hearing; (V) Authorizing the Debtor to Sell Assets, Free and Clear of All Liens, Claims and Encumbrances, Subject to Higher and Better Offers; and (VI) Authorizing Assumption and Assignment of Executory Contracts* (the "Sale Motion" Docket No. 8), attached is the List of Cure Claims referenced as Exhibit B to the proposed form of Bid Procedures Order (as defined in the Sale Motion).


...

New York, New York
Dated: December 18, 2025

*/s/ Julie Dyas Goldberg, Esq.*
Alan D. Halperin, Esq.
Julie Dyas Goldberg, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964

*Proposed Counsel to the Debtor*

In re E. Gluck Corporation, 25-12683 (mg)
**Cure Claims List**

| Counterparty | Cure Amount | Description | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 411 Fifth Avenue LLC et al c/o Adams & Co. R.E., LLC | $117,759.90 | Nonresidential real property lease for the 11th Floor of 411 Fifth Avenue, New York, NY 10016 for office and showroom for the display and sale, at wholesale, of watches | 411 Fifth Ave. PO Box 67026 | | New York Newark | NY NJ | 10016-0000 07101 |
| Abel Womack | $0.00 | Deka battery financing | 140 Rodeo Drive | | Brentwood | NY | 11717-0000 |
| ABG-CAMUTO LLC | $0.00 | License agreement | C/O AUTHENTIC BRANDS GRP | 1411 BROADWAY, 21ST FL | NEW YORK | NY | 10018-0000 |
| ABG-Nine West LLC | $0.00 | Nine West Licensing Agreement 2019-2025 | 1411 Broadway | 21st Fl | New York | NY | 10018-0000 |
| ACE American Insurance Co. | $0.00 | 2024-25 Foreign Package Policy | c/o Chubb Group of Insurance | PO BOX 1000 | Philadelphia | PA | 19106-0000 |
| ACGS Marine Insurance Co. | $0.00 | 2024-2025 Marine Cargo Policy | c/o Allianz Group Ins. | 225 Washington St. Suite#2000 | Chicago | IL | 60606-0000 |
| AGCS Marine Insurance Company | $0.00 | Commercial Property Insurance | c/o EPIC | 1140 Ave. of the Americas | New York | NY | 10036-0000 |
| AGSM Distribution FZE | $0.00 | Purchase Agreement | PO Box 261873 | | Dubai, UAE | | |
| Amazon.com Services LLC | $0.00 | Freight Allowance Agreement # 99266520; MDF/COOP Agreement # 99266525, MDF/COOP Agreement # 99459600, Allowance Agreement # 99266530 | 410 Terry Avenue North | | Seattle | WA | 98109-0000 |
| Aptean c/o The Systems House | $14,002.64 | Database management software | c/o The Systems House | PO Box 743722 4325 ALEXANDER DR, SUITE 100 | Atlanta Alpharetta | GA GA | 30374-0000 30022 |
| ARISTA SINGAPORE PTE Ltd. | $0.00 | Distribution Agreement (Armitron) | 2 Jurong East, Stree 21 | #04-32B, IMM Building | Singapore 609601 | | |
| At-Bay Insurance Services, LLC | $0.00 | 2024-25 Cyber Crime Insurance Policy | 1 Post St. | 14th Fl. | San Francisco | CA | 94104-0000 |
| AUXILIOR CAPITAL PARTNERS | $0.00 | Equipment finance agreement (bobcat) | 620 WEST GERMANTOWN PIKE | SUITE 450 | PLYMOUNT MEETING | PA | 19462-0000 |
| Camuto IPCO LLC | $0.00 | Vince Camuto Licensing Agreement 2018-2025 | 1411 Broadway | 21st Fl. | New York | NY | 10018-0000 |
| Canon Financial Services, Inc. | $0.00 | B&W Copier Lease Agreement | 14904 Collections Ctr Dr. | | Chicago | IL | 60693-0000 |

**Cure Claims List**

| Counterparty | Cure Amount | Description | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Canon Solutions America | $0.00 | Suscription Support Services Agreement | One Canon Park | | Melville | NY | 11747-0000 |
| CHACE Luxury Group L.L.C-FZ | $0.00 | Distribution Agreement re Armitron | Meydan Grandstand, 6th floor | Meydan Road, Nad Al Sheba | Dubai, UAE | | |
| Chubb Group of Insurance Cos. | $0.00 | 2024-25 Workers Compensation Policy | 550 Madison Ave | 10th Fl | New York | NY | 10022-0000 |
| Chubb Personal Risk Svc | $0.00 | Insurance contract #3121-2889-9763-001P | PO Box 7247-0180 | | Philadelphia | PA | 19170-0000 |
| ELM Freight Handlers, Inc. | $5,088.40 | Storage agreement | 50 Emjay Blvd - Ste 13 | | Brentwood | NY | 11717-0000 |
| EXP Topco LLC | $7,275.52 | Express Brands Licensing Agreement | 530 Fifth Ave | 12th Fl | New York | NY | 10036-0000 |
| Federal Insurance Co. | $0.00 | 2024-25 Commercial Package Insurance Policy | c/o Chubb Group of Insurance | 202B Hall's Mill Rd | Whitehouse Station | NJ | 08889-0000 |
| Federal Insurance Co. | $0.00 | 2024-25 Crime-Theft Loss Prevention Insurance Policy | c/o Chubb Group of Insurance | 202B Hall's Mill Rd | Whitehouse Station | NJ | 08889-0000 |
| Federal Insurance Co. | $0.00 | 2024-25 Employment Practices Liability Insurance Policy | c/o Chubb Group of Insurance | 202B Hall's Mill Rd | Whitehouse Station | NJ | 08889-0000 |
| Federal Insurance Co. | $0.00 | 2024-25 Fiduciary Policy | c/o Chubb Group of Insurance | 202B Hall's Mill Rd | Whitehouse Station | NJ | 08889-0000 |
| Federal Insurance Co. | $0.00 | 2024-25 Commercial Umbrella Policy | c/o Chubb Group of Insurance | 202B Hall's Mill Rd | Whitehouse Station | NJ | 08889-0000 |
| Great Northern Insurance Co. | $0.00 | 2024-25 Automobile Insurance Policy | c/o Chubb Group of Insurance | 202B Hall's Mill Road | Whitehouse Station | NJ | 08889-0000 |
| Haas Outdoors, Inc. (MossyOak) | $0.00 | Mossy Oak License Agreement | PO Box 757 | | West Point | MS | 39773-0000 |
| Huntress Labs | $0.00 | Huntress Direct EDR cybersecurity agreement | PO Box 735713 | | Dallas | TX | 75373-0000 |
| HYG FINANCIAL SERVICES, INC. | $0.00 | Equipment finance agreement | PO BOX 35701 | | Billings | MT | 59107-0000 |
| Hyundai Motor Finance | $0.00 | Corporate car lease agreement | PO Box 660891 | | Dallas | TX | 75266-6000 |
| Infor Entity | $89,443.25 | Software & service agreement | Attn: M. McCrayer/Gen. Counsel | 40 General Warren Blvd St #110 | Malvern | PA | 19355-0000 |
| J-Lab Technology, Inc. | $0.00 | Cove data protection agreement | 338 Island Ave | | Woodmere | NY | 11598-0000 |
| JA WHP LLC | $10,000.00 | Joseph Abboud Licensing Agreement | 530 Fifth Ave. | 12th Fl. | New York | NY | 10036-0000 |
| Jana LTD., Belarus | $0.00 | Distribution Agreement (WHP Brands) | 23 Stanislavskogo Str. | Office 10, 220033 Minsk | Rep. of Belarus | | |
| New York Yankees | $590,000.00 | Sponsorship agreement | Yankee Stadium | Attn: Chief Operating Officer | Bronx | NY | 10451-0000 |
| Nutanix | $0.00 | Nutanix AOS subscription license and renewal support | 1740 Technology Dr. Ste 1150 | | San Jose | CA | 95110-0000 |
| OXFORD HEALTH PLANS | $77,001.89 | Employee health insurance | UHS PREMIUM BILLING | PO BOX 94017 | PALATINE | IL | 60094-4017 |
| Pacific Fighters, Inc. | $0.00 | License & Supply Agreement | 2013 Foote Dr. | | Idaho Falls | ID | 83402-0000 |
| Paul Ruban | $0.00 | Services Agreement | 102, Orchid Block, Rakesh Fantasy Garden | 2nd Main Kasturi Nagar | Bengaluru Karnataka | India | 560043 |
| Peanuts Worldwide LLC | $0.00 | Peanuts Licensing Agreement | 352 Park Ave. So. | Fl. 8 | New York | NY | 10010-0000 |
| RITHUM | $0.00 | Supply services | 25736 NETWORK PLACE | | CHICAGO | IL | 60673-1257 |

In re E. Gluck Corporation, 25-12683 (mg)
**Cure Claims List**

| Counterparty | Cure Amount | Description | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| SH&S LP II, LLLP | $0.00 | Showroom lease for certain space located within Rain Tree Business Center, 902B South Walton Blvd, Suite 21, Bentonville AR 72712 | Rain Tree Business Center | 902B South Walton Blvd, Ste 21 | Bentonville | AR | 72712-0000 |
| Steel Tribune, LLC | $212,345.10 | Lease for nonresidential real property located at 60-15 Little Neck Parkway, Queens, NY | c/o Steel Equities | 700 Hicksville Rd. | Bethpage | NY | 11714-0000 |
| Steve Madden Ltd | $0.00 | Steve Madden Licensing Agreement 2021-2025 | 52-16 Barnett Ave. | | Sunnyside | NY | 11104-0000 |
| Tappoo PTE Limited | $0.00 | Distribution Agreement (Armitron and WHP Brands) | Tappoo Building, Main Street | PO Box 46 | Sigatoka FIJI | | |
| US Sales | $0.00 | Sales Representative Agreement | PO Box 2688 | | Virginia Beach | VA | 23450-2688 |
| WH Buyer LLC dba WHP Global | $0.00 | Anne Klein Licensing Agreement | 230 Park Ave. | | New York | NY | 10169-0000 |