Alan D. Halperin, Esq.
Julie Dyas Goldberg, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
*Proposed Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

**E. GLUCK CORPORATION,**
Tax I.D. No. 13-2907195

          Debtor.

------------------------------------------------------------x

Chapter 11 Case
Case No. 25-12683 (MG)

# CERTIFICATE OF NO OBJECTION TO CERTAIN FIRST DAY MOTIONS OF THE DEBTOR

Halperin Battaglia Benzija LLP ("HBB"), as proposed counsel to E. Gluck Corporation, the debtor and debtor-in-possession in the above-referenced chapter 11 case (the "Case"), pursuant to Rule 9013-3 of the Local Rules for the Bankruptcy Court, Southern District of New York, hereby certifies as follows:

1. On December 1, 2025, the following motions were filed in the Case:

    a. Motion Pursuant to Sections 105(a), 345(b) and 363(c) of the Bankruptcy Code Authorizing (i) Continued Maintenance of Existing Bank Accounts; (ii) Continued Use of Existing Cash Management System; (iii) Continued Use of Existing Checks and Business Forms; and (iv) Waiver of Investment and Deposit Requirements (the "Business Forms Motion" Docket No. 3);

    b. Motion (i) Authorizing the Payment of Prepetition Wages, Salaries and Benefits; (ii) Authorizing the Continuance of Prepetition Employee Benefit Programs; and (iii) Directing All Banks to Honor Prepetition Checks for Payment of Prepetition Wage, Salary and Benefit Obligations (the "Wages Motion" Docket No. 4);

    c. Motion of the Debtor for an Order Pursuant to Sections 105(a), 363(b) and 507(a)(8) of the Bankruptcy Code Authorizing Payment of Certain

        Pre-Petition Sales, Use and Trust Fund Taxes And Related Obligations (the "Taxes Motion" Docket No. 5); and

    d. Motion of the Debtor for an Order Pursuant to Sections 105(a), 363 and 503(b)(1) of the Bankruptcy Code Authorizing the Debtor to Honor Certain Pre-Petition Policies and Obligations to Customers (the "Customer Practices Motion" Docket No. 6, together with the Business Forms Motion, the Wages Motion and the Taxes Motion, the "First Day Motions").

2.    A hearing on the First Day Motions was held on December 2, 2025. On December 3, 2025, Interim Orders were entered on each of the First Day Motions (Docket Nos. 17, 18, 19 & 20, the "Interim Orders").

3.    On December 3, 2025, HBB served the *Notice of Hearing on: (I) Debtor's Motion to Consider Approval of Break-Up Fee/Expense Reimbursement and Bidding Procedures for the Conduct of an Auction; and (II) Notice of Final Hearing on Debtor's First Day Motions Including Debtor's Motion to Approve Debtor-In-Possession Financing* (the "Notice of Hearing," Docket No. 23) on all parties in interest set forth in the Certificate of Service filed in connection therewith (Docket No. 25). The Notice of Hearing established the hearing date for the final relief on the First Day Motions and set the deadline to object to the final relief as December 15, 2025 at 4:00 p.m. (the "Objection Deadline").

4.    The undersigned certifies that the Objection Deadline has passed and that the Debtor has not received any answers, objections, requests for hearing, or other responsive pleadings (formal or informal) with respect to the First Day Motions.

5.    The undersigned certifies that HBB provided the forms of proposed order for final relief on the First Day Motions to the Office of the United States Trustee.

6.    As the relief as currently requested is uncontested, HBB files this Certificate of No Objection.

7. The undersigned certifies that this Certificate of No Objection is being filed not less than forty-eight (48) hours after the expiration of the Objection Deadline.

| | |
|---|---|
| Dated: December 18, 2025<br>New York, New York | **HALPERIN BATTAGLIA BENZIJA, LLP**<br>40 Wall Street, 37th Floor<br>New York, New York 10001<br>Telephone: (212) 765-9100<br>Facsimile: (212) 765-0964<br><br> /s/ *Julie Dyas Goldberg* <br>Julie Dyas Goldberg, Esq.<br>jgoldberg@halperinlaw.net<br><br>*Proposed Counsel to the Debtor* |