**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>E. Gluck Corporation,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 25-12683 (MG) |

**NOTICE OF APPOINTMENT OF OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of E. Gluck Corporation:

1. **W&Y (ASIA) Co. Ltd.**
   Unit A, 6/F, Chinabest International Center,
   No. 8 Kwai On Rd., Kwai Chung, N.T. Hong Kong
   Attn: Eiman Tin
   Tel: 852-2423 8826
   Fax: 852-2307 0963
   Eimantin@wnyhk.com

   No. 1 Jianliang Rd., Daping, Tangxia Town
   Dongguan City, China
   Attn: C.Y. Hsu[1]
   Tel: 86-769 8113 5888
   Fax: 86-769 8113 1239
   cyhsu@dg-dxg.com.cn

2. **Great Progress H.K. (Holdings) Limited**
   Flat A, 3rd Fl, Kam Shing Industrial Building
   1-11 Kwai Wing Rd., Kwai Chung, N.T. Hong Kong
   Attn: Wai-Chu Yeung
   Tel: 852 2610 2022
   Gro@netvigator.com

3. **Bridgestone Watch Limited**
   Room 2004, Nanyang Plaza,
   57 Hung To Rd., Kwun Tong, H.K.

---

[1] Creditor has confirmed in an email that the two points of contact represent the same creditor: W&Y (Asia) Co. Ltd.

1

        Attn: Lin Chi Jui
        Tel: 852 9270 8600
            852 6188 3969
            852 2341 8258
        Email: chi@sutechk.com
              nay@sutechk.com
              alice@sutechk.com

4. **Yi Feng Watch Co. Ltd.**
    4A, 1-7 WAH, SINH ST. KWAI CHONG
    NT, HK
    Attn: Timothy Tse
    852 2111 3566
    angeltang@yifengwatch.com

5. **Youngs Watch Company Limited**
    Unit 1-4, 10/F, Texwood Plaza, 6 How Ming St.
    Kwun Tong, Kowloon, Hong Kong
    Attn: Lai Ricky Siu Ming
    852 3160 9387
    ricklai@youngsterna.com

Dated: New York, New York
       December 23, 2025

                                          WILLIAM K. HARRINGTON
                                          UNITED STATES TRUSTEE, REGION 2

                                      By:    */s/ Tara Tiantian*
                                                Tara Tiantian
                                                Trial Attorney
                                                Office of the United States Trustee
                                                Alexander Hamilton U.S. Custom House
                                                One Bowling Green, Suite 534
                                                New York, NY 10004
                                                Tel.: (212) 510-0500