Alan D. Halperin, Esq.  
Julie Dyas Goldberg, Esq.  
**HALPERIN BATTAGLIA BENZIJA, LLP**  
40 Wall Street, 37th Floor  
New York, NY 10005  
Telephone: (212) 765-9100  
Facsimile: (212) 765-0964  

*Proposed Counsel to the Debtor*

Hearing Date: 1/7/26 2:00 p.m.  
Objection Deadline: 12/31/25 4:00 p.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------x  
In re:

**E. GLUCK CORPORATION,**  
Tax I.D. No. 13-2907195  

                Debtor.  
-------------------------------------------------------------x

Chapter 11 Case  
Case No. 25-12683 (MG)

### NOTICE OF FINAL HEARING ON DEBTOR'S MOTION FOR AN ORDER AUTHORIZING POST-PETITION FINANCING

      **PLEASE TAKE NOTICE** that a hearing on the *Debtor's Motion for an Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing, and (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Authorizing the Use of Cash Collateral; and (V) Granting Related Relief* (Docket No. 7) (the "DIP Motion") will be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, on **January 7, 2026, at 2:00 p.m., prevailing Eastern Time** (the "Hearing").

      **PLEASE TAKE FURTHER NOTICE** that the Hearing will take place via Zoom for Government. Parties wishing to appear remotely at the Hearing must make an electronic appearance (an "eCourtAppearance") through the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern time) on January 26, 2026. More information on how to make an eCourtAppearance and the link to do so can be found at https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. Pursuant to Rule 5073-2 of the Local Rules of the Bankruptcy Court for the Southern District of New York, access by parties, parties in interest and the public to proceedings before the Court will be governed by the revised policy, effective September 22, 2023, of the Judicial Conference of the United States, which provides that "a judge presiding over a civil or bankruptcy non-trial proceeding may, in the judge's discretion, authorize live remote public audio access to any portion of that proceeding in which a witness is not testifying."

      **PLEASE TAKE FURTHER NOTICE** that any responses to the relief requested in the DIP Motion shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure,

{00355706.1 / 1539-002 }

the Local Bankruptcy Rules for the Southern District of New York, all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; and (c) be served so that the following parties actually receive such response on or before **December 31, 2025, at 4:00 p.m., prevailing Eastern Time** (the "Response Deadline"): (i) the Chambers of the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004; (ii) Halperin Battaglia Benzija, LLP, proposed Counsel to the Debtor, 40 Wall Street, 37th Floor, New York, NY 10005, Attn: Alan D. Halperin, Esq. and Julie Dyas Goldberg, ahalperin@halperinlaw.net and jgoldberg@halperinlaw.net; and (iii) The Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Tara Tiantian, Esq., Tara.Tiantian@usdoj.gov.

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the DIP Motion, the Debtor may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the DIP Motion, which order may be entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be viewed and/or obtained by accessing the Court's website at www.nysb.uscourts.gov or by contacting counsel for the Debtor at the address above or by email at jgoldberg@halperinlaw.net.  Note that a PACER password is needed to access documents on the Court's website.

New York, New York
Dated: December 25, 2025

*/s/ Julie Dyas Goldberg, Esq.*
Alan D. Halperin, Esq.
Julie Dyas Goldberg, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964

*Proposed Counsel to the Debtor*