## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>E-Gluck Corporation<br><br><div align="center">Debtor.</div> | Case No. 25-12683<br><br>Chapter 11 |

### NOTICE OF ADJOURNMENT OF THE 341 MEETING

**PLEASE TAKE NOTICE THAT** the section 341 meeting currently scheduled for December 30, 2025 at 2:30 p.m. is hereby adjourned to the date and time **to be determined**[1].

The meeting will be conducted via Zoom and call-in information is below.

Go to zoom.us/join; Enter Meeting ID 161 1310 5467; and Passcode 8815187370; OR call 1 (202) 796−9384

Dated:  New York, New York
      December 29, 2025

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:     /s/ *Tara Tiantian*
Tara Tiantian
Trial Attorney
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY, 10004
Tel. (212) 510-0500
Fax (212) 668-2255

---

[1] The primary reason for the adjournment is for the committee to retain counsel.