**Hearing Date and Time: 02/04/2026 at 10:00 a.m.**
**Relates to Doc. No. 39**

WHITEFORD, TAYLOR & PRESTON L.L.P.
444 Madison Avenue, 4th Floor
New York, NY 10022
(914) 761-8400
klewis@whitefordlaw.com
Kenneth M. Lewis

*Attorneys for 411 Fifth Avenue LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

E. GLUCK CORPORATION,

                      Debtor.
-------------------------------------------------------x

Chapter 11

Case No. 25-12683 (MG)

## 411 FIFTH AVENUE LLC'S CURE CLAIM

411 Fifth Avenue LLC respectfully submits this Cure Claim in the amount of $224,773.84, pursuant to this Court's *Order Approving (A) Break-up Fee/Expense Reimbursement, (B) Bidding Procedures for the Conduct of an Auction, and (C) Fixing Manner and Notice of Sale Hearing and Cure Claims Bar Date* dated December 22, 2025 [Doc. No. 39] and the *Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Establishment of Cure Claims Bar Date For Non-Debtor Counterparties to Executory Contracts and Unexpired Leases* dated December 22, 2025 [Doc. No. 39]. In support of this Cure Claim, 411 Fifth Avenue LLC states as follows:

1. Pursuant to an Agreement of Lease dated February 16, 2000, as modified on November 5, 2010, and September 12, 2018, between 411 Fifth Avenue LLC, as landlord, and E. Gluck Corporation ("E. Gluck" or "Debtor"), as tenant, 411 Fifth Avenue LLC leased certain premises to E. Gluck located at 411-415 Fifth Floor, Eleventh Floor, New York, NY (the

"Lease"), for a term commencing April 1, 2000 and ending December 31, 2028. A copy of the Lease is annexed as **Exhibit "A"**.

2. As of December 1, 2025, the date that Debtor filed its chapter 11 petition, the annual base rent under the Lease was $590,685.96 ($49,223.83 per month). There are also additional amounts due under the Lease for, *inter alia*, late fees (Lease, Article 51), real property taxes (Lease, Article 46, as modified by the Modification Agreement dated November 5, 2010), electric charges (Electricity Rider to the Modification Agreement dated November 5, 2010), and water and sprinkler charges (Lease, Article 29 and 30), as well as attorneys' fees (Lease, Article 18 and 19).

3. According to Debtor, the cure amount with respect to the Lease is $117,759.90. However, according to 411 Fifth Avenue LLC's records, the actual cure amount is $224,773.84. An itemization of the components of the cure amount is annexed as **Exhibit "B"**.

4. This Cure Claim is without prejudice to claim such other or further amounts that are or may be due under the Lease.

[Remainder of page intentionally left blank.]

WHEREFORE, 411 Fifth Avenue LLC respectfully requests that this Cure Claim be allowed in the amount of $224,773.84, and that the Court grant 411 Fifth Avenue LLC such other and further relief as is just and proper.

Dated: New York, New York
January 5, 2026

WHITEFORD, TAYLOR & PRESTON L.L.P.

By: */s/ Kenneth M. Lewis*
Kenneth M. Lewis

444 Madison Avenue, 4th Floor
New York, NY 10022
(914) 761-8400
klewis@whitefordlaw.com

*Attorneys for 411 Fifth Avenue LLC*

411 FIFTH AVENUE LLC

By:   ADAMS & COMPANY REAL ESTATE, LLC
its agent

By: */s/ Thomas R. Kleinberger*
Name: Thomas R. Kleinberger
Title: General Counsel

3