# EXHIBIT "B"



**Adams & Company Real Estate**
411 5th Avenue
New York NY 10016-2203

**STATEMENT**

| | |
|---|---|
| | 12/1/2025 |
| Due Date: | 11/20/2025 |
| Amount Due: | 224,773.84 |
| Account Number: | ▮1000 |

**Bill To:** E. Gluck Corporation_▮1000
6015 Little Neck Parkway
Little Neck NY  11362-2500

**PAY THIS BILL ONLINE**
You can make a payment using our online payment system!

[Make a Payment]

| Submeter Electric Charges | Billing Period 09/11/2025 - 10/10/2025 | Billing Date 11/1/2025 |
|---|---|---|
| Usage - KWH 5430 | Subtotal | 2,215.56 |
| | Miscellaneous | 166.17 |
| Usage - KWD 30 | Sales Tax | 211.38 |
| | Total | 2,593.11 |

**Location:**    411 Fifth Avenue

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| RE-000006559 | Unit: 061-11th Fl - Lease: 06111000. | |
| 12/20/2024 | Late Fee \| LATEFEE-061-11th Fl-Dec24 | 2,536.04 |
| RE-000006560 | Unit: 061-11th Fl - Lease: 06111000. | |
| 12/20/2024 | Late Fee \| LATEFEE-061-11th Fl-Dec24 | 760.81 |
| RE-000007307 | Unit: 061-11th Fl - Lease: 06111000. | |
| 1/20/2025 | Late Fee \| LATEFEE-061-11th Fl-Jan25 | 2,754.35 |
| RE-000007308 | Unit: 061-11th Fl - Lease: 06111000. | |
| 1/20/2025 | Late Fee \| LATEFEE-061-11th Fl-Jan25 | 826.30 |
| RE-000009008 | Unit: 061-11th Fl - Lease: 06111000. | |
| 3/20/2025 | Late Fee \| LATEFEE-061-11th Fl-Mar25 | 3,409.88 |
| RE-000009777 | Unit: 061-11th Fl - Lease: 06111000. | |
| 4/20/2025 | Late Fee \| LATEFEE-061-11th Fl-Apr25 | 4,390.82 |
| RE-000010479 | Unit: 061-11th Fl - Lease: 06111000. | |
| 5/20/2025 | Late Fee \| LATEFEE-061-11th Fl-May25 | 5,311.01 |
| RE-000011240 | Unit: 061-11th Fl - Lease: 06111000. | |
| 6/20/2025 | Late Fee \| LATEFEE-061-11th Fl-Jun25 | 5,515.78 |
| RE-000011934 | Unit: 061-11th Fl - Lease: 06111000. | |
| 7/20/2025 | Late Fee \| LATEFEE-061-11th Fl-Jul25 | 5,640.97 |
| RE-000011316 | Unit: 061-11th Fl - Lease: 06111000. | |
| 8/1/2025 | R.E. Tax Bid \| TAX BID-061-11th Fl-Aug25 | 165.06 |
| 8/1/2025 | Window Cleaning \| WIN CLEAN-061-11th Fl-Aug25 | 195.98 |
| 8/1/2025 | Sprinkler \| SPRINKLER-061-11th Fl-Aug25 | 100.00 |
| 8/1/2025 | Rent_Office \| RENT_OFFICE-061-11th Fl-Aug25 | 7,045.76 |
| 8/1/2025 | Flat Water \| WATER_FLAT-061-11th Fl-Aug25 | 100.00 |
| 8/1/2025 | Electric_Metered \| | 2,703.52 |
| RE-000012638 | Unit: 061-11th Fl - Lease: 06111000. | |
| 8/20/2025 | Late Fee \| LATEFEE-061-11th Fl-Aug25 | 5,778.31 |
| RE-000012469 | Unit: 061-11th Fl - Lease: 06111000. | |
| 9/1/2025 | R.E. Tax Bid \| TAX BID-061-11th Fl-Sep25 | 165.06 |
| 9/1/2025 | Window Cleaning \| WIN CLEAN-061-11th Fl-Sep25 | 195.98 |
| 9/1/2025 | Sprinkler \| SPRINKLER-061-11th Fl-Sep25 | 100.00 |
| 9/1/2025 | Rent_Office \| RENT_OFFICE-061-11th Fl-Sep25 | 49,223.83 |
| 9/1/2025 | Flat Water \| WATER_FLAT-061-11th Fl-Sep25 | 100.00 |
| 9/1/2025 | Electric_Metered \| | 4,395.95 |
| RE-000013341 | Unit: 061-11th Fl - Lease: 06111000. | |
| 9/20/2025 | Late Fee \| LATEFEE-061-11th Fl-Sep25 | 6,019.19 |



**Adams & Company Real Estate**
411 5th Avenue
New York NY 10016-2203

**STATEMENT**  12/1/2025

Due Date: 11/20/2025
Amount Due: 224,773.84
Account Number: ▉1000

**Bill To:**  E. Gluck Corporation_▉1000
6015 Little Neck Parkway
Little Neck NY  11362-2500

**PAY THIS BILL ONLINE**
You can make a payment using our online payment system!




| Submeter Electric Charges | Billing Period 09/11/2025 - 10/10/2025 | Billing Date 11/1/2025 |
|---|---|---|
| Usage - KWH 5430 | Subtotal | 2,215.56 |
|  | Miscellaneous | 166.17 |
| Usage - KWD 30 | Sales Tax | 211.38 |
|  | Total | 2,593.11 |

**Location:**  411 Fifth Avenue

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| RE-000012883 | Unit: 061-11th Fl - Lease: 06111000. |  |
| 10/1/2025 | R.E. Tax Bid \| TAX BID-061-11th Fl-Oct25 | 165.06 |
| 10/1/2025 | Window Cleaning \| WIN CLEAN-061-11th Fl-Oct25 | 195.98 |
| 10/1/2025 | Sprinkler \| SPRINKLER-061-11th Fl-Oct25 | 100.00 |
| 10/1/2025 | Rent_Office \| RENT_OFFICE-061-11th Fl-Oct25 | 49,223.83 |
| 10/1/2025 | Flat Water \| WATER_FLAT-061-11th Fl-Oct25 | 100.00 |
| 10/1/2025 | Electric_Metered \| | 2,888.36 |
| RE-000014000 | Unit: 061-11th Fl - Lease: 06111000. |  |
| 10/20/2025 | Late Fee \| LATEFEE-061-11th Fl-Oct25 | 6,086.24 |
| RE-000013729 | Unit: 061-11th Fl - Lease: 06111000. |  |
| 11/1/2025 | R.E. Tax Bid \| TAX BID-061-11th Fl-Nov25 | 165.06 |
| 11/1/2025 | Window Cleaning \| WIN CLEAN-061-11th Fl-Nov25 | 195.98 |
| 11/1/2025 | Sprinkler \| SPRINKLER-061-11th Fl-Nov25 | 100.00 |
| 11/1/2025 | Rent_Office \| RENT_OFFICE-061-11th Fl-Nov25 | 49,223.83 |
| 11/1/2025 | Flat Water \| WATER_FLAT-061-11th Fl-Nov25 | 100.00 |
| 11/1/2025 | Electric_Metered \| | 2,593.11 |
| RE-000014668 | Unit: 061-11th Fl - Lease: 06111000. |  |
| 11/20/2025 | Late Fee \| LATEFEE-061-11th Fl-Nov25 | 6,201.79 |

**PLEASE REMIT THE FOLLOWING:**  224,773.84

For Questions regarding your bill please contact your property manager.
Please include Account Number on all payments.

Please detach and return coupon with your payment.

| | |
|---|---|
| **Adams & Company Real Estate**<br>411 5th Avenue<br>New York NY 10016-2203 | **REMITTANCE SECTION**<br><br>Due Date: 11/20/2025<br>**Amount Due:** **$224,773.84**<br>Account Number: ■1000 |
| **E. Gluck Corporation_06111000**<br>6015 Little Neck Parkway<br>Little Neck NY  11362-2500 | Adams & Company Real Estate<br>P.O. Box 67026<br>Newark, NJ 07101-8081 |