**Fill in this information to identify the case:**

Debtor name: **E. Gluck Corporation**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **25-12683 (mg)**

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>4OVER4.COM<br>1941 46TH STREET<br>ASTORIA, NY 11105<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $5,503.28 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>A&H MFG. CO.<br>1 CARDING LANE<br>Johnston, RI 02919<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $18,216.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>ABG - Nine West LLC<br>1411 Broadway<br>21st Fl.<br>New York, NY 10018<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,527.19 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Able Fire Prevention<br>250 WEST 26ST STREET<br>4TH FL<br>New York, NY 10001<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,338.73 |

| Debtor | **E. Gluck Corporation** | Case number (if known) | **25-12683 (mg)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**ACTION WISE INTERNATIONAL LTD.**<br>**ROOM D6 3/F,MAI SHUN INDUSTRIA**<br>**18-24 KWAI CHEUNG ROAD**<br>**KWAI CHUNG NT, HONG K**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $205,105.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**ADAMS & CO. R.E., LLC**<br>**PO BOX 67026**<br>**NEWARK, NJ 07101-8081**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $169,542.35 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**AKWHP, LLC dba WHP GLOBAL**<br>**530 5TH AVE., 25TH FL.**<br>**New York, NY 10036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $540,000.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**ALBA WHEELS UP INTERNATIONAL,**<br>**1 EAST LINCOLN AVENUE,**<br>**VALLEY STREAM, NY 11580**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $672.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Alta Industrial Equipment NY**<br>**PO Box 22452**<br>**New York, NY 10087-2482**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,379.62 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO BOX 1270**<br>**Newark, NJ 07101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $400,000.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**AMERICAN GRAPHIC SOLUTION**<br>**222 RIVER AVENUE**<br>**LAKEWOOD, NJ 08701**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,424.50 |

| Debtor | E. Gluck Corporation | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|
| | Name | | |

### 3.12
**Nonpriority creditor's name and mailing address**
APEX DIAMONDS
RM 1505, 15/F PENINSULA SQUARE
18 SUNG ON STREET
HUNG HOM KOWLOON, HON

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$56,227.00**

### 3.13
**Nonpriority creditor's name and mailing address**
BASIN HAULAGE, INC.
PO BOX 790058
MIDDLE VILLAGE, NY 11379

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$925.44**

### 3.14
**Nonpriority creditor's name and mailing address**
BRIDGESTONE WATCH LIMITED
ROOM 2002-2004 20TH FL
NANYANG PLAZA 57 HUNG TO RD
KWUN TONG KLN, HONG K

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$665,345.00**

### 3.15
**Nonpriority creditor's name and mailing address**
CABBAGE SOLUTIONS INC.
7316 21 AVE NW
ALBERTA CANADA
 T6K 2C4

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$5,610.00**

### 3.16
**Nonpriority creditor's name and mailing address**
Canon Financial
14904 COLLECTIONS CENTER DR
Chicago, IL 60693

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$946.28**

### 3.17
**Nonpriority creditor's name and mailing address**
CDW COMPUTER CENTERS
P.O. BOX 75723
CHICAGO, IL 60675-5723

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$56,313.54**

### 3.18
**Nonpriority creditor's name and mailing address**
CENTURY OVERHEAD DOORS
10 KNICKERBOCKER AVENUE
BROOKLYN, NY 11237

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$1,469.81**

| Debtor | E. Gluck Corporation | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>CHUBB PERSONAL RISK SVC<br>PO BOX 7247-0180<br>#3121-2889-9763-001P<br>Philadelphia, PA 19170<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$4,471.21** |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>CIRCANA, LLC<br>4766 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$9,255.41** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>CITI CARDS<br>PO BOX 9001016<br>Louisville, KY 40290<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$1,248.47** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>CITIZEN WATCH CO. LTD.<br>6-1-12, TANASHI-CHO<br>NISHI-TOKYO-SHI<br>TOKYO JAPAN 188-8511<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$29,980.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>CLEANING SYSTEMS CO.<br>440 EAST SANDFORD BLVD<br>P.O. BOX 3064<br>MOUNT VERNON, NY 10553<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$3,512.94** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>COLECO PAPER CO., INC.<br>PO BOX 15<br>SADDLE RIVER, NJ 07458<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$5,580.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>Contempo Card Company<br>69 Tingley Street<br>Providence, RI 02903<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$42,984.86** |

| Debtor | E. Gluck Corporation | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**DARLENE DENNIS**<br>**400 TAX ROAD**<br>**Shiloh, GA 31826** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,748.42** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Diamond Grade Media Inc.**<br>**PO BOX 296**<br>**Sugar Loaf, NY 10981** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,000.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Edgewood Partners Ins. Center**<br>**PO BOX 22245**<br>**New York, NY 10087** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,375.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**ELM GLOBAL LOGISTICS**<br>**50 EMJAY BOULEVARD**<br>**BRENTWOOD, NY 11717** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,088.40** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Engie Resources**<br>**PO BOX 841680**<br>**Dallas, TX 75284** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,944.99** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**EXP Topco LLC**<br>**530 Fifth Ave**<br>**12th Fl**<br>**New York, NY 10036** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,275.52** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**FILCO CARTING CORP.**<br>**161 MCKINLEY STREET**<br>**CLOSTER, NJ 07624** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$292.37** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | E. Gluck Corporation | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**G.S. Inc**<br>**885 SOUTH MAIN ST.**<br>**Pascoag, RI 02859** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$371.84** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Gluck Family Partnership**<br>**6015 Little Neck Pkwy**<br>**Little Neck, NY 11362** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$613,937.50** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**GO GREEN**<br>**230 ROUTE 17**<br>**PO BOX 382**<br>**HILLBURN, NY 10931** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,850.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**GOLDEN HAWK MANUFACTORY LTD**<br>**FLAT A&C, 18TH FLR**<br>**SUNRISE IND. 10 HONG MAN**<br>**CHAI WAN, HONG KONG** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,800.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**GREAT PROGRESS H.K. (HOLDINGS)**<br>**FLAT A 3RD FL, KAM SHING IND B**<br>**1-11 KWAI WING RD, KWAI CHUNG**<br>**HONG KONG** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$829,846.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**High Rise Fire Protection Corp**<br>**144 21ST STREET**<br>**Brooklyn, NY 11232** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$424.88** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**HITOUCH BUSINESS SERVICES**<br>**P.O. BOX 208897**<br>**DALLAS, TX 75320-8897** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,646.46** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **E. Gluck Corporation**
Name

Case number (if known) **25-12683 (mg)**

---

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**HONGKONG CHENGHUI IND. CO., LT**<br>**7F, BLDG B, SHABIAN IND ZONE**<br>**SAN WEI, HANG CHEN, BAO'AN**<br>**SHENZHEN, CHINA 00000**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$77,524.80** |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**HONGKONG GELOLA WATCH CO. LTD**<br>**2508/A 25/F, BOA TOWER**<br>**12 HARCOURT ROAD**<br>**CENTRAL, HONG KONG 00**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,125,408.00** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**IMPENCO**<br>**240 GUIZOT STREET WEST**<br>**H2P 1L5**<br>**Montreal, QC, Canada**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **John@impenco.com** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,233,856.00** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**INFOR (US), LLC**<br>**NW 7418**<br>**PO BOX 1450**<br>**MINNEAPOLIS, MN 55485-7418**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$89,443.25** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**IT-SOFT USA,INC**<br>**55 WEST MONROE STREET**<br>**SUITE 2575**<br>**CHICAGO, IL 60603**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$10,000.00** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Lai Chi Co.**<br>**RM 1207, 12/F, GRAND CITY**<br>**PLAZA, 1 SAI LAU KOK ROAD**<br>**TSUEN WAN NT, HK**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$9,865.20** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**LCD ELEVATOR REPAIR, INC.**<br>**224 EAST 2ND STREET**<br>**SUITE 200**<br>**MINEOLA, NY 11501**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,072.96** |

| Debtor | E. Gluck Corporation | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**LIAN SHENG GLOBAL SOURCING LTD**<br>**UNIT 14, 8/F PARAMOUNT BLDG**<br>**NO.12, KA YIP ST.**<br>**CHAI WAN 361026, HONG**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$93,464.00** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Lights of America**<br>**199 WILLIS AVE**<br>**Mineola, NY 11501**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,200.00** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**LJM CONSULTANTS**<br>**PO BOX 262**<br>**West Islip, NY 11795-0262**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$206.20** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**MILLAMAR LANDSCAPE SERVICES**<br>**150 PLAINFIELD AVENUE**<br>**ELMONT, NY 11003**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,002.63** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**MRT BWR, CORP**<br>**73-10 EDSALLY AVE**<br>**GLENDALE, NY 11385-8220**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,773.21** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**New York Yankees**<br>**1 Steinbrenner Drive**<br>**Tampa, FL 33614**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$590,000.00** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**NORTHSIDE PACKAGING**<br>**92 EMERSON PLACE**<br>**BROOKLYN, NY 11205**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$34,158.08** |

| Debtor | E. Gluck Corporation | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|
| | Name | | |

---

**3.54** **Nonpriority creditor's name and mailing address**
OPENTEXT INC.
C/O J.P. MORGAN LOCKBOX
24685 NETWORK PLACE
CHICAGO, IL 60673-1246

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$7,888.47**

---

**3.55** **Nonpriority creditor's name and mailing address**
OXFORD HEALTH PLANS
UHS PREMIUM BILLING
PO BOX 94017
PALATINE, IL 60094-4017

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$77,001.89**

---

**3.56** **Nonpriority creditor's name and mailing address**
Paramount Packaging Corp.
1221 OLD WALT WHITMAN RD.
Melville, NY 11747

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$1,627.68**

---

**3.57** **Nonpriority creditor's name and mailing address**
PREFERRED PLASTICS & PKG. INC.
1099 WALL STREET WEST,
SUITE 200
LYNDHURST, NJ 07071

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$7,388.00**

---

**3.58** **Nonpriority creditor's name and mailing address**
PROFIT LIGHT WATCH LTD.
RM.1107, 7/F HING WAI CTR
7 TIN WAN PRAYA RD
ABERDEEN, HONG KONG 0

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$322,063.00**

---

**3.59** **Nonpriority creditor's name and mailing address**
Pyrosiginal & Suppression, Inc
214-25 42ND AVENUE
Bayside, NY 11361

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$328.80**

---

**3.60** **Nonpriority creditor's name and mailing address**
REAL PACKAGING CO., LTD.
XIZHAIZITOU INDUSTRIAL PARK
XIAZHUANG, CHENGYANG
Qingdao, CN 26610-7000

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$28,311.00**

| Debtor | E. Gluck Corporation | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|
| | Name | | |

### 3.61
**Nonpriority creditor's name and mailing address**
**REFUNDSMANAGER INC**
**1728 57 ST**
**BROOKLYN, NY 11204**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __
Is the claim subject to offset? ■ No  ☐ Yes

**$6,111.53**

---

### 3.62
**Nonpriority creditor's name and mailing address**
**RITHUM**
**25736 NETWORK PLACE**
**CHICAGO, IL 60673-1257**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __
Is the claim subject to offset? ■ No  ☐ Yes

**$6,224.46**

---

### 3.63
**Nonpriority creditor's name and mailing address**
**SAMUEL S. ADELSBERG & CO**
**280 NORTHERN BOULEVARD**
**GREAT NECK, NY 11021**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __
Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

### 3.64
**Nonpriority creditor's name and mailing address**
**Scantech Solutions**
**777 KENT AVE. SUITE 220**
**Brooklyn, NY 11205**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __
Is the claim subject to offset? ■ No  ☐ Yes

**$741.55**

---

### 3.65
**Nonpriority creditor's name and mailing address**
**SECURITAS TECHNOLOGY CORPORATI**
**DEPT CH 10651**
**PALATINE, IL 60055**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __
Is the claim subject to offset? ■ No  ☐ Yes

**$12,115.56**

---

### 3.66
**Nonpriority creditor's name and mailing address**
**SHAPE ENTERPRISES LLC**
**1303 53RD STREET**
**SUITE 75**
**BROOKLYN, NY 11219**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __
Is the claim subject to offset? ■ No  ☐ Yes

**$6,613.07**

---

### 3.67
**Nonpriority creditor's name and mailing address**
**SIGNATURE PRINTING PROMOTIONAL**
**694 ROUTE 15 SOUTH,**
**SUITE 204**
**LAKE HOPATCONG, NJ 07849**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __
Is the claim subject to offset? ■ No  ☐ Yes

**$227.28**

| Debtor | E. Gluck Corporation | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**SIMPLER POSTAGE INC.**<br>**P.O. BOX 104413**<br>**PASADENA, CA 91189-4413** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,860.40** |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**SPEEDMARK TRANSPORTATION INC.**<br>**230-59 INT'L AIRPORT**<br>**CENTER BLVD, SUITE 282**<br>**SPRINGFIELD GARDEN, NY 11413** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$887.25** |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**SPS COMMERCE, INC.**<br>**PO BOX 205782**<br>**DALLAS, TX 75320-5782** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,718.83** |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**STANDARD EXTERMINATING CO, INC**<br>**25-80 STEINWAY STREET**<br>**LONG ISLAND CITY, NY 11103** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,235.74** |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**STAPLES**<br>**PO BOX 105748**<br>**ATLANTA,, GA 30348-5748** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,866.98** |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**STAR STRUCK, INC.**<br>**16 STONY HILL ROAD**<br>**BETHEL, CT 06880** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,159.65** |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**STAT RECOVERY SERVICES LLC**<br>**809 SW 1 STREET**<br>**SUITE 5**<br>**BENTONVILLE, AR 72712** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$55,583.11** |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

| Debtor | E. Gluck Corporation | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**STEEL TRIBUNE, LLC**<br>**999 SOUTH OYSTER BAY ROAD**<br>**SUITE 200**<br>**BETHPAGE, NY 11714**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $212,345.10 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Steel Tribune, LLC**<br>**700 Hicksville Rd.**<br>**Bethpage, NY 11714**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**SYSTEMATIC CONTROL CORP**<br>**203-14 48TH AVE**<br>**BAYSIDE, NY 11364**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,472.55 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Telecomp Holdings, Inc.**<br>**5104 S. PINNACLE HILLS**<br>**Suite 200**<br>**Rogers, AR 72758**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $321.73 |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**THE GASS WORKS**<br>**100 24TH ST WEST**<br>**STE 1 PMB 3021**<br>**BILLINGS, MT 59102**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,909.60 |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**THE SYSTEMS HOUSE, INC.**<br>**4325 ALEXANDER DR**<br>**SUITE 100**<br>**ALPHARETTA, GA 30022**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $14,002.64 |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**TK ELEVATOR CORPORATION**<br>**PO BOX 3796**<br>**CAROL STREAM, IL 60132-3796**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,808.98 |

| Debtor | E. Gluck Corporation | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.82 | UL VERIFICATION SERVICES<br>62045 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0620<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $7,002.55 |
| 3.83 | ULINE<br>ATTN; ACCOUNTS RECEIVABLE<br>PO BOX 88741<br>CHICAGO, IL 60680-1741<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,162.67 |
| 3.84 | UNITED STATES SALES CORPORATIO<br>SUITE #425<br>Virginia Beach, VA 23452<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $166.58 |
| 3.85 | Verizon<br>PO Box 15124<br>Albany, NY 12212-1524<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $557.20 |
| 3.86 | Verizon Wireless<br>PO BOX 15043<br>Albany, NY 12212-5043<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,253.08 |
| 3.87 | VISEBASE COMPANY LIMITED<br>UNIT 11 28/F ONE MIDTOWN<br>11 HOI SHING ROAD<br>TSUEN WAN NT, HONG KO<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $9,570.00 |
| 3.88 | W&Y (ASIA) CO., LTD.<br>UNIT B&D 13/F.<br>CHINABEST INTERNATIONAL CENTER<br>NO. 8 KWAI ON ROAD<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $130,949.00 |

| Debtor | E. Gluck Corporation | Case number (if known) | 25-12683 (mg) |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**WATCH GUARD 24/7**<br>**64-57 WOODHAVEN BLVD**<br>**REGO PARK, NY 11374**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$107,213.52** |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**Windstream**<br>**PO BOX 9001013**<br>**Louisville, KY 40290**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$776.25** |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**YI FENG WATCH CO. LTD.**<br>**UNIT A 4/F MAI WAH IND BLDG**<br>**1-7 WAH SING STREET 8**<br>**KWAI CHUNG NT, HONG K**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$723,145.00** |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**YOUNGS WATCH COMPANY LIMITED**<br>**UNITS 1-2 10/F HOPE SEA**<br>**IND. CTR 26 LAM HING**<br>**KOWLOON BAY KOWLOON,**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$155,536.00** |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + $ | 8,996,301.04 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c.  $ | **8,996,301.04** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **E. Gluck Corporation** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **25-12683 (mg)** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 5, 2026**

X **/s/ Adam Gelnick**
Signature of individual signing on behalf of debtor

**Adam Gelnick**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors