**NORRIS McLAUGHLIN, P.A.**
Stuart L. Kossar, Esq.
7 Times Square, 21st Floor
New York, New York 10036
Tel.: (212) 808-0700
Fax.: (212) 808-0844
slkossar@norris-law.com
*Attorneys for Creditor, Northside Packaging Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
In Re:                                                                    Chapter 11

E. GLUCK CORPORATION,                                    Case No. 25-12683 (MG)
Tax I.D. No. 13-2907195
                        Debtor.                                      **NOTICE OF APPEARANCE**
---------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that an appearance is hereby entered and request is hereby made by counsel for creditor, Northside Packaging Inc. in the above case, as provided in 11 U.S.C. § 1109(b) and the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007, and 9010(b) that all notices given or required to be given in the above captioned case, and all papers served or required to be served, be given to and served upon:

**NORRIS McLAUGHLIN, P.A**.
7 Times Square, 21st  Floor
New York, NY 10036-6524
Telephone: (212) 808-0700
Facsimile:  (212) 808-0844
Attention:  Stuart L. Kossar, Esq.
(E-mail:  slkossar@norris-law.com)

    **PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, plans and disclosure statements, request, complaints or demands, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, E-Mail, Internet, or otherwise filed or made with regard to the

above-captioned case, which affects or seeks to affect in any way any rights or interests of any party in interest in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Northside Packaging Inc. (1) to have final orders in non-core matters entered only after de novo review by a United States District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Bankruptcy Rule 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, or defenses, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses, are expressly reserved.

        **NORRIS McLAUGHLIN, P.A.**

Dated: January 6, 2026  
      New York, New York

By: */s/ Stuart L. Kossar*  
    Stuart L. Kossar, Esq.  
    7 Times Square, 21st Floor  
    New York, New York 10036  
    Telephone: (212) 808-0700  
    Facsimile: (212) 808-0844  
    slkossar@norris-law.com