| Fill in this information to identify the case: |
| --- |
| Debtor name   **E. Gluck Corporation** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known)   **25-12683 (mg)** |

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for the 11th Floor of 411 Fifth Avenue, New York, NY 10016 for office and showroom for the display and sale, at wholesale, of watches.** |
|     State the term remaining<br>     List the contract number of any government contract | **Through December 31, 2028**<br><br>**411 Fifth Avenue LLC et al**<br>**411 Fifth Ave.**<br>**New York, NY 10016** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Deka battery financing** |
|     State the term remaining<br>     List the contract number of any government contract | **Abel Womack**<br>**140 Rodeo Drive**<br>**Brentwood, NY 11717** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **License agreement** |
|     State the term remaining<br>     List the contract number of any government contract | **ABG-CAMUTO LLC**<br>**C/O AUTHENTIC BRANDS GRP**<br>**1411 BROADWAY, 21ST FL**<br>**NEW YORK, NY 10018** |

| Debtor 1 | **E. Gluck Corporation** | | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Nine West Licensing Agreement 2019-2025 with 3Y renewal option through 2028 Email: legaldept@authentic.com** | |
|---|---|---|---|
| | State the term remaining | | **ABG-Nine West LLC 1411 Broadway 21st Fl New York, NY 10018** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Foreign Package Policy** | |
|---|---|---|---|
| | State the term remaining | | **ACE American Insurance Co. c/o Chubb Group of Insurance PO BOX 1000 Philadelphia, PA 19106** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **2024-2025 Marine Cargo Policy** | |
|---|---|---|---|
| | State the term remaining | | **ACGS Marine Insurance Co. c/o Allianz Group Ins. 225 Washington St. Suite#2000 Chicago, IL 60606** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # OC95246700 Commercial Property Insurance** | |
|---|---|---|---|
| | State the term remaining | | **AGCS Marine Insurance Company c/o EPIC 1140 Ave. of the Americas New York, NY 10036** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | | **AGSM Distribution FZE PO Box 261873 Dubai, UAE** |
| | List the contract number of any government contract | | |

| Debtor 1 | **E. Gluck Corporation** | | | Case number (*if known*) | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Customs bond surety** | |
|---|---|---|---|
| | State the term remaining | | **ALBA WHEELS UP INTERNATIONAL, INC** |
| | List the contract number of any government contract | | **1 EAST LINCOLN AVENUE, VALLEY STREAM, NY 11580** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Excess Umbrella Policy** | |
|---|---|---|---|
| | State the term remaining | | **Allianz Global Risks US Insura** |
| | List the contract number of any government contract | | **225 W. Washington St. Suite 1800 Chicago, IL 60606** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Trade Credit Insurance** | |
|---|---|---|---|
| | State the term remaining | | **Allianz Trade** |
| | List the contract number of any government contract | | **c/o Euller Hermes NA Insurance 28 Liberty Street, 24th Fl. New York, NY 10005** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Insurance** | |
|---|---|---|---|
| | State the term remaining | | **Allianz Trade** |
| | List the contract number of any government contract | | **c/o Euller Hermes NA Insurance 100 International Dr. 22nd Fl. Baltimore, MD 21202** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Freight Allowance Agreement # 99266520; MDF/COOP Agreement # 99266525, MDF/COOP Agreement # 99459600, Allowance Agreement # 99266530** | |
|---|---|---|---|
| | State the term remaining | | **Amazon.com Services LLC** |
| | List the contract number of any government contract | | **410 Terry Avenue North Seattle, WA 98109** |

Debtor 1 __**E. Gluck Corporation**_____    Case number (*if known*) __**25-12683 (mg)**__
     First Name       Middle Name       Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Database management software**

State the term remaining

List the contract number of any government contract

    **Aptean**
    **c/o The Systems House**
    **PO Box 743722**
    **Atlanta, GA 30374**

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement (Armitron)**

State the term remaining

List the contract number of any government contract

    **ARISTA SINGAPORE PTE Ltd.**
    **2 Jurong East, Stree 21**
    **#04-32B, IMM Building**
    **Singapore 609601**

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **2024-25 Cyber Crime Insurance Policy**

State the term remaining

List the contract number of any government contract

    **At-Bay Insurance Services, LLC**
    **1 Post St.**
    **14th Fl.**
    **San Francisco, CA 94104**

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment finance agreement (bobcat)**

State the term remaining

List the contract number of any government contract

    **AUXILIOR CAPITAL PARTNERS**
    **620 WEST GERMANTOWN PIKE**
    **SUITE 450**
    **PLYMOUNT MEETING, PA 19462**

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Insurance broker for customs bond**

State the term remaining

List the contract number of any government contract

    **Avalon Risk Management**
    **27 Congress Street, Ste 507**
    **Salem, MA 01970**

| Debtor 1 | **E. Gluck Corporation** | | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Vince Camuto Licensing Agreement 2018-2025** | |
|---|---|---|---|
| | State the term remaining | | **Camuto IPCO LLC** |
| | List the contract number of any government contract | | **1411 Broadway** **21st Fl.** **New York, NY 10018** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **B&W Copier Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Canon Financial Services, Inc.** |
| | List the contract number of any government contract | | **14904 Collections Ctr Dr.** **Chicago, IL 60693** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Suscription Support Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Canon Solutions America** |
| | List the contract number of any government contract | | **One Canon Park** **Melville, NY 11747** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Annual fire inspection and testing agreement expires 3/31/26** | |
|---|---|---|---|
| | State the term remaining | | **Capitol Sprinkler Service** |
| | List the contract number of any government contract | | **51-51 59th Place** **Little Neck, NY 11362** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Utility service** | |
|---|---|---|---|
| | State the term remaining | | **CCi Voice** |
| | List the contract number of any government contract | | **70 Stony Hill Rd, 2nd Fl.** **Bethel, CT 06801** |

| Debtor 1 | **E. Gluck Corporation** | | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Adobe Acrobat, Microsoft and Photoshop annual subscriptions** | |
|---|---|---|---|
| | State the term remaining | | **CDW Direct** |
| | List the contract number of any government contract | | **PO Box 75723** **Chicago, IL 60675** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Firewall agreement for Little Neck premises** | |
|---|---|---|---|
| | State the term remaining | | **CDW Direct** |
| | List the contract number of any government contract | | **PO Box 75723** **Chicago, IL 60675** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Software agreements** | |
|---|---|---|---|
| | State the term remaining | | **CDW Direct** |
| | List the contract number of any government contract | | **200 N. Milwaukee Avenue** **Vernon Hills, IL 60061** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement re Armitron** | |
|---|---|---|---|
| | State the term remaining | | **CHACE Luxury Group L.L.C-FZ** **Meydan Grandstand, 6th floor** |
| | List the contract number of any government contract | | **Meydan Road, Nad Al Sheba** **Dubai, UAE** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Spectrum Buusiness voice and internet service agreement, Acct Nos. 8150-22-001-0232622, 8150-20-007-2351015** | |
|---|---|---|---|
| | State the term remaining | | **Charter Communications** |
| | List the contract number of any government contract | | **PO Box 7186** **Pasadena, CA 91109-7186** |

| Debtor 1 | **E. Gluck Corporation** | | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Workers Compensation Policy** | |
|---|---|---|---|
| | State the term remaining | | **Chubb Group of Insurance Cos.** |
| | List the contract number of any government contract | | **550 Madison Ave**<br>**10th Fl**<br>**New York, NY 10022** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance contract #3121-2889-9763-001P** | |
|---|---|---|---|
| | State the term remaining | | **Chubb Personal Risk Svc** |
| | List the contract number of any government contract | | **PO Box 7247-0180**<br>**Philadelphia, PA 19170** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **FileMaker User Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Claris** |
| | List the contract number of any government contract | | **PO Box 53588**<br>**Los Angeles, CA 90074-3588** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Storage agreement** | |
|---|---|---|---|
| | State the term remaining | | **ELM Freight Handlers, Inc.** |
| | List the contract number of any government contract | | **50 Emjay Blvd - Ste 13**<br>**Brentwood, NY 11717** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Creditor insurance** | |
|---|---|---|---|
| | State the term remaining | | **EULER HERMES SERVICES N. A. INS CO.** |
| | List the contract number of any government contract | | **ATTN: FINANCE DEPT**<br>**100 INTERNATIONAL DRIVE**<br>**BALTIMORE, MD 21202** |

| Debtor 1 | **E. Gluck Corporation** | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Express Brands Licensing Agreement 2023-28 with 2Y renewal option extending into 2030** | |
|---|---|---|---|
| | State the term remaining | | **EXP Topco LLC 530 Fifth Ave 12th Fl New York, NY 10036** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Commercial Package Insurance Policy** | |
|---|---|---|---|
| | State the term remaining | | **Federal Insurance Co. c/o Chubb Group of Insurance 202B Hall's Mill Rd Whitehouse Station, NJ 08889** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Crime-Theft Loss Prevention Insurance Policy; Premium Amt: $10,085.00** | |
|---|---|---|---|
| | State the term remaining | | **Federal Insurance Co. c/o Chubb Group of Insurance 202B Hall's Mill Rd Whitehouse Station, NJ 08889** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Employment Practices Liability Insurance Policy; Premium Amt: $18,472.00** | |
|---|---|---|---|
| | State the term remaining | | **Federal Insurance Co. c/o Chubb Group of Insurance 202B Hall's Mill Rd Whitehouse Station, NJ 08889** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **2024-25 Fiduciary Policy; Premium Amt: $15,644.00** | |
|---|---|---|---|
| | State the term remaining | | **Federal Insurance Co. c/o Chubb Group of Insurance 202B Hall's Mill Rd Whitehouse Station, NJ 08889** |
| | List the contract number of any government contract | | |

| Debtor 1 | **E. Gluck Corporation** | | | Case number *(if known)* | **25-12683 (mg)** |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.39. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2024-25 Commercial Umbrella Policy**<br><br><br>**Federal Insurance Co.**<br>**c/o Chubb Group of Insurance**<br>**202B Hall's Mill Rd**<br>**Whitehouse Station, NJ 08889** |
| 2.40. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Fulfillment, Production & Sales Services Agreement dated 9/21/2020 d@shopfelixgray.com**<br><br>**Felix Gray**<br>**228 Park Ave. S.**<br>**PMB 56985**<br>**New York, NY 10003** |
| 2.41. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2024-25 Automobile Insurance Policy**<br><br><br>**Great Northern Insurance Co.**<br>**c/o Chubb Group of Insurance**<br>**202B Hall's Mill Road**<br>**Whitehouse Station, NJ 08889** |
| 2.42. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mossy Oak License Agreement**<br><br><br>**Haas Outdoors, Inc. (MossyOak)**<br>**PO Box 757**<br>**West Point, MS 39773** |
| 2.43. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Huntress Direct EDR cybersecurity agreement**<br><br><br>**Huntress Labs**<br>**PO Box 735713**<br>**Dallas, TX 75373** |

| Debtor 1 | **E. Gluck Corporation** | | | Case number (*if known*) | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.44. State what the contract or lease is for and the nature of the debtor's interest | **Equipment finance agreement** |
| State the term remaining | |
| List the contract number of any government contract | **HYG FINANCIAL SERVICES, INC.** **PO BOX 35701** **Billings, MT 59107** |
| 2.45. State what the contract or lease is for and the nature of the debtor's interest | **Corporate car lease monthly payment $695.** |
| State the term remaining | |
| List the contract number of any government contract | **Hyundai Motor Finance** **PO Box 660891** **Dallas, TX 75266-6000** |
| 2.46. State what the contract or lease is for and the nature of the debtor's interest | **Software & service agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Infor Entity** **Attn: M. McCrayer/Gen. Counsel** **40 General Warren Blvd St #110** **Malvern, PA 19355** |
| 2.47. State what the contract or lease is for and the nature of the debtor's interest | **Cove data protection agreement** |
| State the term remaining | |
| List the contract number of any government contract | **J-Lab Technology, Inc.** **338 Island Ave** **Woodmere, NY 11598** |
| 2.48. State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement (WHP Brands)** |
| State the term remaining | |
| List the contract number of any government contract | **Jana LTD., Belarus** **23 Stanislavskogo Str.** **Office 10, 220033 Minsk** **Rep. of Belarus** |

Debtor 1  **E. Gluck Corporation**

| First Name | Middle Name | Last Name |

Case number *(if known)*  **25-12683 (mg)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.49.** State what the contract or lease is for and the nature of the debtor's interest

**Landscape contract for weekly services through 12/15/2025**

State the term remaining

List the contract number of any government contract

**Millamar Landscape Services**
**150 Plainfield Ave**
**Elmont, NY 11003**

---

**2.50.** State what the contract or lease is for and the nature of the debtor's interest

**Sponsorship agreement expires 11/1/27**

State the term remaining

List the contract number of any government contract

**New York Yankees**
**Yankee Stadium**
**Attn: Chief Operating Officer**
**Bronx, NY 10451**

---

**2.51.** State what the contract or lease is for and the nature of the debtor's interest

**Nutanix AOS subscription license and renewal support**

State the term remaining

List the contract number of any government contract

**Nutanix**
**1740 Technology Dr. Ste 1150**
**San Jose, CA 95110**

---

**2.52.** State what the contract or lease is for and the nature of the debtor's interest

**Employee health insurance**

State the term remaining

List the contract number of any government contract

**OXFORD HEALTH PLANS**
**UHS PREMIUM BILLING**
**PO BOX 94017**
**PALATINE, IL 60094-4017**

---

**2.53.** State what the contract or lease is for and the nature of the debtor's interest

**License & Supply Agreement**
**email: mus274@yahoo.com**

State the term remaining

List the contract number of any government contract

**Pacific Fighters, Inc.**
**2013 Foote Dr.**
**Idaho Falls, ID 83402**

---

| Debtor 1 | **E. Gluck Corporation** | | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Peanuts Licensing Agreement 2024-2026** | |
|---|---|---|---|
| | State the term remaining | | **Peanuts Worldwide LLC** |
| | | | **352 Park Ave. So.** |
| | List the contract number of any government contract | | **Fl. 8** |
| | | | **New York, NY 10010** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Supply services** | |
|---|---|---|---|
| | State the term remaining | | |
| | | | **RITHUM** |
| | List the contract number of any government contract | | **25736 NETWORK PLACE** |
| | | | **CHICAGO, IL 60673-1257** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom lease for certain space located within Rain Tree Business Center, 902B South Walton Blvd, Suite 21, Bentonville AR 72712 expires 2029** | |
|---|---|---|---|
| | State the term remaining | | **SH&S LP II, LLLP** |
| | | | **Rain Tree Business Center** |
| | List the contract number of any government contract | | **902B South Walton Blvd, Ste 21** |
| | | | **Bentonville, AR 72712** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **WITHit Holdings, LLC Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **SLGN Holdings, LLC** |
| | | | **1951 Bahia Way** |
| | List the contract number of any government contract | | **La Jolla, CA 92037** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Assortment subscription fees** | |
|---|---|---|---|
| | State the term remaining | | **SPS COMMERCE, INC.** |
| | | | **PO BOX 205782** |
| | List the contract number of any government contract | | **DALLAS, TX 75320-5782** |

| Debtor 1 | **E. Gluck Corporation** | | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Security services** | |
|---|---|---|---|
| | State the term remaining | | **Stanley Security Solutions**<br>**Attn: Pres or Gen Counsel**<br>**Dept. CH 10651**<br>**Palatine, IL 60055** |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Recovery services agreement** | |
|---|---|---|---|
| | State the term remaining | | **STAT RECOVERY SERVICES LLC**<br>**809 SW 1 STREET**<br>**SUITE 5**<br>**BENTONVILLE, AR 72712** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for nonresidential real property located at 60-15 Little Neck Parkway, Queens, NY through April 30, 2034** | |
|---|---|---|---|
| | State the term remaining | | **Steel Tribune, LLC**<br>**c/o Steel Equities**<br>**700 Hicksville Rd.**<br>**Bethpage, NY 11714** |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential real property lease.** | |
|---|---|---|---|
| | State the term remaining | | **STEEL TRIBUNE, LLC**<br>**999 SOUTH OYSTER BAY ROAD**<br>**SUITE 200**<br>**BETHPAGE, NY 11714** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Steve Madden Licensing Agreement 2021-2025** | |
|---|---|---|---|
| | State the term remaining | | **Steve Madden Ltd**<br>**52-16 Barnett Ave.**<br>**Sunnyside, NY 11104** |
| | List the contract number of any government contract | | |

| Debtor 1 | **E. Gluck Corporation** | | Case number (*if known*) | **25-12683 (mg)** |
| | First Name   Middle Name   Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.64.** State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement (Armitron and WHP Brands)** |
| State the term remaining | **Tappoo PTE Limited** |
| List the contract number of any government contract | **Tappoo Building, Main Street PO Box 46 Sigatoka FIJI** |
| **2.65.** State what the contract or lease is for and the nature of the debtor's interest | **Sales Representative Agreement** |
| State the term remaining | **United States Sales Corp** |
| List the contract number of any government contract | **PO Box 2688 Virginia Beach, VA 23450-2688** |
| **2.66.** State what the contract or lease is for and the nature of the debtor's interest | **Internet service contract for Manhattan showroom and certain wireless accounts, Acct Nos. 552-476-530-0001-93; 651-766-210-0001-78; 782201291-00002; 782201291-00003** |
| State the term remaining | **Verizon Wireless** |
| List the contract number of any government contract | **PO Box 408 Newark, NJ 07101-0408** |
| **2.67.** State what the contract or lease is for and the nature of the debtor's interest | **Utility service.** |
| State the term remaining | **Verizon Wireless** |
| List the contract number of any government contract | **P.O. Box 15043 Albany, NY 12212-5043** |
| **2.68.** State what the contract or lease is for and the nature of the debtor's interest | **Anne Klein Licensing Agreement 2019-2032** |
| State the term remaining | **WH Buyer LLC dba WHP Global** |
| List the contract number of any government contract | **230 Park Ave. New York, NY 10169** |

| Debtor 1 | E. Gluck Corporation | | | Case number *(if known)* | **25-12683 (mg)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **WITHit Holdings, LLC Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **WIL Holdings, LLC** |
| | List the contract number of any government contract | | **1951 Bahia Way Apple Valley, CA 92307** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **WITHit Holdings, LLC Operating Agreement; addt'l parties listed** | |
|---|---|---|---|
| | | **WIL Holdings, LLC 1951 Bahia Way, La Jolla CA 92037** | |
| | | **SLGN Holdings, LLC 1951 Bahia Way, La Jolla CA 92037** | |
| | State the term remaining | | **WITHIT HOLDINGS LLC** |
| | List the contract number of any government contract | | **6015 LITTLE NECK PARKWAY LITTLE NECK, NY 11362** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **WITHit Holdings, LLC; Management Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **WITHit Holdings, LLC** |
| | List the contract number of any government contract | | **8683 W. Sahara Avenue Suite 180 Las Vegas, NV 89117** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Zoho Assist monthly subscription** | |
|---|---|---|---|
| | State the term remaining | | **Zoho Corporation** |
| | List the contract number of any government contract | | **4141 Hacienda Drive Pleasanton, CA 94588-8549** |

**Fill in this information to identify the case:**

Debtor name   **E. Gluck Corporation**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **25-12683 (mg)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January  7, 2026**    *X* **/s/ Adam Gelnick**
                                   Signature of individual signing on behalf of debtor

                                   **Adam Gelnick**
                                   Printed name

                                   **Chief Financial Officer**
                                   Position or relationship to debtor