**CoMetricsPartnersLLC**

1411 Broadway • New York, NY 10018 • 212-381-0871 • www.cometrics.nyc

# E Gluck Corporation

## Four - Week Cash flow Forecast

**CoMetrics Partners, LLC**

January 13, 2026



1411 Broadway • New York, NY 10018 • 212-381-0871 • www.cometrics.nyc

**E Gluck Corporation**
**Forecast Index**
**January 13, 2026**

| | Page |
|---|---|
| Financial Advisor Disclaimer | 1 |
| Forecast Assumptions | 2-4 |
| Forecasted Cash Flow<br>For the Four Weeks Ending February 6, 2026 | 5 |
| Forecasted Lender's Position<br>For the Four Weeks Ending February 6, 2026 | 6 |
| Forecasted Borrowing Base<br>For the Four Weeks Ending February 6, 2026 | 7 |

**January 13, 2026**

**Board of Directors – E Gluck Corporation**

The accompanying financial forecast was compiled by CoMetrics Partners LLC (CoMetrics).

CoMetrics has been retained by E Gluck Corporation  as Chief Restructuring Officer and financial consultant. CoMetrics Partners LLC are NOT acting as independent accountants, and the accompanying financial forecast was NOT prepared in conformity with Generally Accepted Accounting Principles (GAAP) or standards established by the American Institute of Certified Public Accountants.

The forecast is a financial representation of management's business plan and does not include the evaluation of the support for the assumptions underlying the forecast.  CoMetrics Partners LLC does not express any opinion or other assurances on the forecast, or the assumptions used. Furthermore, it is likely there will be differences between the forecasted and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

Any agreement to finance the Company or provide a lending facility should be at the sole determination of the lender, after it has conducted independent due diligence.

CoMetrics Partners LLC

**E Gluck Corporation**
**Nine-Week Cash Flow Forecast Assumptions**
**January 13, 2026**

1. **E Gluck Corporation**  ("Debtor or "Gluck:" or the "Company") is an importer of time pieces and accessories sold to Amazon, department stores, price clubs, mass merchants and off-price retailers.

2. The Company filed for Bankruptcy protection on December 1, 2025 accompanied by an Asset Purchase Agreement (363) from a third-party Stalking Horse ("Newco") controlled by the ownership of American Exchange Time LLC ('AE"). The Debtor's Senior Lender, the Israel Discount Bank (IDB) roll its existing loans into a DIP facility. The Bankruptcy forecast  filed in conjunction with first day motions was for the ten week period ending January 30, 2026. **The accompanying Forecast  extends the period through February 6, 2026, the date the 363 sale is scheduled to be confirmed.**

3. The Company performed better than plan for the six week period ended  January 9, 2026 whereby the forecasted over-advance under the IDB borrowing base was $.733MM less than forecasted as follows:

| Borrowing Base | Forecasted 1/9/2026 | Actual 1/9/2026 | Variance 1/9/2026 |
|---|---|---|---|
| Accounts Receivable | $ 17,014,967 | $ 10,049,683 | $ (6,965,284) |
| Ineligible & dilution reserves | (1,860,000) | (2,390,398) | (530,398) |
| **Eligible AR** | **15,154,967** | **7,659,285** | **(7,495,682)** |
| AR @ 85% | 12,881,722 | 6,510,392 | (6,371,329) |
| | | | |
| Total Eligible Inventory | 10,960,180 | 9,488,883 | (1,471,297) |
| Blended Advance Rate | 55.5% | 57.2% | |
| Inventory Collateral | **6,087,840** | **5,428,105** | **(659,735)** |
| | | | |
| Trademark Collateral | 1,500,000 | 1,500,000 | - |
| Total Collateral | **20,469,562** | **13,438,497** | **(7,031,064)** |
| | | | |
| Revolver | 27,330,674 | 19,566,000 | (7,764,674) |
| Total Loan | **27,330,674** | **19,566,000** | **(7,764,674)** |
| | | | |
| **Availability** | **$ (6,861,113)** | **$ (6,127,503)** | **$ 733,610** |

**A reconciliation of the actual to forecasted availability is as follows:**

| | | |
|---|---|---:|
| 1. Eligible Accounts Receivable Decrease - $5,152,586 @ 8! | $ | (6,371,329) |
| 2. Loan Balance Lower | | 7,764,674 |
| 3. Inventory Collateral Lower | | (659,735) |
| | | **733,610** |

**1. Lower Accounts Receivable**

| | |
|---|---:|
| Lower Sales @ 855 | (244,128) |
| Higher Collection @ 85% | (6,440,784) |
| Net Higher Dilution @ 85% | (280,371) |
| Higher Ineligible Reserve @ 85% | (530,398) |
| **Lower A/R** | **(7,495,682)** |
| Advance Rate | 85% |
| **Lower A/R Collateral** | **(6,371,329)** |

**2. Revolver**

| | |
|---|---:|
| Lower Beginning Loan Balance 11-30-25 | 1,013,535 |
| Lower Advances | 310,354 |
| Higher Collections | 6,440,784 |
| **Lower Loan Balance** | **7,764,674** |

| | |
|---|---:|
| **3. Inventory Collateral** | **(659,735)** |

| | | |
|---|---|---:|
| **Lower Overadvance** | $ | **733,610** |

It should be noted accounts receivable collections driven by Amazon collection efforts were approximately higher than plan whereby the IDB indebtedness is $7.76MM lower than plan.

4. Sales for the 4 weeks ending February 6, 2026 were re-forecasted by management based on customer programs, confirmed orders and Amazon replenishment cadences and approximate $2.7MM and which when combined with actual sales through January 9th total $14.3MM for the ten-week period ending February 6,, 2026 versus the original plan of $16.6MM through the nine-week period ending January 30,2026.  The reduction in sales is primarily due to Amazon replenishing less than originally  projected in January as  the Company's fill rate is impacted by not having certain top performing SKUs in inventory.

| | Forecasted Sales 9 Wks Ending 1/30/26 | Forecasted Sales 10 Wks Ending 2/6/26 | Actual 6 Wks Ended 1/9/26 | To Go 4 Wks Ending 2/6/26 |
|---|---|---|---|---|
| Amazon | $ 7,430,000 | 6,572,498 | $ 5,918,824 | $ 653,674 |
| Walmart | 1,390,000 | 1,493,785 | 885,785 | 608,000 |
| International Customers | 1,210,000 | 974,994 | 718,595 | 256,399 |
| Ross Store | 1,470,000 | 790,378 | 715,378 | 75,000 |
| Nordstrom Rack | 990,000 | 877,849 | 609,649 | 268,200 |
| Burlington | 1,190,000 | 487,372 | 448,992 | 38,380 |
| Macy's | 470,000 | 456,097 | 316,097 | 140,000 |
| Kohl's | 580,000 | 180,226 | 131,176 | 49,050 |
| Other Customers | 1,890,000 | 2,506,094 | 1,828,696 | 677,398 |
| **Total** | **$16,620,000** | **$14,339,293** | **$11,573,192** | **$2,766,101** |

5. As per Note 2 the original DIP Forecast was for the nine weeks ending January 30, 2026. The attached Forecast extends the plan through February 6, 2026. The additional week results in disbursements of approximately $1MM which are not timing differences (rents, payroll etc.) and are adverse to the plan. The Stalking Horse APA excluded as an acquired asset the debtors 51% Membership interest in Withit LLC. The Forecast assumes $1MM will be realized from with the liquidation of Withit or the sale of the 51% Membership interests to pay for the incremental week disbursements of $.993MM.   Utilizing the Withit proceeds results in a forecasted over-advance (negative availability) of $7.37MM verses $7.07MM originally as follows:

| Borrowing Base | Updated Plan 2/6/2026 | Original Plan 1/30/2025 | Variance |
|---|---|---|---|
| Accounts Receivable | $ 6,565,784 | $ 15,799,453 | $ (9,233,669) |
| Ineligible & dilution reserves | (843,618) | (830,000) | (13,618) |
| **Eligible AR** | **5,722,166** | **14,969,453** | **(9,247,287)** |
| AR @ 85% | 4,863,841 | 12,724,035 | (7,860,194) |
| | | | |
| Total Eligible Inventory | 10,393,823 | 9,866,284 | 527,539 |
| Inventory Collateral | 5,980,609 | 5,426,801 | 553,808 |
| | | | |
| Trademark Collateral | 1,500,000 | 1,500,000 | - |
| **Total Collateral** | **12,344,450** | **19,650,836** | **(7,306,386)** |
| | | | |
| Revolver | 19,716,463 | 26,721,259 | (7,004,797) |
| | | | |
| **Total Loan** | **19,716,463** | **26,721,259** | **(7,004,797)** |
| | | | |
| **Availability** | $ **(7,372,013)** | $ **(7,070,424)** | $ **(301,589)** |

6. Page 5-7 is the revised forecast and lenders position for the four weeks ending February 6, 2026.

7. Page 8 is the original DIP plan for the 9 weeks compared to the revised plan for the 10 weeks ending February 6, 2026.

4

**E Gluck**
**Forecasted Cash Flow**
**For the Four Weeks Ending February 6, 2026**

| | Total 4 Weeks Ending 2/6/2026 | Forecasted WK 1 1/16/2026 | Forecasted WK 2 1/23/2026 | Forecasted WK 3 1/30/2026 | Forecasted WK 4 2/6/2026 |
|---|---|---|---|---|---|
| **Cash Receipts** | | | | | |
| Beginning Cash Balance | $ - | $ - | $ 100,000 | $ 100,000 | $ 100,000 |
| Due from Withit | 650,000 | 550,000 | | | 100,000 |
| Proceeds from WTH Sale | 1,000,000 | - | - | - | 1,000,000 |
| Bank Loan | 4,650,463 | 587,656 | 1,144,534 | 1,282,380 | 1,635,893 |
| Total | **6,300,463** | **1,137,656** | **1,244,534** | **1,382,380** | **2,835,893** |
| | | | | | |
| **Cash Disbursements** | | | | | |
| Inventory Purchases - LDP | 2,485,450 | 208,690 | 707,380 | 407,380 | 1,162,000 |
| Royalties - WHP | 270,000 | 270,000 | - | - | - |
| Foreign Office | 228,966 | 73,966 | - | 155,000 | - |
| CRO | 275,000 | - | - | 275,000 | - |
| Debtor Counsel | 300,000 | 125,000 | - | - | 175,000 |
| Professional-Investment Banker | 25,000 | - | - | 25,000 | - |
| Creditors Committee Carve Out | 75,000 | - | 50,000 | - | 25,000 |
| Bankruptcy - U.S Trustee Fees | 170,000 | - | - | - | 170,000 |
| Rent -Little Neck | 313,893 | - | - | - | 313,893 |
| Real estate tax pass thorugh | 210,000 | - | - | - | 210,000 |
| Rent -NY Showroom | 50,000 | - | - | - | 50,000 |
| Payroll & Benefits | 1,080,000 | 270,000 | 270,000 | 270,000 | 270,000 |
| Temp Help - Warehouse | 120,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Health Insurance | 120,000 | - | - | - | 120,000 |
| Insurance | 27,154 | - | 27,154 | - | - |
| Samples | 20,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Office Expenses | 60,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Advertising - Digital | 12,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Testing/Compliance Fees | 16,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Freight Out | 32,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Shipping & Warehouse Supplies | 60,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| IT | 40,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Utilities | 40,000 | - | - | 40,000 | - |
| Security | 20,000 | - | - | 20,000 | - |
| Interest - Revolving Line of Credit | 150,000 | - | - | - | 150,000 |
| Total | **6,200,463** | **1,037,656** | **1,144,534** | **1,282,380** | **2,735,893** |
| | | | | | |
| **Cash Ending** | **$ 100,000** | **$ 100,000** | **$ 100,000** | **$ 100,000** | **$ 100,000** |

# E Gluck
## Lender's Position
### For the Four Weeks Ending February 6, 2026

|  | Total | Forecasted WK 1 1/16/2026 | Forecasted WK 2 1/23/2026 | Forecasted WK 3 1/30/2026 | Forecasted WK 4 2/6/2026 |
|---|---|---|---|---|---|
| **Accounts Receivable** | | | | | |
| Balance - Beginning | $ 10,049,683 | $ 10,049,683 | $ 8,613,447 | $ 7,633,155 | $ 7,640,961 |
| Add: Sales | 2,766,101 | 463,764 | 519,707 | 1,257,807 | 524,823 |
| Less: Collection s | 4,500,000 | 1,250,000 | 1,250,000 | 1,000,000 | 1,000,000 |
| Less: Dilution - | 1,750,000 | 650,000 | 250,000 | 250,000 | 600,000 |
| Balance - Ending | **6,565,784** | **8,613,447** | **7,633,155** | **7,640,961** | **6,565,784** |
| | | | | | |
| **Revolver** | | | | | |
| Balance - Beginning | $ 19,566,000 | 19,566,000 | 18,903,656 | 18,798,190 | 19,080,570 |
| Add: Advances | 4,650,463 | 587,656 | 1,144,534 | 1,282,380 | 1,635,893 |
| Less: Collections | 4,500,000 | 1,250,000 | 1,250,000 | 1,000,000 | 1,000,000 |
| **Balance - Ending** | **19,716,463** | **18,903,656** | **18,798,190** | **19,080,570** | **19,716,463** |
| | | | | | |
| **Inventory - On Hand** | | | | | |
| Balance - Beginning | $ 9,123,266 | 9,123,266 | 8,924,572 | 8,700,704 | 8,144,691 |
| Add: Received (FOB) | 365,617 | - | - | - | 365,617 |
| Add: Freight | 40,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Add: Duty & Tariff | 109,685 | - | - | - | 109,685 |
| Less: COGS | 1,244,745 | 208,694 | 233,868 | 566,013 | 236,170 |
| Balance - Ending | **8,353,823** | **8,924,572** | **8,700,704** | **8,144,691** | **8,393,823** |
| | | | | | |
| **Inventory - In Transit** | | | | | |
| Balance - Beginning | $ 365,617 | 365,617 | 365,617 | 365,617 | 1,365,617 |
| Add: X Factory - Watches | 2,000,000 | | | 1,000,000 | 1,000,000 |
| Less: Received | 365,617 | | | | 365,617 |
| Balance - Ending | $ 2,000,000 | $ 365,617 | $ 365,617 | $ 1,365,617 | $ 2,000,000 |

6

| Borrowing Base | 1/16/2026 | 1/23/2026 | 1/30/2026 | 2/6/2026 |
|---|---|---|---|---|
| Accounts Receivable | $ 8,613,447 | $ 7,633,155 | $ 7,640,961 | $ 6,565,784 |
| Ineligible & dilution reserves | (1,483,151) | (1,337,092) | (1,338,654) | (843,618) |
| **Eligible AR** | **7,130,297** | **6,296,062** | **6,302,308** | **5,722,166** |
| AR @ 85% | 6,060,752 | 5,351,653 | 5,356,962 | 4,863,841 |
| | | | | |
| On-Hand Inventory | 8,485,925 | 8,311,985 | 7,765,348 | 8,014,480 |
| HK Inventory | 379,343 | 379,343 | 379,343 | 379,343 |
| In-Transit Inventory | 365,617 | 365,617 | 1,365,617 | 2,000,000 |
| Movement | 59,304 | 9,376 | - | - |
| Total Eligible Inventory | 9,290,190 | 9,066,321 | 9,510,308 | 10,393,823 |
| **Inventory Collateral** | **5,387,434** | **5,276,838** | **5,491,777** | **5,980,609** |
| | | | | |
| Trademark Collateral | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 |
| | | | | |
| **Total Collateral** | **12,948,186** | **12,128,491** | **12,348,738** | **12,344,450** |
| | | | | |
| Revolver | 18,903,656 | 18,798,190 | 19,080,570 | 19,716,463 |
| | | | | |
| **Total Loan** | **18,903,656** | **18,798,190** | **19,080,570** | **19,716,463** |
| | | | | |
| **Availability** | **$ (5,955,470)** | **$ (6,669,699)** | **$ (6,731,831)** | **$ (7,372,013)** |

| | Total 10 Weeks Ending 2/6/2026 | Original Nine weeks 1/30/26 | Variance |
|---|---|---|---|
| **Cash Receipts** | | | |
| Beginning Cash Balance | $ 50,000 | 100,000 | (50,000) |
| Due from Withit | 2,410,256 | 1,950,000 | 460,256 |
| Proceeds from WTH Sale | 1,000,000 | - | 1,000,000 |
| Bank Loan | 9,542,463 | 8,751,790 | 790,673 |
| Total | **13,002,719** | **10,801,790** | 2,200,929 |
| | | | |
| **Cash Disbursements** | | | |
| Inventory Purchases - LDP | 4,970,501 | 3,240,522 | 1,729,979 |
| Royalties - WHP | 540,000 | 540,000 | - |
| Royalties - ABG & Others | 194,000 | 320,000 | (126,000) |
| Foreign Office | 331,357 | 304,729 | 26,628 |
| CRO | 484,800 | 550,000 | (65,200) |
| Professional-Investment Banker | 25,000 | - | 25,000 |
| Debtor Counsel | 300,000 | 300,000 | - |
| Bank Counsel | 117,549 | - | 117,549 |
| Creditors Committee Carve Out | 75,000 | 100,000 | (25,000) |
| Claims/noticing agent | - | 100,000 | (100,000) |
| Bankruptcy - U.S Trustee Fees | 170,000 | 140,000 | 30,000 |
| Rent -Little Neck | 941,680 | 627,786 | 313,894 |
| Real estate tax pass thorugh | 216,089 | 240,920 | (24,831) |
| Rent -NY Showroom | 154,506 | 100,000 | 54,506 |
| Payroll & Benefits | 2,722,697 | 2,524,304 | 198,393 |
| Temp Help - Warehouse | 282,105 | 270,000 | 12,105 |
| Health Insurance | 356,766 | 300,000 | 56,766 |
| Insurance | 53,494 | 52,529 | 965 |
| Samples | 20,000 | 45,000 | (25,000) |
| Office Expenses | 153,927 | 135,000 | 18,927 |
| Advertising - Digital | 45,464 | 27,000 | 18,464 |
| Testing/Compliance Fees | 16,000 | 36,000 | (20,000) |
| Freight Out | 40,242 | 83,000 | (42,758) |
| Shipping & Warehouse Supplies | 60,388 | 135,000 | (74,612) |
| IT | 50,100 | 90,000 | (39,900) |
| Utilities | 97,804 | 80,000 | 17,804 |
| Security | 24,768 | 40,000 | (15,232) |
| Interest - Revolving Line of Credit | 458,482 | 320,000 | 138,482 |
| **Total** | **12,902,719** | **10,701,790** | 2,200,929 |
| | | | |
| **Cash Ending** | $ 100,000 | $ 100,000 | - |