**PORZIO, BROMBERG & NEWMAN, P.C.**
1675 Broadway, Suite 1810
New York, NY 10019
(212) 265-6888
Brett S. Moore, Esq. (bsmoore@pbnlaw.com)
Jenny Zhou, Esq. (jzhou@pbnlaw.com) *(pro hac vice pending)*

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter: 11 |
| E. Gluck Corporation, | Case No. 25-12683 (MG) |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as proposed counsel for the Official Committee of Unsecured Creditors of E. Gluck Corporation ("Committee") in the above-captioned case pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given to the following:

Brett S. Moore Esq.
Jenny Zhou, Esq.
**Porzio, Bromberg & Newman, P.C.**
1675 Broadway, Suite 1810
New York, NY 10019
Tel: (212) 265-6888
Fax: (212) 957-3983
bsmoore@pbnlaw.com
jzhou@pbnlaw.com

10133122

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request encompasses all notices, copies, and pleadings referred to in sections 342 and 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 9007, or 9010 including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in these cases and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above captioned cases and any proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of any right of the Official Committee of Unsecured Creditors of E. Gluck Corporation (i) to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claims, actions or defenses, setoffs, recoupments or other matters

2

10133122

to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that the names and addresses set forth herein be added to the mailing matrix in these cases.

Dated:  January 15, 2026

        **PORZIO, BROMBERG & NEWMAN, P.C.**
*Proposed counsel for Official Committee of Unsecured Creditors of E. Gluck Corporation*

By   */s/ Brett S. Moore*
     Brett S. Moore, Esq.
     Jenny Zhou, Esq. *(pro hac vice pending)*
     1675 Broadway, Suite 1810
     New York, NY 10019
     (212) 265-6888
     (bsmoore@pbnlaw.com)
     (jzhou@pbnlaw.com)

10133122