HERRICK, FEINSTEIN LLP
Steven B. Smith
Lanie Miliotes (*Admitted Pro Hac Vice*)
Two Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
ssmith@herrick.com
lmiliotes@herrick.com

*Attorneys for AKWHP Global, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
E. GLUCK CORPORATION,                                        :  Case No. 25-12683 (MG)
                                                             :
                         Debtor.[1]                          :
------------------------------------------------------------ x

### AMENDED STATEMENT OF CURE COSTS FOR AKWHP GLOBAL, LLC

AKWHP Global, LLC ("AKWHP"), by and through its undersigned counsel, Herrick, Feinstein LLP, hereby respectfully submits this Amended Statement of Cure Costs (this "Amended Statement") pursuant to the *Order Approving (A) Break-Up Fee/Expense Reimbursement, (B) Bidding Procedures for the Conduct of an Auction and (C) Fixing Manner and Notice of Sale Hearing and Cure Claims Bar Date* [ECF No. 39] (the "Bid Procedures Order") and the *Notice of Filing of Cure Claims List* [ECF No. 35] (the "Cure Claims List"), both filed in the above-captioned chapter 11 case (the "Chapter 11 Case") of E. Gluck Corporation (the "Debtor"). In support thereof, AKWHP respectfully submits its updated Statement of Account (the "Statement

---

[1] The Debtor's Tax I.D. No. is 13-2907195.

of Account"), attached hereto as **Exhibit A**, with respect to amounts due under the Anne Klein License Agreement and represents as follows:[2]

1. On January 1, 2012, AKWHP entered into that certain Trademark License Agreement with the Debtor, as amended pursuant to: (i) Letter Amendment No. 1 dated as of June 27, 2012; (ii) Letter Amendment No. 2 dated as of October 16, 2012; (iii) Letter Amendment No. 3 dated as of October 23, 2012; (iv) Letter Amendment No. 4 dated as of February 8, 2013; (v) Letter Amendment No. 5 dated as of October 8, 2013; (vi) Amendment No. 1 dated as of January 1, 2017; (vii) Letter Amendment No. 6 dated as of May 2, 2017; (viii) Amendment No. 2 dated as of September 14, 2018; (ix) Amendment No. 3 dated as of July 16, 2019; (x) Amendment No. 4 dated as of December 27, 2019; (xi) Amendment No. 5 dated as of September 10, 2020; (xii) Amendment No. 6 dated as of November 16, 2020; (xiii) Amendment No. 7 dated as of June 13, 2022; (xiv) Amendment No. 8 dated as of December 21, 2022; and (xv) Amendment No. 9 dated as of October 3, 2025 (collectively, with all amendments referenced herein, and as may be further amended, the "Anne Klein License Agreement").

2. As set forth in the Bid Procedures Order and the Cure Claims List, the Debtor is now seeking to assume and assign the Anne Klein License Agreement to Gluck Holdings LLC ("EGH"). Pursuant to section 365 of the Bankruptcy Code, in order to assume and assign the Anne Klein License Agreement, the Debtor must show that, among other things, upon the assumption and assignment of the Anne Klein License Agreement, it will: (a) cure, or provide adequate assurance that it will promptly cure, all monetary and non-monetary defaults; (b) compensate, or provide adequate assurance that the Debtor will promptly compensate, the counterparty to such

---

[2] Defined terms used but not defined herein have the meanings ascribed to them in the Anne Klein License Agreement, the Bid Procedures Order or the Cure Claims List, as applicable.

contract or lease, for any actual pecuniary loss to such party resulting from such default; and (c) provide adequate assurance of future performance under such contract or lease. *See* 11 U.S.C. § 365(b)(1).

3.  On January 12, 2026, AKWHP filed its *Statement of Cure Costs for AKWHP Global, LLC* [ECF No. 58]. Thereafter, AKWHP received a payment from the Debtor pursuant to the Anne Klein License Agreement.

4.  As of the filing of this Amended Statement, the Debtor is currently in default on certain of its payment obligations under the Anne Klein License Agreement, including but not limited to: (i) unpaid guaranteed minimum royalty payments; and (ii) unpaid guaranteed image payments.

5.  Accordingly, while the Cure Claims List states the Cure Amount as $0.00, AKWHP asserts the correct Cure Amount is currently: (i) $810,000.00, which represents the unpaid outstanding guaranteed minimum royalty payment pursuant to the Anne Klein License Agreement as described on the attached Statement of Account; plus (ii) the full amount of any net findings in favor of AKWHP, up to $250,000, with respect to an audit of the Debtor's pre-petition period performed pursuant to the Anne Klein License Agreement (collectively, the "WHP Cure Claim").[3]

## RESERVATION OF RIGHTS

6.  The WHP Cure Claim as set forth in this Amended Statement is limited only to the Debtor's monetary defaults as of the date of the filing of this Amended Statement that must be cured by the Debtor in order for the Debtor to assume and assign the Anne Klein License Agreement. This Amended Statement does not assert nor address any non-monetary defaults under

---

[3] The Cure Claims List also includes the Joseph Abboud License Agreement (the "JA Agreement") as one of the contracts the Debtor may assume and assign to the purchaser and notes a cure amount of $10,000.00 due under the JA Agreement. However, the JA Agreement was terminated pre-petition on November 10, 2025 upon consent of both parties and is not being assumed and assigned in connection with the Debtor's sale.

the Anne Klein License Agreement that need to be cured for assumption and assignment of the Anne Klein License Agreement and does not address the Debtor's obligation to provide adequate assurance of future performance under the Anne Klein License Agreement as required by section 365 of the Bankruptcy Code.

7. AKWHP reserves all of its rights under law, equity, and otherwise to: (i) assert and require cure of all non-monetary defaults under the Anne Klein License Agreement; (ii) challenge, object to, and require a showing of the Debtor's ability to provide adequate assurance of future performance under the Anne Klein License Agreement; and (iii) amend, modify, and/or supplement this Amended Statement at any time, in any manner, and/or for any additional claims, which may be based on the same, related or additional documents or grounds of liability as set forth in this Amended Statement.

8. Finally, AKWHP reserves and preserves: (i) all of its rights and remedies pursuant to the Anne Klein License Agreement; (ii) all of its rights to assert claims against the Debtor respecting the Anne Klein License Agreement and any other agreements including, without limitation, the JA Agreement and the Express License Agreement; (iii) all of its rights to assert claims against parties other than the Debtor; and (iv) all of its rights to assert any right of set-off that it may now or in the future have against the Debtor, and for each of the aforementioned whether or not arising from or related to the Anne Klein License Agreement or otherwise, whether or not in respect of claims directly between AKWHP and the Debtor, and whether or not pertaining to any other agreement or instrument, under applicable non-bankruptcy law, or otherwise.[4]

---

[4] The Debtor has not yet set a deadline to file proofs of claim and AKWHP reserves the right to file a proof of claim, to the extent it deems necessary or as provided by separate order of this Court, which proof of claim may include damages and other additional amounts owed under or relating to the Anne Klein License Agreement, the JA Agreement or the Express License Agreement.

Dated: January 16, 2026
      New York, New York

By:  */s/ Steven B. Smith*
    Steven B. Smith
    Lanie Miliotes (*Admitted Pro Hac Vice*)
    Two Park Avenue
    New York, New York 10016
    (212) 592-1400
    (212) 592-1500 (fax)
    ssmith@herrick.com
    lmiliotes@herrick.com

*Attorneys for AKWHP Global, LLC*

## CERTIFICATION OF SERVICE

I, Steven Smith, hereby certify that I caused a true and correct copy of the foregoing document to be served electronically upon the parties registered for electronic service in this action through the Court's CM/ECF system.

By:    */s/ Steven B. Smith*
       Steven B. Smith