**THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter: 11 |
| E. Gluck Corporation, | Case No. 25-12683 (MG) |
| Debtor. | |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Jenny Zhou, Esq., to be admitted, pro hac vice, to represent the Official Committee of Unsecured Creditors in the above-referenced case and upon the movant's certification that the movant is a member in good standing of the bar in the State of New Jersey, it is hereby

**ORDERED**, the Jenny Zhou, Esq., is admitted to practice, pro hac vice, in the above referenced case to represent the Official Committee of Unsecured Creditors in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 21, 2026
New York, New York                    _____/s/Martin Glenn_____  \_\_\_
                                       CHIEF UNITED STATES BANKRUPTCY JUDGE

10133687