**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                              Chapter 11

      E. Gluck Corporation,

              Debtor.          Case No. 25-12683-mg

## NOTICE OF APPEARANCE & REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as Counsel of record for

**E. Gluck Holdings, LLC** as an interested party in this proceeding and demand that you serve all

papers in this proceeding upon the undersigned at the office address stated herein.


Dated: January 21, 2026
      Kew Gardens, NY

                        **ANDERSON BOWMAN**
                        **WALLSHEIN, PLLC**

                        */s/ Btzalel Hirschhorn /s/*
                        Btzalel Hirschhorn, Esq.
                        80-02 Kew Gardens Road
                        Suite 600
                        Kew Gardens, NY 11415
                        (718) 263-6800
                        bhirschhorn@abwpllc.com

<u>NOTICE TO</u>
<u>VIA ECF:</u>

***Tara Tiantian***
**DOJ-UST**
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004
212-510-0500
Email: tara.tiantian@usdoj.gov

***Julie D. Goldberg***
**Halperin Battaglia Benzija, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
212-765-9100
Fax : 212-765-0964
Email: jgoldberg@halperinlaw.net

***Alan D. Halperin***
**Halperin Battaglia Benzija, LLP**
40 Wall Street - 37th Floor
New York, NY 10005
(212) 765-9100
Fax : (212) 765-0964
Email: ahalperin@halperinlaw.net