UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

**E. GLUCK CORPORATION,**
Tax I.D. No. 13-2907195

        Debtor.

-------------------------------------------------------------x

Chapter 11 Case
Case No. 25-12683 (MG)

**ORDER APPROVING APPLICATION TO SHORTEN NOTICE WITH RESPECT
TO THE DEBTOR'S MOTION FOR ORDER APPROVING THE SALE OF THE
DEBTOR'S MEMBERSHIP INTEREST IN WITHIT HOLDINGS, LLC,
FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND
TERMINATION OF RELATED EXECUTORY CONTRACT**

Upon consideration of the *Emergency Application to Shorten Notice* (the "Application to Shorten Notice") on the *Debtor's Motion for Order Approving the Sale of the Debtor's Membership Interest in WITHit Holdings, LLC, Free and Clear of All Liens, Claims and Encumbrances and Termination of Relate Executory Contracts* (the "Sale Motion"); and after due deliberation thereon, and cause having been demonstrated to grant the relief requested in the Application to Shorten Notice;

IT IS HEREBY ORDERED as follows:

1. The Application to Shorten Notice is Granted, to the extent set forth herein.

2. The Sale Motion will be heard **February 4, 2026, at 10:00 a.m. (ET)** before the Honorable Martin Glenn of the United States Bankruptcy Court for the Southern District of New York. The hearing will take place using zoom for government. The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing. Any party appearing at, listening to, or observing the Hearing, must make an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, http://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

3. Any objections to the Sale Motion for shall be filed by **[February 3, 2026, at 4:00 p.m. (ET).]**

to Shorten and upon all other parties who have requested notice in these cases through the

Court's CM/ECF System.

Dated: New York, New York
       January 22, 2026

                                             **/s/Martin Glenn**
                                             MARTIN GLENN
                                Chief United States Bankruptcy Judge