Alan D. Halperin, Esq.
Julie Dyas Goldberg, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
*Proposed Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

**E. GLUCK CORPORATION,**
Tax I.D. No. 13-2907195

                Debtor.
-------------------------------------------------------------x

Chapter 11 Case
Case No. 25-12683 (MG)

## CERTIFICATE OF NO OBJECTION TO DEBTOR'S RETENTION APPLICATIONS

      Halperin Battaglia Benzija LLP ("HBB"), as proposed counsel to E. Gluck Corporation, the debtor and debtor-in-possession in the above-referenced chapter 11 case (the "Case"), pursuant to Rule 9013-3 of the Local Rules for the Bankruptcy Court, Southern District of New York, hereby certifies as follows:

1. The following applications were filed in the Case on the dates specified:

    a. Application to Employ Halperin Battaglia Benzija, LLP as Counsel to the Debtor, filed December 11, 2025, [Docket No. 27];

    b. Application to Employ East Wind Securities, LLC as Investment Banker, filed December 16, 2025, [Docket No. 30]; and

    c. Application to Employ CoMetrics Partners, LLC as Chief Restructuring Office, filed December 17, 2025, [Docket No. 32] (collectively, the "Retention Applications").

2. A Notice of Hearing with respect to the Retention Applications was filed on December 17, 2025 [Docket No. 33] and an objection deadline was set for January 20, 2026 (the "Objection Deadline").

3. The Retention Applications and the Notice of Hearing were served on December 17, 2025 in accordance with the Certificate of Service [Docket No. 76].

4. The undersigned certifies that the Objection Deadline has passed and that the Debtor has not received any answers, objections, requests for hearing, or other responsive pleadings (formal or informal) with respect to any of the Retention Applications.

5. The undersigned certifies that the forms of proposed order on the Retention Applications were provided to the Office of the United States Trustee and the undersigned certifies that the Office of the United States Trustee has no further comment.

6. As the relief as currently requested is uncontested, HBB files this Certificate of No Objection.

7. The undersigned certifies that this Certificate of No Objection is being filed not less than forty-eight (48) hours after the expiration of the Objection Deadline.

Dated: January 22, 2026
New York, New York

**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, New York 10001
Telephone: (212) 765-9100
Facsimile: (212) 765-0964

 /s/ *Julie Dyas Goldberg*
Julie Dyas Goldberg, Esq.
jgoldberg@halperinlaw.net

*Proposed Counsel to the Debtor*