UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

**E. GLUCK CORPORATION,**
Tax I.D. No. 13-2907195

Chapter 11 Case
Case No. 25-12683 (MG)

                                Debtor.
-------------------------------------------------------------x

## ORDER AUTHORIZING THE RETENTION OF HALPERIN BATTAGLIA BENZIJA, LLP AS BANKRUPTCY COUNSEL TO THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application (the "Application") of E. Gluck Corporation, the debtor and debtor-in-possession herein ("E. Gluck" or the "Debtor"), for authority to retain Halperin Battaglia Benzija, LLP ("HBB"), as bankruptcy counsel to the Debtor, *nunc pro tunc* to the commencement of the case, and upon the Declaration of Alan D. Halperin, dated December 11, 2025 in support of the Application; and the Court being satisfied that (a) the employment of HBB is necessary and in the best interests of the Debtor and the estate, (b) it appears HBB does not have or represent any interest adverse to the Debtor or the estate, and (c) it appears HBB is a "disinterested person" as that term is defined in § 101(14) of Title 11 of the United States Code, as amended (the "Bankruptcy Code"); and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference signed by Chief Judge Loretta A. Preska dated January 31, 2012; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1409; and good and sufficient cause appearing for the relief sought by the Application; it is

2

**ORDERED,** that pursuant to § 327(a) of the Bankruptcy Code, the Debtor is hereby authorized to retain HBB, as bankruptcy counsel to the Debtor, *nunc pro tunc* to the date of commencement of the chapter 11 case; and it is further

**ORDERED**, that ten business days' notice must be provided by HBB to the Debtor, the United States Trustee and the Official Committee of Unsecured Creditors prior to any increases in the rates set forth in the Application, and such notice must be filed with the Court. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in § 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to § 330 of the Bankruptcy Code; and it is further

**ORDERED,** that HBB shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of New York, and any orders entered by this Court.

**IT IS SO ORDERED.**

Dated:   January 27, 2026
         New York, New York

                                    /s/ Martin Glenn
                                    MARTIN GLENN
                                    Chief United States Bankruptcy Judge