Alan D. Halperin, Esq.  
Julie Dyas Goldberg, Esq.  
**HALPERIN BATTAGLIA BENZIJA, LLP**  
40 Wall Street, 37th Floor  
New York, NY 10005  
Telephone: (212) 765-9100  
Facsimile: (212) 765-0964  

Hearing Date: 2/4/26 10:00 a.m.

*Proposed Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------x  
In re:  

**E. GLUCK CORPORATION,**  
Tax I.D. No. 13-2907195  

                Debtor.  
-------------------------------------------------------------x  

Chapter 11 Case  
Case No. 25-12683 (MG)

## NOTICE OF FILING OF EXHIBIT – AMENDED CURE CLAIM LIST

      **PLEASE TAKE NOTICE** that a hearing on the *Debtor's Motion for Orders (I) Scheduling Hearing to Consider (A) Sale of Substantially All of the Debtors Non-WITHit Assets, Free and Clear of all Liens, Claims and Encumbrances, Subject to Higher and Better Offers; and (B) Assumption and Assignment of Executory Contracts; (II) Scheduling Hearing to Consider Approval of (A) Break-Up Fee/Expense Reimbursement and (B) Bidding Procedures for the Conduct of an Auction and Entering Order Thereon; (III) Fixing a Cure Claims Bar Date With Respect to the Assumption and Assignment of Executory Contracts; (IV) Fixing Manner and Notice of Sale Hearing; (V) Authorizing the Debtor to Sell Assets, Free and Clear of All Liens, Claims and Encumbrances, Subject to Higher and Better Offers; and (VI) Authorizing Assumption and Assignment of Executory Contracts* [Docket No. 8] (the "Sale Motion") will be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, on **February 4, 2026, at 10:00 a.m., prevailing Eastern Time** (the "Hearing"). Capitalized terms used but not defined herein have the meanings ascribed to them in the Sale Motion.

{00356316.1 / 1539-002 }

**PLEASE TAKE FURTHER NOTICE** that attached hereto is an updated list of executory contracts anticipated to be assumed (the "Assumed Contract List") in connection with the related asset purchase agreement filed as Exhibit A to the Sale Motion. The Assumed Contract List remains subject to modification in connection with the Hearing.

New York, New York
Dated: January 28, 2026

/s/ *Julie Dyas Goldberg, Esq.*
Alan D. Halperin, Esq.
Julie Dyas Goldberg, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964

*Counsel to the Debtor*

**Cure Claims List**

| Counterparty | Cure Amount | Description | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Amazon.com Services LLC | $0.00 | Freight Allowance Agreement # 99266520; MDF/COOP Agreement # 99266525, MDF/COOP Agreement # 99459600, Allowance Agreement # 99266530 | 410 Terry Avenue North | | Seattle | WA | 98109-0000 |
| AUXILIOR CAPITAL PARTNERS | $736.92 | Equipment finance agreement (bobcat) | 620 WEST GERMANTOWN PIKE | SUITE 450 | PLYMOUNT MEETING | PA | 19462-0000 |
| Haas Outdoors, Inc. (MossyOak) | $0.00 | Mossy Oak License Agreement | PO Box 757 | | West Point | MS | 39773-0000 |
| HYG FINANCIAL SERVICES, INC. | $6,160.57 | Equipment finance agreement | PO BOX 35701 | | Billings | MT | 59107-0000 |
| Hyundai Motor Finance | $0.00 | Corporate car lease agreement | PO Box 660891 | | Dallas | TX | 75266-6000 |
| Pacific Fighters, Inc. | $0.00 | License & Supply Agreement | 2013 Foote Dr. | | Idaho Falls | ID | 83402-0000 |
| Paul Ruban | $0.00 | Services Agreement | 102, Orchid Block, Rakesh Fantasy Garden | 2nd Main Kasturi Nagar | Bengaluru Karnataka | India | 560043 |
| Steve Madden Ltd | $0.00 | Steve Madden Licensing Agreement 2021-2025 | 52-16 Barnett Ave. | | Sunnyside | NY | 11104-0000 |
| US Sales | $0.00 | Sales Representative Agreement | PO Box 2688 | | Virginia Beach | VA | 23450-2688 |
| WH Buyer LLC dba WHP Global | *Undetermined | Anne Klein Licensing Agreement | 230 Park Ave. | | New York | NY | 10169-0000 |

*The Debtor acknowledges the amended statement of account filed by AKWHP Global, LLC ("WHP") at Docket No. 66. The amount of WHP's cure claim will adjust based on the closing date. The Debtor anticipates being able to reconcile this amount on consent with WHP contemporaneous with closing.