Robert M. Kline, Esq., NJ Bar #035001989
WRIGHT LAW GROUP, PLLC
228 Park Ave S, PMB 84356
New York, NY 10003
Tel.: 315-234-3593
E-mail:  rmk@replevin.com

Attorneys for Creditor
AUXILIOR CAPITAL PARTNERS, INC.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

MANHATTAN

| In re | ) | Case No.: 25-12683-mg |
|---|---|---|
|  | ) |  |
| E. Gluck Corporation, | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) | **NOTICE OF APPEARANCE AND** |
|  | ) | **REQUEST FOR NOTICE** |
|  | ) |  |

  Pursuant to Rules 2002, 3017(a), 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure, Robert M. Kline hereby appears on behalf of AUXILIOR CAPITAL PARTNERS, INC., a creditor and party-in-interest in the above-captioned case, and requests that all notices given, and all pleadings, motions, orders and other documents served, in the above-captioned case be given and served to:

Robert M. Kline
Wright Law Group, PLLC
228 Park Ave S, PMB 84356
New York, NY 10003
Tel. & Fax: 315-234-3593; e-mail: rmk@replevin.com

Dated:  January 29, 2026.        **WRIGHT LAW GROUP, PLLC**

                 By: /s/Robert M. Kline_____
                    Robert M. Kline
                    Attorneys for Creditor
                    AUXILIOR CAPITAL PARTNERS, INC.

# CERTIFICATION OF SERVICE

I, the undersigned counsel for Auxilior Capital Partners, Inc., hereby certify that:

On January 29, 2026, I served the foregoing document described as:

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

on the interested parties in this action by placing a true copy thereof in a sealed envelope in the U.S. Mail, with postage thereon fully prepaid, addressed as follows, or by electronic CM/ECF service, as indicated:

| *Debtor – via U.S. Mail* | *Represented by – via CM/ECF* |
|---|---|
| E. Gluck Corporation<br>6015 Little Neck Parkway<br>Little Neck, NY 11362 | Julie D. Goldberg<br>Halperin Battaglia Benzija, LLP<br>40 Wall Street, 37th Floor<br>New York, NY 10005<br><br>Alan D. Halperin<br>Halperin Battaglia Benzija, LLP<br>40 Wall Street - 37th Floor<br>New York, NY 10005 |
| *Trustee - via CM/ECF* | *Represented by – via CM/ECF* |
| United States Trustee<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 | Tara Tiantian<br>DOJ-Ust<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 29, 2026.

/s/ Robert M. Kline
_____
Robert M. Kline