Alan D. Halperin, Esq.                                          **Hearing Date: 2/4/26 10:00 a.m.**
Julie Dyas Goldberg, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37ᵗʰ Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964

*Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

|  |  |
|---|---|
|  | Chapter 11 Case |
| **E. GLUCK CORPORATION,** | Case No. 25-12683 (MG) |
| Tax I.D. No. 13-2907195 |  |
| Debtor. |  |

------------------------------------------------------------x

## NOTICE OF NO ADDITIONAL QUALIFIED BIDS, CANCELLATION OF AUCTION SALE AND INTENT TO CLOSE SALE WITH STALKING HORSE BIDDER

**PLEASE TAKE NOTICE** that the Debtor in this chapter 11 case submits the following notice concerning the status of the *Debtor's Motion to Approve the Sale of Substantially All of the Debtors Non-WITHit Assets, Free and Clear of all Liens, Claims and Encumbrances, Subject to Higher and Better Offers* [Docket No. 8] (the "Sale Motion"), which is scheduled for hearing before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, on **February 4, 2026, at 10:00 a.m., prevailing Eastern Time** (the "Hearing"). Capitalized terms used but not defined herein have the meanings ascribed to them in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will take place via Zoom for Government. Parties wishing to appear remotely at the Hearing must make an electronic appearance (an "eCourtAppearance") through the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern time) on February 3, 2026. More information on how to make an eCourtAppearance and the link to do so can be found at https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. Pursuant to Rule 5073-2 of the Local Rules of the Bankruptcy Court for the Southern District of New York, access by parties, parties in interest and the public to proceedings before the Court will be governed by the revised policy, effective September 22, 2023, of the Judicial Conference of the United States, which provides that "a judge presiding over a civil or bankruptcy non-trial proceeding may, in the judge's discretion, authorize live remote public audio access to any portion of that proceeding in which a witness is not testifying."

**PLEASE TAKE FURTHER NOTICE** that on December 22, 2025, the Bankruptcy Court entered its *Order Approving (A) Break-up Fee/Expense Reimbursement, (B) Bidding Procedures for the Conduct of an Auction, and (C) Fixing Manner and Notice of Sale Hearing and Cure Claims Bar Date for Non-Debtor Counterparties to Executory Contracts and Unexpired Leases* [Docket No. 39].

**PLEASE TAKE FURTHER NOTICE** that no additional Qualified Bids have been received from any parties, whether before or after the January 30, 2026 Alternative Bid Deadline. Therefore, in the absence of additional Qualified Bids received before the Bid Deadline and pursuant to the Bidding Procedures Order, the Debtor will not conduct the auction originally scheduled for February 2, 2026. The Debtor will proceed to the hearing on February 4, 2026 at 10:00 a.m. for the approval of the sale to E. Gluck Holdings, LLC and ask the Court to approve the sale in accordance with the Sale Motion and the Asset Purchase Agreement between the Debtors and E. Gluck Holdings, LLC.

**PLEASE TAKE FURTHER NOTICE** that attached to this notice as **Exhibit A** is the list of executory contracts that the Debtor intends to assume and assign to E. Gluck Holdings, LLC (the "Assumed Contracts List").  Attached hereto as **Exhibit B** is the list of additional executory contracts and unexpired leases that are not currently anticipated to be assumed, including corresponding cure amounts as reflected in responses or Cure Claims filed by counterparties prior to the Cure Claims Bar Date.  In the event of a change to the list of Assumed Contracts, pursuant to which an executory contract or unexpired lease is proposed to become an Assumed Contract, and the parties are unable reach a resolution as to the amount or terms of the allowed Cure Claim, a future hearing will be scheduled for resolution prior to assumption.

New York, New York
Dated: February 2, 2026

> */s/ Julie Dyas Goldberg, Esq.*
> Alan D. Halperin, Esq.
> Julie Dyas Goldberg, Esq.
> **HALPERIN BATTAGLIA BENZIJA, LLP**
> 40 Wall Street, 37th Floor
> New York, NY 10005
> Telephone: (212) 765-9100
> Facsimile: (212) 765-0964
>
> *Counsel to the Debtor*

**<u>Exhibit A</u>**

**List of Assumed Contracts**

| Counterparty | Cure Amount | Description | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| AKWHP, LLC | *$810,000.00 | Anne Klein Licensing Agreement | 230 Park Ave. | | New York | NY | 10169-0000 |
| Amazon Advertising LLC | $0.00 | Advertising agreement  (Amounts due under this agreement are offset in the ordinary course of business against obligations arising under agreements with Amazon.com Services LLC) | c/o K&L Gates LLP 925 4th Avenue, Suite 2900 | Attn: Brian T. Peterson | Seattle | WA | 98104-1158 |
| Amazon.com Services LLC | $0.00 | Freight Allowance Agreement # 99266520; MDF/COOP Agreement # 99266525, MDF/COOP Agreement # 99459600, Allowance Agreement # 99266530, including the Vendor Terms and Conditions agreed to by the Parties | 410 Terry Avenue North c/o K&L Gates LLP 925 4th Avenue, Suite 2900 | Attn: Brian T. Peterson | Seattle Seattle | WA WA | 98109-0000 98104-1158 |
| AUXILIOR CAPITAL PARTNERS | $736.92 | Equipment finance agreement (bobcat) | 620 WEST GERMANTOWN PIKE | SUITE 450 | PLYMOUNT MEETING | PA | 19462-0000 |
| Haas Outdoors, Inc. (MossyOak) | $0.00 | Mossy Oak License Agreement | PO Box 757 | | West Point | MS | 39773-0000 |
| Hyundai Motor Finance | $0.00 | Corporate car lease agreement | PO Box 660891 | | Dallas | TX | 75266-6000 |
| Pacific Fighters, Inc. | $0.00 | License & Supply Agreement | 2013 Foote Dr. | | Idaho Falls | ID | 83402-0000 |
| Paul Ruban | $0.00 | Services Agreement | 102, Orchid Block, Rakesh Fantasy Garden | 2nd Main Kasturi Nagar | Bengaluru Karnataka | India | 560043 |
| Steve Madden Ltd | $0.00 | Steve Madden Licensing Agreement 2021-2025 | 52-16 Barnett Ave. | | Sunnyside | NY | 11104-0000 |
| US Sales | $0.00 | Sales Representative Agreement | PO Box 2688 | | Virginia Beach | VA | 23450-2688 |

*This amount is subject to adjustment in accordance with the terms of that certain Agreement Regarding the Consensual Assumption and Assignment of the Trademark License Agreement by and Among AKWHP, LLC, E. Gluck Holdings LLC and the Debtor.

**<u>Exhibit B</u>**

**Additional List of Potential Cure Claims***

| Counterparty | Cure Amount | Description | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 411 Fifth Avenue LLC et al c/o Adams & Co. R.E., LLC | $224,773.84 | Nonresidential real property lease for the 11th Floor of 411 Fifth Avenue, New York, NY 10016 for office and showroom for the display and sale, at wholesale, of watches Cure Claim filed at Docket No. 50. | 411 Fifth Ave. PO Box 67026 | | New York Newark | NY NJ | 10016-0000 07101 |
| Abel Womack | $0.00 | Deka battery financing | 140 Rodeo Drive | | Brentwood | NY | 11717-0000 |
| ABG-CAMUTO LLC | $0.00 | License agreement | C/O AUTHENTIC BRANDS GRP | 1411 BROADWAY, 21ST FL | NEW YORK | NY | 10018-0000 |
| ABG-Nine West LLC | $0.00 | Nine West Licensing Agreement 2019-2025 | 1411 Broadway | 21st Fl | New York | NY | 10018-0000 |
| ACE American Insurance Co. | Undetermined (see Docket No. 60) | 2024-25 Foreign Package Policy | c/o Chubb Group of Insurance | PO BOX 1000 | Philadelphia | PA | 19106-0000 |
| ACGS Marine Insurance Co. | $0.00 | 2024-2025 Marine Cargo Policy | c/o Allianz Group Ins. | 225 Washington St. Suite#2000 | Chicago | IL | 60606-0000 |
| AGCS Marine Insurance Company | $0.00 | Commercial Property Insurance | c/o EPIC | 1140 Ave. of the Americas | New York | NY | 10036-0000 |
| AGSM Distribution FZE | $0.00 | Purchase Agreement | PO Box 261873 | | Dubai, UAE | | |
| Aptean c/o The Systems House | $14,002.64 | Database management software | c/o The Systems House | PO Box 743722 4325 ALEXANDER DR, SUITE 100 | Atlanta Alpharetta | GA GA | 30374-0000 30022 |
| ARISTA SINGAPORE PTE Ltd. | $0.00 | Distribution Agreement (Armitron) | 2 Jurong East, Stree 21 | #04-32B, IMM Building | Singapore 609601 | | |
| At-Bay Insurance Services, LLC | $0.00 | 2024-25 Cyber Crime Insurance Policy | 1 Post St. | 14th Fl. | San Francisco | CA | 94104-0000 |
| Camuto IPCO LLC | $0.00 | Vince Camuto Licensing Agreement 2018-2025 | 1411 Broadway | 21st Fl. | New York | NY | 10018-0000 |
| Canon Financial Services, Inc. | $0.00 | B&W Copier Lease Agreement | 14904 Collections Ctr Dr. | | Chicago | IL | 60693-0000 |
| Canon Solutions America | $0.00 | Suscription Support Services Agreement | One Canon Park | | Melville | NY | 11747-0000 |
| CHACE Luxury Group L.L.C-FZ | $0.00 | Distribution Agreement re Armitron | Meydan Grandstand, 6th floor | Meydan Road, Nad Al Sheba | Dubai, UAE | | |
| Chubb Group of Insurance Cos. | Undetermined (see Docket No. 60) | 2024-25 Workers Compensation Policy | 550 Madison Ave | 10th Fl | New York | NY | 10022-0000 |

**Additional List of Potential Cure Claims\***

| Counterparty | Cure Amount | Description | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Chubb Personal Risk Svc | Undetermined (see Docket No. 60) | Insurance contract #3121-2889-9763-001P | PO Box 7247-0180 | | Philadelphia | PA | 19170-0000 |
| ELM Freight Handlers, Inc. | $5,088.40 | Storage agreement | 50 Emjay Blvd - Ste 13 | | Brentwood | NY | 11717-0000 |
| EXP Topco LLC | $7,275.52 | Express Brands Licensing Agreement | 530 Fifth Ave | 12th Fl | New York | NY | 10036-0000 |
| Federal Insurance Co. | Undetermined (see Docket No. 60) | 2024-25 Commercial Package Insurance Policy | c/o Chubb Group of Insurance | 202B Hall's Mill Rd | Whitehouse Station | NJ | 08889-0000 |
| Federal Insurance Co. | Undetermined (see Docket No. 60) | 2024-25 Crime-Theft Loss Prevention Insurance Policy | c/o Chubb Group of Insurance | 202B Hall's Mill Rd | Whitehouse Station | NJ | 08889-0000 |
| Federal Insurance Co. | Undetermined (see Docket No. 60) | 2024-25 Employment Practices Liability Insurance Policy | c/o Chubb Group of Insurance | 202B Hall's Mill Rd | Whitehouse Station | NJ | 08889-0000 |
| Federal Insurance Co. | Undetermined (see Docket No. 60) | 2024-25 Fiduciary Policy | c/o Chubb Group of Insurance | 202B Hall's Mill Rd | Whitehouse Station | NJ | 08889-0000 |
| Federal Insurance Co. | Undetermined (see Docket No. 60) | 2024-25 Commercial Umbrella Policy | c/o Chubb Group of Insurance | 202B Hall's Mill Rd | Whitehouse Station | NJ | 08889-0000 |
| Great Northern Insurance Co. | Undetermined (see Docket No. 60) | 2024-25 Automobile Insurance Policy | c/o Chubb Group of Insurance | 202B Hall's Mill Road | Whitehouse Station | NJ | 08889-0000 |
| Huntress Labs | $0.00 | Huntress Direct EDR cybersecurity agreement | PO Box 735713 | | Dallas | TX | 75373-0000 |
| HYG FINANCIAL SERVICES, INC. | $6,160.57 | Equipment finance agreement | PO BOX 35701 | | Billings | MT | 59107-0000 |
| Infor Entity | $9,633.26 | Software & service agreement | Attn: M. McCrayer/Gen. Counsel | 40 General Warren Blvd St #110 | Malvern | PA | 19355-0000 |
| J-Lab Technology, Inc. | $0.00 | Cove data protection agreement | 338 Island Ave | | Woodmere | NY | 11598-0000 |
| Jana LTD., Belarus | $0.00 | Distribution Agreement (WHP Brands) | 23 Stanislavskogo Str. | Office 10, 220033 Minsk | Rep. of Belarus | | |
| New York Yankees | $590,000.00 | Sponsorship agreement | Yankee Stadium | Attn: Chief Operating Officer | Bronx | NY | 10451-0000 |

In re E. Gluck Corporation 25-12683 (mg)
**Additional List of Potential Cure Claims***

| Counterparty | Cure Amount | Description | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Nutanix | $0.00 | Nutanix AOS subscription license and renewal support | 1740 Technology Dr. Ste 1150 | | San Jose | CA | 95110-0000 |
| OXFORD HEALTH PLANS | $77,001.89 | Employee health insurance | UHS PREMIUM BILLING | PO BOX 94017 | PALATINE | IL | 60094-4017 |
| Peanuts Worldwide LLC | $0.00 | Peanuts Licensing Agreement | 352 Park Ave. So. | Fl. 8 | New York | NY | 10010-0000 |
| RITHUM | $0.00 | Supply services | 25736 NETWORK PLACE | | CHICAGO | IL | 60673-1257 |
| SH&S LP II, LLLP | $0.00 | Showroom lease for certain space located within Rain Tree Business Center, 902B South Walton Blvd, Suite 21, Bentonville AR 72712 | Rain Tree Business Center | 902B South Walton Blvd, Ste 21 | Bentonville | AR | 72712-0000 |
| Steel Tribune, LLC | $212,345.10 | Lease for nonresidential real property located at 60-15 Little Neck Parkway, Queens, NY | c/o Steel Equities | 700 Hicksville Rd. | Bethpage | NY | 11714-0000 |
| Tappoo PTE Limited | $0.00 | Distribution Agreement (Armitron and WHP Brands) | Tappoo Building, Main Street | PO Box 46 | Sigatoka FIJI | | |

*This list identifies the executory contracts and unexpired leases that are not currently anticipated to be assumed by the Buyer in accordance with the Asset Purchase Agreement [See Docket No. 8], including corresponding cure amounts as reflected in responses or Cure Claims filed by counterparties prior to the Cure Claims Bar Date.  In the event of a change to the list of Assumed Contracts, pursuant to which an executory contract or unexpired lease is proposed to become an Assumed Contract, and the parties are unable reach a resolution as to the amount or terms of the allowed Cure Claim, a future hearing will be scheduled for resolution prior to assumption.  Capitalized terms have the meanings ascribed to them in the Asset Purchase Agreement.