UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

**E. GLUCK CORPORATION,**
Tax I.D. No. 13-2907195,

        Chapter 11 Case
        Case No. 25-12683 (MG)

        Debtor.

------------------------------------------------------------x

**DECLARATION OF GARY HERWITZ IN SUPPORT
OF THE DEBTOR'S SALE MOTIONS**

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

       Gary Herwitz, pursuant to 28 U.S.C. § 1746, hereby declares that the following is true to the best of my knowledge, information and belief:

       1.    I am a managing partner with the management and financial advisory firm of CoMetrics Partners, LLC ("CoMetrics"), which maintains an office at 1411 Broadway, 8th Floor, New York, New York 10018. Subject to the Debtor's pending *Application to Employ CoMetrics* [Docket No. 32], I am also acting as the Debtor's Chief Restructuring Officer ("CRO"). I am familiar with the matters set forth herein, and make this declaration in support of the *Debtor's Motion for Order Approving the Sale of the Debtor's Membership Interest in WITHit Holdings, LLC* (the "Sale Motion").

       2.    Prior to the commencement of the Debtor's Chapter 11 case, through CoMetrics, I also served as Chief Restructuring Officer. In that role, I am fully familiar with and have played an integral part in the Debtor's efforts toward evaluating its business, financial model, capital structure and ability to maximize the value of its assets in connection with its pre- and post-chapter 11 financial planning.

{00356396.1 / 1539-002 }

3. On December 1, 2025, the Debtor filed its *Motion to Sell Substantially All of its Non-WITHit Assets* contemporaneous with its Chapter 11 Petition [Docket No. 8] the ("Legacy Sale").

4. On January 21, 2026, the Debtor filed its *Motion to Sell the Debtor's Membership Interests in WITHit Holdings, LLC* [Docket No. 71] the ("WITHit Sale" together with the Legacy Sale, the "Sales").

5. In my role as CRO, I have been actively involved in the negotiation of both of the Sales. I worked in conjunction with East Wind Securities, LLC, the Debtor's investment bankers, in an oversight capacity with regard to the marketing of the assets available under the Legacy Sale. To the best of my knowledge, the Buyer: (a) is not an insider of the Debtor; (b) is purchasing the Acquired Assets at arms-length; and (c) is otherwise a good-faith purchaser as such term is used in § 363(m) of the Bankruptcy Code.

6. Though the marketing process for the Legacy Sale did not yield any additional Qualified Bids other than that of the Buyer, I believe the Debtor has done everything reasonably possible to secure the best tenable purchase price for the assets and that it is in the best interests of the estate and its creditors to consummate the sale.

7. I have also provided a Declaration in Support of the WITHit Sale, which was filed on January 21, 2026 [Docket No. 71-2] and is incorporated herein by reference.

I DECLARE under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of February, 2026.

Gary Herwitz