**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re:

    E. Gluck Corporation, et al.

              Debtor.

------------------------------------------------------------------------x

Chapter 11

Case No. 25-12683 (MG)

## SCHEDULING ORDER

**MARTIN GLENN**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

    Upon the filing of the Application to Employ Porzio, Bromberg & Newman, P.C. as Counsel to Committee of Unsecured Creditors the Court enters this Scheduling Order establishing:

1. All responses, if any, to the Motions must be filed fourteen (14) days after service of the moving papers, no later than February 18, 2026;

2. All replies, if any, must be filed seven (7) days after service of answering papers, no later than February 25, 2026;

3. The Court will determine whether to schedule argument or decide the matter on the papers. Counsel or the parties will be advised of hearing dates if matters are scheduled for argument.

    **IT IS SO ORDERED.**

DATED:    February 4, 2026

                                              **/s/Martin Glenn**
                                               MARTIN GLENN
                                      Chief United States Bankruptcy Judge