**PORZIO, BROMBERG & NEWMAN, P.C.**
1675 Broadway
Suite 1810
New York, NY 10019
(646) 348-6723
Brett S. Moore, Esq. (BSMoore@pbnlaw.com)
Robert M Schechter, Esq. (RMSchechter@pbnlaw.com)
Jenny Zhou, Esq. (JZhou@pbnlaw.com) (*admitted pro hac vice*)

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>E. GLUCK CORPORATION,<br><br>Tax I.D. No. 13-2907195<br>                    Debtor. | Chapter: 11<br><br>Case No.: 25-12683 (MG) |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 4, 2026, a true and correct copy of the *Application For Entry Of An Order Authorizing And Approving The Retention And Employment Of Porzio, Bromberg & Newman, P.C. As Counsel To The Official Committee Of Unsecured Creditors Effective As Of January 14, 2026* [ECF No. 92] was served (i) electronically through the Court's CM/ECF system upon all registered parties and (ii) by first class U.S. Mail upon the following parties:

>    Tara Tiantian, DOJ-Ust
>    Alexander Hamilton Custom House
>    One Bowling Green, Room 534
>    New York, NY 10004
>    *United States Trustee - NY*
>
>    Julie D. Goldberg
>    Halperin Battaglia Benzija, LLP
>    40 Wall Street, 37th Floor
>    New York, NY 10005
>    *Counsel for E. Gluck Corporation*

10155694

Alan D. Halperin
Halperin Battaglia Benzija, LLP
40 Wall Street - 37th Floor
New York, NY 10005
*Counsel for E. Gluck Corporation*

NORRIS McLAUGHLIN, P.A.
7 Times Square, 21st Floor
New York, NY 10036-6524
Attention: Stuart L. Kossar, Esq.
*Counsel for Northside Packaging Inc.*

Robert M. Kline
Wright Law Group, PLLC
228 Park Ave S, PMB 84356
New York, NY 10003
*Counsel for Auxilior Capital Partners, Inc.*

Btzalel Hirschhorn, Esq.
80-02 Kew Gardens Road
Suite 600
Kew Gardens, NY 11415
*Counsel for E. Gluck Holdings, LLC*

Kenneth M. Lewis, Esq.
Whiteford, Taylor & Preston L.L.P.
444 Madison Avenue, 4th Floor
New York, NY 10022
*Counsel for 411 Fifth Avenue LLC*

411 Fifth Avenue LLC
c/o Thomas R. Kleinberger, Esq.
General Counsel
Adams & Company Real Estate, LLC
411 Fifth Avenue, 9th Floor
New York, NY 10016

Otterbourg P.C.
230 Park Avenue
New York, New York 10169
Attention: Jonathan N. Helfat, Esq.
jhelfat@otterbourg.com
Matthew Breen, Esq.
*Counsel for Israel Discount Bank of New York*

10155694

Christopher J. Major
MEISTER SEELIG & FEIN PLLC
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500
*Counsel for E. Gluck Global LLC*

Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
Attn: Brendan M. Scott
*Counsel for WIL Holdings LLC*

HERRICK, FEINSTEIN LLP
 Steven B. Smith
Two Park Avenue
New York, NY 10016
*Counsel for AKWHP Global LLC*

Paul Hall
2800 S Price Rd., Bldg D.
Chandler, AZ 85286

Dated: February 9, 2026

        **PORZIO, BROMBERG & NEWMAN, P.C.**

        */s/ Brett S. Moore*
        Brett S. Moore, Esq.
        Robert M Schechter, Esq.
        Jenny Zhou, Esq. (admitted *pro hac vice*)
        1675 Broadway, Suite 1810
        New York, NY 10019
        (646) 348-6723
        Email: BSMoore@pbnlaw.com
               RMSchechter@pbnlaw.com
               JZhou@pbnlaw.com

        *Proposed Counsel to the Official Committee of Unsecured Creditors*

10155694