**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re:

                eGluck Corporation

                      Debtor.
------------------------------------------------------------------------x

Chapter 11

Case No. 25-12683 (MG)

<u>**SCHEDULING ORDER**</u>

**MARTIN GLENN**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

      Upon the filing of the Application to Employ Foresight Restructuring LLC as Financial

Advisor *(Doc. No. 95)* the Court enters this Scheduling Order establishing:

1.  All responses, if any, to the Applications/Notice must be filed fourteen (14) days after service of the moving papers, no later than February 25, 2026;

2.  All replies, if any, must be filed seven (7) days after service of answering papers, no later than March 4, 2026;

3.  The Court will determine whether to schedule argument or decide the matter on the papers. Counsel or the parties will be advised of hearing dates if matters are scheduled for argument.

      **IT IS SO ORDERED.**

DATED: February 12, 2026

                            **_/s/Martin Glenn_**
                               MARTIN GLENN
                    Chief United States Bankruptcy Judge