**PORZIO, BROMBERG & NEWMAN, P.C.**
1675 Broadway
Suite 1810
New York, NY 10019
(646) 348-6723
Brett S. Moore, Esq. (bsmoore@pbnlaw.com)
Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)
Jenny Zhou Esq. (admitted *pro hac vice*) (jzhou@pbnlaw.com)
*Proposed Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>E. GLUCK CORPORATION,<br>Tax I.D. No. 13-2907195<br><br>Debtor. | Chapter: 11<br><br>Case No.: 25-12683 (MG) |

**CERTIFICATE OF NO OBJECTION**

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follow:

1. On February 4, 2026, the Official Committee of Unsecured Creditors (the "Committee"), filed the *Application for Entry of an Order Authorizing and Approving the Retention and Employment of Porzio, Bromberg & Newman, P.C. as Counsel to the Official Committee of Unsecured Creditors Effective as of January 14, 2026* (the "Motion") [Docket No. 92].

2. Pursuant to the Scheduling Order issued by this Court on February 4, 2026 [Docket No. 93], responsive papers were to be filed by no later than February 18, 2026 (the "Objection Deadline").

3. Local Rule 9013-3 provides that a motion may be granted without a hearing if (a) no objections or other responsive pleadings have been filed on or before the applicable objection deadline and (b) counsel for the entity that filed the motion files a statement certifying that counsel

1

has reviewed the docket not less than forty-eight hours after the Objection Deadline and no objection, responsive pleading, or request for hearing with respect to such motion appears thereon.

4.  As of the filing of this Certificate Of No Objection, more than forty-eight hours have elapsed since the Objection Deadline and, to the best of the undersigned counsel's knowledge, no objection, responsive pleading, or request for hearing with respect to the Motion have been (a) filed with the Court on the docket of the above-captioned chapter 11 case or (b) served on the Committee or their proposed counsel.

5.  Accordingly, the Committee respectfully requests entry of the proposed order submitted with the Motion.

Dated: February 23, 2026

                                        Respectfully Submitted,

                                        **PORZIO, BROMBERG & NEWMAN, P.C.**

                                        By: */s/ Brett S. Moore*
                                            Brett S. Moore, Esq.
                                            Robert M. Schecter, Esq.
                                            Jenny Zhou, Esq. (admitted *pro hac vice*)
                                            1675 Broadway, Suite 1810
                                            New York, NY 10019
                                            Telephone: (646) 348-6723
                                            Facsimile: (212) 957-3983
                                            Email: bsmoore@pbnlaw.com
                                            Email: rmschechter@pbnlaw.com
                                            Email: jzhou@pbnlaw.com

                                            *Proposed Counsel to the Official*
                                            *Committee of Unsecured Creditors*

10173426