**E Gluck Corporation - Debtor in possession**
**Accounts Receivable Aging - as of January 31, 2026**

| | |
|---|---:|
| A/R Aging Balance 12-31-25 | **8,733,520** |
| Unapplied Payments and Chargebacks | (721,267) |
| Reserve for Returns & Allowances | (2,041,627) |
| Net Accounts Receivable | **5,970,626** |

| Customer Name | Net AR of CB | Sum of Sum of 0-30 | Sum of Sum of 31-60 | Sum of Sum of 61-90 | Sum of Sum of 91-120 | Sum of Sum of 121-180 | Sum of Sum of 180+ |
|---|---:|---:|---:|---:|---:|---:|---:|
| Grand Total | 8,733,520 | 2,300,978 | 4,324,632 | 524,833 | 1,230,613 | 379,876 | (27,413) |

## E Gluck Corporation - Debtor in Possession
**Balance Sheet - as of 1/31/26**

|  | As of 1/31/2026 |
|---|---:|
| **ASSETS** | |
| Cash | $ 155,505 |
| Investments in Mkt Securities | 1,222 |
| Accounts Receivable | 5,970,626 |
| Accrued sales, returns and allowances | |
| Inventory | 11,681,800 |
| Deposits/Prepaid Purchases | 285,012.43 |
| Due from Withit - New | 139,087.52 |
| **Total Current Assets** | **18,233,252** |
| | |
| Restricted Marketable Securities | 790,000 |
| Fixed Assets (Net of Acc Depr & Amor) | 5,902,377 |
| Equity Investments - Hedgehog eCommerce Corporation | 1,200,000 |
| Note Receivable - BT Supplies West, Inc. | 1,475,000 |
| **Total Other Assets** | **9,367,377** |
| **Total Assets** | **$ 27,600,629** |
| | |
| **LIABILITIES AND EQUITY** | |
| Loan Payable-IDB | 19,915,000 |
| Accounts Payable | 5,643,679 |
| Accrued Expenses | 2,500,000 |
| **Total Current Liabilities** | **28,058,679** |
| | |
| Lease Liability | 1,344,880 |
| Loan Payable - life insurance trust - net | 100,000 |
| Note Gluck Family Partnership | 620,774 |
| **Total Long-Term Liabilities** | **2,065,654** |
| | |
| **Total Equity** | **(2,523,704)** |
| | |
| **Total Liabilities & Equity** | **27,600,629** |

**E Gluck Corporation - Debtor in Possession**
**Statement of Cash Receipts and Disbursements**

|  | January 2026 |
|---|---:|
| **Cash Receipts** | |
| Cash Beginning Balance | $ 573,126 |
| IDB Funding | 4,817,239 |
| Withit - Due to EGC | 1,114,097 |
| Customer Collections | 93,337 |
| **Total Cash Receipts** | $ 6,597,799 |
| | |
| **Disbursements:** | |
| Vendor Payments / Deposits | 2,669,303 |
| Payroll & Benefits | 1,107,724 |
| Royalty | 464,000 |
| Customs, Duty, & Freight | 362,169 |
| CRO | 334,800 |
| Rent -Little Neck | 313,894 |
| Insurance | 264,478 |
| Office Expenses | 258,112 |
| Interest - Revolving Line of Credit | 147,160 |
| Temp Help - Warehouse | 115,032 |
| Foreign Office | 71,895 |
| Movements | 63,690 |
| Rent - NY Showroom | 53,283 |
| Packaging & Accessories | 44,882 |
| Utilities | 34,126 |
| Freight | 33,501 |
| Advertising - Digital | 30,464 |
| Investment Banker | 26,950 |
| IT | 26,170 |
| Samples | 14,572 |
| Real Estate Tax | 6,089 |
| **Total** | **6,442,294** |
| | |
| Cash Ending | $ 155,505 |

| Account# | Balance($) |
|---|---:|
| XXXX6752 | - |
| XXXX6728 | 57,057 |
| XXXX3611 | 7,374 |
| XXXX7813 | 50,151 |
| XXXX5231 | 40,923 |
| **Total** | $ 155,505 |

P&L Through January 31, 2026

**E Gluck Corporation - Debtor in Possession**
**Statement of Operations - January, 2026**

|  | Estimated Jan-26 |
|---|---|
| Gross Sales | $3,088,967 |
| Dilution | ($617,793) |
| **Net Sales** | **2,471,173** |
|  |  |
| **Cost of goods sold - reserve release** | **$587,147** |
| **Gross Profit** | **3,058,321** |
|  |  |
| Royalties | 334,667 |
| **Gross Profit after Royalties** | **2,723,654** |
|  |  |
| Total Operating Expenses | 3,873,552 |
|  |  |
| **Operating Loss** | **(1,149,898)** |
|  |  |
| Depreciation | 84,691 |
| Interest | 147,000 |
| **Net Loss** | **(1,381,589)** |