UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>E. GLUCK CORPORATION,<br><br>                  Debtor. | Chapter: 11<br><br>Case No.: 25-12683 (MG) |

**SUPPLEMENTAL DECLARATION OF BRETT S. MOORE REGARDING THE EMPLOYMENT OF PORZIO, BROMBERG & NEWMAN, P.C. AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Brett S. Moore, being duly sworn, states the following under penalty of perjury:

1.  I am a Principal of the law firm Porzio, Bromberg & Newman, P.C. ("Porzio" or the "Firm"), with an office located at 1675 Broadway, Suite 1810, New York, New York 10019. I am a member in good standing of the Bar of the State of New York, and am admitted to practice before this Court. I have knowledge of the matters set forth herein and am authorized to make this declaration (the "Supplemental Declaration") on behalf of Porzio.

2.  I made an initial declaration in support of the *Application for Entry of an Order Authorizing and Approving the Retention and Employment of Porzio, Bromberg & Newman, P.C. as Counsel to the Official Committee of Unsecured Creditors Effective as of January 14, 2026* (the "Application") on February 4, 2025 (the "Declaration", Docket No. 92-1). I submit this Supplemental Declaration pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure in further support of the Application[1].

3.  Subsequent to filing the Application, at the request of the Office of the United States Trustee, Porzio conducted a supplemental conflicts search for the additional parties listed on **Exhibit 1** hereto, including members of the Court's Chambers and the Office of the United

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

10177077

States Trustee for the Southern District of New York. Based on the results of that supplemental search, and to the best of my knowledge after diligent inquiry, neither I nor Porzio, nor any principal, of counsel, counsel, or associate of Porzio, has any connection with anyone set forth on the attached **Exhibit 1**.

4. To the extent that the Firm discovers any connection with any interested party or enters into any new relationship with any interested party, the Firm will promptly supplement its disclosure to the Court.

5. Based upon the information available to me, I continue to believe that Porzio is "disinterested person" within the meaning of §101(14) of Title 11 of the United States Code (the "Bankruptcy Code")

6. The facts set forth in the Application and herein are true and correct to the best of my knowledge, information, and belief.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  March 3, 2026
         New York, New York

By: */s/ Brett S. Moore*
    Brett S. Moore

10177077

# EXHIBIT 1

## Supplemental List of Parties Searched

Bankruptcy Judges for the Southern District of New York

The Honorable Cecelia G. Morris
The Honorable David S. Jones
The Honorable James L. Garrity, Jr.
The Honorable John P. Mastando III
The Honorable Kyu Y. (Mike) Paek
The Honorable Lisa G. Beckerman
The Honorable Martin Glenn, Chief Judge
The Honorable Michael E. Wiles
The Honorable Philip Bentley
The Honorable Sean H. Lane

United States Trustee for the Southern District of New York
Abriano, Victor
Allen, Joseph W.
Black, Christine H
Bruh, Mark
Cassara, Amanda D.
Cornell, Shara
Joseph, Nadkarni
Martin, Marylou
Moroney, Mary V.
Ogunleye, Alaba
Penpraze, Lisa M.
Riffkin, Linda A
Rodriguez, Ilusion
Rudewicz, Daniel
Schmitt, Kathleen D.
Schwartz, Andrea B.
Schwartzberg, Paul K.
Sharp, Sylvester
Siegel, Rachael E.
Tiantian, Tara
Velez-Rivera, Andy
Vescovacci, Madeleine
Vlasova, Valentina
Wells, Annie
Zipes, Greg M

10177077