**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>E. GLUCK CORPORATION,<br><br>Tax I.D. No. 13-2907195<br><br><div align="center">Debtor.</div> | Chapter: 11<br><br><br>Case No.: 25-12683 (MG) |

### SUPPLEMENTAL DECLARATION OF YI ZHU REGARDING THE EMPLOYMENT AND RETENTION OF FORESIGHT RESTRUCTURING LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

I, Yi Zhu, being duly sworn, states the following under penalty of perjury:

1.      I am the principal of Foresight Restructuring LLC ("Foresight"), which maintains a business office located at 48 Wall Street, Suite 1100, New York, NY. I have knowledge of the matters set forth herein and am authorized to make this declaration (the "Supplemental Declaration") on behalf of Foresight.

2.      I made an initial declaration in support of the *Application Of The Official Committee of Unsecured Creditors (The "Committee") For The Bankruptcy Estate Of E. Gluck Corporation (The "Debtor") For an Order Authorizing The Employment Of Foresight as Its Financial Advisor* (the "Application") [Docket No. 95] on February 11, 2026. I submit this Supplemental Declaration pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure in further support of the Application[1].

3.      Subsequent to filing the Application, at the request of the Office of the United States Trustee, Foresight conducted a supplemental conflicts search for the additional parties listed on **Exhibit 1** hereto, including members of the Court's Chambers and the Office of the United States

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

<div align="center">1</div>

10177093

Trustee for the Southern District of New York. Based on the results of that supplemental search, and to the best of my knowledge after diligent inquiry, neither I nor Foresight, nor any employees of Foresight, has any connection with anyone set forth on the attached **Exhibit 1**.

4.      To the extent that Foresight discovers any connection with any interested party or enters into any new relationship with any interested party, Foresight will promptly supplement its disclosure to the Court.

5.      I continue to represent that Foresight is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.  Also, to the best of my knowledge, other than as set forth herein, Foresight has no prior connection with the Debtor, any creditors of the Debtor or its estate, or any other party in interest in this case, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

6.      The facts set forth in the Application and herein are true and correct to the best of my knowledge, information, and belief.

I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on March 3, 2026

_____/s/ Yi Zhu_____
Yi Zhu, Declarant

10177093

# EXHIBIT 1

## Additional List of Parties Searched

**Bankruptcy Judges for the Southern District of New York**

The Honorable Cecelia G. Morris
The Honorable David S. Jones
The Honorable James L. Garrity, Jr.
The Honorable John P. Mastando III
The Honorable Kyu Y. (Mike) Paek
The Honorable Lisa G. Beckerman
The Honorable Martin Glenn, Chief Judge
The Honorable Michael E. Wiles
The Honorable Philip Bentley
The Honorable Sean H. Lane

**United States Trustee for the Southern District of New York**
Abriano, Victor
Allen, Joseph W.
Black, Christine H
Bruh, Mark
Cassara, Amanda D.
Cornell, Shara
Joseph, Nadkarni
Martin, Marylou
Moroney, Mary V.
Ogunleye, Alaba
Penpraze, Lisa M.
Riffkin, Linda A
Rodriguez, Ilusion
Rudewicz, Daniel
Schmitt, Kathleen D.
Schwartz, Andrea B.
Schwartzberg, Paul K.
Sharp, Sylvester
Siegel, Rachael E.
Tiantian, Tara
Velez-Rivera, Andy
Vescovacci, Madeleine
Vlasova, Valentina
Wells, Annie
Zipes, Greg M

1

10177093