**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                   :
                                                        :          Chapter 11
E. GLUCK CORPORATION,                                   :
                                                        :          Case No. 25-12683 (MG)
                                   Debtor.              :
-----------------------------------------------------------x

### FIRST MONTHLY STAFFING AND COMPENSATION REPORT OF COMETRICS PARTNERS, LLC, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED TO THE DEBTOR FROM DECEMBER 1, 2025 THROUGH DECEMBER 31, 2025

| | |
|---|---|
| Name of Applicant: | CoMetrics Partners, LLC ("CoMetrics") |
| Authorized to Provide Professional Services to: | The debtor and debtor-in-possession ("Debtor") |
| Date of Retention: | January 27, 2026 *nunc pro tunc* to December 1, 2025 |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2025 through December 31, 2025 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | **$223,800.00** |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$223,800.00** |

CoMetrics Partners ("CoMetrics"), as for its first monthly staffing and compensation report (the "Staffing Report") for the period December 1, 2025 through December 31, 2025 (the "Fee Period") filed pursuant to the terms of the CoMetrics retention order (Docket No. 81) (the "Retention Order"), respectfully states as follows: CoMetrics requests (a) allowance of compensation in the amount of $223,800 for actual, reasonable and necessary professional services rendered to the Debtor by CoMetrics. No actual, reasonable and necessary costs or expenses were incurred by CoMetrics during the Fee Period.

{00357066.1 / 1539-002 }

## **Services Rendered and Disbursements Incurred**

Attached is a schedule of professionals rendering services to the Debtor during the Monthly Fee Period, including each person's billing rate and the blended rate. Further, attached is a schedule of fees expended during the Monthly Fee Period by task code, as well as monthly detailed time descriptions for the Monthly Fee Period which outline the time spent by each CoMetrics professional.

The scope of services performed by CoMetrics are set forth in the Engagement Letter and including having Mr. Gary Herwitz lead the Chief Restructuring Officer ("CRO") engagement supported by additional personnel. During the Fee Period, Mr. Herwitz and team have provided interim management and advisory assistance to the Debtor consistent with the Scope of Services, which is set forth below:

a) Providing Mr. Herwitz in the role of CRO to the Debtor; requirements of the Court and assisting in such other matters as management or counsel to the Debtor may request from time to time;

b) Developing and monitoring rolling cash flows and weekly variance analysis;

c) Leading, monitoring and tracking the initiatives in accordance with the restructuring goals;

d) Conducting a comprehensive review of the company's financial position, operations, and organizational structure;

e) Continuing to lead all communications with the senior lender including borrowing requests, daily borrowing base and collateral calculations and submit daily borrowing bases;

f)  Providing the senior lender and parties in interest weekly analysis of actual verses forecasted sales, AR collections, AR dilution, disbursements, and availability in accordance with the DIP financing order provisions;

g)  Directly supervising the Company's accounting department;

h)  Providing on-site accounting and operations support;

i)  Providing on-site and off-site support for the Company to comply with its Management Services Agreement with WITHit Holdings LLC;

j)  Continuing to lead the pricing strategy, markdown and funding strategy, advertising, margin requirements, compliance with the Vendor agreement with the Company's largest customer (Amazon);

k)  Continuing to lead the liquidation and sell-off of inventory;

l)  Leading warehouse and distribution transitional processes to economic logistic platform and logistics metrics for requests of Stalking Horse and other buyers as requested;

m) Continuing to assess certain system processes and procedures;

n)  Continuing to work with Licensors on payment plans and royalty reporting/compliance;

o)  Leading the process of preparing and coordinating due diligence materials for the advisors representing the minority members of WITHit Holdings LLC;

p)  Leading negotiations to monetize the Company's 51% interest in WITHit Holdings LLC for the benefit of the Estate;

q)  Assisting in the development and execution of a communication plan to ensure transparency and stakeholder engagement throughout the restructuring process and chapter 11 proceedings;

r)   Assisting the Company and its other advisors in connection with evaluation, negotiation, and consummation of any sale /investment transaction;

s)   Preparing all financial analysis as requested by outside professionals; and

t)   Such other matters as may be mutually agreed between the Company and CoMetrics.

**Notice and Objection Procedures**

CoMetrics provides notice of this Fee Statement to: (a) the Bankruptcy Court; (b) Counsel for the Debtor; (c) the U.S. Trustee; and (d) Counsel for the Official Committee of Unsecured Creditors, (collectively, the "Fee Notice Parties").

In accordance with the Retention Order, parties in interest shall have ten (10) days after the Staffing Report is filed with the Court to object. In the event an objection is raised and not consensually resolved, the portion of the Staffing Report objected to shall be subject to review by the Bankruptcy Court.  No payments shall be made to CoMetrics until the objection period has passed, and in the event an objection is raised, no payment shall be made to CoMetrics on account of the portion of the Staffing Report objected to until such objection is resolved.

Wherefore, pursuant to the Retention Order, and pending the expiration of the objection deadlines, if no objections to the Staffing Report are received by CoMetrics respectfully requests allowance of $223,800 for its fees for services rendered during the Fee Period.

Date: March 10, 2026                    CoMetrics Partners, LLC


By  */s/ Gary Herwitz*
        Gary Herwitz
        Managing Partner
        1411 Broadway, 8th Floor
        New York, NY 10018
        212-381-0871

**Time Entries by Category**

| Categories | Hours | Average Rate | Amount |
|---|---|---|---|
| Cash Flow/Cash Management/ Liquidity | 79.00 | $ 413.29 | $ 32,650.00 |
| Daily Operations | 69.00 | 525.36 | 36,250.00 |
| Amazon Business -operating | 61.50 | 375.61 | 23,100.00 |
| WITHIT Financial Reporting/Month End Closing | 48.00 | 400.00 | 19,200.00 |
| Variance reporting | 39.00 | 375.00 | 14,625.00 |
| Interaction/ Meetings with Debtors/ Counsel | 28.50 | 736.84 | 21,000.00 |
| Statements and Schedules | 27.50 | 230.00 | 6,325.00 |
| Sale schedules and meetings-WTH | 25.50 | 539.22 | 13,750.00 |
| Interaction IDB counsel | 25.00 | 400.00 | 10,000.00 |
| Financial statements closings and preparations | 15.00 | 360.00 | 5,400.00 |
| Withit analyisis | 12.00 | 750.00 | 9,000.00 |
| Inventory management | 10.00 | 575.00 | 5,750.00 |
| Cash flows forecasts -planning | 6.00 | 583.33 | 3,500.00 |
| Withit prep | 4.00 | 750.00 | 3,000.00 |
| Meeting Stalking Horse | 3.00 | 750.00 | 2,250.00 |
| Sale schedules and meetings-EGC Holdings LLC | 3.00 | 500.00 | 1,500.00 |
| Managemnt meetings | 3.00 | 750.00 | 2,250.00 |
| Meetings-CEO-CFO weekly plan | 3.00 | 750.00 | 2,250.00 |
| Withit analysis | 2.50 | 750.00 | 1,875.00 |
| Warehouse management | 2.50 | 750.00 | 1,875.00 |
| East Wind | 2.50 | 750.00 | 1,875.00 |
| Licensor interactions | 2.00 | 750.00 | 1,500.00 |
| Interaction IDB | 1.50 | 750.00 | 1,125.00 |
| Interaction Debotor managememnt various meetings | 1.50 | 750.00 | 1,125.00 |
| DIP Financing | 1.50 | 750.00 | 1,125.00 |
| DIP Financing-Otterbourg Jon helfat | 1.00 | 750.00 | 750.00 |
| Attend Hearings/ Related Activities | 1.00 | 750.00 | 750.00 |
| Total | 478.00 | $ 468.20 | $ 223,800.00 |

**Time Entries by Professional**

**Service Period**          **December 1, 2025 - December 31, 2025**

| Name | Title | Task Category | Hours | Rate | Amount |
|------|-------|---------------|-------|------|--------|
| Gary Herwitz | Managing Partner, CRO | Attend Hearings/ Related Activities | 1.00 | $ 750.00 | $ 750.00 |
| | | Cash flows forecasts -planning | 2.00 | 750.00 | 1,500.00 |
| | | Daily Operations | 20.50 | 750.00 | 15,375.00 |
| | | DIP Financing | 1.50 | 750.00 | 1,125.00 |
| | | DIP Financing-Otterbourg Jon helfat | 1.00 | 750.00 | 750.00 |
| | | East Wind | 2.50 | 750.00 | 1,875.00 |
| | | Interaction Debotor managememnt various meetings | 1.50 | 750.00 | 1,125.00 |
| | | Interaction IDB | 1.50 | 750.00 | 1,125.00 |
| | | Interaction/ Meetings with Debtors/ Counsel | 27.00 | 750.00 | 20,250.00 |
| | | Inventory management | 3.00 | 750.00 | 2,250.00 |
| | | Licensor interactions | 2.00 | 750.00 | 1,500.00 |
| | | Managemnt meetings | 3.00 | 750.00 | 2,250.00 |
| | | Meeting Stalking Horse | 3.00 | 750.00 | 2,250.00 |
| | | Meetings-CEO-CFO weekly plan | 3.00 | 750.00 | 2,250.00 |
| | | Sale schedules and meetings-WTH | 4.00 | 750.00 | 3,000.00 |
| | | Variance reporting | 3.50 | 750.00 | 2,625.00 |
| | | Warehouse management | 2.50 | 750.00 | 1,875.00 |
| | | Withit abalysis | 2.50 | 750.00 | 1,875.00 |
| | | Withit analyisis | 12.00 | 750.00 | 9,000.00 |
| | | Withit prep | 4.00 | 750.00 | 3,000.00 |
| | | **Subtotal/Average Rate** | **101.00** | **$ 750.00** | **$ 75,750.00** |
| | | | | | |
| Kelvin Wen | Managing Director | Amazon Business -operating | 31.50 | $ 500.00 | $ 15,750.00 |
| | | Cash Flow/Cash Management/ Liquidity | 24.00 | 500.00 | 12,000.00 |
| | | Sale schedules and meetings-WTH | 21.50 | 500.00 | 10,750.00 |
| | | Daily Operations | 20.00 | 500.00 | 10,000.00 |
| | | Variance reporting | 12.50 | 500.00 | 6,250.00 |
| | | Financial statements closings and preparations | 8.00 | 500.00 | 4,000.00 |
| | | Inventory management | 7.00 | 500.00 | 3,500.00 |
| | | Cash flows forecasts -planning | 4.00 | 500.00 | 2,000.00 |
| | | Sale schedules and meetings-EGC Holdings LLC | 3.00 | 500.00 | 1,500.00 |
| | | Statements and Schedules | 2.00 | 500.00 | 1,000.00 |
| | | Interaction/ Meetings with Debtors/ Counsel | 1.50 | 500.00 | 750.00 |
| | | **Subtotal/Average Rate** | **135.00** | **$ 500.00** | **$ 67,500.00** |
| | | | | | |
| Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ Liquidity | 46.00 | $ 400.00 | $ 18,400.00 |
| | | Daily Operations | 25.00 | 400.00 | 10,000.00 |

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Interaction IDB counsel | 25.00 | 400.00 | 10,000.00 |
| | | **Subtotal/Average Rate** | **96.00** | **$ 400.00** | **$ 38,400.00** |
| David Apperman | Senior Manager | Sale schedules and meetings-WTH | 48.00 | $ 400.00 | $ 19,200.00 |
| | | **Subtotal/Average Rate** | **48.00** | **$ 400.00** | **$ 19,200.00** |
| Robin Boby | Senior Financial Analyst | Amazon Business -operating | 27.00 | $ 250.00 | $ 6,750.00 |
| | | Cash Flow/Cash Management/ Liquidity | 9.00 | 250.00 | 2,250.00 |
| | | Daily Operations | 3.50 | 250.00 | 875.00 |
| | | Statements and Schedules | 4.50 | 250.00 | 1,125.00 |
| | | Variance reporting | 23.00 | 250.00 | 5,750.00 |
| | | **Subtotal/Average Rate** | **67.00** | **$ 250.00** | **$ 16,750.00** |
| Ben Haggerty | Financial Analyst | Amazon Business -operating | 3.00 | $ 200.00 | $ 600.00 |
| | | Financial statements closings and preparations | 7.00 | 200.00 | 1,400.00 |
| | | Statements and Schedules | 21.00 | 200.00 | 4,200.00 |
| | Time Entries by Professional | **Time Entries by Professional** | **31.00** | **$ 200.00** | **$ 6,200.00** |
| **Total** | | **Total / Average Rate** | **478.00** | **$ 468.20** | **$ 223,800.00** |

Time Entries

| Date | Name | Title | Categories | Rate | Hours | Amount | Comments |
|---|---|---|---|---|---|---|---|
| 12/1/2025 | Gary Herwitz | Managing Partner, CRO | Interaction Debotor management various meetings | 750 | 1.50 | 1,125.00 | Review of DIP cash flow and ground rules |
| 12/1/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 0.50 | 375.00 | Email and calls with Halperin regarding case commencement and follow ups |
| 12/2/2025 | Gary Herwitz | Managing Partner, CRO | Attend Hearings/ Related | 750 | 1.00 | 750.00 | Prepare and attend hearing |
| 12/2/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 1.50 | 1,125.00 | Calls with Halperin |
| 12/2/2025 | Gary Herwitz | Managing Partner, CRO | DIP Financing | 750 | 1.50 | 1,125.00 | IDB Borrowing Bae and Amazon AR |
| 12/2/2025 | Gary Herwitz | Managing Partner, CRO | DIP Financing-Otterbourg Jon | 750 | 1.00 | 750.00 | DIP budget |
| 12/2/2025 | Gary Herwitz | Managing Partner, CRO | Meetings-CEO-CFO weekly plan | 750 | 3.00 | 2,250.00 | Various meetings Barbara and Adam cash flow |
| 12/2/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.00 | 750.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/3/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 0.50 | 375.00 | Emails and Calls with Halperin regarding payroll and related |
| 12/3/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.50 | 1,125.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/4/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 0.50 | 375.00 | WITHIT |
| 12/4/2025 | Gary Herwitz | Managing Partner, CRO | Withit analysis | 750 | 2.50 | 1,875.00 | Novemebr 30 financials and inter company AR |
| 12/4/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 3.50 | 2,625.00 | CompanyBobbie- Adam-Matt |
| 12/4/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.00 | 750.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/5/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 3.00 | 2,250.00 | Work with Halperin on WITHIT asset sale |
| 12/5/2025 | Gary Herwitz | Managing Partner, CRO | Withit prep | 750 | 4.00 | 3,000.00 | asset w/c |
| 12/5/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.00 | 750.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/8/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 1.50 | 1,125.00 | Work with Halperine and Client on Bankruptcy Schedules |
| 12/8/2025 | Gary Herwitz | Managing Partner, CRO | Interaction IDB | 750 | 1.50 | 1,125.00 | Stalking Horse APA |
| 12/8/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 0.50 | 375.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |

| Date | Name | Title | Task | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 12/8/2025 | Gary Herwitz | Managing Partner, CRO | Inventory management | 750 | 1.00 | 750.00 | Matt Gliuck meeting-shipping |
| 12/9/2025 | Gary Herwitz | Managing Partner, CRO | Variance reporting | 750 | 0.50 | 375.00 | Report Variance Report |
| 12/9/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.50 | 1,125.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/9/2025 | Gary Herwitz | Managing Partner, CRO | Inventory management | 750 | 1.00 | 750.00 | Tremmy Berstine ATS |
| 12/10/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 0.50 | 375.00 | Conference call with Ian Winters and Haperin |
| 12/10/2025 | Gary Herwitz | Managing Partner, CRO | Variance reporting | 750 | 0.50 | 375.00 | Review of Weekly variance Report |
| 12/10/2025 | Gary Herwitz | Managing Partner, CRO | Cash flows forecasts -planning | 750 | 1.50 | 1,125.00 | Variance analysis -prosepctive weeklyy plan |
| 12/10/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.00 | 750.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/10/2025 | Gary Herwitz | Managing Partner, CRO | Inventory management | 750 | 1.00 | 750.00 | Temmy ATS |
| 12/11/2025 | Gary Herwitz | Managing Partner, CRO | East Wind | 750 | 2.50 | 1,875.00 | analyisi review |
| 12/11/2025 | Gary Herwitz | Managing Partner, CRO | Cash flows forecasts -planning | 750 | 0.50 | 375.00 | Budget Tracking |
| 12/11/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.00 | 750.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/11/2025 | Gary Herwitz | Managing Partner, CRO | Licensor interactions | 750 | 1.00 | 750.00 | WHP meeting |
| 12/11/2025 | Gary Herwitz | Managing Partner, CRO | Warehouse management | 750 | 2.50 | 1,875.00 | Amazon pre packs and ASKY take down |
| 12/12/2025 | Gary Herwitz | Managing Partner, CRO | Managemnt meetings | 750 | 3.00 | 2,250.00 | Meeting with CEO, CFO, Temmy berstein on inventory sales -ATS |
| 12/12/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 1.00 | 750.00 | Weekly Budget Review, Email regarding WITHIT |
| 12/12/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.00 | 750.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/12/2025 | Gary Herwitz | Managing Partner, CRO | Sale schedules and meetings- | 750 | 1.50 | 1,125.00 | Email and Call with Withit Professionals on asset |
| 12/15/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 2.50 | 1,875.00 | Finalize East Wind Retention |
| 12/15/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 2.00 | 1,500.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/15/2025 | Gary Herwitz | Managing Partner, CRO | Sale schedules and meetings- | 750 | 2.50 | 1,875.00 | Emails and calls on asset sale schedules |
| 12/16/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 2.00 | 1,500.00 | Emails and Calls on New York IDA Lease, CoMetrics Retention |
| 12/16/2025 | Gary Herwitz | Managing Partner, CRO | Variance reporting | 750 | 0.50 | 375.00 | Review of Weekly variance Report |

**Time Entries**

| Date | Name | Title | Category | Rate | Hours | Amount | Description |
|------|------|-------|----------|------|-------|--------|-------------|
| 12/16/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.00 | 750.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/17/2025 | Gary Herwitz | Managing Partner, CRO | Withit analyisis | 750 | 5.00 | 3,750.00 | Valuation ansalysis |
| 12/17/2025 | Gary Herwitz | Managing Partner, CRO | Variance reporting | 750 | 0.50 | 375.00 | Review of Weekly variance Report |
| 12/17/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.00 | 750.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/18/2025 | Gary Herwitz | Managing Partner, CRO | Withit analyisis | 750 | 3.00 | 2,250.00 | Valuation ansalysis |
| 12/18/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.50 | 1,125.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/19/2025 | Gary Herwitz | Managing Partner, CRO | Withit analyisis | 750 | 3.00 | 2,250.00 | CBIZ Withit counsel |
| 12/19/2025 | Gary Herwitz | Managing Partner, CRO | Meeting Stalking Horse | 750 | 3.00 | 2,250.00 | Meeting with eat Wind and American Exchange |
| 12/19/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.00 | 750.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/22/2025 | Gary Herwitz | Managing Partner, CRO | Withit analyisis | 750 | 1.00 | 750.00 | Kelsdadt |
| 12/22/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.00 | 750.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/23/2025 | Gary Herwitz | Managing Partner, CRO | Variance reporting | 750 | 0.50 | 375.00 | Review of Weekly variance Report |
| 12/23/2025 | Gary Herwitz | Managing Partner, CRO | Licensor interactions | 750 | 1.00 | 750.00 | WHP emails 270K payment |
| 12/24/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 1.00 | 750.00 | WITHIT Valuation and offer |
| 12/24/2025 | Gary Herwitz | Managing Partner, CRO | Variance reporting | 750 | 0.50 | 375.00 | Review of Weekly variance Report |
| 12/25/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 3.00 | 2,250.00 | Review WITHIT Sale Offer |
| 12/26/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 4.00 | 3,000.00 | Emails and Calls with Halperin regarding DIP, Sale Process, WITHIT, Tax related Issue relevant to WITHIT Assets, Preparation for all-hands call on |
| 12/26/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.00 | 750.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/29/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.50 | 1,125.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/30/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 0.50 | 375.00 | Review Expenditures, discussion on WTH offer |

Time Entries

| Date | Name | Title | Task | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 12/30/2025 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 750 | 1.00 | 750.00 | Internal meetings, Review with Kelvin and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/31/2025 | Gary Herwitz | Managing Partner, CRO | Interaction/ Meetings with Debtors/ Counsel | 750 | 1.50 | 1,125.00 | Review latest WTH offer |
| 12/31/2025 | Gary Herwitz | Managing Partner, CRO | Variance reporting | 750 | 0.50 | 375.00 | Review of Weekly variance Report |
| 12/1/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/1/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/1/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/2/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/2/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/2/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/3/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/3/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/3/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/4/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/4/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/4/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/5/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/5/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/5/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/8/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/8/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/8/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/9/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/9/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/9/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/10/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/10/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/10/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/11/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/11/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/11/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/12/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/12/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/12/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/15/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/15/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/15/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/16/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |

Time Entries

| 12/16/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
|---|---|---|---|---|---|---|---|
| 12/16/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/17/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/17/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/17/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/18/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/18/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/18/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/19/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/19/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/19/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/22/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/22/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/22/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/23/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/23/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/23/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/24/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/24/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/24/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/25/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.00 | 400.00 | Interacted with IDB for daily funding request |
| 12/25/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/25/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.50 | 600.00 | Phone calls and emails with client for daily cash |
| 12/26/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.50 | 600.00 | Interacted with IDB for daily funding request |
| 12/26/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/26/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.50 | 600.00 | Phone calls and emails with client for daily cash |
| 12/29/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.50 | 600.00 | Interacted with IDB for daily funding request |
| 12/29/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/29/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.00 | 400.00 | Phone calls and emails with client for daily cash |
| 12/30/2025 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.50 | 600.00 | Interacted with IDB for daily funding request |
| 12/30/2025 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/30/2025 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.50 | 600.00 | Phone calls and emails with client for daily cash |
| 12/31/2026 | Adam Moskowitz | Managing Director | Interaction IDB counsel | 400 | 1.50 | 600.00 | Interacted with IDB for daily funding request |
| 12/31/2026 | Adam Moskowitz | Managing Director | Cash Flow/Cash Management/ | 400 | 2.00 | 800.00 | Borrowing base and cash flow disbursement review |
| 12/31/2026 | Adam Moskowitz | Managing Director | Daily Operations | 400 | 1.50 | 600.00 | Phone calls and emails with client for daily cash |
| 12/8/2025 | David Apperman | Senior Manager | WITHIT            Financial Reporting/Month End Closing | 400 | 8 | 3,200.00 | WITHIT Nov 30 2025 Closing |
| 12/9/2025 | David Apperman | Senior Manager | WITHIT            Financial Reporting/Month End Closing | 400 | 8 | 3,200.00 | WITHIT Nov 30 2025 Closing |

| Date | Name | Title | Category | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 12/10/2025 | David Apperman | Senior Manager | WITHIT Financial Reporting/Month End Closing | 400 | 8 | 3,200.00 | WITHIT Nov 30 2025 Closing |
| 12/16/2025 | David Apperman | Senior Manager | WITHIT Financial Reporting/Month End Closing | 400 | 8 | 3,200.00 | WITHIT Nov 30 2025 Closing |
| 12/17/2025 | David Apperman | Senior Manager | WITHIT Financial Reporting/Month End Closing | 400 | 8 | 3,200.00 | WITHIT Nov 30 2025 Closing |
| 12/18/2025 | David Apperman | Senior Manager | WITHIT Financial Reporting/Month End Closing | 400 | 8 | 3,200.00 | WITHIT Nov 30 2025 Closing |
| 12/2/2025 | Robin Boby | Senior Financial Analyst | Daily Operations | 250 | 0.50 | 125.00 | Reviewed the company prepared BBC - daily a Roll Forward of AR, loan and Inventory & reconciled the change in availability |
| 12/2/2025 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 250 | 3.50 | 875.00 | Downloaded AMZ retail sales report from the portal and conducted an AMZ GP analyis |
| 12/3/2025 | Robin Boby | Senior Financial Analyst | Statements and Schedules | 250 | 1.00 | 250.00 | Assisted in preparing supporting schedules for 2024 F/S for EGC |
| 12/3/2025 | Robin Boby | Senior Financial Analyst | Daily Operations | 250 | 0.50 | 125.00 | Reviewed the company prepared BBC - daily a Roll Forward of AR, loan and Inventory & reconciled the change in availability |
| 12/3/2025 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 250 | 1.50 | 375.00 | Downloaded the remittance advices from the Amazon portal and analyzed the AMZ Chargebacks |
| 12/4/2025 | Robin Boby | Senior Financial Analyst | Daily Operations | 250 | 2.00 | 500.00 | Downloaded AR details from AMZ portal and reconciled the balance to the company's books of |
| 12/5/2025 | Robin Boby | Senior Financial Analyst | Variance reporting | 250 | 2.50 | 625.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to |
| 12/5/2025 | Robin Boby | Senior Financial Analyst | Daily Operations | 250 | 0.50 | 125.00 | Reviewed the company prepared BBC - daily a Roll Forward of AR, loan and Inventory & reconciled the change in availability |
| 12/8/2025 | Robin Boby | Senior Financial Analyst | Statements and Schedules | 250 | 1.00 | 250.00 | Prepared a SKU Productivity analysis by product category and brand for WithIT |
| 12/8/2025 | Robin Boby | Senior Financial Analyst | Variance reporting | 250 | 2.50 | 625.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to |
| 12/8/2025 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 250 | 1.50 | 375.00 | Downloaded the remittance advices from the Amazon portal and analyzed the AMZ Chargebacks |
| 12/9/2025 | Robin Boby | Senior Financial Analyst | Variance reporting | 250 | 1.00 | 250.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to |
| 12/9/2025 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 250 | 2.00 | 500.00 | Downloaded the remittance advices from the Amazon portal and analyzed the AMZ Chargebacks |
| 12/10/2025 | Robin Boby | Senior Financial Analyst | Variance reporting | 250 | 2.00 | 500.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to |

| 12/10/2025 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 250 | 2.00 | 500.00 | Downloaded AMZ retail sales report from the portal and conducted an AMZ GP analyis |
| 12/11/2025 | Robin Boby | Senior Financial Analyst | Variance reporting | 250 | 2.00 | 500.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to |
| 12/11/2025 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 250 | 0.50 | 125.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and |
| 12/11/2025 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 250 | 1.50 | 375.00 | Downloaded the remittance advices from the Amazon portal and analyzed the AMZ Chargebacks |
| 12/12/2025 | Robin Boby | Senior Financial Analyst | Statements and Schedules | 250 | 1.00 | 250.00 | Assisted in preparing supporting schedules for 11/30/2025 FS for WithIT |
| 12/12/2025 | Robin Boby | Senior Financial Analyst | Variance reporting | 250 | 1.00 | 250.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to |
| 12/12/2025 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 250 | 1.00 | 250.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and |
| 12/12/2025 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 250 | 1.00 | 250.00 | Downloaded AMZ retail sales report from the portal and conducted an AMZ GP analyis |
| 12/15/2025 | Robin Boby | Senior Financial Analyst | Variance reporting | 250 | 1.00 | 250.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to |
| 12/15/2025 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 250 | 1.00 | 250.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and |
| 12/15/2025 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 250 | 3.00 | 750.00 | Downloaded AMZ retail sales report from the portal and conducted an AMZ GP analyis |
| 12/16/2025 | Robin Boby | Senior Financial Analyst | Statements and Schedules | 250 | 1.00 | 250.00 | Assisted in preparing supporting schedules for 2024 F/S for WithIT |
| 12/16/2025 | Robin Boby | Senior Financial Analyst | Variance reporting | 250 | 1.00 | 250.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to |
| 12/16/2025 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 250 | 0.50 | 125.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and |
| 12/16/2025 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 250 | 1.50 | 375.00 | Downloaded the remittance advices from the Amazon portal and analyzed the AMZ Chargebacks |
| 12/17/2025 | Robin Boby | Senior Financial Analyst | Statements and Schedules | 250 | 0.50 | 125.00 | Assisted in preparing supporting schedules for 2024 F/S for EGC |
| 12/17/2025 | Robin Boby | Senior Financial Analyst | Variance reporting | 250 | 1.50 | 375.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to |
| 12/17/2025 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 250 | 1.00 | 250.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and |
| 12/17/2025 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 250 | 1.00 | 250.00 | Downloaded AMZ retail sales report from the portal and conducted an AMZ GP analyis |
| 12/22/2025 | Robin Boby | Senior Financial Analyst | Variance reporting | 250 | 2.50 | 625.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to |

Time Entries

| Date | Name | Title | Category | Rate | Hours | Amount | Description |
|------|------|-------|----------|------|-------|--------|-------------|
| 12/22/2025 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 250 | 1.00 | 250.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and |
| 12/22/2025 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 250 | 2.50 | 625.00 | Downloaded AMZ retail sales report from the portal and conducted an AMZ GP analyis |
| 12/23/2025 | Robin Boby | Senior Financial Analyst | Variance reporting | 250 | 1.00 | 250.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to |
| 12/23/2025 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 250 | 2.00 | 500.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and |
| 12/23/2025 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 250 | 2.00 | 500.00 | Downloaded AMZ retail sales report from the portal and conducted an AMZ GP analyis |
| 12/26/2025 | Robin Boby | Senior Financial Analyst | Variance reporting | 250 | 1.50 | 375.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to |
| 12/26/2025 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 250 | 0.50 | 125.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and |
| 12/26/2025 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 250 | 3.00 | 750.00 | Downloaded AMZ retail sales report from the portal and conducted an AMZ GP analyis |
| 12/29/2025 | Robin Boby | Senior Financial Analyst | Variance reporting | 250 | 3.50 | 875.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to |
| 12/29/2025 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 250 | 0.50 | 125.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and |
| 12/30/2025 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 250 | 1.00 | 250.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and |
| 12/30/2025 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 250 | 1.00 | 250.00 | Downloaded AMZ retail sales report from the portal and conducted an AMZ GP analyis |
| 12/2/2025 | Ben Haggerty | Financial Analyst | Financial statements closings and preparations | 200 | 5.00 | 1,000.00 | Cleaning and Uploading E Gluck and WITHit's ERP System Data into our proprietary software system. |
| 12/3/2025 | Ben Haggerty | Financial Analyst | Amazon Business -operating | 200 | 1.00 | 200.00 | Cleaning and Uploading E Gluck's Amazon forecast and inventory into our propriertary software |
| 12/3/2025 | Ben Haggerty | Financial Analyst | Financial statements closings and preparations | 200 | 2.00 | 400.00 | Reviewing the produced Analytics from the system. |
| 12/4/2025 | Ben Haggerty | Financial Analyst | Statements and Schedules | 200 | 1.00 | 200.00 | Produced breakdown of Sales through November |
| 12/6/2025 | Ben Haggerty | Financial Analyst | Statements and Schedules | 200 | 4.00 | 800.00 | Generated charts, schedules of Inventory, Sales, and Purchases through November 2025 |
| 12/7/2025 | Ben Haggerty | Financial Analyst | Statements and Schedules | 200 | 1.00 | 200.00 | Generated charts, schedules of Inventory, Sales, and Purchases through November 2025 |
| 12/8/2025 | Ben Haggerty | Financial Analyst | Statements and Schedules | 200 | 1.00 | 200.00 | Generated charts, schedules of Inventory, Sales, and Purchases through November 2025 |
| 12/9/2025 | Ben Haggerty | Financial Analyst | Statements and Schedules | 200 | 1.00 | 200.00 | Generated charts, schedules of Inventory, Sales, and Purchases through November 2025 |

| Date | Name | Title | Category | Rate | Hours | Amount | Description |
|------|------|-------|----------|------|-------|--------|-------------|
| 12/11/2025 | Ben Haggerty | Financial Analyst | Statements and Schedules | 200 | 1.50 | 300.00 | Generated charts, schedules of Inventory, Sales, and Purchases through November 2025 |
| 12/12/2025 | Ben Haggerty | Financial Analyst | Statements and Schedules | 200 | 0.50 | 100.00 | Generated charts, schedules of Inventory, Sales, and Purchases through November 2025 |
| 12/17/2025 | Ben Haggerty | Financial Analyst | Statements and Schedules | 200 | 1.00 | 200.00 | Generated charts, schedules of Inventory, Sales, and Purchases through November 2025 |
| 12/18/2025 | Ben Haggerty | Financial Analyst | Statements and Schedules | 200 | 5.00 | 1,000.00 | Generated charts, schedules of Inventory, Sales, and Purchases through November 2025 |
| 12/19/2025 | Ben Haggerty | Financial Analyst | Statements and Schedules | 200 | 3.00 | 600.00 | Generated charts, schedules of Inventory, Sales, and Purchases through November 2025 |
| 12/22/2025 | Ben Haggerty | Financial Analyst | Statements and Schedules | 200 | 2.00 | 400.00 | Revised the uploaded Amazon forecast. |
| 12/23/2025 | Ben Haggerty | Financial Analyst | Amazon Business -operating | 200 | 2.00 | 400.00 | Revised the uploaded Amazon forecast. |
| 12/1/2025 | Kelvin Wen | Managing Director | Statements and Schedules | 500 | 1 | 500.00 | Reviewing month end data internally with team, review daily analysis, BBC/Availability Review |
| 12/1/2025 | Kelvin Wen | Managing Director | Cash flows forecasts -planning | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/1/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 500 | 2 | 1,000.00 | Begin preparing for review and reporting requirements, BBC Review, Reserve Calculation |
| 12/1/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1 | 500.00 | Amazon Holiday Promotion Review |
| 12/1/2025 | Kelvin Wen | Managing Director | Inventory management | 500 | 0.5 | 250.00 | Review Amazon Inventory vs EGC Inventory |
| 12/2/2025 | Kelvin Wen | Managing Director | Interaction/ Meetings with Debtors/ Counsel | 500 | 0.50 | 250.00 | Call with Halperin |
| 12/2/2025 | Kelvin Wen | Managing Director | Statements and Schedules | 500 | 1 | 500.00 | Reviewing month end data internally with team, review daily analysis, BBC/Availability Review |
| 12/2/2025 | Kelvin Wen | Managing Director | Cash flows forecasts -planning | 500 | 1.00 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/2/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 500 | 2 | 1,000.00 | Beginning Cash and Loan Reconciliation, Setting Up Templates and Processes |
| 12/2/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1 | 500.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/2/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 2 | 1,000.00 | Weekly Meeting With Amazon; Deal Performance Review; Promotion Planning, Suppression Review |
| 12/2/2025 | Kelvin Wen | Managing Director | Inventory management | 500 | 0.50 | 250.00 | Review Amazon Inventort Weeks Supply |
| 12/3/2025 | Kelvin Wen | Managing Director | Cash flows forecasts -planning | 500 | 1 | 500.00 | Review BBC/Availability, Coordinate with Client on Cash Needs vs Budget, consolidating sales and open order data, Review disbursements and cash balance |
| 12/3/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/3/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 0.5 | 250.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |

**Time Entries**

| Date | Name | Title | Task | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 12/3/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1 | 500.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues |
| 12/3/2025 | Kelvin Wen | Managing Director | Financial statements closings and preparations | 500 | 2 | 1,000.00 | EGC Estimated 10.31.25 FS |
| 12/4/2025 | Kelvin Wen | Managing Director | Cash flows forecasts -planning | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/4/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/4/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1 | 500.00 | Internal meetings, Review with Gary, client and the rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/4/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 2 | 1,000.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues; Reconciliation of Amazon Advertising/Marketing Budget vs actual chargeback to determin reserve |
| 12/4/2025 | Kelvin Wen | Managing Director | Financial statements closings and preparations | 500 | 1 | 500.00 | EGC Estimated 10.31.25 FS |
| 12/5/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/5/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1 | 500.00 | Newco Forecast; Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 12/5/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1 | 500.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues |
| 12/5/2025 | Kelvin Wen | Managing Director | Sale schedules and meetings-EGC Holdings LLC | 500 | 2 | 1,000.00 | E Gluck Holdings Forecast Review |
| 12/5/2025 | Kelvin Wen | Managing Director | Financial statements closings and preparations | 500 | 2 | 1,000.00 | Emails and phone calls with East Wind; fulfill data request for East Wind Data Room |
| 12/8/2025 | Kelvin Wen | Managing Director | Interaction/ Meetings with Debtors/ Counsel | 500 | 1 | 500.00 | Meetings/Calls with Client on Data Needs, Review of WITHIT Financial Data |
| 12/8/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/8/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1 | 500.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/8/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1 | 500.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues |
| 12/8/2025 | Kelvin Wen | Managing Director | Sale schedules and meetings-WTH | 500 | 3 | 1,500.00 | Start On WITHIT Nov 2025 Internal Financials, Collect data, set up workpapers |
| 12/9/2025 | Kelvin Wen | Managing Director | Variance reporting | 500 | 2.5 | 1,250.00 | Weekly Variance Report compare forecast to |
| 12/9/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |

Time Entries

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/9/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1 | 500.00 | Internal meetings, Review with Gary, client and the rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/9/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 2 | 1,000.00 | Weekly Meeting With Amazon; Deal Performance Review; Promotion Planning, Suppression Review |
| 12/9/2025 | Kelvin Wen | Managing Director | Sale schedules and meetings-WTH | 500 | 3 | 1,500.00 | WITHIT Nov 2025 Internal Financials, review internal analysis and compare to financial data |
| 12/10/2025 | Kelvin Wen | Managing Director | Variance reporting | 500 | 0.5 | 250.00 | Review and submit weekly variance report to IDB |
| 12/10/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/10/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1 | 500.00 | Internal meetings, Review with Gary, client and the rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/10/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1 | 500.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues |
| 12/10/2025 | Kelvin Wen | Managing Director | Sale schedules and meetings-WTH | 500 | 3 | 1,500.00 | WITHIT Nov 2025 Internal Financials, review key balance sheet accounts and understand |
| 12/11/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/11/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1 | 500.00 | Internal meetings, Review with Gary, client and the rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/11/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1 | 500.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues |
| 12/11/2025 | Kelvin Wen | Managing Director | Sale schedules and meetings-WTH | 500 | 3 | 1,500.00 | WITHIT Nov 2025 Internal Financials, obtain more data and summary schedules necessary for key balance sheet accounts |
| 12/11/2025 | Kelvin Wen | Managing Director | Inventory management | 500 | 0.5 | 250.00 | Review Deposits vs balance payment, and compare them to the forecast |
| 12/12/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/12/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1 | 500.00 | Internal meetings, Review with Gary, client and the rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/12/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1 | 500.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues |
| 12/12/2025 | Kelvin Wen | Managing Director | Financial statements closings and preparations | 500 | 3 | 1,500.00 | WITHIT Nov 2025 Internal Financials, review internally with team and client with follow up |
| 12/12/2025 | Kelvin Wen | Managing Director | Inventory management | 500 | 0.5 | 250.00 | Review Deposits vs balance payment, and compare them to the forecast |
| 12/15/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |

| Date | Name | Title | Category | Rate | Hours | Amount | Description |
|------|------|-------|----------|------|-------|--------|-------------|
| 12/15/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1 | 500.00 | Internal meetings, Review with Gary, client and the rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/15/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1.5 | 750.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues |
| 12/15/2025 | Kelvin Wen | Managing Director | Sale schedules and meetings- | 500 | 3 | 1,500.00 | WITHIT Nov 2025 Internal Financials |
| 12/15/2025 | Kelvin Wen | Managing Director | Inventory management | 500 | 0.5 | 250.00 | Review Deposits vs balance payment, and compare them to the forecast |
| 12/16/2025 | Kelvin Wen | Managing Director | Variance reporting | 500 | 2.5 | 1,250.00 | Weekly Variance Report compare forecast to |
| 12/16/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/16/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1 | 500.00 | Internal meetings, Review with Gary, client and the rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/16/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 2.5 | 1,250.00 | Weekly Meeting With Amazon; Deal Performance Review; Promotion Planning, Suppression Review |
| 12/16/2025 | Kelvin Wen | Managing Director | Sale schedules and meetings- | 500 | 1 | 500.00 | WITHIT Nov 2025 Internal Financials |
| 12/16/2025 | Kelvin Wen | Managing Director | Inventory management | 500 | 0.5 | 250.00 | Review Deposits vs balance payment, and compare them to the forecast |
| 12/17/2025 | Kelvin Wen | Managing Director | Variance reporting | 500 | 0.5 | 250.00 | Review and submit weekly variance report to IDB |
| 12/17/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/17/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1 | 500.00 | Internal meetings, Review with Gary, client and the rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/17/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1 | 500.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues |
| 12/17/2025 | Kelvin Wen | Managing Director | Sale schedules and meetings-EGC Holdings LLC | 500 | 0.5 | 250.00 | Phone Calls/Emails with Stalking Horse |
| 12/17/2025 | Kelvin Wen | Managing Director | Sale schedules and meetings-WTH | 500 | 3 | 1,500.00 | WITHIT Nov 2025 Internal Financials - finalizing initial draft and recommended journal entries |
| 12/17/2025 | Kelvin Wen | Managing Director | Inventory management | 500 | 0.5 | 250.00 | Review Deposits vs balance payment, and compare them to the forecast |
| 12/18/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/18/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1.5 | 750.00 | Internal meetings, Review with Gary, client and the rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/18/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1.5 | 750.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues |
| 12/18/2025 | Kelvin Wen | Managing Director | Sale schedules and meetings-WTH | 500 | 2 | 1,000.00 | WITHIT Nov 2025 Internal Financials, issued draft and sent workpaper to client |
| 12/18/2025 | Kelvin Wen | Managing Director | Inventory management | 500 | 2 | 1,000.00 | Inventory Planning Training |

Time Entries

| 12/19/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
|---|---|---|---|---|---|---|---|
| 12/19/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1.5 | 750.00 | Internal meetings, Review with Gary, client and the rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/19/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1.5 | 750.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues |
| 12/19/2025 | Kelvin Wen | Managing Director | Sale schedules and meetings- | 500 | 0.5 | 250.00 | WITHIT deal follow up |
| 12/22/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/22/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1 | 500.00 | Internal meetings, Review with Gary, client and the rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/22/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1.5 | 750.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues |
| 12/22/2025 | Kelvin Wen | Managing Director | Inventory management | 500 | 0.5 | 250.00 | Review Deposits vs balance payment, and compare them to the forecast |
| 12/23/2025 | Kelvin Wen | Managing Director | Variance reporting | 500 | 2.5 | 1,250.00 | Weekly Variance Report compare forecast to actuals results, Internal Review |
| 12/23/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/23/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1 | 500.00 | Internal meetings, Review with Gary, client and the rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/23/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 2.5 | 1,250.00 | Weekly Meeting With Amazon; Deal Performance Review; Promotion Planning, Suppression Review |
| 12/24/2025 | Kelvin Wen | Managing Director | Variance reporting | 500 | 1 | 500.00 | Review and submit weekly variance report to IDB |
| 12/24/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/24/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1 | 500.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues |
| 12/26/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/26/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1.5 | 750.00 | Internal meetings, Review with Gary, client and the rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/26/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1 | 500.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues |
| 12/26/2025 | Kelvin Wen | Managing Director | Inventory management | 500 | 0.5 | 250.00 | Review Deposits vs balance payment, and compare them to the forecast |
| 12/29/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/29/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1 | 500.00 | Internal meetings, Review with Gary, client and the rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |

**Time Entries**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/29/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1 | 500.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues |
| 12/30/2025 | Kelvin Wen | Managing Director | Variance reporting | 500 | 2.5 | 1,250.00 | Weekly Variance Report compare forecast to |
| 12/30/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve |
| 12/30/2025 | Kelvin Wen | Managing Director | Daily Operations | 500 | 1 | 500.00 | Internal meetings, Review with Gary, client and the rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, |
| 12/30/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 2.5 | 1,250.00 | Weekly Meeting With Amazon; Deal Performance Review; Promotion Planning, Suppression Review |
| 12/30/2025 | Kelvin Wen | Managing Director | Sale schedules and meetings-EGC Holdings LLC | 500 | 0.5 | 250.00 | Phone Call with Stalking Horse |
| 12/30/2025 | Kelvin Wen | Managing Director | Inventory management | 500 | 0.5 | 250.00 | Review Deposits vs balance payment, and compare them to the forecast |
| 12/31/2025 | Kelvin Wen | Managing Director | Variance reporting | 500 | 0.5 | 250.00 | Review and submit weekly variance report to IDB |
| 12/31/2025 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 500 | 1 | 500.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 12/31/2025 | Kelvin Wen | Managing Director | Amazon Business -operating | 500 | 1 | 500.00 | Daily Phone Calls and Emails regarding Amazon including holiday promotions, performances, Issues |