UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

In re:

E. Gluck Corporation

Debtor.

Chapter 11

Case No. 25-12683 (MG)

------------------------------------------------------------------------x

# SCHEDULING ORDER

**MARTIN GLENN**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

Upon the filing of the *First Omnibus Motion to Reject Certain Executory Contracts and Unexpired Leases* (Document no. 102), the Court enters this Scheduling Order establishing:

1. All responses, if any, to the Motions must be filed no later than March 26, 2026;

2. All replies, if any, must be filed seven (7) days after service of answering papers, no later than April 2, 2026;

3. The Court will determine whether to schedule argument or decide the matter on the papers. Counsel or the parties will be advised of hearing dates if matters are scheduled for argument.

**IT IS SO ORDERED.**

DATED:    March 12, 2026

                                                /s/Martin Glenn
                                                MARTIN GLENN
                                         Chief United States Bankruptcy Judge