Julie Dyas Goldberg, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964

*Counsel to the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

E. GLUCK CORPORATION,

Debtor.
-------------------------------------------------------------x

Chapter 11 Case
Case No. 25-12683 (MG)

### NOTICE OF WITHDRAWAL OF APPLICATION FOR AN ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES THERETO

E. Gluck Corporation, the debtor and debtor-in-possession herein (the "Debtor"), by its undersigned counsel, hereby withdraws its *Application for an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Debtor's Exclusive Periods to File a Plan and Solicit Acceptances Thereto* (the "Application") [Docket No. 115].

{00357699.1 / 1539-002 }

Dated: April 7, 2026               Respectfully submitted,

**HALPERIN BATTAGLIA BENZIJA, LLP**

By: _/s/ Julie Dyas Goldberg_
Julie Dyas Goldberg, Esq.
40 Wall Street – 37th Floor
New York, New York 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
Email: jgoldberg@halperinlaw.net

_Counsel to the Debtor and Debtor in Possession_

{00357699.1 / 1539-002 }

2