**<u>Exhibit B</u>**

**Billing Detail**

| Date | Category | Desc | Person | Length | Rate | Fee |
|---|---|---|---|---|---|---|
| 1/15/2026 | Business Analysis | Review docket files and prepare for committee call | Yi Zhu | 0.50 | 750.00 | 375.00 |
| 1/15/2026 | Committee Communication | Committee call | Yi Zhu | 0.50 | 750.00 | 375.00 |
| 1/15/2026 | Case Administration | Discussion with Yuki Niu | Yi Zhu | 0.40 | 750.00 | 300.00 |
| 1/15/2026 | Business Analysis | Review docket files | Yuki Niu | 1.60 | 350.00 | 560.00 |
| 1/15/2026 | Case Administration | Discussion with Yi Zhu | Yuki Niu | 0.40 | 350.00 | 140.00 |
| 1/16/2026 | Business Analysis | Review docket files | Yi Zhu | 1.10 | 750.00 | 825.00 |
| 1/16/2026 | Business Analysis | Review docket files | Yuki Niu | 2.00 | 350.00 | 700.00 |
| 1/18/2026 | Case Administration | Review WITHit unit sale motion and related documents | Yi Zhu | 0.60 | 750.00 | 450.00 |
| 1/18/2026 | Business Analysis | Review and analyze WITHit liquidation analysis | Yi Zhu | 1.30 | 750.00 | 975.00 |
| 1/18/2026 | Business Analysis | Review and analyze WITHit unit sale motion | Yuki Niu | 1.40 | 350.00 | 490.00 |
| 1/18/2026 | Asset Sale | Reach out to potential bidders | Yuki Niu | 1.70 | 350.00 | 595.00 |
| 1/19/2026 | Case Administration | Teams call with counsel regarding WITHit unit sale | Yi Zhu | 0.30 | 750.00 | 225.00 |
| 1/19/2026 | Case Administration | Discussion with Yuki Niu | Yi Zhu | 0.60 | 750.00 | 450.00 |
| 1/19/2026 | Case Administration | Draft email to counsel | Yi Zhu | 0.30 | 750.00 | 225.00 |
| 1/19/2026 | Case Administration | Discussion with Yi Zhu | Yuki Niu | 0.60 | 350.00 | 210.00 |
| 1/19/2026 | Asset Sale | Reach out to potential bidders | Yuki Niu | 1.40 | 350.00 | 490.00 |
| 1/22/2026 | Debtor Professional and Client Meeting | Professionals call with Debtor's counsel, FA and banker | Yi Zhu | 0.70 | 750.00 | 525.00 |
| 1/22/2026 | Business Analysis | Download and review EGC dataroom | Yi Zhu | 1.20 | 750.00 | 900.00 |
| 1/22/2026 | Business Analysis | Review EGC dataroom | Yi Zhu | 1.90 | 750.00 | 1,425.00 |
| 1/22/2026 | Asset Sale | Revise letter to potential bidders | Yi Zhu | 0.60 | 750.00 | 450.00 |
| 1/22/2026 | Asset Sale | Reach out to potential bidders | Yi Zhu | 0.60 | 750.00 | 450.00 |
| 1/22/2026 | Debtor Professional and Client Meeting | Professionals call with Debtor's counsel, FA and banker | Yuki Niu | 0.70 | 350.00 | 245.00 |
| 1/22/2026 | Business Analysis | Review EGC dataroom | Yuki Niu | 2.00 | 350.00 | 700.00 |
| 1/22/2026 | Asset Sale | Prepare letter to potential bidders | Yuki Niu | 0.60 | 350.00 | 210.00 |

| Date | Category | Desc | Person | Length | Rate | Fee |
|---|---|---|---|---|---|---|
| 1/23/2026 | Asset Sale | Reach out to potential bidders | Yi Zhu | 1.50 | 750.00 | 1,125.00 |
| 1/23/2026 | Asset Sale | Reach out to potential bidders | Yuki Niu | 2.00 | 350.00 | 700.00 |
| 1/23/2026 | Asset Sale | Reach out to potential bidders | Yuki Niu | 2.00 | 350.00 | 700.00 |
| 2/2/2026 | Business Analysis | Review docket files | Yi Zhu | 1.30 | 750.00 | 975.00 |
| 2/2/2026 | Business Analysis | Review docket files | Yuki Niu | 1.70 | 350.00 | 595.00 |
| 2/4/2026 | Business Analysis | Review EGC dataroom | Yi Zhu | 1.50 | 750.00 | 1,125.00 |
| 2/4/2026 | Business Analysis | Review EGC dataroom | Yuki Niu | 2.00 | 350.00 | 700.00 |
| 2/5/2026 | Business Analysis | Review EGC dataroom | Yi Zhu | 1.90 | 750.00 | 1,425.00 |
| 2/5/2026 | Business Analysis | Revise information request list | Yi Zhu | 0.50 | 750.00 | 375.00 |
| 2/5/2026 | Retention and Fees | Review Porzio's draft of Foresight retention app | Yi Zhu | 0.30 | 750.00 | 225.00 |
| 2/5/2026 | Business Analysis | Review EGC dataroom | Yuki Niu | 1.30 | 350.00 | 455.00 |
| 2/5/2026 | Business Analysis | Compile information request list | Yuki Niu | 0.70 | 350.00 | 245.00 |
| 2/13/2026 | Debtor Professional and Client Meeting | Professionals call with Debtor's FA | Yi Zhu | 0.40 | 750.00 | 300.00 |
| 2/13/2026 | Case Administration | Internal discussion with Stacey | Yi Zhu | 0.60 | 750.00 | 450.00 |
| 2/13/2026 | Debtor Professional and Client Meeting | Professionals call with Debtor's FA | Stacey Ho | 0.40 | 350.00 | 140.00 |
| 2/13/2026 | Case Administration | Discussion with Yi | Stacey Ho | 0.60 | 350.00 | 210.00 |
| 2/13/2026 | Business Analysis | Review docket files | Stacey Ho | 0.80 | 350.00 | 280.00 |
| 2/15/2026 | Business Analysis | Review EGC dataroom | Yi Zhu | 1.60 | 750.00 | 1,200.00 |
| 2/15/2026 | Business Analysis | Review EGC dataroom | Stacey Ho | 1.40 | 350.00 | 490.00 |
| 2/19/2026 | Case Administration | Call with Debtor and Committee counsel | Yi Zhu | 0.40 | 750.00 | 300.00 |
| 2/23/2026 | Case Administration | Conflict check for retention | Yi Zhu | 0.50 | 750.00 | 375.00 |
| 2/23/2026 | Case Administration | Assist in conflict check for retention | Stacey Ho | 1.10 | 350.00 | 385.00 |
| 2/24/2026 | Business Analysis | Review January MOR | Yi Zhu | 0.80 | 750.00 | 600.00 |
| 2/24/2026 | Case Administration | Call with Stacey regarding MOR | Yi Zhu | 0.40 | 750.00 | 300.00 |
| 2/24/2026 | Business Analysis | Review January MOR | Stacey Ho | 0.90 | 350.00 | 315.00 |
| 2/24/2026 | Case Administration | Call with Yi | Stacey Ho | 0.40 | 350.00 | 140.00 |
| 2/27/2026 | Retention and Fees | Review Porzio's draft of Foresight declaration | Yi Zhu | 0.30 | 750.00 | 225.00 |

| Date | Category | Desc | Person | Length | Rate | Fee |
|---|---|---|---|---|---|---|
| 3/3/2026 | Business Analysis | Review Debtor's document retention list and revise | Yi Zhu | 0.60 | 750.00 | 450.00 |
| 3/3/2026 | Business Analysis | Review docket files | Yi Zhu | 0.30 | 750.00 | 225.00 |
| 3/3/2026 | Business Analysis | Revise document request list | Yi Zhu | 0.20 | 750.00 | 150.00 |
| 3/3/2026 | Business Analysis | Review docket files | Stacey Ho | 1.40 | 350.00 | 490.00 |
| 3/6/2026 | Debtor Professional and Client Meeting | Call with Debtor FA, counsel and committee counsel for status update | Yi Zhu | 0.90 | 750.00 | 675.00 |
| 3/6/2026 | Case Administration | Call with Stacey regarding next steps | Yi Zhu | 0.20 | 750.00 | 150.00 |
| 3/6/2026 | Debtor Professional and Client Meeting | Call with Debtor CEO, CFO, counsel and committee counsel for status update | Yi Zhu | 0.80 | 750.00 | 600.00 |
| 3/6/2026 | Case Administration | Call with Stacey regarding liquidation analysis | Yi Zhu | 0.30 | 750.00 | 225.00 |
| 3/6/2026 | Business Analysis | Review Transition Support Agreement | Yi Zhu | 0.60 | 750.00 | 450.00 |
| 3/6/2026 | Debtor Professional and Client Meeting | Call with Debtor FA, counsel and committee counsel for status update | Stacey Ho | 0.90 | 350.00 | 315.00 |
| 3/6/2026 | Case Administration | Internal discussion | Stacey Ho | 0.20 | 350.00 | 70.00 |
| 3/6/2026 | Case Administration | Call with Yi | Stacey Ho | 0.20 | 350.00 | 70.00 |
| 3/6/2026 | Debtor Professional and Client Meeting | Call with Debtor CEO, CFO, counsel and committee counsel for status update | Stacey Ho | 0.80 | 350.00 | 280.00 |
| 3/6/2026 | Case Administration | Internal discussion regarding liquidation analysis | Stacey Ho | 0.30 | 350.00 | 105.00 |
| 3/6/2026 | Business Analysis | Review and summarize Transition Support Agreement | Stacey Ho | 2.00 | 350.00 | 700.00 |
| 3/9/2026 | Business Analysis | Review legacy sale closing binder | Yi Zhu | 1.30 | 750.00 | 975.00 |
| 3/9/2026 | Business Analysis | Review and revise liquidation analysis | Yi Zhu | 0.30 | 750.00 | 225.00 |
| 3/9/2026 | Business Analysis | Review and summarize legacy sale closing binder | Stacey Ho | 1.50 | 350.00 | 525.00 |
| 3/9/2026 | Business Analysis | Draft liquidation analysis | Stacey Ho | 2.00 | 350.00 | 700.00 |

| Date | Category | Desc | Person | Length | Rate | Fee |
|------|----------|------|--------|--------|------|-----|
| 3/10/2026 | Non-working Travel | Travel to Little Neck, NY | Yi Zhu | 2.50 | 375.00 | 937.50 |
| 3/10/2026 | Debtor Professional and Client Meeting | Meeting with Debtor's CEO and management | Yi Zhu | 4.00 | 750.00 | 3,000.00 |
| 3/10/2026 | Non-working Travel | Travel from Little Neck, NY | Yi Zhu | 2.90 | 375.00 | 1,087.50 |
| 3/10/2026 | Case Administration | Call with Stacey | Yi Zhu | 0.30 | 750.00 | 225.00 |
| 3/10/2026 | Committee Communication | Discussion with Committee Chair regarding case status and next steps | Yi Zhu | 0.40 | 375.00 | 150.00 |
| 3/10/2026 | Case Administration | Call with Yi | Stacey Ho | 0.30 | 350.00 | 105.00 |
| 3/12/2026 | Committee Communication | Committee call | Yi Zhu | 0.50 | 750.00 | 375.00 |
| 3/16/2026 | Business Analysis | Review and revise liquidation analysis | Yi Zhu | 0.70 | 750.00 | 525.00 |
| 3/16/2026 | Business Analysis | Revise liquidation analysis | Stacey Ho | 1.20 | 350.00 | 420.00 |
| 3/17/2026 | Business Analysis | Review production material | Yi Zhu | 1.40 | 750.00 | 1,050.00 |
| 3/17/2026 | Business Analysis | Review production material | Stacey Ho | 1.90 | 350.00 | 665.00 |
| 3/18/2026 | Business Analysis | Set up sharepoint for Adam's retained documents. | Yi Zhu | 0.30 | 750.00 | 225.00 |
| 3/18/2026 | Business Analysis | Review production material | Yi Zhu | 1.40 | 750.00 | 1,050.00 |
| 3/18/2026 | Business Analysis | Review production material | Stacey Ho | 2.00 | 350.00 | 700.00 |
| 3/19/2026 | Business Analysis | Discussion with Stacey Ho regarding produced material | Yi Zhu | 0.80 | 750.00 | 600.00 |
| 3/19/2026 | Business Analysis | Discussion with Yi | Stacey Ho | 0.80 | 350.00 | 280.00 |
| 3/20/2026 | Business Analysis | Discussion with Stacey Ho | Yi Zhu | 0.30 | 750.00 | 225.00 |
| 3/20/2026 | Business Analysis | Review dataroom documents | Yi Zhu | 1.30 | 750.00 | 975.00 |
| 3/20/2026 | Business Analysis | Discussion with Yi | Stacey Ho | 0.30 | 350.00 | 105.00 |
| 3/20/2026 | Business Analysis | Review and analyze Debtor's financial data | Stacey Ho | 1.10 | 350.00 | 385.00 |
| 3/20/2026 | Business Analysis | Download and review dataroom documents | Stacey Ho | 1.80 | 350.00 | 630.00 |

| Date | Category | Desc | Person | Length | Rate | Fee |
|---|---|---|---|---|---|---|
| 3/25/2026 | Business Analysis | Review February MOR | Yi Zhu | 0.80 | 750.00 | 600.00 |
| 3/25/2026 | Business Analysis | Call with Stacey regarding MOR | Yi Zhu | 0.40 | 750.00 | 300.00 |
| 3/25/2026 | Business Analysis | Revise liquidation analysis | Yi Zhu | 0.60 | 750.00 | 450.00 |
| 3/25/2026 | Business Analysis | Revise liquidation analysis | Yi Zhu | 0.40 | 750.00 | 300.00 |
| 3/25/2026 | Business Analysis | Review and summarize February MOR | Stacey Ho | 0.90 | 350.00 | 315.00 |
| 3/25/2026 | Business Analysis | Call with Yi | Stacey Ho | 0.40 | 350.00 | 140.00 |
| 3/30/2026 | Committee Communication | Meeting with Bridgestone Watches | Yi Zhu | 0.70 | 750.00 | 525.00 |
| 3/31/2026 | Business Analysis | Liquidation analysis call with debtor professionals | Yi Zhu | 0.70 | 750.00 | 525.00 |
| 3/31/2026 | Business Analysis | Revise liquidation analysis | Yi Zhu | 0.70 | 750.00 | 525.00 |
| 3/31/2026 | Business Analysis | Discuss liquidation analysis with Porzio over emails | Yi Zhu | 0.40 | 750.00 | 300.00 |