**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------

In re:

                                                       Chapter 11

      eGluck Corporation

                                                      Case No. 25-12683 (MG)

                Debtor.
------------------------------------------------------------------------

## SCHEDULING ORDER

**MARTIN GLENN**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

      Upon the filing of the *Application for Interim Professional Compensation for Porzio, Bromberg & Newman, P.C., Creditor Comm. Aty,* [ECF Dkt. No. 126]; Application for Interim Professional Compensation *with Summary Cover Sheet & Proposed Order* for Foresight Restructuring, LLC, Other Professional, [ECF Dkt. No. 127]; and Application for Interim Professional Compensation for Halperin Battaglia Benzija, LLP, Debtor's Attorney, [ECF Dkt. No. 128] the Court enters this Scheduling Order establishing:

1. All responses, if any, to the Application must be filed fourteen (14) days after service of the moving papers, no later than April 28, 2026;

2. All replies, if any, must be filed seven (7) days after service of answering papers, no later than May 5, 2026;

3. The Court will determine whether to schedule argument or decide the matter on the papers. Counsel or the parties will be advised of hearing dates if matters are scheduled for argument.

   **IT IS SO ORDERED.**

DATED: April 14, 2026

                                    **/s/Martin Glenn**
                                    Chief United States Bankruptcy Judge