**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re                                                    :
                                                         :                    Chapter 11
E. GLUCK CORPORATION,                                    :
                                                         :                    Case No. 25-12683 (MG)
                              Debtor.                    :
------------------------------------------------------------x

**THIRD MONTHLY STAFFING AND COMPENSATION REPORT OF COMETRICS**
**PARTNERS, LLC, FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED TO THE DEBTOR**
**FROM FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026**

| | |
|---|---|
| Name of Applicant: | CoMetrics Partners, LLC ("CoMetrics") |
| Authorized to Provide Professional Services to: | The debtor and debtor-in-possession ("Debtor") |
| Date of Retention: | January 27, 2026 *nunc pro tunc* to December 1, 2025 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2026 through February 28, 2026 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | **$278,550.00** |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$278,550.00** |

CoMetrics Partners ("CoMetrics"), as for its third monthly staffing and compensation report (the "Staffing Report") for the period February 1, 2026 through February 28, 2026 (the "Fee Period") filed pursuant to the terms of the CoMetrics retention order (Docket No. 81) (the "Retention Order"), respectfully states as follows: CoMetrics requests (a) allowance of compensation in the amount of $278,550 for actual, reasonable and necessary professional services rendered to the Debtor by CoMetrics. No actual, reasonable and necessary costs or expenses were incurred by CoMetrics during the Fee Period.

{00357939.1 / 1539-002 }

**<u>Services Rendered and Disbursements Incurred</u>**

Attached is a schedule of professionals rendering services to the Debtor during the Monthly Fee Period, including each person's billing rate and the blended rate. Further, attached is a schedule of fees expended during the Monthly Fee Period by task code, as well as monthly detailed time descriptions for the Monthly Fee Period which outline the time spent by each CoMetrics professional.

The scope of services performed by CoMetrics are set forth in the Engagement Letter and including having Mr. Gary Herwitz lead the Chief Restructuring Officer ("<u>CRO</u>") engagement supported by additional personnel. During the Fee Period, Mr. Herwitz and team have provided interim management and advisory assistance to the Debtor consistent with the Scope of Services, which is set forth below:

a) Providing Mr. Herwitz in the role of CRO to the Debtor; requirements of the Court and assisting in such other matters as management or counsel to the Debtor may request from time to time;

b) Developing and monitoring rolling cash flows and weekly variance analysis;

c) Leading, monitoring and tracking the initiatives in accordance with the restructuring goals;

d) Conducting a comprehensive review of the company's financial position, operations, and organizational structure;

e) Continuing to lead all communications with the senior lender including borrowing requests, daily borrowing base and collateral calculations and submit daily borrowing bases;

{00357939.1 / 1539-002 }

f)  Providing the senior lender and parties in interest weekly analysis of actual verses forecasted sales, AR collections, AR dilution, disbursements, and availability in accordance with the DIP financing order provisions;

g)  Directly supervising the Company's accounting department;

h)  Providing on-site accounting and operations support;

i)  Providing on-site and off-site support for the Company to comply with its Management Services Agreement with WITHit Holdings LLC;

j)  Continuing to lead the pricing strategy, markdown and funding strategy, advertising, margin requirements, compliance with the Vendor agreement with the Company's largest customer (Amazon);

k)  Continuing to lead the liquidation and sell-off of inventory;

l)  Leading warehouse and distribution transitional processes to economic logistic platform and logistics metrics for requests of Stalking Horse and other buyers as requested;

m)  Continuing to assess certain system processes and procedures;

n)  Continuing to work with Licensors on payment plans and royalty reporting/compliance;

o)  Leading the process of preparing and coordinating due diligence materials for the advisors representing the minority members of WITHit Holdings LLC;

p)  Leading negotiations to monetize the Company's 51% interest in WITHit Holdings LLC for the benefit of the Estate;

q)  Assisting in the development and execution of a communication plan to ensure transparency and stakeholder engagement throughout the restructuring process and chapter 11 proceedings;

r)   Assisting the Company and its other advisors in connection with evaluation, negotiation, and consummation of any sale /investment transaction;

s)   Preparing all financial analysis as requested by outside professionals; and

t)   Such other matters as may be mutually agreed between the Company and CoMetrics.

### Notice and Objection Procedures

CoMetrics provides notice of this Fee Statement to: (a) the Bankruptcy Court; (b) Counsel for the Debtor; (c) the U.S. Trustee; and (d) Counsel for the Official Committee of Unsecured Creditors, (collectively, the "Fee Notice Parties").

In accordance with the Retention Order, parties in interest shall have ten (10) days after the Staffing Report is filed with the Court to object. In the event an objection is raised and not consensually resolved, the portion of the Staffing Report objected to shall be subject to review by the Bankruptcy Court.  No payments shall be made to CoMetrics until the objection period has passed, and in the event an objection is raised, no payment shall be made to CoMetrics on account of the portion of the Staffing Report objected to until such objection is resolved.

Wherefore, pursuant to the Retention Order, and pending the expiration of the objection deadlines, if no objections to the Staffing Report are received by CoMetrics respectfully requests allowance of $278,550 for its fees for services rendered during the Fee Period.

Date: April 15, 2026                                    CoMetrics Partners, LLC


By  /s/ Gary Herwitz
    Gary Herwitz
    Managing Partner
    1411 Broadway, 8th Floor
    New York, NY 10018
    212-381-0871

{00357939.1 / 1539-002 }

**Time Entries By Category**

| Categories | Hours | Average Rate | Amount ($) |
|---|---|---|---|
| **Transition Services:** | | | |
| Manage TSA | 24.00 | 800.00 | 19,200.00 |
| Sale schedules and meetings-EGC Holdings LLC | 36.50 | 300.00 | 10,950.00 |
| Daily Operations | 15.25 | 586.89 | 8,950.00 |
| Amazon Business -operating | 12.00 | 570.83 | 6,850.00 |
| Meetings CEO-EGC team | 4.00 | 800.00 | 3,200.00 |
| Warehouse management | 3.00 | 800.00 | 2,400.00 |
| **Total - Transition Services** | **94.75** | **544.06 $** | **51,550.00** |
| | | | |
| **Estate Services:** | | | |
| Financial statements closings and preparations | 152.50 | 389.51 | 59,400.00 |
| Sale schedules and meetings-WTH | 49.00 | 667.35 | 32,700.00 |
| Daily Operations | 50.25 | 558.71 | 28,075.00 |
| Cash Flow/Cash Management/ Liquidity | 43.50 | 420.69 | 18,300.00 |
| Amazon Business -operating | 29.50 | 503.39 | 14,850.00 |
| Meetings CEO-EGC team | 18.00 | 800.00 | 14,400.00 |
| Variance reporting | 24.00 | 466.67 | 11,200.00 |
| Sale schedules and meetings-EGC Holdings LLC | 21.00 | 478.57 | 10,050.00 |
| Statements and Schedules | 15.50 | 606.45 | 9,400.00 |
| MOR Operating and Other Reports | 16.00 | 479.69 | 7,675.00 |
| Interaction IDB | 8.50 | 785.29 | 6,675.00 |
| Stalking horse meetings | 7.50 | 800.00 | 6,000.00 |
| Interaction IDB counsel | 6.00 | 800.00 | 4,800.00 |
| DIP Financing | 2.00 | 800.00 | 1,600.00 |
| Attend Hearings/ Related Activities | 1.00 | 800.00 | 800.00 |
| Cash flows forecasts -planning | 1.00 | 800.00 | 800.00 |
| Interaction/ Meetings with Debtors/ Counsel | 0.50 | 550.00 | 275.00 |
| **Total - Estate Services** | **445.75** | **509.25 $** | **227,000.00** |
| | | | |
| **Total** | **540.50** | **515.36 $** | **278,550.00** |

**Time Entries By Professional**

**Service Period**        **February 1, 2026 - February 28, 2026**

| Name | Title | Task Category | Rate | Hours | Amount |
|------|-------|---------------|------|-------|--------|
| Gary Herwitz | Managing Partner, CRO | Manage TSA | 800 | 24.00 | $ 19,200.00 |
| | | Sale schedules and meetings-WTH | 800 | 23.00 | 18,400 |
| | | Daily Operations | 800 | 20.00 | 16,000 |
| | | Meetings CEO-EGC team | 800 | 22.00 | 17,600 |
| | | Statements and Schedules | 800 | 10.50 | 8,400 |
| | | Interaction IDB | 800 | 6.00 | 4,800 |
| | | Sale schedules and meetings-EGC Holdings LLC | 800 | 7.50 | 6,000 |
| | | Stalking horse meetings | 800 | 7.50 | 6,000 |
| | | Interaction IDB counsel | 800 | 7.00 | 5,600 |
| | | Variance reporting | 800 | 5.00 | 4,000 |
| | | Amazon Business -operating | 800 | 5.00 | 4,000 |
| | | Warehouse management | 800 | 3.00 | 2,400 |
| | | DIP Financing | 800 | 3.00 | 2,400 |
| | | MOR Operating and Other Reports | 800 | 1.50 | 1,200 |
| | | Cash flows forecasts -planning | 800 | 1.00 | 800 |
| | | Attend Hearings/ Related Activities | 800 | 1.00 | 800 |
| | | **Subtotal/Average Rate** | **$ 800.00** | **147.00** | **$ 117,600.00** |
| | | | | | |
| Kelvin Wen | Managing Director | Daily Operations | $ 550 | 29.50 | $ 16,225.00 |
| | | Amazon Business -operating | 550 | 29.00 | 15,950.00 |
| | | Sale schedules and meetings-WTH | 550 | 26.00 | 14,300.00 |
| | | Cash Flow/Cash Management/ Liquidity | 550 | 21.00 | 11,550.00 |
| | | MOR Operating and Other Reports | 550 | 8.50 | 4,675.00 |
| | | Variance reporting | 550 | 6.00 | 3,300.00 |
| | | Interaction/ Meetings with Debtors/ Counsel | 550 | 0.50 | 275.00 |
| | | Interaction IDB | 550 | 0.50 | 275.00 |
| | | **Subtotal/Average Rate** | **$ 550.00** | **121.00** | **$ 66,550.00** |
| | | | | | |
| David Apperman | Senior Manager | Financial statements closings and preparations | $ 400.00 | 144.00 | $ 57,600.00 |
| | | **Subtotal/Average Rate** | **$ 400.00** | **144.00** | **$ 57,600.00** |
| | | | | | |
| Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | $ 300.00 | 50.00 | $ 15,000.00 |
| | | Cash Flow/Cash Management/ Liquidity | 300.00 | 22.50 | 6,750.00 |
| | | Daily Operations | 300.00 | 16.00 | 4,800.00 |
| | | Variance reporting | 300.00 | 13.00 | 3,900.00 |
| | | MOR Operating and Other Reports | 300.00 | 6.00 | 1,800.00 |

**Time Entries By Professional**

|  |  | | | | |
|---|---|---|---|---|---|
| | | Amazon Business -operating | 300.00 | 2.50 | 750.00 |
| | | Financial statements closings and preparations | 300.00 | 1.00 | 300.00 |
| | | **Subtotal/Average Rate** | **$ 300.00** | **111.00** | **$ 33,300.00** |
| Ben Haggerty | Financial Analyst | Financial statements closings and preparations | $ 200.00 | 7.50 | $ 1,500.00 |
| | | Statements and Schedules | 200.00 | 5.00 | 1,000.00 |
| | | Amazon Business -operating | 200.00 | 5.00 | 1,000.00 |
| | | | **$ 200.00** | **17.50** | **$ 3,500.00** |
| **Total** | | **Total / Average Rate** | **$ 515.36** | **540.50** | **278,550.00** |

**Fee Requests by Period**

| Period | Hours | | Amount |
|---|---|---|---|
| December 2025 | 478.00 | $ | 223,800.00 |
| January 2026 | 485.50 | | 222,850.00 |
| February 2026 | 540.50 | | 278,550.00 |
| | | | |
| Total | **1,504.00** | **$** | **725,200.00** |

**Time Entries**

| Date | Name | Title | Categories | Rate | Hours | Amount | Comments |
|---|---|---|---|---|---|---|---|
| 2/1/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 3.00 | 1,650.00 | Pattern Presentation, Amazon 2026 budget |
| 2/2/2026 | Kelvin Wen | Managing Director | Interaction IDB | 550 | 0.50 | 275.00 | Funding Request |
| 2/2/2026 | Kelvin Wen | Managing Director | Variance reporting | 550 | 2.50 | 1,375.00 | Weekly Variance Report compare forecast to actuals results |
| 2/2/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/2/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/2/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 3.00 | 1,650.00 | Meet with stalking Horse to review Amazon 1p vs 3P business model |
| 2/3/2026 | Kelvin Wen | Managing Director | Variance reporting | 550 | 0.50 | 275.00 | Review and submit weekly variance report to IDB |
| 2/3/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/3/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/3/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 2.50 | 1,375.00 | Weekly Meeting With Amazon; Deal Performance Review; Promotion Planning, Suppression Review |
| 2/4/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/4/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/4/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 1.00 | 550.00 | Daily phone calls and emails regarding amazon sales, promo, chargebacks, Interview Marketing Agency |
| 2/4/2026 | Kelvin Wen | Managing Director | Sale schedules and meetings-WTH | 550 | 3.50 | 1,925.00 | WITHIT Closing Deliverables |
| 2/5/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/5/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.00 | 550.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/5/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 1.00 | 550.00 | Daily phone calls and emails regarding amazon sales, promo, chargebacks, Interview Marketing Agency |
| 2/5/2026 | Kelvin Wen | Managing Director | Sale schedules and meetings-WTH | 550 | 3.50 | 1,925.00 | WITHIT Closing Deliverables |
| 2/6/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/6/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/6/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 1.00 | 550.00 | Daily phone calls and emails regarding amazon sales, promo, chargebacks, Interview Marketing Agency |
| 2/6/2026 | Kelvin Wen | Managing Director | Sale schedules and meetings-WTH | 550 | 3.00 | 1,650.00 | WTHIT Estimated 1.31.26 FS - Data Request, Set up Template, Closing Deliverables |
| 2/8/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/8/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 1.00 | 550.00 | Daily phone calls and emails regarding amazon sales, promo, chargebacks, Interview Marketing Agency |
| 2/8/2026 | Kelvin Wen | Managing Director | Sale schedules and meetings-WTH | 550 | 1.50 | 825.00 | continued working on WITHIT estimated 1.31.26 FS |
| 2/9/2026 | Kelvin Wen | Managing Director | Variance reporting | 550 | 2.50 | 1,375.00 | Weekly Variance Report compare forecast to actuals results |
| 2/9/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/9/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/9/2026 | Kelvin Wen | Managing Director | Sale schedules and meetings-WTH | 550 | 4.00 | 2,200.00 | Finished WITHIT estimated FS as of 1.31.26 |
| 2/10/2026 | Kelvin Wen | Managing Director | Variance reporting | 550 | 0.50 | 275.00 | Review and submit weekly variance report to IDB |
| 2/10/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/10/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/10/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 2.50 | 1,375.00 | Weekly Meeting With Amazon; Deal Performance Review; Promotion Planning, Suppression Review |
| 2/10/2026 | Kelvin Wen | Managing Director | Sale schedules and meetings-WTH | 550 | 1.50 | 825.00 | Withit Closing Deliverables |
| 2/11/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/11/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/11/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 1.00 | 550.00 | Daily phone calls and emails regarding amazon sales, promo, chargebacks, Interview Marketing Agency |
| 2/12/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/12/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/12/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 1.00 | 550.00 | Daily phone calls and emails regarding amazon sales, promo, chargebacks, Interview Marketing Agency |

Time Entries

| Date | Name | Title | Category | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 2/13/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/13/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/13/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 1.00 | 550.00 | Daily phone calls and emails regarding amazon sales, promo, chargebacks, Interview Marketing Agency |
| 2/16/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/16/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/16/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 1.00 | 550.00 | Daily phone calls and emails regarding amazon sales, promo, chargebacks, Interview Marketing Agency |
| 2/17/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/17/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/17/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 1.00 | 550.00 | Weekly Meeting With Amazon; Deal Performance Review; Promotion Planning, Suppression Review |
| 2/18/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/18/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/18/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 0.50 | 275.00 | Daily phone calls and emails regarding amazon sales, promo, chargebacks, Interview Marketing Agency |
| 2/19/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/19/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/19/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 0.50 | 275.00 | Daily phone calls and emails regarding amazon sales, promo, chargebacks, Interview Marketing Agency |
| 2/20/2026 | Kelvin Wen | Managing Director | MOR Operating and Other Reports | 550 | 3.00 | 1,650.00 | Reconciled and Prepared Cash Receipts and Disbursement Schedule |
| 2/20/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/20/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/20/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 0.50 | 275.00 | Daily phone calls and emails regarding amazon sales, promo, chargebacks, Interview Marketing Agency |
| 2/23/2026 | Kelvin Wen | Managing Director | Interaction/ Meetings with Debtors/ Counsel | 550 | 0.50 | 275.00 | Reviewed and Sent MOR Package to Debtors Counsel |
| 2/23/2026 | Kelvin Wen | Managing Director | MOR Operating and Other Reports | 550 | 4.00 | 2,200.00 | Prepared Financial Statements required for MOR |
| 2/23/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/23/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/23/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 1.50 | 825.00 | Phone calls and emails on Amazon issues;Interview marketing agencies, review promo deal fundings and suppression |
| 2/24/2026 | Kelvin Wen | Managing Director | MOR Operating and Other Reports | 550 | 1.50 | 825.00 | Reviewed Package Internally with EGC Team |
| 2/24/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/24/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/24/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 2.00 | 1,100.00 | Weekly Meeting With Amazon; Deal Performance Review; Promotion Planning, Suppression Review |
| 2/25/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/25/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/25/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 1.00 | 550.00 | Phone calls and emails on Amazon issues;Interview marketing agencies, review promo deal fundings and suppression |
| 2/25/2026 | Kelvin Wen | Managing Director | Sale schedules and meetings-WTH | 550 | 3.00 | 1,650.00 | WITHIT internal FS as of 2.11.26 (Closing Deliverables) |
| 2/26/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/26/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/26/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 1.50 | 825.00 | Interview marketing agencies, review promo deal fundings and suppression |
| 2/26/2026 | Kelvin Wen | Managing Director | Sale schedules and meetings-WTH | 550 | 4.00 | 2,200.00 | WITHIT internal FS as of 2.11.26 (Closing Deliverables) |
| 2/27/2026 | Kelvin Wen | Managing Director | Cash Flow/Cash Management/ Liquidity | 550 | 1.00 | 550.00 | Daily Review of BBC, Availability, Reserve Calculation |
| 2/27/2026 | Kelvin Wen | Managing Director | Daily Operations | 550 | 1.50 | 825.00 | Internal meetings, Review with Gary and rest of CoMetrics's Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/27/2026 | Kelvin Wen | Managing Director | Amazon Business -operating | 550 | 1.50 | 825.00 | Interview marketing agencies, review promo deal fundings and suppression |

Time Entries

| Date | Name | Title | Category | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 2/27/2026 | Kelvin Wen | Managing Director | Sale schedules and meetings-WTH | 550 | 2.00 | 1,100.00 | WITHIT internal FS as of 2.11.26 (Closing Deliverables) |
| 2/1/2026 | Gary Herwitz | Managing Partner, CRO | Meetings CEO-EGC team | 800 | 2.00 | 1,600.00 | Management CEO-team |
| 2/2/2026 | Gary Herwitz | Managing Partner, CRO | Stalking horse meetings | 800 | 1.00 | 800.00 | AX meeting transition |
| 2/2/2026 | Gary Herwitz | Managing Partner, CRO | Interaction IDB counsel | 800 | 1.50 | 1,200.00 | Otterbourg calls |
| 2/2/2026 | Gary Herwitz | Managing Partner, CRO | Interaction IDB | 800 | 2.00 | 1,600.00 | Rich Mill-Lissa Baum meeting funding |
| 2/2/2026 | Gary Herwitz | Managing Partner, CRO | Variance reporting | 800 | 1.00 | 800.00 | Frank Mancini BBC |
| 2/2/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/2/2026 | Gary Herwitz | Managing Partner, CRO | Meetings CEO-EGC team | 800 | 1.00 | 800.00 | Management CEO-team |
| 2/3/2026 | Gary Herwitz | Managing Partner, CRO | Stalking horse meetings | 800 | 1.00 | 800.00 | AX meeting transition |
| 2/3/2026 | Gary Herwitz | Managing Partner, CRO | DIP Financing | 800 | 1.00 | 800.00 | IDB budget |
| 2/3/2026 | Gary Herwitz | Managing Partner, CRO | Variance reporting | 800 | 0.50 | 400.00 | Review of Weekly variance Report |
| 2/3/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/3/2026 | Gary Herwitz | Managing Partner, CRO | Sale schedules and meetings-WTH | 800 | 3.50 | 2,800.00 | Withit closing prep scheules negotiaions |
| 2/3/2026 | Gary Herwitz | Managing Partner, CRO | Meetings CEO-EGC team | 800 | 2.00 | 1,600.00 | Management CEO-team |
| 2/4/2026 | Gary Herwitz | Managing Partner, CRO | Stalking horse meetings | 800 | 1.00 | 800.00 | AX meeting transition |
| 2/4/2026 | Gary Herwitz | Managing Partner, CRO | Cash flows forecasts -planning | 800 | 1.00 | 800.00 | With team vs budget |
| 2/4/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/4/2026 | Gary Herwitz | Managing Partner, CRO | Sale schedules and meetings-EGC Holdings LLC | 800 | 2.00 | 1,600.00 | EGC closing prep scheules negotiaions |
| 2/4/2026 | Gary Herwitz | Managing Partner, CRO | Sale schedules and meetings-WTH | 800 | 1.50 | 1,200.00 | Wititclosing prep scheules negotiaions |
| 2/4/2026 | Gary Herwitz | Managing Partner, CRO | Meetings CEO-EGC team | 800 | 2.00 | 1,600.00 | Bibbie-Allen Mamout meeting |
| 2/5/2026 | Gary Herwitz | Managing Partner, CRO | Stalking horse meetings | 800 | 1.00 | 800.00 | CFO Todd Solomon |
| 2/5/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/5/2026 | Gary Herwitz | Managing Partner, CRO | Sale schedules and meetings-EGC Holdings LLC | 800 | 2.50 | 2,000.00 | Cloing prep |
| 2/5/2026 | Gary Herwitz | Managing Partner, CRO | Sale schedules and meetings-WTH | 800 | 2.50 | 2,000.00 | negotiaon delverables |
| 2/5/2026 | Gary Herwitz | Managing Partner, CRO | Meetings CEO-EGC team | 800 | 1.50 | 1,200.00 | Closing prep |
| 2/6/2026 | Gary Herwitz | Managing Partner, CRO | Stalking horse meetings | 800 | 1.00 | 800.00 | Trasition meeting Todd Solomon |
| 2/6/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/6/2026 | Gary Herwitz | Managing Partner, CRO | Sale schedules and meetings-EGC Holdings LLC | 800 | 2.00 | 1,600.00 | Closing prep |
| 2/6/2026 | Gary Herwitz | Managing Partner, CRO | Sale schedules and meetings-WTH | 800 | 4.50 | 3,600.00 | Closing prep |
| 2/6/2026 | Gary Herwitz | Managing Partner, CRO | Meetings CEO-EGC team | 800 | 2.00 | 1,600.00 | Payroll transfer discussions |
| 2/9/2026 | Gary Herwitz | Managing Partner, CRO | DIP Financing | 800 | 1.00 | 800.00 | IDB update |
| 2/9/2026 | Gary Herwitz | Managing Partner, CRO | Interaction IDB counsel | 800 | 1.00 | 800.00 | Helfat Evan Pichnik |
| 2/9/2026 | Gary Herwitz | Managing Partner, CRO | Interaction IDB | 800 | 2.00 | 1,600.00 | Newco openig BS |
| 2/9/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/9/2026 | Gary Herwitz | Managing Partner, CRO | Sale schedules and meetings-EGC Holdings LLC | 800 | 1.00 | 800.00 | Closing prep |
| 2/9/2026 | Gary Herwitz | Managing Partner, CRO | Sale schedules and meetings-WTH | 800 | 1.50 | 1,200.00 | Closing prep |
| 2/10/2026 | Gary Herwitz | Managing Partner, CRO | Meetings CEO-EGC team | 800 | 2.00 | 1,600.00 | Data room |
| 2/10/2026 | Gary Herwitz | Managing Partner, CRO | Interaction IDB counsel | 800 | 2.50 | 2,000.00 | Withit funds bifurcation |
| 2/10/2026 | Gary Herwitz | Managing Partner, CRO | Interaction IDB | 800 | 1.50 | 1,200.00 | Withit funds bifurcation |
| 2/10/2026 | Gary Herwitz | Managing Partner, CRO | Variance reporting | 800 | 0.50 | 400.00 | Review of Weekly variance Report |
| 2/10/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/10/2026 | Gary Herwitz | Managing Partner, CRO | Amazon Business -operating | 800 | 2.00 | 1,600.00 | Kelvin and Adam Gelnick |
| 2/10/2026 | Gary Herwitz | Managing Partner, CRO | Sale schedules and meetings-WTH | 800 | 3.00 | 2,400.00 | Withit principals |
| 2/11/2026 | Gary Herwitz | Managing Partner, CRO | Meetings CEO-EGC team | 800 | 1.50 | 1,200.00 | Withit transfer |
| 2/11/2026 | Gary Herwitz | Managing Partner, CRO | Stalking horse meetings | 800 | 0.50 | 400.00 | Todd calls |
| 2/11/2026 | Gary Herwitz | Managing Partner, CRO | Interaction IDB counsel | 800 | 1.00 | 800.00 | Withit funds bifurcation |
| 2/11/2026 | Gary Herwitz | Managing Partner, CRO | Interaction IDB | 800 | 1.50 | 1,200.00 | Withit funds bifurcation |
| 2/11/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/11/2026 | Gary Herwitz | Managing Partner, CRO | Amazon Business -operating | 800 | 1.00 | 800.00 | Amazon sales |
| 2/11/2026 | Gary Herwitz | Managing Partner, CRO | Sale schedules and meetings-WTH | 800 | 6.50 | 5,200.00 | Fianalizations all agreements |
| 2/12/2026 | Gary Herwitz | Managing Partner, CRO | Meetings CEO-EGC team | 800 | 2.00 | 1,600.00 | Prep |

Time Entries

| Date | Name | Title | Task | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 2/12/2026 | Gary Herwitz | Managing Partner, CRO | Stalking horse meetings | 800 | 1.00 | 800.00 | TSA discussion |
| 2/12/2026 | Gary Herwitz | Managing Partner, CRO | Attend Hearings/ Related Activities | 800 | 1.00 | 800.00 | Court hearings |
| 2/12/2026 | Gary Herwitz | Managing Partner, CRO | Interaction IDB | 800 | 1.00 | 800.00 | BBC |
| 2/12/2026 | Gary Herwitz | Managing Partner, CRO | Statements and Schedules | 800 | 1.00 | 800.00 | MOR Package Review |
| 2/12/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/13/2026 | Gary Herwitz | Managing Partner, CRO | Meetings CEO-EGC team | 800 | 2.00 | 1,600.00 | Closing prep |
| 2/13/2026 | Gary Herwitz | Managing Partner, CRO | Stalking horse meetings | 800 | 1.00 | 800.00 | Closing prep |
| 2/13/2026 | Gary Herwitz | Managing Partner, CRO | Statements and Schedules | 800 | 4.50 | 3,600.00 | Closing prep |
| 2/13/2026 | Gary Herwitz | Managing Partner, CRO | Variance reporting | 800 | 3.00 | 2,400.00 | final budget vs plan |
| 2/13/2026 | Gary Herwitz | Managing Partner, CRO | MOR Operating and Other Reports | 800 | 1.00 | 800.00 | MOR Package Review |
| 2/13/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/13/2026 | Gary Herwitz | Managing Partner, CRO | Amazon Business -operating | 800 | 1.00 | 800.00 | new team |
| 2/16/2026 | Gary Herwitz | Managing Partner, CRO | Meetings CEO-EGC team | 800 | 4.00 | 3,200.00 | new Amazon team discussion |
| 2/16/2026 | Gary Herwitz | Managing Partner, CRO | Statements and Schedules | 800 | 2.00 | 1,600.00 | Soiurces Uses vs forecasted |
| 2/16/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/16/2026 | Gary Herwitz | Managing Partner, CRO | Warehouse management | 800 | 2.00 | 1,600.00 | Withit move prep |
| 2/17/2026 | Gary Herwitz | Managing Partner, CRO | Statements and Schedules | 800 | 3.00 | 2,400.00 | Foinalizations |
| 2/17/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/18/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/18/2026 | Gary Herwitz | Managing Partner, CRO | Amazon Business -operating | 800 | 1.00 | 800.00 | Daily update |
| 2/18/2026 | Gary Herwitz | Managing Partner, CRO | Warehouse management | 800 | 1.00 | 800.00 | daily meeting |
| 2/19/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 800 | 3.50 | 2,800.00 | Over-see IT-Warehosue- Ops -interface with AX |
| 2/19/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/20/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 800 | 3.50 | 2,800.00 | Over-see IT-Warehosue- Ops -interface with AX |
| 2/20/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/23/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 800 | 2.00 | 1,600.00 | Over-see IT-Warehosue- Ops -interface with AX |
| 2/23/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/24/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 800 | 4.50 | 3,600.00 | Over-see IT-Warehosue- Ops -interface with AX |
| 2/24/2026 | Gary Herwitz | Managing Partner, CRO | MOR Operating and Other Reports | 800 | 0.50 | 400.00 | MOR Package Review |
| 2/24/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/25/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 800 | 2.00 | 1,600.00 | Over-see IT-Warehosue- Ops -interface with AX |
| 2/25/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/26/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 800 | 5.00 | 4,000.00 | Over-see IT-Warehosue- Ops -interface with AX |
| 2/26/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/27/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 800 | 3.50 | 2,800.00 | Over-see IT-Warehosue- Ops -interface with AX |
| 2/27/2026 | Gary Herwitz | Managing Partner, CRO | Daily Operations | 800 | 1.00 | 800.00 | Internal meetings, Review with Kelvin and rest of CoMetrics Team on analysis including cash, availability, DIP cash flow, sales, collections, Amazon Strategy |
| 2/2/2026 | Robin Boby | Senior Financial Analyst | Variance reporting | 300 | 3.50 | 1,050.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to IDB |
| 2/2/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 300 | 1.00 | 300.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and disbursements |
| 2/2/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 300 | 1.00 | 300.00 | Worked on updating payroll list with the Go Forward list of employees for the EG Holdings |
| 2/2/2026 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 300 | 2.50 | 750.00 | Downloaded AR details from AMZ portal and reconciled the balance to the company's books of records by invoice |
| 2/2/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 1.00 | 300.00 | Worked on the list of open items deliverable to WithIT partners at closing |
| 2/3/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 300 | 2.50 | 750.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and disbursements |

Time Entries

| Date | Name | Title | Category | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 2/3/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 300 | 1.00 | 300.00 | Reviewed the company prepared BBC - daily a Roll Forward of AR, loan and Inventory & reconciled the change in availability |
| 2/3/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 1.50 | 450.00 | Worked on the list of open items deliverable to WithIT partners at closing |
| 2/4/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 300 | 1.50 | 450.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and disbursements |
| 2/4/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 300 | 1.50 | 450.00 | Prepared the advance request for the week and reviewed the BBC submission |
| 2/5/2026 | Robin Boby | Senior Financial Analyst | Variance reporting | 300 | 2.50 | 750.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to IDB |
| 2/5/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 300 | 3.00 | 900.00 | Prepared an itemized daily roll forward of the cash balance and reconciled the balance to the bank statements |
| 2/5/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 300 | 0.50 | 150.00 | Reviewed the company prepared BBC - daily a Roll Forward of AR, loan and Inventory & reconciled the change in availability |
| 2/6/2026 | Robin Boby | Senior Financial Analyst | Variance reporting | 300 | 2.50 | 750.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to IDB |
| 2/6/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 300 | 1.50 | 450.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and disbursements |
| 2/6/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 300 | 1.00 | 300.00 | Reviewed the company prepared BBC - daily a Roll Forward of AR, loan and Inventory & reconciled the change in availability |
| 2/6/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 1.00 | 300.00 | Worked on the list of open items deliverable to WithIT partners at closing |
| 2/9/2026 | Robin Boby | Senior Financial Analyst | Variance reporting | 300 | 4.50 | 1,350.00 | Prepared supporting schedules and roll forward for weekly variance analysis report to be submitted to IDB |
| 2/9/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 300 | 0.50 | 150.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and disbursements |
| 2/9/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 300 | 1.00 | 300.00 | Reviewed the company prepared BBC - daily a Roll Forward of AR, loan and Inventory & reconciled the change in availability |
| 2/9/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 2.00 | 600.00 | Worked on the list of open items deliverable to WithIT partners at closing |
| 2/10/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 300 | 2.50 | 750.00 | Reviewed the company bank statements/ check books and tracked the daily cash receipts and disbursements |
| 2/10/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 300 | 1.50 | 450.00 | Prepared the advance request for the week and reviewed the BBC submission |
| 2/11/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 300 | 1.50 | 450.00 | Prepared an itemized daily roll forward of the cash balance and reconciled the balance to the bank statements |
| 2/11/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 300 | 1.50 | 450.00 | Reviewed the company prepared BBC - daily a Roll Forward of AR, loan and Inventory & reconciled the change in availability |
| 2/11/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 5.00 | 1,500.00 | Participated in the EGC Sale meeting at the day of closing, assisted in preparing the Opening Balance Sheet and BBC for the NewCo |
| 2/12/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 300 | 2.50 | 750.00 | Prepared an itemized daily roll forward of the cash balance and reconciled the balance to the bank statements |
| 2/12/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 300 | 1.50 | 450.00 | Reviewed the company prepared BBC - daily a Roll Forward of AR, loan and Inventory & reconciled the change in availability |
| 2/12/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 3.00 | 900.00 | Assisted in preparing schedules for AR/ Inventory and Open Orders as of the date of Closing |
| 2/16/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 300 | 2.00 | 600.00 | Prepared an itemized daily roll forward of the cash balance and reconciled the balance to the bank statements |
| 2/18/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 300 | 1.50 | 450.00 | Prepared an itemized daily roll forward of the cash balance and reconciled the balance to the bank statements |
| 2/18/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 300 | 1.00 | 300.00 | Reviewed the company's weekly cash needs and prepared an itemized advance request |
| 2/18/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 2.00 | 600.00 | Prepared and submitted the company's daily sales assignment by invoice to CIT |
| 2/18/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 2.50 | 750.00 | Worked on the list of open items deliverable to WithIT partners at closing |
| 2/19/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 300 | 1 | 300.00 | Prepared an itemized daily roll forward of the cash balance and reconciled the balance to the bank statements |
| 2/19/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 2.5 | 750.00 | Prepared and submitted the company's daily sales assignment by invoice to CIT |
| 2/19/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 1.5 | 450.00 | Worked on the list of open items deliverable to WithIT partners at closing |
| 2/20/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 300 | 1 | 300.00 | Reviewed the company's weekly cash needs and prepared an itemized advance request |
| 2/20/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 4 | 1,200.00 | Prepared and submitted the company's daily sales assignment by invoice to CIT and prepared a BBC for EG Holdings |
| 2/20/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 1.00 | 300.00 | Worked on the list of open items deliverable to WithIT partners at closing |
| 2/23/2026 | Robin Boby | Senior Financial Analyst | MOR Operating and Other Reports | 300 | 3.5 | 1,050.00 | Assisted in preparing supporting schedules for Monthly Operating Report |
| 2/23/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 2.50 | 750.00 | Prepared and submitted the company's daily sales assignment by invoice to CIT and prepared a BBC for EG Holdings |

**Time Entries**

| Date | Name | Title | Category | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 2/23/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 1 | 300.00 | Worked on the list of open items deliverable to WithIT partners at closing |
| 2/24/2026 | Robin Boby | Senior Financial Analyst | MOR Operating and Other Reports | 300 | 2.5 | 750.00 | Assisted in preparing supporting schedules for Monthly Operating Report |
| 2/24/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquidity | 300 | 1.5 | 450.00 | Prepared an itemized daily roll forward of the cash balance and reconciled the balance to the bank statements |
| 2/24/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 2.00 | 600.00 | Prepared and submitted the company's daily sales assignment by invoice to CIT |
| 2/24/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 1 | 300.00 | Worked on the list of open items deliverable to WithIT partners at closing |
| 2/24/2026 | Robin Boby | Senior Financial Analyst | Financial statements closings and preparations | 300 | 1 | 300.00 | Assisted in preparing supporting schedules for FS  for WithIT at the date of closing (2/11/2026) |
| 2/25/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 300 | 2 | 600.00 | Reviewed the company's weekly cash needs and prepared an itemized advance request |
| 2/25/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 2.5 | 750.00 | Prepared and submitted the company's daily sales assignment by invoice to CIT |
| 2/25/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 3.5 | 1,050.00 | Worked on the list of open items deliverable to WithIT partners at closing |
| 2/26/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 300 | 0.5 | 150.00 | Reviewed the company's weekly cash needs and prepared an itemized advance request |
| 2/26/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 4.5 | 1,350.00 | Prepared and submitted the company's daily sales assignment by invoice to CIT and prepared a BBC for EG Holdings |
| 2/26/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 2 | 600.00 | Worked on the list of open items deliverable to WithIT partners at closing |
| 2/27/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 300 | 1 | 300.00 | Prepared an itemized daily roll forward of the cash balance and reconciled the balance to the bank statements |
| 2/27/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 1.5 | 450.00 | Prepared and submitted the company's daily sales assignment by invoice to CIT |
| 2/27/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | 300 | 2.5 | 750.00 | Worked on the list of open items deliverable to WithIT partners at closing |
| 2/3/2026 | Ben Haggerty | Financial Analyst | Financial statements closings and preparations | 200 | 1 | 200.00 | Cleaning and Uploading E Gluck and WITHit's ERP System Data into our proprietary software system. |
| 2/4/2026 | Ben Haggerty | Financial Analyst | Financial statements closings and preparations | 200 | 4.5 | 900.00 | Cleaning and Uploading E Gluck and WITHit's ERP System Data into our proprietary software system. |
| 2/5/2026 | Ben Haggerty | Financial Analyst | Financial statements closings and preparations | 200 | 2 | 400.00 | Reviewing the produced Analytics from the system. |
| 2/6/2026 | Ben Haggerty | Financial Analyst | Statements and Schedules | 200 | 2 | 400.00 | Generated a breakdown of Sales through January 2026 |
| 2/9/2026 | Ben Haggerty | Financial Analyst | Statements and Schedules | 200 | 2 | 400.00 | Produced breakdown of Inventory and Sales for the month of January |
| 2/9/2026 | Ben Haggerty | Financial Analyst | Amazon Business -operating | 200 | 2 | 400.00 | Cleaning and Uploading E Gluck's Amazon forecast and inventory into our propriertary software system. |
| 2/12/2026 | Ben Haggerty | Financial Analyst | Amazon Business -operating | 200 | 3 | 600.00 | Updated Amazon Forecast/Inventory analytics |
| 2/24/2026 | Ben Haggerty | Financial Analyst | Statements and Schedules | 200 | 1 | 200.00 | Generated breakdown of Sales through January 2026 |
| 2/2/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/3/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/4/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/5/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/9/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/10/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/11/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/12/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/16/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/17/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/18/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/19/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/20/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/23/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/24/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/25/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/26/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| 2/27/2026 | David Apperman | Senior Manager | Financial statements closings and preparations | 400 | 8 | 3,200.00 | E Gluck December Closing |
| | | | | | **540.5** | **278,550** | |