**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re                                                             :
                                 :             Chapter 11

E. GLUCK CORPORATION,                          :
                                 :             Case No. 25-12683 (MG)

              Debtor.      :

------------------------------------------------------------x

**FOURTH MONTHLY STAFFING AND COMPENSATION REPORT OF COMETRICS PARTNERS, LLC, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED TO THE DEBTOR FROM MARCH 1, 2026 THROUGH MARCH 31, 2026**

| | |
|---|---|
| Name of Applicant: | CoMetrics Partners, LLC ("CoMetrics")[1] |
| Authorized to Provide Professional Services to: | The debtor and debtor-in-possession ("Debtor") |
| Date of Retention: | January 27, 2026 *nunc pro tunc* to December 1, 2025 |
| Period for which Compensation and Reimbursement is Sought: | March 1, 2026 through March 31, 2026 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | **$230,275.00** |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$230,275.00** |

CoMetrics Partners ("CoMetrics"), as for its fourth monthly staffing and compensation report (the "Staffing Report") for the period March 1, 2026 through March 31, 2026 (the "Fee Period") filed pursuant to the terms of the CoMetrics retention order (Docket No. 81) (the "Retention Order"), respectfully states as follows: CoMetrics requests (a) allowance of compensation in the amount of $230,275.00 (Of which $140,900 was to manage the TSA

---

[1] SAX Advisors, LLC ("SAX"), together with certain of its affiliates, purchased certain business assets of CoMetrics during the month of March 2026.  This Staffing Report is made under the name CoMetrics for the month of March. Future staffing reports will be provided under the name SAX.

{00358143.2 / 1539-002 }

agreements as described in (b), below) for actual, reasonable and necessary professional services rendered to the Debtor[2] by CoMetrics. No actual, reasonable and necessary costs or expenses were incurred by CoMetrics during the Fee Period.

### Services Rendered and Disbursements Incurred

Attached is a schedule of professionals rendering services to the Debtor during the Fee Period, including each person's billing rate and the blended rate. Further, attached is a schedule of fees expended during the Fee Period by task code, as well as monthly detailed time descriptions for the Fee Period which outline the time spent by each CoMetrics professional.

The scope of services performed by CoMetrics are set forth in the Engagement Letter and including having Mr. Gary Herwitz lead the Chief Restructuring Officer ("CRO") engagement supported by additional personnel. During the Fee Period, Mr. Herwitz and team have provided interim management and advisory assistance to the Debtor consistent with the Scope of Services, which is set forth below:

a) Providing Mr. Herwitz in the role of CRO to the Debtor; requirements of the Court and assisting in such other matters as management or counsel to the Debtor may request from time to time;

b) Managing all aspects of the Transition Services Agreement with Stalking Horse Buyer and Withit from the APA and MUPA Closings through March 31, 2026. The TSA realized (after CoMetrics fees and all direct costs such as payroll) income to the estate of approximately $63,000.

c) Developing and monitoring rolling cash flows and weekly variance analysis;

---

[2] Many of the services provided by CoMetrics were directly or indirectly for the benefit of the buyer of the debtor's asset sales and were, thus, reimbursed to the estate by the buyer. Overall, transition services were net-positive to the estate.

{00358143.2 / 1539-002 }

d)  Leading, monitoring and tracking the initiatives in accordance with the restructuring goals;

e)  Conducting a comprehensive review of the company's financial position, operations, and organizational structure;

f)  Continuing to lead all communications with the senior lender including borrowing requests, daily borrowing base and collateral calculations and submit daily borrowing bases;

g)  Providing the senior lender and parties in interest weekly analysis of actual verses forecasted sales, AR collections, AR dilution, disbursements, and availability in accordance with the DIP financing order provisions;

h)  Directly supervising the Company's accounting department;

i)  Providing on-site accounting and operations support;

j)  Providing on-site and off-site support for the Company to comply with its Management Services Agreement with WITHit Holdings LLC;

k)  Continuing to lead the pricing strategy, markdown and funding strategy, advertising, margin requirements, compliance with the Vendor agreement with the Company's largest customer (Amazon);

l)  Continuing to lead the liquidation and sell-off of inventory;

m)  Leading warehouse and distribution transitional processes to economic logistic platform and logistics metrics for requests of Stalking Horse and other buyers as requested;

n)  Continuing to assess certain system processes and procedures;

o)  Continuing to work with Licensors on payment plans and royalty reporting/compliance;

{00358143.2 / 1539-002 }

p) Leading the process of preparing and coordinating due diligence materials for the advisors representing the minority members of WITHit Holdings LLC;

q) Leading negotiations to monetize the Company's 51% interest in WITHit Holdings LLC for the benefit of the Estate;

r) Assisting in the development and execution of a communication plan to ensure transparency and stakeholder engagement throughout the restructuring process and chapter 11 proceedings;

s) Assisting the Company and its other advisors in connection with evaluation, negotiation, and consummation of any sale /investment transaction;

t) Preparing all financial analysis as requested by outside professionals; and

u) Such other matters as may be mutually agreed between the Company and CoMetrics.

## Notice and Objection Procedures

CoMetrics provides notice of this Fee Statement to: (a) the Bankruptcy Court; (b) Counsel for the Debtor; (c) the U.S. Trustee; and (d) Counsel for the Official Committee of Unsecured Creditors, (collectively, the "Fee Notice Parties").

In accordance with the Retention Order, parties in interest shall have ten (10) days after the Staffing Report is filed with the Court to object. In the event an objection is raised and not consensually resolved, the portion of the Staffing Report objected to shall be subject to review by the Bankruptcy Court.  No payments shall be made to CoMetrics until the objection period has passed, and in the event an objection is raised, no payment shall be made to CoMetrics on account of the portion of the Staffing Report objected to until such objection is resolved.

{00358143.2 / 1539-002 }

Wherefore, pursuant to the Retention Order, and pending the expiration of the objection deadlines, if no objections to the Staffing Report are received by CoMetrics respectfully requests allowance of $230,275.00 for its fees for services rendered during the Fee Period.

Date: April 22, 2026

CoMetrics Partners, LLC

By  */s/ Gary Herwitz*
    Gary Herwitz
    Managing Partner
    1411 Broadway, 8th Floor
    New York, NY 10018
    212-381-0871

{00358143.2 / 1539-002 }

**Time Entries By Category**

| Categories | Hours | Average Rate | Amount |
|---|---|---|---|
| **Transition Services** | | | |
| Manage TSA | 105.00 | 744.05 | 78,125.00 |
| E Gluck Holdings -various transitional accounting | 36.50 | 550.00 | 20,075.00 |
| Sale schedules borrowing bases and meetings-EGC Holdings LLC Transition | 54.00 | 300.00 | 16,200.00 |
| Amazon Business -operating tsa | 27.00 | 285.19 | 7,700.00 |
| Meetings parties -transition | 23.50 | 800.00 | 18,800.00 |
| | 246.00 | 572.76 | 140,900.00 |
| **Estate Services** | | | |
| Financial statements closings and preparations | 49.00 | 395.92 | 19,400.00 |
| Cash flows forecasts -planning estate management | 45.00 | 473.33 | 21,300.00 |
| Withit compliance Escrows-tax returns-reconiliations | 52.50 | 630.95 | 33,125.00 |
| Daily Operations | 16.50 | 290.91 | 4,800.00 |
| E Gluck Corporation - Estate reporting | 16.00 | 512.50 | 8,200.00 |
| Licensor interactions | 4.50 | 300.00 | 1,350.00 |
| Inventory management | 4.00 | 300.00 | 1,200.00 |
| | 187.50 | 476.67 | 89,375.00 |
| Total | **433.50** | **531.20** | **230,275.00** |

**Time Entries By Professional**

**Service Period**      **March 1, 2026 - March 31, 2026**

| Name | Title | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Gary Herwitz | Managing Partner, CRO | Manage TSA | $ 800 | $ 81.50 | $ 65,200.00 |
| | | Withit compliance | 800 | 17.00 | 13,600 |
| | | Meetings parties -transition | 800 | 23.50 | 18,800 |
| | | Cash flows forecasts -planning | 800 | 10.00 | 8,000 |
| | | **Subtotal/Average Rate** | **$ 800.00** | **132.00** | **$ 105,600.00** |
| Kelvin Wen | Managing Director | E Gluck Holdings Amazon and other TRANSITIONSAL | $ 550 | 36.50 | $ 20,075.00 |
| | | Withit compliance | 550 | 35.50 | 19,525 |
| | | Manage TSA | 550 | 23.50 | 12,925 |
| | | Estate Cash Management | 550 | 8.00 | 4,400 |
| | | E Gluck Corporation - Estate | 550 | 7.00 | 3,850 |
| | | MOR Operating and Other Reports | 550 | 6.00 | 3,300 |
| | | Cash Flow | 550 | 2.00 | 1,100 |
| | | Estate Cash | 550 | 2.00 | 1,100 |
| | | **Subtotal/Average Rate** | **$ 550.00** | **120.50** | **$ 66,275.00** |
| David Apperman | Senior Manager | Financial statements closings and preparations | $ 400.00 | 48.00 | $ 19,200.00 |
| | | **Subtotal/Average Rate** | **$ 400.00** | **48.00** | **$ 19,200.00** |
| Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Holdings LLC | $ 300.00 | 54.00 | $ 16,200.00 |
| | | Amazon Business -operating | 300.00 | 23.00 | 6,900 |
| | | Cash Flow/Cash Management/ Liquidity | 300.00 | 20.00 | 6,000 |
| | | Daily Operations | 300.00 | 16.00 | 4,800 |
| | | Licensor interactions | 300.00 | 4.50 | 1,350 |
| | | Inventory management | 300.00 | 4.00 | 1,200 |
| | | MOR Operating and Other Reports | 300.00 | 3.50 | 1,050 |
| | | Cash flows forecasts -planning | 300.00 | 1.00 | 300 |
| | | **Subtotal/Average Rate** | **$ 300.00** | **126.00** | **$ 37,800.00** |
| Ben Haggerty | Financial Analyst | Amazon tsa | $ 200.00 | 4.00 | $ 800.00 |
| | | CAsh flow | 200.00 | 2.00 | 400.00 |
| | | Financial statements closings and preparations | 200.00 | 1.00 | 200.00 |
| | | | **$ 200.00** | **7.00** | **$ 1,400.00** |
| **Total** | | **Total / Average Rate** | **$ 531.20** | **433.50** | **230,275.00** |

**Fee Requests by Period**

| Period | Hours | | Amount |
|---|---|---|---|
| December 2025 | 478.00 | $ | 223,800.00 |
| January 2026 | 485.50 | | 222,850.00 |
| February 2026 | 540.50 | | 278,550.00 |
| March 2026 | 433.50 | | 230,275.00 |
| | | | |
| **Total** | **1,937.50** | **$** | **955,475.00** |

\* Many of the services provided by CoMetrics relating to the period February 13, 2026 or later were directly or indirectly for the benefit of the buyer of the debtor's asset sales and were, thus, reimbursed to the estate by the buyer.

| Date | Name | Title | Categories | Hours | Amount | Comments |
|------|------|-------|-----------|-------|--------|----------|
| 3/2/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 5.50 | 4,400.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |
| 3/2/2026 | Gary Herwitz | Managing Partner, CRO | Withit compliance | 1.00 | 800.00 | schedule compliance meetings |
| 3/2/2026 | Gary Herwitz | Managing Partner, CRO | Cash flows forecasts -planning | 1.00 | 800.00 | Estate cash flow |
| 3/2/2026 | Gary Herwitz | Managing Partner, CRO | Meetings parties -transition | 0.50 | 400.00 | Steve-Todd AX |
| 3/3/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 5.50 | 4,400.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |
| 3/3/2026 | Gary Herwitz | Managing Partner, CRO | Cash flows forecasts -planning | 1.00 | 800.00 | Estate cash flow creditors request |
| 3/3/2026 | Gary Herwitz | Managing Partner, CRO | Meetings parties -transition | 1.50 | 1,200.00 | Steve-Todd AX |
| 3/4/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 5.50 | 4,400.00 | Over-see IT-Warehouse- Ops -interface with AX |
| 3/4/2026 | Gary Herwitz | Managing Partner, CRO | Withit compliance | 4.50 | 3,600.00 | Meetings on deliverables-escrows |
| 3/4/2026 | Gary Herwitz | Managing Partner, CRO | Cash flows forecasts -planning | 1.00 | 800.00 | Estate cash flow |
| 3/4/2026 | Gary Herwitz | Managing Partner, CRO | Meetings parties -transition | 0.50 | 400.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |
| 3/5/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 5.50 | 4,400.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |
| 3/5/2026 | Gary Herwitz | Managing Partner, CRO | Meetings parties -transition | 0.50 | 400.00 | BBC opening AR |
| 3/6/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 5.50 | 4,400.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |
| 3/6/2026 | Gary Herwitz | Managing Partner, CRO | Withit compliance | 1.00 | 800.00 | CPA tax return |
| 3/6/2026 | Gary Herwitz | Managing Partner, CRO | Meetings parties -transition | 3.00 | 2,400.00 | AX IT takeover plan |
| 3/9/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 4.00 | 3,200.00 | Over-see IT-Warehouse- Ops -interface with AX |
| 3/9/2026 | Gary Herwitz | Managing Partner, CRO | Withit compliance | 1.00 | 800.00 | CPA tax return |
| 3/9/2026 | Gary Herwitz | Managing Partner, CRO | Cash flows forecasts -planning | 1.50 | 1,200.00 | cash flow b/w estate and EGC Holdings |
| 3/9/2026 | Gary Herwitz | Managing Partner, CRO | Meetings parties -transition | 3.50 | 2,800.00 | warehouse plan transition |
| 3/10/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 5.50 | 4,400.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |
| 3/10/2026 | Gary Herwitz | Managing Partner, CRO | Withit compliance | 4.50 | 3,600.00 | deliverables |
| 3/10/2026 | Gary Herwitz | Managing Partner, CRO | Cash flows forecasts -planning | 1.00 | 800.00 | creditors analysis |
| 3/10/2026 | Gary Herwitz | Managing Partner, CRO | Meetings parties -transition | 0.50 | 400.00 | AX -EGC |
| 3/11/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 5.00 | 4,000.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |
| 3/12/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 4.00 | 3,200.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |
| 3/12/2026 | Gary Herwitz | Managing Partner, CRO | Withit compliance | 1.00 | 800.00 | schedules escrow |
| 3/12/2026 | Gary Herwitz | Managing Partner, CRO | Cash flows forecasts -planning | 1.00 | 800.00 | cash flow b/w estate and EGC Holdings |
| 3/12/2026 | Gary Herwitz | Managing Partner, CRO | Meetings parties -transition | 3.50 | 2,800.00 | AX IT takeover plan |
| 3/13/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 5.00 | 4,000.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |

| Date | Name | Title | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 3/13/2026 | Gary Herwitz | Managing Partner, CRO | Withit compliance | 4.50 | 3,600.00 | Deliverables o/s data room |
| 3/13/2026 | Gary Herwitz | Managing Partner, CRO | Cash flows forecasts -planning | 1.00 | 800.00 | cash flow b/w estate and EGC Holdings |
| 3/13/2026 | Gary Herwitz | Managing Partner, CRO | Meetings parties -transition | 0.50 | 400.00 | Withit calls |
| 3/16/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 4.00 | 3,200.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |
| 3/17/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 7.50 | 6,000.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |
| 3/17/2026 | Gary Herwitz | Managing Partner, CRO | Withit compliance | 1.00 | 800.00 | Deliverables o/s data room |
| 3/17/2026 | Gary Herwitz | Managing Partner, CRO | Cash flows forecasts -planning | 1.00 | 800.00 | cash flow b/w estate and EGC Holdings |
| 3/17/2026 | Gary Herwitz | Managing Partner, CRO | Meetings parties -transition | 0.50 | 400.00 | AX -EGC |
| 3/18/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 9.00 | 7,200.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |
| 3/18/2026 | Gary Herwitz | Managing Partner, CRO | Meetings parties -transition | 0.50 | 400.00 | AX -EGC |
| 3/19/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 8.50 | 6,800.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |
| 3/19/2026 | Gary Herwitz | Managing Partner, CRO | Meetings parties -transition | 1.50 | 1,200.00 | Truck pick ups |
| 3/23/2026 | Gary Herwitz | Managing Partner, CRO | Cash flows forecasts -planning | 1.00 | 800.00 | cash flow b/w estate and EGC Holdings |
| 3/23/2026 | Gary Herwitz | Managing Partner, CRO | Meetings parties -transition | 0.50 | 400.00 | AR collections |
| 3/24/2026 | Gary Herwitz | Managing Partner, CRO | Withit compliance | 1.00 | 800.00 | Deliverables o/s data room |
| 3/24/2026 | Gary Herwitz | Managing Partner, CRO | Meetings parties -transition | 0.50 | 400.00 | Withit open items |
| 3/25/2026 | Gary Herwitz | Managing Partner, CRO | Cash flows forecasts -planning | 0.50 | 400.00 | AX team |
| 3/25/2026 | Gary Herwitz | Managing Partner, CRO | Meetings parties -transition | 0.50 | 400.00 | AX team |
| 3/26/2026 | Gary Herwitz | Managing Partner, CRO | Manage TSA | 2.50 | 2,000.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |
| 3/27/2026 | Gary Herwitz | Managing Partner, CRO | Withit compliance | 1.00 | 800.00 | Final shipment |
| 3/27/2026 | Gary Herwitz | Managing Partner, CRO | Cash flows forecasts -planning | 1.00 | 800.00 | Creditors cash flow -liquid |
| 3/2/2026 | Kelvin Wen | Managing Director | WTHIT | 5.00 | 2,750.00 | Consolidate WITHIT Closing Deliverables |
| 3/2/2026 | Kelvin Wen | Managing Director | Manages TSA | 2.50 | 1,375.00 | Reconcile TSA fees due from E Gluck Holdings and WTHIT |
| 3/3/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 1.00 | 550.00 | Weekly Meetings with Amazon |
| 3/3/2026 | Kelvin Wen | Managing Director | WTHIT | 6.00 | 3,300.00 | Consolidate WITHIT Closing Deliverables - Accountant's Request |
| 3/3/2026 | Kelvin Wen | Managing Director | Cash Flow | 1.00 | 550.00 | Review Cash Disbursement and allocate between Estate and E Gluck Holdings |
| 3/4/2026 | Kelvin Wen | Managing Director | WTHIT | 6.50 | 3,575.00 | Review Customs and Duties that Estate Paid on behalf of WTH and calculated amounts owed to the estate |
| 3/4/2026 | Kelvin Wen | Managing Director | Cash Flow | 1.00 | 550.00 | Review Cash Disbursement and allocate between Estate and E Gluck Holdings |
| 3/5/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 3.00 | 1,650.00 | Borrowing Base Review, Amazon Accounts Receivable Reconciliation |

| Date | Name | Title | Matter | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 3/5/2026 | Kelvin Wen | Managing Director | E Gluck Corporation - Estate | 2.00 | 1,100.00 | Summarized CoMetrics billable hours for the month of January 2026 |
| 3/6/2026 | Kelvin Wen | Managing Director | WTHIT | 6.50 | 3,575.00 | Continued to work on WITHTI Deliverables, Calculate due to Estate amount |
| 3/6/2026 | Kelvin Wen | Managing Director | Estate Cash | 2.00 | 1,100.00 | Reconciled Estate Cash Balance |
| 3/8/2026 | Kelvin Wen | Managing Director | Manages TSA | 1.50 | 825.00 | Follow up on progress of transition including inventory transfer, system integration, inventory receipts |
| 3/9/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 1.00 | 550.00 | Reviewed BBC |
| 3/9/2026 | Kelvin Wen | Managing Director | WTHIT | 1.00 | 550.00 | Continued working on WITHIT Closing Deliverables |
| 3/9/2026 | Kelvin Wen | Managing Director | Estate Cash Management | 2.00 | 1,100.00 | Reconciled Cash Balances and calculated due from E Gluck holdings, Reviewed Cash Disbursements |
| 3/10/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 3.00 | 1,650.00 | Investigated Amazon Chargebacks, weekly meeting with E Amazon |
| 3/10/2026 | Kelvin Wen | Managing Director | Estate Cash Management | 1.00 | 550.00 | Followed up on cash disbursement and allocated the disbursements between E Gluck Holdings and Estate |
| 3/11/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 3.00 | 1,650.00 | Continued investigating on Amazon Chargebacks |
| 3/11/2026 | Kelvin Wen | Managing Director | Manages TSA | 1.00 | 550.00 | Followed up on Transition progress |
| 3/12/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 3.00 | 1,650.00 | Meetings with E Gluck's team and with Amazon, Filed disputes on Amazon Chargebacks |
| 3/13/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 2.00 | 1,100.00 | Meetings with E Gluck Holdings on Amazon; followed up on Amazon Chargeback disputes |
| 3/13/2026 | Kelvin Wen | Managing Director | Manages TSA | 2.50 | 1,375.00 | Followed up on TSA progress |
| 3/16/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 3.00 | 1,650.00 | Analyzed E Gluck Holding's inventory and met with E Gluck's team to review, also set up standard procedures on inventory purchases |
| 3/16/2026 | Kelvin Wen | Managing Director | Manages TSA | 2.00 | 1,100.00 | Estate Cash Balance Reconciliation, Reviewed due from balance |
| 3/17/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 2.00 | 1,100.00 | Weekly Amazon Meeting. Weekly Meeting with E Gluck Team |
| 3/17/2026 | Kelvin Wen | Managing Director | WTHIT | 5.50 | 3,025.00 | Sent additional supporting documents to WITHIT. Followed up with WTH on open items |
| 3/18/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 1.00 | 550.00 | Reviewed Amazon Feedback on Disputes |
| 3/18/2026 | Kelvin Wen | Managing Director | WTHIT | 5.00 | 2,750.00 | Met with WITHIT and continued working on deliverables |
| 3/18/2026 | Kelvin Wen | Managing Director | Manages TSA | 2.50 | 1,375.00 | meetings and calls regarding TSA |
| 3/19/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 1.00 | 550.00 | Amazon Price Validation Review |
| 3/19/2026 | Kelvin Wen | Managing Director | E Gluck Corporation - Estate | 2.00 | 1,100.00 | Royalty Calculation |
| 3/20/2026 | Kelvin Wen | Managing Director | MOR Operating and Other Reports | 1.00 | 550.00 | Started Preparing MOR |
| 3/20/2026 | Kelvin Wen | Managing Director | E Gluck Corporation - Estate | 2.00 | 1,100.00 | Royalty Calculation |
| 3/22/2026 | Kelvin Wen | Managing Director | E Gluck Corporation - Estate | 1.00 | 550.00 | 2025 Royalty and GMR |

Time Entries

| Date | Name | Title | Category | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 3/23/2026 | Kelvin Wen | Managing Director | MOR Operating and Other Reports | 3.00 | 1,650.00 | Prepared Monthly MOR report |
| 3/23/2026 | Kelvin Wen | Managing Director | Estate Cash Management | 3.00 | 1,650.00 | Cash Reconciliation, Calculation of Due Forms, Disbursement allocation |
| 3/24/2026 | Kelvin Wen | Managing Director | MOR Operating and Other Reports | 2.00 | 1,100.00 | Completed and sent MOR to Halperin |
| 3/24/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 2.00 | 1,100.00 | Weekly Amazon Meeting, Weekly meeting with E Gluck Holding |
| 3/24/2026 | Kelvin Wen | Managing Director | Manages TSA | 1.00 | 550.00 | Calls and meetings regarding TSA |
| 3/25/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 4.00 | 2,200.00 | 2026 Forecast, Meetings with Adam and E Gluck team |
| 3/25/2026 | Kelvin Wen | Managing Director | Manages TSA | 1.00 | 550.00 | Calls and meetings regarding TSA |
| 3/26/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 3.00 | 1,650.00 | Completed Sales Forecast; Meeting with E Gluck Team for Review |
| 3/26/2026 | Kelvin Wen | Managing Director | Manages TSA | 3.00 | 1,650.00 | Followed up on TSA related issues |
| 3/27/2026 | Kelvin Wen | Managing Director | Manages TSA | 3.00 | 1,650.00 | Followed up on TSA related issues |
| 3/30/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 3.00 | 1,650.00 | Built model to forecast future purchases |
| 3/30/2026 | Kelvin Wen | Managing Director | Estate Cash Management | 2.00 | 1,100.00 | Cash Reconciliations, Due from E Gluck Holdings Calculation |
| 3/31/2026 | Kelvin Wen | Managing Director | E Gluck Holdings | 1.50 | 825.00 | Weekly Meetings with Amazon and internal team |
| 3/31/2026 | Kelvin Wen | Managing Director | Manages TSA | 3.50 | 1,925.00 | Followed up with E Gluck Holdings for payment to Estate, Reconciled balances due to Estate |
| 3/2/2026 | Ben Haggerty | Financial Analyst | Financial statements closings and pre | 1.00 | 200.00 | Set up folders, Dropbox access and communicated with team |
| 3/17/2026 | Ben Haggerty | Financial Analyst | Amazon Business -operating | 3.00 | 600.00 | Cleaning and Uploading E Gluck's Amazon forecast and inventory. |
| 3/19/2026 | Ben Haggerty | Financial Analyst | Statements and Schedules | 2.00 | 400.00 | Produced breakdown of Inventory and Sales for the month of February |
| 3/26/2026 | Ben Haggerty | Financial Analyst | Amazon Business -operating | 1.00 | 200.00 | Cleaning and Uploading E Gluck's Amazon forecast and inventory. |
| 3/2/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 0.50 | 150.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/2/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 2.50 | 750.00 | Prepared and submitted the company's daily sales assignment by invoice to CITand prepared a BBC for EG Holdings |
| 3/2/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 2.50 | 750.00 | Worked on the list of open items deliverable to WithIT partners at closing |
| 3/3/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquid | 2.50 | 750.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/3/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 1.00 | 300.00 | Prepared and submitted the company's daily sales assignment by invoice to CIT |

**Time Entries**

| Date | Name | Title | Category | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 3/3/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 2.50 | 750.00 | Worked on the list of open items deliverable to WithIT partners at closing |
| 3/4/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 1.50 | 450.00 | Worked on updating the company ORG Chart with Go Fwd List of employees, analyzed the weekly cash spend |
| 3/4/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 3.00 | 900.00 | Prepared an AR Roll Forward for the Old Co from the date of closing, daily sales assignment submission |
| 3/4/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 2.50 | 750.00 | Worked on the list of open items deliverable to WithIT partners at closing |
| 3/5/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquid | 0.50 | 150.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/5/2026 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 2.00 | 600.00 | Prepared a detailed reconciliation of the Old Co AR to AMZ portal |
| 3/5/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 4.50 | 1,350.00 | Prepared a BBC for EG Holdings & submitted daily sales assignments to CIT |
| 3/6/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquid | 1.50 | 450.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/6/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 3.50 | 1,050.00 | Prepared a BBC for EG Holdings & submitted daily sales assignments to CIT |
| 3/9/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquid | 1.00 | 300.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/9/2026 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 3.50 | 1,050.00 | Prepared a detailed reconciliation of the Old Co AR to AMZ portal |
| 3/9/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 0.50 | 150.00 | Sales Assignments submission to CIT |
| 3/10/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquid | 1.00 | 300.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/10/2026 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 3.50 | 1,050.00 | Reviewed the AMZ payables/ chargebacks by invoice by agreement and prepared the list of invoices to dispute |
| 3/10/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 0.50 | 150.00 | Sales Assignments submission to CIT |
| 3/11/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquid | 1.50 | 450.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/11/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 0.50 | 150.00 | Worked with the management to analyze the cash needs for the week |

| Date | Name | Title | Category | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 3/11/2026 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 3.50 | 1,050.00 | Reviewed the AMZ payables/ chargebacks by invoice by agreement and prepared the list of invoices to dispute |
| 3/11/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 0.50 | 150.00 | Sales Assignments submission to CIT |
| 3/12/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquic | 1.00 | 300.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/12/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 2.50 | 750.00 | Worked on AMZ EU Go Fwd distributor analysis |
| 3/12/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 3.50 | 1,050.00 | Prepared a BBC for EG Holdings & submitted daily sales assignments to CIT |
| 3/13/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquic | 1.00 | 300.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/13/2026 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 2.00 | 600.00 | Meet with the management - Reviewed the AMZ payables/ chargebacks by invoice by agreement and prepared the list of invoices to dispute |
| 3/16/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquic | 2.50 | 750.00 | Prepared an itemized daily roll forward of the Estate Cash since the date of closing & analyzed Estate expenses to be reimbursed under the TSA |
| 3/16/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 2.50 | 750.00 | Worked on the deliverables to Foresight Diligence Request List |
| 3/16/2026 | Robin Boby | Senior Financial Analyst | Inventory management | 2.00 | 600.00 | Conducted an analysis on the Non-AMZ Inventory ATS for the management to build a projection |
| 3/17/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquic | 1 | 300.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/17/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 1.5 | 450.00 | Worked on the deliverables to Foresight Diligence Request List |
| 3/17/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 3.5 | 1,050.00 | Prepared a BBC for EG Holdings & submitted daily sales assignments to CIT |
| 3/18/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquic | 1 | 300.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/18/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 0.5 | 150.00 | Worked with the management to analyze the cash needs for the week |
| 3/18/2026 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 2 | 600.00 | Updated Analysis on AMZ payables and prepared the list of invoices to dispute |
| 3/18/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 1.50 | 450.00 | Sales Assignments submission to CIT & coordinated with the factor to reverse On Account Payments |
| 3/18/2026 | Robin Boby | Senior Financial Analyst | Inventory management | 2.00 | 600.00 | Conducted an analysis on the Non-AMZ Inventory ATS for the management to build a projection |

| Date | Name | Title | Category | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 3/19/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquic | 0.50 | 150.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/19/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 1.00 | 300.00 | Worked with the management to review the cash spent through the Estate & estimated the reimbursement amount from EGH per TSA |
| 3/19/2026 | Robin Boby | Senior Financial Analyst | Licensor interactions | 3.00 | 900.00 | Conducted analysis on customer chargebacks to support the Q4 2025 AK royalty report |
| 3/19/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 3.50 | 1,050.00 | Prepared a BBC for EG Holdings & submitted daily sales assignments to CIT |
| 3/20/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquic | 0.50 | 150.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/20/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 0.50 | 150.00 | Reviewed Remittance Advices and analyzed On Account Payments on the Factor Portal |
| 3/20/2026 | Robin Boby | Senior Financial Analyst | Licensor interactions | 1.50 | 450.00 | Conducted analysis on customer chargebacks to support the Q4 2025 AK royalty report |
| 3/20/2026 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 3.00 | 900.00 | Searched and created copies of AMZ remittance advices for each disputed AMZ chargeback and submitted the disputes on the portal |
| 3/20/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 0.50 | 150.00 | Sales Assignment submission to CIT |
| 3/23/2026 | Robin Boby | Senior Financial Analyst | Cash flows forecasts -planning | 1.00 | 300.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/23/2026 | Robin Boby | Senior Financial Analyst | MOR Operating and Other Reports | 2.00 | 600.00 | Assisted in preparing supporting schedules for Monthly Operating Report |
| 3/23/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 2.50 | 750.00 | Conducted AMZ EU Go Fwd distributor analysis and walk through the management |
| 3/23/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 0.50 | 150.00 | Sales Assignment submission to CIT |
| 3/23/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 1.00 | 300.00 | Reviewed & Summarized the total customs duty & toll spend and worked with the management to isolate WTH portion to support the Due from WTH calculation |
| 3/24/2026 | Robin Boby | Senior Financial Analyst | MOR Operating and Other Reports | 1.50 | 450.00 | Assisted in preparing supporting schedules for Monthly Operating Report |
| 3/24/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquic | 0.50 | 150.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/24/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 1.00 | 300.00 | Assisted in preparing an itemized expense reimbursement schedule for the Estate per the TSA |
| 3/24/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 0.50 | 150.00 | Sales Assignment submission to CIT |

| Date | Name | Title | Category | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 3/25/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquid | 1.00 | 300.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/25/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 3.50 | 1,050.00 | Prepared a BBC for EG Holdings & submitted daily sales assignments to CIT |
| 3/25/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 2.00 | 600.00 | Prepared YTD 2026 sales & chargebacks schedules for wearable SKUs to calculate Due To/ From WTH |
| 3/26/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquid | 0.50 | 150.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/26/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 0.50 | 150.00 | Worked with the management to analyze the cash needs for the week & split between Estate and the Newco |
| 3/26/2026 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 2.00 | 600.00 | Updated and  finalized the AMZ EU Go Fwd distributor analysis |
| 3/26/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 1.00 | 300.00 | Walk through the Newco management on the change in BBC availability & Sales Assignment submission to CIT |
| 3/26/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 1.00 | 300.00 | Summarized WTH Freight/ Duty bills for March & prepared sales & chargebacks schedules for wearable SKUs to calculate Due To/ From WTH |
| 3/27/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquid | 0.50 | 150.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/27/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 0.50 | 150.00 | Sales Assignment submission to CIT |
| 3/30/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquid | 1.50 | 450.00 | Prepared an itemized daily roll forward of the Estate cash balance , reconciled the balance per the bank statements & calculated the Net Available Cash |
| 3/30/2026 | Robin Boby | Senior Financial Analyst | Daily Operations | 1.00 | 300.00 | Assisted in preparing an itemized expense re-imbursement schedule for the Estate per the TSA |
| 3/30/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 3.00 | 900.00 | Prepared a BBC for EG Holdings & submitted daily sales assignments to CIT |
| 3/30/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 2.00 | 600.00 | Summarized WTH Freight/ Duty bills for March & prepared sales & chargebacks schedules for wearable SKUs to calculate Due To/ From WTH |
| 3/31/2026 | Robin Boby | Senior Financial Analyst | Cash Flow/Cash Management/ Liquid | 0.50 | 150.00 | Prepared an itemized daily roll forward of the Estate cash balance and reconciled the balance to the bank statements |
| 3/31/2026 | Robin Boby | Senior Financial Analyst | Amazon Business -operating | 1.50 | 450.00 | Reviewed the AMZ dispute resolution on the portal and worked with the management to help escalate the issue to vendor manager |

| Date | Name | Title | Description | Hours | Amount | Matter |
|---|---|---|---|---|---|---|
| 3/31/2026 | Robin Boby | Senior Financial Analyst | Sale schedules and meetings-EGC Ho | 3.00 | 900.00 | Prepared the BBC, Walk through the Newco management on the change in BBC availability & Sales Assignment submission to CIT |
| 3/2/2026 | David Apperman | Senior Manager | Financial statements closings and pre | 8.00 | 3,200.00 | EGC Dec 31 2025 Closing-Withit |
| 3/5/2026 | David Apperman | Senior Manager | Financial statements closings and pre | 8.00 | 3,200.00 | EGC Dec 31 2025 Closing-Withit |
| 3/12/2026 | David Apperman | Senior Manager | Financial statements closings and pre | 8.00 | 3,200.00 | EGC Dec 31 2025 Closing-Withit |
| 3/17/2026 | David Apperman | Senior Manager | Financial statements closings and pre | 8.00 | 3,200.00 | EGC Dec 31 2025 Closing |
| 3/19/2026 | David Apperman | Senior Manager | Financial statements closings and pre | 8.00 | 3,200.00 | EGC Dec 31 2025 Closing |
| 3/25/2026 | David Apperman | Senior Manager | Financial statements closings and pre | 8.00 | 3,200.00 | EGC Dec 31 2025 Closing |
| | | | | 433.50 | 230,275.00 | |