UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:

                                          Chapter 11 Case

**E. GLUCK CORPORATION,**                   Case No. 25-12683 (MG)

                  Debtor.

-------------------------------------------------------------x

## OMNIBUS ORDER GRANTING FIRST INTERIM FEE APPLICATIONS OF PROFESSIONALS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT <u>OF ACTUAL AND NECESASRY EXPENSES</u>

Upon consideration of each of the first interim fee applications (each, an "<u>Interim Fee Application</u>" and collectively the "<u>Interim Fee Applications</u>") filed by those professionals identified on Schedule A hereto (each, an "<u>Applicant</u>" and collectively, the "<u>Applicants</u>") seeking allowance of interim compensation and reimbursement of expenses for professional services rendered and actual and necessary expenses incurred during the period commencing December 1, 2025 (or the effective date of retention) through and including March 31, 2026 (the "<u>First Interim Fee Period</u>"); and the Court having jurisdiction to consider the Interim Fee Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)- (b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Interim Fee Applications and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Interim Fee Applications and opportunity for a hearing on the Interim Fee Applications were appropriate under the circumstances and no other notice need be provided; and this Court having found and determined that all of the applicable requirements of sections 327, 328, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New

York, the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, effective February 5, 2013 (as adopted by General Order M-447) have been satisfied with respect to the Interim Fee Applications; and it appearing that the services rendered and fees incurred by the Interim Fee Applications for which compensation and reimbursement is allowed hereby were actual, reasonable, and necessary; and a Certificate of No Objection having been filed; and this Court having reviewed the Interim Fee Applications; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Interim Fee Applications are granted on an interim basis to the extent set forth in Schedule A; and it is further

ORDERED, that the Debtor is authorized and directed to pay the Applicants promptly (in no more than ten (ten) days from date of entry of this Order) the amounts of fees and expenses approved by this Order and set forth under the column headings "Fees to be Paid for First Interim Fee Period" and "Expenses to be Paid for First Interim Fee Period" on Schedule A hereto, to the extent such amounts have not previously been paid; and it is further

ORDERED, that this Order is a separate order for each Applicant and the appeal of any order with respect to any Applicant shall have no effect on the allowed fees and expenses of the other Applicants.

Dated: New York, New York
    May 4, 2026

_____
    **/s/Martin Glenn**
    MARTIN GLENN
    Chief United States Bankruptcy Judge

2

Case No.:   25-12683 (mg)                    **CURRENT INTERIM FEE PERIOD**                    Schedule A
Case Name: In re E. Gluck Corporation            December 1, 2025-March 31, 2026

| (1)<br>Applicant | (2)<br>Date/Document Number of Application | (3)<br>Interim Fees Requested on Application | (4)<br>Fees Allowed | (5)<br>Fees to be Paid for Current Fee Period | (6)<br>Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7)<br>Total Fees to be Paid | (8)<br>Interim Expenses Requested | (9)<br>Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Halperin Battaglia Benzija, LLP | 4/13/26<br>D.N. 128 | $427,678.40 | $427,678.40 | $427,678.40 | $0.00 | $427,678.40 | $3,793.70 | $3,793.70 |
| Porzio, Bromberg & Newman, P.C. | 4/13/26<br>D.N. 126 | $186,698.00 | $186,698.00 | $186,698.00 | $0.00 | $186,698.00 | $0.00 | $0.00 |
| Foresight Restructuring, LLC | 4/13/26<br>D.N. 127 | $51,720.00 | $51,720.00 | $51,720.00 | $0.00 | $51,720.00 | $280.81 | $280.81 |

Revised September 2011            DATE ON WHICH ORDER WAS SIGNED: 5/4/2026            INITIALS: MG USBJ

Case No.:    25-12683 (mg)                    **FEE APPLICATION TOTALS**                    **Schedule B**
Case Name:  In re E. Gluck Corporation              December 1, 2025-March 31, 2026

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees Paid | (4)<br>Total Expenses Requested | (5)<br>Total Expenses Paid |
|---|---|---|---|---|
| East Wind Securities, LLC | $775,000.00 | $775,000.00 | $0.00 | $0.00 |
| Halperin Battaglia Benzija, LLP* | $427,678.40 | $427,678.40 | $3,793.70 | $3,793.70 |
| Porzio, Bromberg & Newman, P.C. | $186,698.00 | $186,698.00 | $0.00 | $0.00 |
| Foresight Restructuring, LLC | $51,720.00 | $51,720.00 | $280.81 | $280.81 |

**HBB's total fees billed during the First Interim Period is $534,598.  HBB is requesting 80% of its fees billed on an interim basis and anticipates seeking approval of the balance of its fees in its final fee application.

Revised September 2011                    DATE ON WHICH ORDER WAS SIGNED: 5/4/2026                    INITIALS: MG USBJ