Gregory G. Plotko, Esq.
BARNES & THORNBURG LLP
390 Madison Avenue, 12th Floor
New York, NY 10017-2509
Tel: (646) 746-2406
Email: gplotko@btlaw.com

*Attorneys for Infor (US), LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| E. GLUCK CORPORATION, | ) | |
| | ) | Case No. 25-12683 (MG) |
| Debtor.[1] | ) | |
| | ) | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel in this case on behalf of

Infor (US), LLC ("Infor"), requests service of all papers pursuant to Bankruptcy Rule 2002 at the

following address, and requests that the undersigned be added to the master mailing list in this

case:

Gregory G. Plotko, Esq.
Barnes & Thornburg LLP
390 Madison Avenue, 12th Floor
New York, NY 10017-2509

All parties in interest are hereby put on notice that the aforementioned party in interest is

represented by the undersigned and it is hereby requested that the undersigned be provided with

copies of all notices, pleadings and other filings made in the above-styled case, including, without

limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or

request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

---

[1] The Debtor's Tax I.D. No. is 13-2907195.

PLEASE TAKE FURTHER NOTICE that filing this Notice of Appearance and Request for Service of Papers is not, and may not be deemed or construed to be (1) a waiver of Infor's substantive or procedural rights, all of which are hereby expressly reserved, including, without limitation: (i) the right to entry of a final order in noncore matters only after *de novo* review by a Federal District Court, (ii) the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the reference withdrawn by a Federal District Court in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, interests, claims, actions, setoffs, or recoupments, or (2) consent to the jurisdiction of the Court.

This 3rd day of June, 2026.

Respectfully submitted,

**BARNES & THORNBURG LLP**

*/s/ Gregory G. Plotko*
Gregory G. Plotko, Esq.
390 Madison Avenue, 12th Floor
New York, NY 10017-2509
Tel: (646) 746-2406
Email: gplotko@btlaw.com

*Attorneys for Infor (US), LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have this day served a true and correct copy of the within and foregoing with

the Clerk of Court by using the Court's CM/ECF system.

This 3rd day of June, 2026.

<u>*/s/ Gregory G. Plotko*</u>
Gregory G. Plotko