**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re                                                   :

                                                        :          Chapter 11

E. GLUCK CORPORATION,                                   :

                                                        :          Case No. 25-12683 (MG)

                                  Debtor.               :

-----------------------------------------------------------x

**FIFTH MONTHLY STAFFING AND COMPENSATION REPORT OF SAX ADVISORS, LLC, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED TO THE DEBTOR FROM APRIL 1, 2026 THROUGH MAY 31, 2026**

| | |
|---|---|
| Name of Applicant: | SAX Advisors, LLC ("SAX")[1] |
| Authorized to Provide Professional Services to: | The debtor and debtor-in-possession ("Debtor") |
| Date of Retention: | January 27, 2026 *nunc pro tunc* to December 1, 2025 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2026 through May 31, 2026 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | **$97,887.50** |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$97,887.50** |

SAX, as for its fifth monthly staffing and compensation report (the "Staffing Report") for the period April 1, 2026 through May 31, 2026 (the "Fee Period") filed pursuant to the terms of the CoMetrics retention order (Docket No. 81) and the SAX retention order (Docket No. 125, together, the "Retention Order"), respectfully states as follows: SAX requests (a) allowance of compensation in the amount of $97,887.50 for actual, reasonable and

---

[1] SAX Advisors, LLC ("SAX"), together with certain of its affiliates, purchased certain business assets of CoMetrics Partners during the month of March 2026. This Staffing Report covers April and May 2026 due to the time required to integrate the CoMetrics and SAX accounts. Future staffing reports will be made monthly.

{00359228.1 / 1539-002 }

necessary professional services rendered to the Debtor by SAX. No actual, reasonable and necessary costs or expenses were incurred by SAX during the Fee Period.

### Services Rendered and Disbursements Incurred

Attached is a schedule of professionals rendering services to the Debtor during the Fee Period, including each person's billing rate and the blended rate. Further, attached is a schedule of fees expended during the Fee Period by task code, as well as monthly detailed time descriptions for the Fee Period which outline the time spent by each SAX professional.

The scope of services performed by SAX are set forth in the Engagement Letter and including having Mr. Gary Herwitz lead the Chief Restructuring Officer ("CRO") engagement supported by additional personnel. During the Fee Period, Mr. Herwitz and team have provided interim management and advisory assistance to the Debtor consistent with the Scope of Services, which is set forth below:

a) Providing Mr. Herwitz in the role of CRO to the Debtor; requirements of the Court and assisting in such other matters as management or counsel to the Debtor may request from time to time;

b) Managing all aspects of the Transition Services Agreement with Stalking Horse Buyer and Withit from the APA and MUPA Closings.

c) Developing and monitoring rolling cash flows and weekly variance analysis;

d) Leading, monitoring and tracking the initiatives in accordance with the restructuring goals;

e) Conducting a comprehensive review of the company's financial position, operations, and organizational structure;

f) Supervising the Company's accounting department;

{00359228.1 / 1539-002 }

g) Providing on-site accounting and operations support;

h) Continuing to assess certain system processes and procedures;

i) Assisting in the development and execution of a communication plan to ensure transparency and stakeholder engagement throughout the restructuring process and chapter 11 proceedings;

j) Assisting the Company and its other advisors in connection with evaluation, negotiation, and consummation of any sale /investment transaction;

k) Preparing all financial analysis as requested by outside professionals; and

l) Such other matters as may be mutually agreed between the Company and SAX.

### Notice and Objection Procedures

SAX provides notice of this Fee Statement to: (a) the Bankruptcy Court; (b) Counsel for the Debtor; (c) the U.S. Trustee; and (d) Counsel for the Official Committee of Unsecured Creditors, (collectively, the "Fee Notice Parties").

In accordance with the Retention Order, parties in interest shall have ten (10) days after the Staffing Report is filed with the Court to object. In the event an objection is raised and not consensually resolved, the portion of the Staffing Report objected to shall be subject to review by the Bankruptcy Court.  No payments shall be made to SAX until the objection period has passed, and in the event an objection is raised, no payment shall be made to SAX on account of the portion of the Staffing Report objected to until such objection is resolved.

Wherefore, pursuant to the Retention Order, and pending the expiration of the objection deadlines, if no objections to the Staffing Report are received by SAX respectfully requests allowance of $97,887.50 for its fees for services rendered during the Fee Period.

Date: June 22, 2026                                SAX Advisors, LLC


By  /s/ Gary Herwitz
Gary Herwitz
Managing Partner
1411 Broadway, 8th Floor
New York, NY 10018
212-381-0871

{00359228.1 / 1539-002 }

**Time Entries by Category**

**April 1 2026-April 30, 2026**

| Categories | Hours | Average Rate | Amount |
|---|---|---|---|
| **Transition Services** | | | |
| Collecting TSA fees | 3.50 | 800.00 | 2,800.00 |
| Meetings planning | 11.50 | 623.91 | 7,175.00 |
| Withit compliance Escrows-tax returns-reconciliations | 35.00 | 654.29 | 22,900.00 |
| Customs allocation EGC-Withit | 5.50 | 550.00 | 3,025.00 |
| Miscellaneous estate items | 6.00 | 666.67 | 4,000.00 |
| Weekly Operations | 4.50 | 375.00 | 1,687.50 |
| E Gluck Corporation - Estate reporting | 11.00 | 494.32 | 5,437.50 |
| Estate Banking and cash flow | 3.00 | 491.67 | 1,475.00 |
| Closing EGC books YE 2025 | 46.50 | 418.82 | 19,475.00 |
| **Total** | **126.50** | **531.20** | **67,975.00** |

**Time Entries by Category**

**May 1 2026-May 31, 2026**

| Categories | Hours | Average Rate | Amount |
|---|---|---|---|
| **Transition Services** | | | |
| Meetings planning | 4.00 | 623.91 | 2,450.00 |
| Licensor issues | 1.50 | 800.00 | 1,200.00 |
| Withit compliance Escrows-tax returns-reconciliations | 2.50 | 711.67 | 1,375.00 |
| Customs allocation EGC-Withit | 10.00 | 550.00 | 8,000.00 |
| MOR | 7.50 | 800.00 | 3,337.50 |
| Weekly Operations | 3.00 | 375.00 | 1,475.00 |
| E Gluck Corporation - Estate reporting | 7.00 | 491.67 | 4,725.00 |
| Closing EGC books YE 2025 | 14.00 | 386.46 | 7,350.00 |
| **Total** | **49.50** | **531.20** | **29,912.50** |

**Time Entries by Professional**

**Service Period**      **April 1 2026-April 30, 2026**

| | | | | | | |
|---|---|---|---|---|---|---|
| Gary Herwitz | Managing Partner, CRO | Withit compliance with Escrow | $ 800 | $ 10.00 | $ | 8,000.00 |
| | | CFO retention | 800 | 2.00 | | 1,600 |
| | | Plan to close books -estate | 800 | 5.50 | | 4,400 |
| | | Miscellaneous issues | 800 | 5.00 | | 4,000 |
| | | Collection calculations final  TSA fees | 800 | 3.50 | | 2,800 |
| | | Reporting | 800 | 3.00 | | 2,400 |
| | | **Subtotal/Average Rate** | **$ 800.00** | **29.00** | **$** | **23,200.00** |
| | | | | | | |
| Kelvin Wen | Managing Director | Withit accounting accordance with escrow | $ 550 | 19.50 | $ | 10,725 |
| | | Withit interco schedules missing inv-customs | 550 | 5.50 | | 3,025 |
| | | Closing estate books YE 12-31-25 | 550 | 16.00 | | 8,800 |
| | | Estate Cash Management | 550 | 2.00 | | 1,100 |
| | | Meetings | 550 | 3.00 | | 1,650 |
| | | MOR Operating and Other Reports | 550 | 7.50 | | 4,125 |
| | | Estate Cash | 550 | 2.00 | | 1,100 |
| | | **Subtotal/Average Rate** | **$ 550.00** | **55.5** | **$** | **30,525.00** |
| | | | | | | |
| Robin Boby | Senior Financial Analyst | Closing EGC estate books Y/E | $ 375.00 | 18.00 | $ | 6,750 |
| | | Weekly Operations | 375.00 | 4.50 | | 1,688 |
| | | Meetings | 375.00 | 3.00 | | 1,125 |
| | | MOR Operating and Other Reports | 375.00 | 3.50 | | 1,313 |
| | | Banking | 375.00 | 1.00 | | 375 |
| | | **Subtotal/Average Rate** | **$ 350.00** | **30.0** | **$** | **11,250.00** |
| | | | | | | |
| Ben Haggerty | Financial Analyst | Closing EGC estate books Y/E | $ 250.00 | 12.00 | $ | 3,000.00 |
| | | | **$ 250.00** | **12.00** | **$** | **3,000.00** |
| | | | | | | |
| **Total** | | **Total / Average Rate** | **$ 531.20** | **126.50** | | **67,975.00** |

**Time Entries by Professional**

**Service Period**      **May 1 2026-May 31, 2026**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Gary Herwitz | Managing Partner, CRO | Customs reclamation Withit | $ | 800 | $ | 8.00 | $ | 6,400.00 |
| | | Creditor dispute WHP | | 800 | | 1.50 | | 1,200.0 |
| | | Creditors committee requests | | 800 | | 3.50 | | 2,800.0 |
| | | Miscellaneous | | 800 | | 1.00 | | 800.0 |
| | | Reporting | | 800 | | 2.00 | | 1,600.0 |
| | | **Subtotal/Average Rate** | | **$ 800.00** | | **16.00** | **$** | **12,800.00** |
| | | | | | | | | |
| Kelvin Wen | Managing Director | Withit accounting accordance with escrow | $ | 550 | | 2.50 | $ | 1,375.00 |
| | | Closing estate books YE 12-31-25 | | 550 | | 12.00 | | 6,600.0 |
| | | Creditors committee requests | | 550 | | 3.50 | | 1,925.0 |
| | | Meetings | | 550 | | 3.00 | | 1,650.0 |
| | | MOR Operating and Other Reports | | 550 | | 3.00 | | 1,650.0 |
| | | Estate Cash | | 550 | | 2.00 | | 1,100.0 |
| | | **Subtotal/Average Rate** | | **$ 550.00** | **$** | **26.00** | **$** | **14,300.00** |
| | | | | | | | | |
| Robin Boby | Senior Financial Analyst | MOR Operating and Other Reports | $ 375.00 | | | 4.50 | | 1,687.5 |
| | | Closing estate books YE 12-31-25 | 375.00 | | | 2.00 | | 750.0 |
| | | Banking | 375.00 | | | 1.00 | | 375.0 |
| | | **Subtotal/Average Rate** | **$ 350.00** | | **$** | **7.50** | **$** | **2,812.50** |
| | | | | | | | | |
| **Total** | | **Total / Average Rate** | | **$ 531.20** | | **49.50** | | **29,912.50** |

**Fee Requests by Period**

| Period | Hours | Amount |
|---|---|---|
| December 2025 | 478.00 | $ 223,800.00 |
| January 2026 | 485.50 | 222,850.00 |
| February 2026 | 540.50 | 278,550.00 |
| March 2026 | 433.50 | 230,275.00 |
| April 2026 | 126.50 | 67,975.00 |
| May 2026 | 49.50 | 29,912.50 |
| Total | **2,113.50** | **$ 1,053,362.50** |

* Many of the services provided by CoMetrics or SAX relating to the period February 13, 2026 or later were directly or indirectly for the benefit of the buyer of the debtor's asset sales and were, thus, reimbursed to the estate by the buyer.

**Time Entries**

**April 1 2026-April 30, 2026**

| Date | Name | Title | Categories | Rate | Hours | Amount | Comments |
|------|------|-------|-----------|------|-------|--------|----------|
| 4/2/2026 | Gary Herwitz | Partner, CRO | Withit compliance tax return | 800 | 2.50 | 2,000.00 | Escrow requirement |
| 4/3/2026 | Gary Herwitz | Partner, CRO | CFO retention contract | 800 | 2.00 | 1,600.00 | Through August |
| 4/6/2026 | Gary Herwitz | Partner, CRO | Withit compliance tax return | 800 | 3.00 | 2,400.00 | Escrow requirement |
| 4/7/2026 | Gary Herwitz | Partner, CRO | Infor issue | 800 | 1.50 | 1,200.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |
| 4/9/2026 | Gary Herwitz | Partner, CRO | Meetings internal closing book | 800 | 2.00 | 1,600.00 | Escrow requirement |
| 4/15/2026 | Gary Herwitz | Partner, CRO | Estate books closing | 800 | 3.50 | 2,800.00 | YE |
| 4/16/2026 | Gary Herwitz | Partner, CRO | Manage TSA collection | 800 | 1.50 | 1,200.00 | AX reconcile |
| 4/17/2026 | Gary Herwitz | Partner, CRO | MOR | 800 | 2.00 | 1,600.00 | BBC opening AR |
| 4/20/2026 | Gary Herwitz | Partner, CRO | WHP audit claim | 800 | 1.50 | 1,200.00 | Over-see IT-Warehouse- Ops -interface with AX -invoicing |
| 4/21/2026 | Gary Herwitz | Partner, CRO | Withit compliance | 800 | 2.00 | 1,600.00 | CPA tax return |
| 4/24/2026 | Gary Herwitz | Partner, CRO | Estate books closing | 800 | 3.50 | 2,800.00 | CPA tax return |
| 4/28/2026 | Gary Herwitz | Partner, CRO | Withit inventory trace | 800 | 2.50 | 2,000.00 | missing inventory |
| 4/29/2026 | Gary Herwitz | Partner, CRO | wire issue | 800 | 1.50 | 1,200.00 | Payees AX |
| | | | | | | | |
| 4/1/2026 | Kelvin Wen | Partner | closing Withit Y/E books | 550 | 2.00 | 1,100.00 | Escrow requirement |
| 4/2/2026 | Kelvin Wen | Partner | Withit inventory issue | 550 | 3.00 | 1,650.00 | Escrow requirement |
| 4/3/2026 | Kelvin Wen | Partner | AR reconcile -AX issue chargebacks | 550 | 4.50 | 2,475.00 | Estate |
| 4/7/2026 | Kelvin Wen | Partner | Estate Bank reconciliations | 550 | 2.00 | 1,100.00 | Estate |
| 4/9/2026 | Kelvin Wen | Partner | Meeting Gary closing books | 550 | 2.00 | 1,100.00 | YE tax closing |
| 4/10/2026 | Kelvin Wen | Partner | closing Withit Y/E books | 550 | 4.50 | 2,475.00 | Escrow requirement |
| 4/13/2026 | Kelvin Wen | Partner | closing Withit Y/E books | 550 | 5.00 | 2,750.00 | Escrow requirement |
| 4/15/2026 | Kelvin Wen | Partner | Withit customs entries schedule | 550 | 4.50 | 2,475.00 | final schedule |
| 4/17/2026 | Kelvin Wen | Partner | closing Withit Y/E books | 550 | 3.00 | 1,650.00 | Escrow requirement |
| 4/23/2026 | Kelvin Wen | Partner | MOR | 550 | 3.00 | 1,650.00 | Estate |
| 4/24/2026 | Kelvin Wen | Partner | MOR | 550 | 4.00 | 2,200.00 | Estate |
| 4/27/2026 | Kelvin Wen | Partner | EGC closing FS Y/E | 550 | 10.00 | 5,500.00 | YE tax closing |
| 4/28/2026 | Kelvin Wen | Partner | EGC closing FS Y/E | 550 | 8.00 | 4,400.00 | YE tax closing |
| | | | | | | | |
| 4/1/2026 | Robin Boby | Senior Financial Analyst | Weekly | 375 | 1.00 | 375.00 | weekly |
| 4/7/2026 | Robin Boby | Senior Financial Analyst | Weekly | 375 | 1.00 | 375.00 | weekly |
| 4/8/2026 | Robin Boby | Senior Financial Analyst | Weekly | 375 | 1.00 | 375.00 | weekly |
| 4/9/2026 | Robin Boby | Senior Financial Analyst | Meeting Gary closing | 375 | 2.00 | 750.00 | Meetings |
| 4/11/2026 | Robin Boby | Senior Financial Analyst | Weekly | 375 | 1.00 | 375.00 | weekly |
| 4/23/2026 | Robin Boby | Senior Financial Analyst | Closing books YE FS | 375 | 8.00 | 3,000.00 | EGC closing books |
| 4/24/2026 | Robin Boby | Senior Financial Analyst | Financial statements closings and preparations | 375 | 8.00 | 3,000.00 | EGC closing books |
| 4/25/2026 | Robin Boby | Senior Financial Analyst | Financial statements closings and preparations | 375 | 8.00 | 3,000.00 | EGC closing books |
| | | | | | | | |
| 4/23/2026 | Ben Haggerty | Financial Analyst | Financial statements closings and preparations | 250 | 4.00 | 1,000.00 | EGC closing books |
| 4/24/2026 | Ben Haggerty | Financial Analyst | Financial statements closings and preparations | 250 | 3.50 | 875.00 | EGC closing books |
| 4/25/2026 | Ben Haggerty | Financial Analyst | Financial statements closings and preparations | 250 | 4.50 | 1,125.00 | EGC closing books |
| | | | | | 126.50 | 67,975.00 | |

**Time Entries**

**May 1 2026-May 31, 2026**

| Date | Name | Title | Categories | Rate | Hours | Amount | Comments |
|---|---|---|---|---|---|---|---|
| 5/7/2026 | Gary Herwitz | **Partner, CRO** | Customs meeting | **800** | **3.00** | **2,400.00** | Customs claims bifurcation Phase One |
| 5/8/2026 | Gary Herwitz | **Partner, CRO** | Customs plan Matt Gluck | **800** | **3.50** | **2,800.00** | Customs claims bifurcation Phase One |
| 5/12/2026 | Gary Herwitz | Partner, CRO | Customs plan entries | 800 | 1.50 | 1,200.00 | AX reconcile |
| 5/22/2026 | Gary Herwitz | Partner, CRO | WHP dispute | 800 | 1.50 | 1,200.00 | Calls re audit |
| 5/27/2026 | Gary Herwitz | Partner, CRO | Customs plan Matt Gluck | 800 | 2.00 | 1,600.00 | Customs claims bifurcation Phase One |
| 5/27/2026 | Gary Herwitz | Partner, CRO | Meeting system Creditors request | 800 | 2.00 | 1,600.00 | Meetings preference data |
| 5/28/2026 | Gary Herwitz | Partner, CRO | Meeting system Creditors request | 800 | 1.50 | 1,200.00 | Meetings preference data |
| 5/29/2026 | Gary Herwitz | Partner, CRO | Cash plan | 800 | 1.00 | 800.00 | Bank balances prof fees |
| 5/13/2026 | Kelvin Wen | Partner | closing Withit Y/E books | 550 | 4.50 | 2,475.00 | Escrow requirement |
| 5/14/2026 | Kelvin Wen | Partner | EGC closing FS Y/E | 550 | 3.00 | 1,650.00 | Estate YE closing |
| 5/20/2026 | Kelvin Wen | Partner | EGC closing FS Y/E | 550 | 4.00 | 2,200.00 | Estate YE closing |
| 5/22/2026 | Kelvin Wen | Partner | EGC closing FS Y/E | 550 | 7.00 | 3,850.00 | Estate YE closing |
| 5/27/2026 | Kelvin Wen | Partner | Meeting system Creditors request | 550 | 2.00 | 1,100.00 | Preference action data |
| 5/29/2026 | Kelvin Wen | Partner | Infor meeting creditors request | 550 | 1.50 | 825.00 | Preference action data |
| 5/29/2026 | Kelvin Wen | Partner | MOR | 550 | 4.00 | 2,200.00 | Court reporting |
| 5/4/2026 | Robin Boby | Senior Financial Analyst | Court reporting | 375 | 3.50 | 1,312.50 | MOR |
| 5/14/2026 | Robin Boby | Senior Financial Analyst | Court reporting | 375 | 2.00 | 750.00 | Weekly |
| 5/20/2026 | Robin Boby | Senior Financial Analyst | Estate YE closing | 375 | 2.00 | 750.00 | FS |
| | | | | | 49.50 | 29,912.50 | |