Julie Dyas Goldberg, Esq.                                    **Hearing Date: 7/13/26 2:00 p.m.**
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964

*Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

                                                             Chapter 11 Case
**E. GLUCK CORPORATION,**                                    Case No. 25-12683 (MG)

                              Debtor.
-------------------------------------------------------------x

## NOTICE REGARDING EXHIBIT TO PLAN SUPPLEMENT

   **PLEASE TAKE NOTICE** that a hearing on the Combined Disclosure Statement and Joint Liquidating Plan of E. Gluck Corporation (the "Combined Plan and Disclosure Statement" or the "Plan," Docket No. 122)[1] will be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), on July 13, 2026, at 2:00 p.m., prevailing Eastern Time (the "Hearing").

   **PLEASE TAKE FURTHER NOTICE** that Article I Section B of the Plan provides that the Debtor shall provide a Schedule of Assumed Executory Contracts and Unexpired Leases as part of the Plan Supplement.

   **PLEASE TAKE FURTHER NOTICE** the Debtor does not currently propose to assume or assume and assign any executory contracts or unexpired leases in addition to those that have already been approved by the Bankruptcy Court in connection with the sales that have taken place pursuant to 11 U.S.C. § 363.  To the extent the Debtor seeks to assume or assume and assign additional executory contracts or unexpired leases prior to or in connection with the Hearing, the relief requested will be separately noticed pursuant to Section 365 of the Bankruptcy Code and applicable Local Rules.

New York, New York
Dated: January 28, 2026

                                              */s/ Julie Dyas Goldberg, Esq.*
                                              Julie Dyas Goldberg, Esq.
                                              **HALPERIN BATTAGLIA BENZIJA, LLP**
                                              40 Wall Street, 37th Floor
                                              New York, NY 10005
                                              Telephone: (212) 765-9100

                                              *Counsel to the Debtor*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan.