Alan D. Halperin, Esq.
Julie Dyas Goldberg, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964

*Counsel to the Debtor and Debtor in Possession*

**Hearing Date: 7/13/26 2:00 p.m.**
**Objection Deadline: 7/3/26 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:

**E. GLUCK CORPORATION,**

                                Debtor.

---------------------------------------------------------------x

Chapter 11 Case
Case No. 25-12683 (MG)

### AMENDED NOTICE OF HEARING ON FINAL APPROVAL OF THE DISCLOSURES IN THE COMBINED PLAN AND DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN

        **PLEASE TAKE NOTICE** that a hearing on the final approval of the disclosures made in the Joint Plan and Disclosure Statement (the "Plan") and confirmation of the Plan will be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, on **July 13, 2026, at 2:00 p.m., prevailing Eastern Time** (the "Hearing").

        **PLEASE TAKE FURTHER NOTICE** that *the Hearing will take place via Zoom for Government*.[1] Parties wishing to appear remotely at the Hearing must make an electronic appearance (an "eCourtAppearance") through the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern time) on July 10, 2026. More information on how to make an eCourtAppearance and the link to do so can be found at https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. Pursuant to Rule 5073-2 of the Local Rules of the Bankruptcy Court for the Southern District of New York, access by parties, parties in interest and the public to proceedings before the Court will be governed by the revised policy, effective September 22, 2023, of the Judicial Conference of the United States, which provides that "a judge presiding over a civil or bankruptcy non-trial proceeding may, in the judge's discretion, authorize live remote public audio access to any portion of that proceeding in which a witness is not testifying."

---

[1] The Hearing had been previously noticed as hybrid (in-person and on Zoom for Government) and will now be held solely via Zoom for Government.

{00359592.1 / 1539-002 }

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan and related documents can be viewed and/or obtained by accessing the Court's website at www.nysb.uscourts.gov or by contacting counsel for the Debtor at the address above or by email at jgoldberg@halperinlaw.net. Note that a PACER password is needed to access documents on the Court's website.

New York, New York
Dated: July 7, 2026

*/s/ Julie Dyas Goldberg, Esq.*
Alan D. Halperin, Esq.
Julie Dyas Goldberg, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964

*Counsel to the Debtor and Debtor in Possession*

{00359592.1 / 1539-002 }

2