**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

– – – – – – – – – – – – – – – – – – – – – – – – – – – –X

In re                                     : Chapter 11

E. GLUCK CORPORATION,             : Case No.: 25-12683 (MG)

            Debtor.                   :

– – – – – – – – – – – – – – – – – – – – – – – – – – – –X

**STIPULATION AND AGREED ORDER ASSUMING**
**INFOR (US), LLC AGREEMENT AND ASSIGNING TO BUYER**

E. Gluck Corporation (the "Debtor"), E. Gluck Holdings, LLC ("Buyer") and Infor (US), LLC ("Provider"), hereby stipulate to the assumption of that certain Software as a Service Agreement dated on or about June 8, 2022 by and among the Debtor and Provider (the "Agreement") and assignment of the Agreement to the Buyer on the terms agreed to herein.

**RECITALS**

WHEREAS, on December 1, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for bankruptcy relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court");

WHEREAS, prior to the Petition Date, the Debtor and the Provider were parties to the Agreement whereby the Provider provided certain software and information technology to the Debtor;

WHEREAS, the Debtor sold substantially all of its non-WITHit business to the Buyer pursuant to § 363 of the Bankruptcy Code in the course of the Debtor's chapter 11 case (the "Sale") and the Sale closed on February 13, 2026 (the "Closing Date");

WHEREAS, on February 25, 2026, the Debtor filed its First Omnibus Motion to Reject Certain Executory Contracts and Unexpired Leases (the "Rejection Motion," Docket No. 102),

which was granted by Order of the Bankruptcy Court on March 31, 2026 (the "Rejection Order," Docket No. 120);

WHEREAS, the Agreement was initially listed as a contract to be rejected under the Rejection Motion, but was not submitted for rejection as part of the Rejection Order as the parties were negotiating a consensual resolution of the Agreement;

WHEREAS, the parties now wish for the Debtor to assume the Agreement and assign the Agreement to the Buyer;

WHEREAS, the Provider is owed a cure amount of $1330.56 under the Agreement with respect to services provided prior to the Petition Date (the "Outstanding Pre-Petition Amount").

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON COURT APPROVAL, IT IS HEREBY ORDERED THAT**:

1.      The foregoing recitals are incorporated herein by reference as though set forth at length.

2.      The Agreement is hereby assumed by the Debtor and assigned to the Buyer.

3.      Promptly upon entry of the "So Ordered" notation on this Stipulation, the Buyer shall remit the Outstanding Pre-Petition Amount to the Provider.  Once remitted, the Provider shall have no other claims against the Debtor or its estate.

4.      This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.  A signature transmitted by facsimile or other electronic copy shall be deemed an original signature for purposes of this Stipulation.

5.      This Stipulation shall be binding upon and inure to the benefit of the parties and each of their successors, assigns, trustees, estates and predecessors in interest.

6.      The undersigned are duly authorized and empowered to execute this Stipulation.

**IN WITNESS WHEREOF**, the undersigned have made and entered into this Stipulation as of the day and year stated below.

Dated: July 10, 2026

_/s/_

**HALPERIN BATTAGLIA BENZIJA, LLP**
Julie Dyas Goldberg, Esq.
40 Wall Street, 37th Floor
New York, New York 10005
Telephone: (917) 442-0354
Email: jgoldberg@halperinlaw.net

_Counsel for the Debtor_

**E. GLUCK HOLDINGS LLC**
        as Buyer

_/s/ Ouni Mamrout_

Name: Ouni Mamrout

Title: CEO

_/s/ Gregory Plotko_

**BARNES & THORNBURG LLP**
Gregory G. Plotko, Esq.
390 Madison Avenue, 12th Floor
New York, NY 10017-2509
Tel: (646) 746-2406
Email: gplotko@btlaw.com

Attorneys for Infor (US), LLC

**SO ORDERED**, this 14 day of July, 2026.

_____**/s/Martin Glenn**_____
HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

3