**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                                          :
                                                                                    :                    Chapter 11
E. GLUCK CORPORATION,                                       :
                                                                                    :                    Case No. 25-12683 (MG)
                                                   Debtor.             :
-----------------------------------------------------------x

**SIXTH MONTHLY STAFFING AND COMPENSATION REPORT OF SAX ADVISORS,
LLC, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES FOR SERVICES RENDERED TO THE DEBTOR
FROM JUNE 1, 2026 THROUGH JULY 31, 2026**

| | |
|---|---|
| Name of Applicant: | SAX Advisors, LLC ("SAX")[1] |
| Authorized to Provide Professional Services to: | The debtor and debtor-in-possession ("Debtor") |
| Date of Retention: | January 27, 2026 *nunc pro tunc* to December 1, 2025 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2026 through July 31, 2026 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | **$59,400.00** |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$59,400.00** |

SAX, as for its sixth monthly staffing and compensation report (the "Staffing Report")

for the period June 1, 2026 through July 31, 2026 (the "Fee Period") filed pursuant to the terms

of the CoMetrics retention order (Docket No. 81) and the SAX retention order (Docket

No. 125, together, the "Retention Order"), respectfully states as follows: SAX requests

(a) allowance of compensation in the amount of $59,400.00 for actual, reasonable and

---

[1] SAX Advisors, LLC ("SAX"), together with certain of its affiliates, purchased certain business assets of CoMetrics Partners during the month of March 2026.  This Staffing Report covers May and June 2026 due to the final integration of the CoMetrics and SAX accounts.  Future staffing reports will be made monthly.
{00360557.1 / 1539-002 }

necessary professional services rendered to the Debtor by SAX. No actual, reasonable and necessary costs or expenses were incurred by SAX during the Fee Period.

### Services Rendered and Disbursements Incurred

Attached is a schedule of professionals rendering services to the Debtor during the Fee Period, including each person's billing rate and the blended rate. Further, attached is a schedule of fees expended during the Fee Period by task code, as well as monthly detailed time descriptions for the Fee Period which outline the time spent by each SAX professional.

The scope of services performed by SAX are set forth in the Engagement Letter and including having Mr. Gary Herwitz lead the Chief Restructuring Officer ("CRO") engagement supported by additional personnel. During the Fee Period, Mr. Herwitz and team have provided interim management and advisory assistance to the Debtor consistent with the Scope of Services, which is set forth below:

a) Providing Mr. Herwitz in the role of CRO to the Debtor; requirements of the Court and assisting in such other matters as management or counsel to the Debtor may request from time to time;

b) Managing all aspects of the Transition Services Agreement with Stalking Horse Buyer and WITHit from the APA and MUPA Closings.

c) Developing and monitoring rolling cash flows and weekly variance analysis;

d) Leading, monitoring and tracking the initiatives in accordance with the restructuring goals;

e) Conducting a comprehensive review of the company's financial position, operations, and organizational structure;

f) Supervising the Company's accounting department;

{00360557.1 / 1539-002 }

g) Providing on-site accounting and operations support;

h) Continuing to assess certain system processes and procedures;

i) Assisting in the development and execution of a communication plan to ensure transparency and stakeholder engagement throughout the restructuring process and chapter 11 proceedings;

j) Assisting the Company and its other advisors in connection with evaluation, negotiation, and consummation of any sale /investment transaction;

k) Preparing all financial analysis as requested by outside professionals; and

l) Such other matters as may be mutually agreed between the Company and SAX.

### Notice and Objection Procedures

SAX provides notice of this Fee Statement to: (a) the Bankruptcy Court; (b) Counsel for the Debtor; (c) the U.S. Trustee; and (d) Counsel for the Official Committee of Unsecured Creditors, (collectively, the "Fee Notice Parties").

In accordance with the Retention Order, parties in interest shall have ten (10) days after the Staffing Report is filed with the Court to object. In the event an objection is raised and not consensually resolved, the portion of the Staffing Report objected to shall be subject to review by the Bankruptcy Court.  No payments shall be made to SAX until the objection period has passed, and in the event an objection is raised, no payment shall be made to SAX on account of the portion of the Staffing Report objected to until such objection is resolved.

Wherefore, pursuant to the Retention Order, and pending the expiration of the objection deadlines, if no objections to the Staffing Report are received by SAX respectfully requests allowance of $59,400 for its fees for services rendered during the Fee Period.

Date: August 10, 2026                    SAX Advisors, LLC


                                         By  /s/ Gary Herwitz
                                             Gary Herwitz
                                             Managing Partner
                                             1411 Broadway, 8th Floor
                                             New York, NY 10018
                                             212-381-0871

**JUNE**

| Categories | Hours | Average Rate | Amount |
|---|---|---|---|
| **Fee Apps** | 3.00 | 800.00 | $ 2,400.00 |
| Meetings planning | 5.50 | 636.36 | 3,500.00 |
| Licensor issues disputes reconcile other issues | 4.50 | 800.00 | 3,600.00 |
| Withit compliance Escrows-tax returns-reconciliations | 6.50 | 707.69 | 4,600.00 |
| Customs allocation EGC-Withit | 4.00 | 550.00 | 2,200.00 |
| MOR | 7.50 | 560.00 | 4,200.00 |
| Weekly Operations | 2.00 | 375.00 | 750.00 |
| E Gluck Corporation - Estate reporting | 2.00 | 631.25 | 1,262.50 |
| Closing EGC books YE 2025 | 20.50 | 475.61 | 9,750.00 |
| Total | **55.50** | **581.31** | **32,262.50** |

| Service Period | JUNE | | | | |
|---|---|---|---|---|---|
| **Name** | **Title** | **Task Category** | **Rate** | **Hours** | **Amount** |
| Gary Herwitz | Managing Partner, CRO | Customs reclamation issues | $ 800 | $ 2.00 | $ 1,600 |
| | | Issue and disputes reconciliations | 800 | 4.00 | 3,200 |
| | | Creditors committee requests | 800 | 3.00 | 2,400 |
| | | Fee Apps | 800 | 3.00 | 2,400 |
| | | Miscellaneous | 800 | 1.00 | 800 |
| | | Reporting | 800 | 2.00 | 1,600 |
| | | **Subtotal/Average Rate** | **$ 800.00** | **15.00** | **$ 12,000** |
| Kelvin Wen | Managing Director | Withit accounting accordance with escrow | $ 550 | 7.50 | $ 4,125 |
| | | Closing estate books YE 12-31-25 | 550 | 7.50 | $ 4,125 |
| | | Creditors committee requests | 550 | 5.50 | $ 3,025 |
| | | Meetings | 550 | 3.50 | $ 1,925 |
| | | MOR Operating and Other Reports | 550 | 3.00 | $ 1,650 |
| | | Estate Cash | 550 | 2.00 | $ 1,100 |
| | | **Subtotal/Average Rate** | **$ 550.00** | **29.0** | **$ 15,950** |
| Robin Boby | Senior Financial Analyst | MOR Operating and Other Reports | $ 375.00 | 4.50 | $ 1,687.50 |
| | | Closing estate books YE 12-31-25 | 375.00 | 4.50 | 1,687.5 |
| | | Banking | 375.00 | 2.50 | 937.5 |
| | | **Subtotal/Average Rate** | **$ 375.00** | **11.50** | **$ 4,312.50** |
| **Total** | | **Total / Average Rate** | **$ 531.20** | **55.50** | **32,262.50** |

|  | JUNE |  |  |  |  |  |
|---|---|---|---|---|---|---|
| **Date** | **Name** | **Title** | **Categories** | **Rate** | **Hours** | **Amount** |
| 6/2/2026 | Gary Herwitz | **Partner, CRO** | Lookback on TSA fee and reimbursemnt | 800 | 1.5 | 1,200.00 |
| 6/3/2026 | Gary Herwitz | **Partner, CRO** | AX reconciliation-tariff refund split | 800 | 2 | 1,600.00 |
| 6/5/2026 | Gary Herwitz | Partner, CRO | Call w WHP | 800 | 1 | 800.00 |
| 6/9/2026 | Gary Herwitz | Partner, CRO | Analysis for WHP | 800 | 1 | 800.00 |
| 6/10/2026 | Gary Herwitz | Partner, CRO | Bankruptcy - Fees Apps April | 800 | 1.5 | 1,200.00 |
| 6/11/2026 | Gary Herwitz | Partner, CRO | Bankruptcy - Pref Analysis System | 800 | 1 | 800.00 |
| 6/12/2026 | Gary Herwitz | Partner, CRO | Bankrupcty - Pref Analysis System | 800 | 1 | 800.00 |
| 6/18/2026 | Gary Herwitz | Partner, CRO | Gluck Bankruptcy - Pref action analysis | 800 | 1 | 800.00 |
| 6/19/2026 | Gary Herwitz | Partner, CRO | Gluck Bankruptcy - Pref analysis action | 800 | 1 | 800.00 |
| 6/22/2026 | Gary Herwitz | Partner, CRO | E Gluck Bankruptcy - Fee Apps May | 800 | 1.5 | 1,200.00 |
| 6/23/2026 | Gary Herwitz | Partner, CRO | WITHit w Kelvin on post import due | 800 | 1.5 | 1,200.00 |
| 6/23/2027 | Gary Herwitz | Partner, CRO | Adelsberg fee | 800 | 1 | 800.00 |
|  |  |  |  |  |  |  |
| 6/1/2026 | Kelvin Wen | Partner | Estate - 12.31.25 FS | 550 | 1 | 550.00 |
| 6/2/2026 | Kelvin Wen | Partner | Estate - 12.31.25 FS | 550 | 2 | 1,100.00 |
| 6/4/2026 | Kelvin Wen | Partner | Meeting with Julie on WITHIT | 550 | 1 | 550.00 |
| 6/10/2026 | Kelvin Wen | Partner | Estate - 12.31.25 FS | 550 | 2 | 1,100.00 |
| 6/11/2026 | Kelvin Wen | Partner | Estate - 12.31.25 FS | 550 | 2 | 1,100.00 |
| 6/16/2026 | Kelvin Wen | Partner | Estate - Worked on Credit Committee's request on preference analysis | 550 | 2 | 1,100.00 |
| 6/22/2026 | Kelvin Wen | Partner | ESTATE - MOR | 550 | 2 | 1,100.00 |
| 6/22/2027 | Kelvin Wen | Partner | WITHit w Gary | 550 | 1.5 | 825.00 |
| 6/24/2026 | Kelvin Wen | Partner | ESTATE - WTH request | 550 | 2 | 1,100.00 |
| 6/25/2026 | Kelvin Wen | Partner | Estate - WTH Request | 550 | 2.5 | 1,375.00 |
| 6/25/2026 | Kelvin Wen | Partner | Estate - 12.31.25 FS | 550 | 2 | 1,100.00 |
| 6/26/2026 | Kelvin Wen | Partner | Estate - WTH Follow Up Request | 550 | 1 | 550.00 |
| 6/26/2026 | Kelvin Wen | Partner | ESTAE 12.31.25 FS | 550 | 3 | 1,650.00 |
| 6/29/2026 | Kelvin Wen | Partner | Cash flow ending balance | 550 | 1 | 550.00 |
| 6/29/2026 | Kelvin Wen | Partner | Estate - FS | 550 | 3 | 1,650.00 |
| 6/30/2026 | Kelvin Wen | Partner | Withit questions | 550 | 1 | 550.00 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| 5/4/2026 | Robin Boby | Senior Financial Analyst | Estate - Cash Roll (MOR) | 375 | 1 | 375.00 |
| 5/14/2026 | Robin Boby | Senior Financial Analyst | EGH - AMZ AR: new vs estate | 375 | 2 | 750.00 |
| 5/20/2026 | Robin Boby | Senior Financial Analyst | EGH - AMZ AR: new vs estate | 375 | 1.5 | 562.50 |
| 5/21/2026 | Robin Boby | Senior Financial Analyst | EGH - forecast tracker update | 375 | 1.5 | 562.50 |
| 5/22/2026 | Robin Boby | Senior Financial Analyst | Estate - June MOR preparation: cash | 375 | 2.5 | 937.50 |
| 5/23/2026 | Robin Boby | Senior Financial Analyst | Estate - June MOR preparation: cash | 375 | 1 | 375.00 |
| 5/24/2026 | Robin Boby | Senior Financial Analyst | Estate - 12.31.25 books close, checked the JE posted by the client | 375 | 1 | 375.00 |
| 5/25/2026 | Robin Boby | Senior Financial Analyst | Estate - Bank Account Cash Roll Fwd - complete & transition to Ben H | 375 | 1 | 375.00 |
|  |  |  |  |  |  |  |
|  |  |  |  | 581.31 | 55.50 | 32,262.50 |

| July | | Hours | Average Rate | Amount |
|---|---|---|---|---|
| Categories | | | | |
| Meetings planning | | 3.50 | 771.43 | 2,700.00 |
| Licensor issues disputes reconcile | | 2.00 | 800.00 | 1,600.00 |
| Withit compliance Escrows--reconciliations-meetings | | 6.00 | 595.83 | 3,575.00 |
| Customs allocation EGC-Withit | | 2.00 | 800.00 | 1,600.00 |
| MOR | | 6.50 | 425.00 | 2,762.50 |
| Weekly Operations | | 1.00 | 375.00 | 375.00 |
| E Gluck Corporation - Estate reporting | | 3.00 | 491.67 | 1,475.00 |
| Closing EGC books YE 2025 | | 24.00 | 543.75 | 13,050.00 |
| | | | | |
| | | | | |
| Total | | 48.00 | 565.36 | 27,137.50 |
| | | | | |

| Service Period | April 1 2026-April 30, 2026 | | | | |
|---|---|---|---|---|---|
| | | | | | |
| July | | | | | |
| Name | Title | Task Category | Rate | Hours | Amount |
| Gary Herwitz | Managing Partner, CRO | Withit | $  800 | $  4.00 | $  3,200.00 |
| | | Creditors committee requests | 800 | 2.00 | 1,600.00 |
| | | Books close | 800 | 1.00 | 800.00 |
| | | MOR | 800 | 1.00 | 800.00 |
| | | Dispures | 800 | 2.00 | 1,600.00 |
| | | Reporting | 800 | 1.00 | 800.00 |
| | | Subtotal/Average Rate | $ 800.00 | 11.00 | $  8,800.00 |
| | | | | | |
| Kelvin Wen | Managing Director | Closing estate books YE 12-31-25 | $  550 | 17.00 | 9,350.00 |
| | | Withit | 550 | 2.00 | 1,100.00 |
| | | Meetings | 550 | 1.00 | 550.00 |
| | | MOR Operating and Other Reports | 550 | 3.50 | 1,925.00 |
| | | Estate Cash | 550 | 2.00 | 1,100.00 |
| | | Subtotal/Average Rate | $ 550.00 | 25.5 | $ 14,025.00 |
| | | | | | |
| | | | | | |
| Robin Boby | Senior Financial Analyst | Closing EGC estate books Y/E | $ 375.00 | 7.00 | 2,625.00 |
| | | Weekly Operations | 375.00 | 1.00 | 375.00 |
| | | Meetings | 375.00 | 1.50 | 562.50 |
| | | MOR Operating and Other Reports | 375.00 | 2.00 | 750.00 |
| | | | 375.00 | 11.50 | 4,312.50 |
| | | | | | |
| | | | 565.36 | 48.00 | 27,137.50 |
| | | | | | |

|  | | July | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Name | Title | Categories | Rate | | Hour | Amount | |
| 7/16/2026 | Gary Herwitz | Partner, CRO | E Gluck - Julie Discussion | $800.00 | | 1 | 800.00 | |
| 7/17/2026 | Gary Herwitz | Partner, CRO | MOR | $800.00 | | 1 | 800.00 | |
| 7/18/2026 | Gary Herwitz | Partner, CRO | Books Close Brian | $800.00 | | 1 | 800.00 | |
| 7/22/2026 | Gary Herwitz | Partner, CRO | WHP response Effy | $800.00 | | 1.5 | 1,200.00 | |
| 7/24/2026 | Gary Herwitz | Partner, CRO | E Gluck Halpern committee | $800.00 | | 1 | 800.00 | |
| 7/27/2026 | Gary Herwitz | Partner, CRO | E Gluck Bankrupcty Withit | $800.00 | | 1 | 800.00 | |
| 7/29/2026 | Gary Herwitz | Partner, CRO | E Gluck Bankrupcty Withit | $800.00 | | 1 | 800.00 | |
| 7/29/2027 | Gary Herwitz | Partner, CRO | Withit Tariff issue | $800.00 | | 1 | 800.00 | |
| 7/31/2026 | Gary Herwitz | Partner, CRO | E Gluck - MOR | $800.00 | | 1 | 800.00 | |
| 7/31/2026 | Gary Herwitz | Partner, CRO | E Gluck - Attorneys | $800.00 | | 1.5 | 1,200.00 | |
|  | | | | | | | | |
|  | | | | | | | | |
| 7/2/2026 | Kelvin Wen | Partner | EGC 12.31.25 FS | $550.00 | | 3 | 1,650.00 | |
| 7/6/2026 | Kelvin Wen | Partner | EGC 12.31.25 FS | $550.00 | | 5 | 2,750.00 | |
| 7/7/2026 | Kelvin Wen | Partner | EGC 12.31.25 FS | $550.00 | | 5 | 2,750.00 | |
| 7/8/2026 | Kelvin Wen | Partner | EGC 12.31.25 FS | $550.00 | | 4 | 2,200.00 | |
| 7/24/2026 | Kelvin Wen | Partner | EGC Estate June MOR | $550.00 | | 1 | 550.00 | |
| 7/24/2026 | Kelvin Wen | Partner | EGC Estate - Meeting with Credit Committee, Halperine | $550.00 | | 1 | 550.00 | |
| 7/28/2026 | Kelvin Wen | Partner | Withit answers | $550.00 | | 2 | 1,100.00 | |
| 7/30/2026 | Kelvin Wen | Partner | EGC Estate June MOR | $550.00 | | 1 | 550.00 | |
| 7/31/2026 | Kelvin Wen | Partner | Estate Meeting with Adelsberg on WTH 2025 FS | $550.00 | | 1 | 550.00 | |
| 7/31/2026 | Kelvin Wen | Partner | EGC Estate June MOR | $550.00 | | 2.5 | 1,375.00 | |
|  | | | | | | | | |
|  | | | | | | | | |
| 7/2/2026 | Robin Boby | Senior Financial Analyst | Estate - Cash Roll (MOR) | $375.00 | | 1 | 375.00 | |
| 7/2/2027 | Robin Boby | Senior Financial Analyst | Estate  system AP | $375.00 | | 1.5 | 562.50 | |
| 7/6/2026 | Robin Boby | Senior Financial Analyst | Estate - 12.31.25 books close, checked the JE posted by | $375.00 | | 2 | 750.00 | |
| 7/9/2026 | Robin Boby | Senior Financial Analyst | Estate - June MOR preparation: cash | $375.00 | | 2 | 750.00 | |
| 7/14/2026 | Robin Boby | Senior Financial Analyst | Estate - 12.31.25 books close, checked the JE posted by | $375.00 | | 2.5 | 937.50 | |
| 7/14/2026 | Robin Boby | Senior Financial Analyst | Estate - Bank Account Cash Roll Fwd - complete & trans | $375.00 | | 2.5 | 937.50 | |
|  | | | | | | | | |
|  | | | | | $565.36 | | 48.00 | **27,137.50** |

### Fee Requests by Period

| Period | Hours | Amount |
|---|---|---|
| December 2025 | 478.00 | $ 223,800.00 |
| January 2026 | 485.50 | 222,850.00 |
| February 2026 | 540.50 | 278,550.00 |
| March 2026 | 433.50 | 230,275.00 |
| April 2026 | 126.50 | 67,975.00 |
| May 2026 | 49.50 | 29,912.50 |
| June 2026 | 55.50 | 32,262.50 |
| July 2026 | 48.00 | 27,137.50 |
| **Total** | **2,217.00** | **$ 1,112,762.50** |

* Many of the services provided by CoMetrics or SAX relating to the period February 13, 2026 through March 31, 2026 (or later) were directly or indirectly for the benefit of the buyer of the debtor's asset sales and were, thus, reimbursed to the estate by the buyer.