Alan D. Halperin, Esq.
Julie Dyas Goldberg, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964

*Counsel to the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

**E. GLUCK CORPORATION,**

Debtor.
-----------------------------------------------------------x

Chapter 11 Case
Case No. 25-12683 (sab)

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE AND RELATED BAR DATES**

**PLEASE TAKE NOTICE THAT** on July 13, 2026, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") confirmed the *Combined Disclosure Statement and Joint Liquidating Plan of E. Gluck Corporation* (the "Plan")[1] [Docket No. 122] by Order entered on July 15, 2026 (the "Confirmation Order") [Docket No. 175].

**PLEASE TAKE FURTHER NOTICE THAT** the Effective Date, as defined in the Plan, occurred on **August 28, 2026**.

**PLEASE TAKE FURTHER NOTICE THAT** except as otherwise provided by the Confirmation Order, the Plan, or a Final Order of the Bankruptcy Court, pursuant to Article VI of the Plan, the deadline for filing a proof of claim based on a claim arising from the rejection of an executory contract is thirty (30) days after the Effective Date, *i.e.* **September 28, 2026** (the "Rejection Damage Bar Date"). Any claim based on the rejection of an executory contract will be barred if the proof of claim is not timely filed, unless the Bankruptcy Court orders otherwise.

**PLEASE TAKE FURTHER NOTICE THAT**, except as otherwise provided by the Confirmation Order, the Plan, or a Final Order of the Bankruptcy Court, the deadline for filing requests for payment of Administrative Expense Claims shall be thirty (30) days after the Effective Date, *i.e.* **September 28, 2026** (the "Administrative Expense Bar Date"). Any Administrative

---

1 Capitalized terms used but not otherwise defined herein shall have the meanings given to them in Plan or the Confirmation Order, as applicable.

Expense Claim (other than claims of the U.S. Trustee) will be barred if the request for allowance of such claim is not timely filed, unless the Bankruptcy Court orders otherwise.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Plan, the deadline to file final requests for payment of Professional Fee Claims is forty-five (45) days after the Effective Date, *i.e*. **October 12, 2026** (the "Professional Fee Bar Date"). To the extent not already approved by the Bankruptcy Court, all Professionals must file final requests for payment of Professional Fee Claims no later than the Professional Fee Bar Date to receive final approval of the fees and expenses incurred in the Chapter 11 Case.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan and its provisions are binding on the Debtor, the Liquidating Trust, any holder of a Claim or Equity Interest and such holder's respective successors and assigns, whether or not the Claim or Equity Interest of such holder is impaired under the Plan, and whether or not such holder or entity voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan, the Confirmation Order, and other documents and materials filed in this Chapter 11 Case may be obtained free of charge by emailing jgoldberg@halperinlaw.net (with "E. Gluck Inquiry" in the subject line). You may also obtain copies of any pleadings filed in this Chapter 11 Case for a fee via PACER at: https://www.sdny.uscourts.gov.

Dated: New York, New York
August 28, 2026

HALPERIN BATTAGLIA BENZIJA, LLP
*Counsel to the Debtor and Debtor in Possession*

By: */s/ Julie D. Goldberg*
Alan D. Halperin, Esq.
Julie D. Goldberg, Esq.
40 Wall Street, 37th Floor
New York, NY 10005
(212) 765-9100
ahalperin@halperinlaw.net;
goldberg@halperinlaw.net