# HALPERIN BATTAGLIA BENZIJA, LLP

Julie Dyas Goldberg
Of Counsel
jgoldberg@halperinlaw.net

September 15, 2026

The Honorable Shireen A. Barday
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

Re: *In re E. Gluck Corporation.*, Chapter 11 Case No. 25-12683 (sab)

Dear Judge Barday and Chambers:

This firm is counsel to the above-reference now-post-confirmation Chapter 11 Debtor. Enclosed please find a copy of the Second Interim and Final Fee Application of Halperin Battaglia Benzija, LLP as Counsel to the Debtor for Allowance of Compensation for the Period April 1, 2026 through August 28, 2026, ECF at docket no. 184.

We will file a form of proposed Order [and schedule a hearing with Chambers] once all case professionals have filed their final fee applications. For reference, the plan Effective Date in this case was August 28, 2026 and the Professional Fee Bar Date is October 12, 2026.

If you have any questions concerning any of the enclosed documents, I am available at Chambers' convenience.

Respectfully submitted,

Julie Dyas Goldberg

Encl.

{00361316.1 / 1539-002 }