**Hearing Date (if necessary): October 28, 2026 at 11:00 a.m. (ET)**
**Objection Deadline: October 21, 2026 at 4:00 p.m. (ET)**

**PORZIO, BROMBERG & NEWMAN, P.C.**
1675 Broadway
Suite 1810
New York, NY 10019
(646) 348-6723
Brett S. Moore, Esq. (bsmoore@pbnlaw.com)
Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)
Jenny Zhou, Esq. (admitted *pro hac vice*) (jzhou@pbnlaw.com)

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>E. GLUCK CORPORATION,<br><br>Debtor. | Chapter: 11<br><br>Case No.: 25-12683 (SAB) |

**JOINT NOTICE OF HEARING ON COMBINED SECOND INTERIM AND FINAL FEE APPLICATIONS OF PORZIO, BROMBERG & NEWMAN, P.C., FORESIGHT RESTRUCTURING LLC, AND HALPERIN BATTAGLIA BENZIJA, LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**PLEASE TAKE NOTICE** that the undersigned, Porzio, Bromberg & Newman, P.C., Foresight Restructuring LLC, and Halperin Battaglia Benzija, LLP (collectively, the "Applicants") have each filed with the United States Bankruptcy Court for the Southern District of New York (the "Court") a combined second interim and final fee application for allowance and payment of compensation and reimbursement of expenses (collectively, the "Applications"), as indicated below.

| Applicant | ECF No. | Interim Period | Interim Fees Requested | Interim Expenses Requested | Final Period | Final Fees Requested | Final Expenses Requested |
|---|---|---|---|---|---|---|---|
| Porzio, Bromberg & Newman, P.C. Counsel to the Official Committee of Unsecured Creditors | 189 | Second Interim Period (April 1, 2026 – August 28, 2026) | **$227,872.00**[1] | **$2,291.15** | Final Period (January 14, 2026 through August 28, 2026) | **$427,570.00** | **$2,291.15** |
| Foresight Restructuring LLC Financial Advisor to the Official Committee of Unsecured Creditors | 190 | Second Interim Period (April 1, 2026 – August 28, 2026) | **$ 22,715.00** | **$0** | Final Period (January 14, 2026 through August 28, 2026) | **$74,435.00** | **$280.81** |
| Halperin Battaglia Benzija, LLP, Counsel to the Debtor | 184 | Second Interim Period (April 1, 2026 – August 28, 2026) | **$ 322,342.00** | **$3,313.07** | Final Period (December 1, 2025 through August 28, 2026) | **$856,940.00** | **$7,106.77** |

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Applications, if necessary, will be held on **October 28, 2026 at 11:00 a.m. (ET),** ***via Zoom*** (the "Hearing"), before the Honorable Shireen A. Barday, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408. The Hearing may be adjourned from time to time, without notice to parties in interest, other than the announcement of the adjourned date at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the

[1] The total amount of fees for the period includes an estimate of $3,000 to account for work to be completed in connection with the drafting and filing of this Application and attending the hearing on this Application.

Applications (the "Objections") (i) must be in writing, (ii) shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, (iii) shall be filed with the Bankruptcy Court, and (iv) must be served in a manner so as to be received no later than **October 21, 2026 at 4:00 p.m. (ET)** (the "Objection Deadline") by (a) counsel to the Official Committee of Unsecured Creditors, Porzio, Bromberg & Newman, P.C., 1675 Broadway, Suite 1810, New York, NY 10019, Attn: Robert M. Schechter (RMSchechter@pbnlaw.com), Brett S. Moore (BSMoore@pbnlaw.com) and Jenny Zhou (Jzhou@pbnlaw.com); (b) counsel to the Debtor, Halperin Battaglia Benzija, LLP, Attn: Julie D. Goldberg (jgoldberg@halperinlaw.net) and Alan D. Halperin (ahalperin@halperinlaw.net); (c) counsel for the Office of the United States Trustee for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 534, Attn: Andrea Schwartz (Andrea.B.Schwartz@usdoj.gov); (d) counsel to all post-petition lenders or their agent(s), if applicable; and (e) anyone else designated by the Court.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATIONS ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING**.

Dated: September 28, 2026

**PORZIO, BROMBERG & NEWMAN, P.C.**

*/s/ Robert M. Schechter*
Robert M. Schechter, Esq.
Brett S. Moore, Esq.
Jenny Zhou, Esq.
1675 Broadway, Suite 1810
New York, NY 10019
bsmoore@pbnlaw.com
rmschechter@pbnlaw.com
jzhou@pbnlaw.com

*Counsel to the Official Committee of Unsecured Creditors*