**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>E. GLUCK CORPORATION,<br><br>Debtor. | Chapter: 11<br><br>Case No.: 25-12683 (SAB) |

**ORDER APPROVING STIPULATION AND CONSENT ORDER EXTENDING SUNSTATES SECURITY, LLC'S DEADLINE TO FILE A REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the *Stipulation and Consent Order Extending Sunstates Security, LLC's Deadline to File a Request for Payment of Administrative Expense Claim* (the "Stipulation"), entered into by and between Foresight Restructuring LLC, in its capacity as liquidating trustee (the "Liquidating Trustee") of the Liquidating Trust of E. Gluck Corporation, and Sunstates Security, LLC ("Sunstates"), and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and sufficient notice of the Stipulation having been given; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

**ORDERED** that:

1. The Stipulation, attached hereto as **Exhibit A**, is **APPROVED**.

2. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order.

Dated: New York, New York
[__________], 2026

______________________________
HONORABLE SHIREEN A. BARDAY
UNITED STATES BANKRUPTCY JUDGE