# EXHIBIT A

Stipulation and Consent Order Extending Sunstates Security, LLC's Deadline to File a Request for Payment of Administrative Expense Claim

**PORZIO, BROMBERG & NEWMAN, P.C.**
1675 Broadway
Suite 1810
New York, NY 10019
(646) 348-6723
Brett S. Moore, Esq. (bsmoore@pbnlaw.com)
Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)
Jenny Zhou, Esq. (admitted *pro hac vice*) (jzhou@pbnlaw.com)

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>E. GLUCK CORPORATION,<br><br>Debtor. | Chapter: 11<br><br>Case No.: 25-12683 (SAB) |

**STIPULATION AND CONSENT ORDER EXTENDING SUNSTATES SECURITY, LLC'S DEADLINE TO FILE A REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

This stipulation and consent order (the "Stipulation") is made and entered into as of September 28, 2026 (the "Stipulation Date"), by and between Foresight Restructuring LLC, in its capacity as liquidating trustee (the "Liquidating Trustee") of the Liquidating Trust of E. Gluck Corporation (the "Liquidating Trust"), established by the *Combined Disclosure Statement and Joint Liquidating Plan of E. Gluck Corporation* [Docket No. 122] (the "Plan") in the above-captioned chapter 11 bankruptcy case of E. Gluck Corporation (the "Debtor"), and claimant Sunstates Security, LLC ("Sunstates," and together with the Liquidating Trustee, the "Parties"). The Parties hereby stipulate and agree to extend the deadline for Sunstates to file a request for payment of an Administrative Expense Claim on the terms set forth herein.

**RECITALS**

**WHEREAS**, on December 1, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy

Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court");

**WHEREAS**, on July 13, 2026, the Court confirmed the Plan by order entered on July 15, 2026 (the "Confirmation Order") [Docket No. 175];

**WHEREAS**, on August 28, 2026, the Debtor filed the *Notice of Occurrence of Effective Date and Related Bar Dates* [Docket No. 182] (the "Notice of Effective Date"), which provides that, except as otherwise provided by the Confirmation Order, the Plan, or a Final Order of the Court, the deadline for filing requests for payment of Administrative Expense Claims is thirty (30) days after the Effective Date, i.e., September 28, 2026 (the "Administrative Expense Bar Date");

**WHEREAS,** prior to September 28, 2026, counsel to the parties have exchanged information regarding Sunstates' forthcoming administrative claim;

**WHEREAS**, Sunstates has requested, and the Liquidating Trustee has agreed, to extend the Administrative Expense Bar Date solely as to Sunstates through and including October 5, 2026 at 5:00 p.m. (prevailing Eastern Time) to permit the parties hereto time to further exchange information regarding claims that each asserts against the other and any defenses thereto, and to explore any potential consensual resolution, on the terms set forth herein.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON COURT APPROVAL, IT IS HEREBY ORDERED THAT:**

1. The foregoing recitals are incorporated herein by reference as though set forth at length.

2. The Administrative Expense Bar Date is hereby extended, solely with respect to Sunstates, through and including Monday, October 5, 2026 at 5:00 p.m. (prevailing Eastern Time) (the "Extended Deadline").

3. Nothing in this Stipulation shall extend, modify, or otherwise affect the Administrative Expense Bar Date, the Rejection Damage Bar Date, the Professional Fee Bar Date[1], or any other deadline established under the Plan, the Confirmation Order, or the Notice of Effective Date as to any party other than Sunstates, and all such deadlines shall remain in full force and effect.

4. Nothing in this Stipulation shall constitute or be deemed an admission or concession as to the validity, priority, amount, or allowance of any claim asserted by Sunstates, and all parties in interest expressly reserve all rights, claims, defenses, and objections with respect thereto.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Stipulation.

**IN WITNESS WHEREOF**, the undersigned have made and entered into this Stipulation as of the day and year stated below.

Dated: September 28, 2026

**PORZIO, BROMBERG & NEWMAN, P.C.**

*/s/ Robert M. Schechter*
Robert M. Schechter, Esq.
Brett S. Moore, Esq.
Jenny Zhou, Esq.
1675 Broadway, Suite 1810
New York, NY 10019
bsmoore@pbnlaw.com
rmschechter@pbnlaw.com
jzhou@pbnlaw.com

*Counsel to the Liquidating Trustee*

[1] Capitalized items not otherwise defined herein shall have the meanings given to them in the Plan.

*/s/ Minyao Wang*
Lewis Brisbois Bisgaard & Smith, LLP
Minyao Wang, Esq.
140 Broadway, 31st Floor,
New York, NY 10005
Tel: 646-989-9428
Email: Minyao.Wang@lewisbrisbois.com

*Counsel for Sunstates Security, LLC*