STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 2952
SACRAMENTO CA 95812-2952

DLN2619660215Z

Date:
09/25/2026

## Request for Payment of Administrative Expense

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN
NEW YORK NY 10004-1408

RECEIVED
SEP 28 2026
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

### Why You Received This Request

This is a formal request for payment of administrative expenses.

The debt on this request is for liabilities due under California Revenue and Taxation Code and the Corporations Code of the State of California.

**Entity Information**

*In the Matter of:* E. GLUCK LIMITED
Entity ID: 1262084

Case No.: 25-12683
Petition Date: 12/01/2025
***Total Amount:*** ***$851.24***

**Claim Summary**

| Liability Type | Taxable Year End | Tax | Penalty | Interest | Fees | Total |
|---|---|---|---|---|---|---|
| CORP | 12/31/2026 | $800.00 | $51.24 | $0.00 | $0.00 | $851.24 |

**Total Claim Amount:** **$851.24**

**Liability Type**

CORP Corporation
PTSP Partnership
LLC Limited Liability Company
SOS Secretary of State

All credits on this debt have been applied prior to making this request for payment. Interest compounded daily accrues at the rate established in California Revenue and Taxation Code.

The undersigned, whose business address is listed on this request, is an agent of the Franchise Tax Board (FTB) of the State of California and is authorized to make this request for payment on behalf of FTB.

FTB's records indicate valid tax returns for the following taxable years have not been filed:

12/31/2026

Accordingly, FTB reserves the right to amend this request based upon receipt of such tax returns, any audit or investigation of such tax returns, or any other audit or investigation.

## Additional Information

If the total amount is not paid within 15 days from the date of this request, contact the Bankruptcy Section at 916.845.4750 for the current balance.

**The Bankruptcy Section takes an active role in resolving bankruptcy issues. We can receive delinquent tax returns and encourage correspondence and phone calls. We provide assistance to prevent unnecessary litigation.**

FTB reserves the right to amend this request for payment in accordance with applicable law, including, without limitation, modifying the amounts:

- Based on any audit or investigation conducted by FTB related to any of the taxable years listed on this request, including any filed tax returns.
- Based on additional penalties and/or interest related to taxable years listed on this request.
- Claimed as an administrative expense, secured, priority, and unsecured for the purposes of this bankruptcy case.

Except to the extent stated herein, FTB has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right of setoff against this claim of debts owed to this debtor by FTB or any other state agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## How to Pay

Make the check payable to the Franchise Tax Board and mail to:

Mail:

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 2952
SACRAMENTO CA 95812-2952

/s/: Cathy Saechao
Authorized FTB Representative

## Connect With Us

| | |
|---|---|
| Web: | **ftb.ca.gov** |
| Phone: | 916.845.4750 from 8:00 a.m. to 5:00 p.m. weekdays, except state holidays |
| California Relay Service: | 711 or 800.735.2929 for persons with hearing or speaking limitations |