# E Gluck Corporation - Debtor in Possession

**Statement of Cash Receipts and Disbursements- as of 8/31/26**

| | Aug-26 |
|---|---|
| **Beg Cash Balance** | **$ 2,251,913** |
| | |
| Cash Receipts: | |
| WTH Escrow | 400,000 |
| Tariff Refund | 87,274 |
| **Total Cash Receipts** | **487,274** |
| | |
| Cash Disbursements: | |
| Tax Accountant | 35,000 |
| CBP | 1,895 |
| CRO | 77,388 |
| Bank Charge | 3,945 |
| ADP Fees | 3,619 |
| US Trustee Quarterly Payment - Q2 | 9,105 |
| **Total Cash Disbursements** | **130,951** |
| | |
| **Balance per Statements** | **$ 2,608,236** |
| | |
| Account # | |
| XXX6752 | - |
| XXX3611 | 2,822 |
| XXX6728 | 2,583,478 |
| XXX5231 | 21,937 |
| **Total** | **$ 2,608,236** |

# E Gluck Corporation - Debtor in Possession

**Balance Sheet - as of 8/31/26**

| | as of 8/31/26 |
|---|---|
| **ASSETS** | |
| Cash | 2,608,236 |
| **Total Current Assets** | **2,608,236** |
| | |
| Restricted Marketable Securities net of Security deposits | 40,000 |
| Equity Investments - Hedgehog eCommerce Corporation at Cost | 1,200,000 |
| Note Receivable - BT Supplies West, Inc. | 1,475,000 |
| **Total Other Assets** | **2,715,000** |
| **Total Assets** | **$ 5,323,236** |
| | |
| **LIABILITIES AND EQUITY** | |
| Accounts Payable | 5,643,679 |
| Accrued professional Fees | 576,863 |
| Accrued Expenses | 1,000,000 |
| **Total Current Liabilities** | **7,220,542** |
| | |
| Loan Payable - life insurance trust - net | 100,000 |
| Note Gluck Family Partnership | 620,774 |
| **Total Long-Term Liabilities** | **720,774** |
| | |
| **Total Equity** | **(2,618,080)** |
| | |
| **Total Liabilities & Equity** | **$ 5,323,236** |

**E Gluck Corporation - Debtor in Possession**

**Statement of Operations - August, 2026**

| | **Aug-26** |
|---|---|
| Gross Sales | |
| Dilution | |
| **Net Sales** | - |
| | |
| **Cost of goods sold - reserve release** | |
| **Gross Profit** | - |
| | |
| Professional Fees Accrual | 94,334 |
| Operating Expenses | **61,247** |
| | |
| **Operating Income/(Loss)** | **(155,581)** |
| | |
| **Net Loss** | **$ (155,581)** |