**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| E. GLUCK CORPORATION, | : | |
| | : | Case No. 25-12683 (sab) |
| Debtor. | : | |

**SEVENTH MONTHLY STAFFING AND COMPENSATION REPORT OF SAX ADVISORS, LLC, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED TO THE DEBTOR FROM AUGUST 1, 2026 THROUGH AUGUST 31, 2026**

| | |
|---|---|
| Name of Applicant: | SAX Advisors, LLC ("SAX")[1] |
| Authorized to Provide Professional Services to: | The debtor and debtor-in-possession ("Debtor") |
| Date of Retention: | January 27, 2026 *nunc pro tunc* to December 1, 2025 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2026 through August 31, 2026 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | $**16,600.00** |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$16,600.00** |

SAX, as for its seventh monthly staffing and compensation report (the "Staffing Report") for the period August 1, 2026 through August 31, 2026 (the "Fee Period") filed pursuant to the terms of the CoMetrics retention order (Docket No. 81) and the SAX retention order (Docket No. 125, together, the "Retention Order"), respectfully states as follows: SAX requests (a) allowance of compensation in the amount of $16,600.00 for actual,

[1] SAX Advisors, LLC ("SAX"), together with certain of its affiliates, purchased certain business assets of CoMetrics Partners during the month of March 2026.
{00361715.1 / 1539-002 }

reasonable and necessary professional services rendered to the Debtor by SAX. No actual, reasonable and necessary costs or expenses were incurred by SAX during the Fee Period.

**Services Rendered and Disbursements Incurred**

Attached is a schedule of professionals rendering services to the Debtor during the Fee Period, including each person's billing rate and the blended rate. Further, attached is a schedule of fees expended during the Fee Period by task code, as well as monthly detailed time descriptions for the Fee Period which outline the time spent by each SAX professional.

The scope of services performed by SAX are set forth in the Engagement Letter and including having Mr. Gary Herwitz lead the Chief Restructuring Officer ("CRO") engagement supported by additional personnel. During the Fee Period, Mr. Herwitz and team have provided interim management and advisory assistance to the Debtor consistent with the Scope of Services, which is set forth below:

a) Providing Mr. Herwitz in the role of CRO to the Debtor; requirements of the Court and assisting in such other matters as management or counsel to the Debtor may request from time to time;
b) Managing all aspects of the Transition Services Agreement with Stalking Horse Buyer and WITHit from the APA and MUPA Closings.
c) Developing and monitoring rolling cash flows and weekly variance analysis;
d) Leading, monitoring and tracking the initiatives in accordance with the restructuring goals;
e) Conducting a comprehensive review of the company's financial position, operations, and organizational structure;
f) Supervising the Company's accounting department;

g) Providing on-site accounting and operations support;

h) Continuing to assess certain system processes and procedures;

i) Assisting in the development and execution of a communication plan to ensure transparency and stakeholder engagement throughout the restructuring process and chapter 11 proceedings;

j) Assisting the Company and its other advisors in connection with evaluation, negotiation, and consummation of any sale /investment transaction;

k) Preparing all financial analysis as requested by outside professionals; and

l) Such other matters as may be mutually agreed between the Company and SAX.

**Notice and Objection Procedures**

SAX provides notice of this Fee Statement to: (a) the Bankruptcy Court; (b) Counsel for the Debtor; (c) the U.S. Trustee; and (d) Counsel for the Official Committee of Unsecured Creditors, (collectively, the "Fee Notice Parties").

In accordance with the Retention Order, parties in interest shall have ten (10) days after the Staffing Report is filed with the Court to object. In the event an objection is raised and not consensually resolved, the portion of the Staffing Report objected to shall be subject to review by the Bankruptcy Court. No payments shall be made to SAX until the objection period has passed, and in the event an objection is raised, no payment shall be made to SAX on account of the portion of the Staffing Report objected to until such objection is resolved.

Wherefore, pursuant to the Retention Order, and pending the expiration of the objection deadlines, if no objections to the Staffing Report are received by SAX respectfully requests allowance of $16,600 for its fees for services rendered during the Fee Period.

Date: October 2, 2026

SAX Advisors, LLC

By *<u>/s/ Gary Herwitz</u>*

Gary Herwitz
Managing Partner
1411 Broadway, 8th Floor
New York, NY 10018
212-381-0871