**HEARING DATE: October 28, 2026**
**HEARING TIME: 11:00 a.m. EST**

Minyao Wang, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
140 Broadway, Suite 3100
New York, NY 10005
Tel.: (212) 232-1300
minyao.wang@lewisbrisbois.com

*Counsel for Sunstates Security, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| E. GLUCK CORPORATION, | Case No. 25-12683 (SAB) |
| Debtor. | |

## AMENDED NOTICE OF MOTION[1]

**PLEASE TAKE NOTICE** that upon the filed application of Sunstates Security, LLC, a hearing will be held before the Hon. Shireen A. Barday, United States Bankruptcy Judge, to consider the Motion of Sunstates Security for Payment of Administrative Expense, ECF No. 199:

**Date and time of Hearing: October 28, 2026 at 11:00 a.m.**

**Location: Remote via Zoom**

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted via video conference using Zoom for Government. Parties wishing to appear at the Hearing must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) no later than 4:00 p.m. on the

[1] This Notice has been amended to reflect instructions from the courtroom deputy to the Honorable Shireen A. Barday that the hearing on the Motion will be conducted on Zoom.

business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance.

**PLEASE TAKE FURTHER NOTICE** that any responsive papers to the Motion must be filed with the Court and served on the Sunstates Security, LLC through its counsel at LEWIS BRISBOIS BISGAARD & SMITH LLP, 140 Broadway, Suite 3100 New York, NY 10005 (Attn: Minyao Wang, Esq.), with copies to the Chambers of The Honorable Shireen A. Barday, United States Bankruptcy Judge, in accordance with applicable Chambers Rules, by no later than by 4:00 p.m. (Eastern) seven (7) days prior to the return date set forth above. Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

Dated: October 6, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel to Sunstates Security, LLC*

By: /s/Minyao Wang
Minyao Wang, Esq.
140 Broadway, Suite 3100
New York, NY 10005
Tel.: (212) 232-1300
Minyao.Wang@lewisbrisbois.com