**PORZIO, BROMBERG & NEWMAN, P.C.**
1675 Broadway
Suite 1810
New York, NY 10019
(212) 265-6888
Brett S. Moore, Esq. (bsmoore@pbnlaw.com)
Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)
Jenny Zhou Esq. (*pro hac vice*) (jzhou@pbnlaw.com)

*Counsel to the Liquidating Trustee of E. Gluck Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>E. GLUCK CORPORATION,<br><br>Debtor. | Chapter: 11<br><br>Case No.: 25-12683 (SAB) |

# CERTIFICATE OF NO OBJECTION TO SECOND INTERIM AND FINAL FEE APPLICATIONS OF PORZIO, BROMBERG & NEWMAN, P.C., FORESIGHT RESTRUCTURING, LLC AND HALPERIN BATTAGLIA BENZIJA, LLP

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

Porzio, Bromberg & Newman, P.C., as counsel to the Liquidating Trustee of the E. Gluck Liquidating Trust and former counsel to the Official Committee of Unsecured Creditors ("Committee") in the above-captioned Chapter 11 case (the "Case"), hereby certifies as follows pursuant to Local Bankruptcy Rule 9013-3 of the United States Bankruptcy Court for the Southern District of New York:

1. The following applications were filed in the Case as specified below (the "Applications"):

    a. Second Interim and Final Fee Application of Porzio, Bromberg & Newman, P.C., Counsel to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses for (I) the Second Interim Period from April 1, 2026 through August 28, 2026 and (II) the Final Period from January 14, 2026 through August 28, 2026 filed on September 28, 2026 [Dkt. No. 189];

    b. Second Interim and Final Fee Application of Foresight Restructuring, Financial

Advisor for Compensation for Services Rendered and Reimbursement of Expenses for the (I) Second Interim Period from April 1, 2026 through August 28, 2026, and (II) the Final Period from January 14, 2026 through August 28, 2026 filed on September 28, 2026 [Dkt. No. 190]; and

c. Second Interim and Final Fee Application of Halperin Battaglia Benzija, LLP, as Counsel to the Debtor for Allowance of Compensation for the Period April 1 2026 through August 28, 2026 filed on September 15, 2026 [Dkt. No. 184].

2. As set forth in the *Joint Notice of Hearing on Combined Second & Final Fee Applications* [Dkt. 191], the hearing date for the Applications is October 28, 2026 at 11:00 a.m. (ET), *via Zoom* (the "Hearing"), and the deadline to object to the Applications was October 21, 2026 (the "Objection Deadline").

3. The Objection Deadline has passed, and more than forty-eight (48) hours have elapsed since its expiration. Based on the undersigned counsel's review of the Court's docket conducted no less than forty-eight (48) hours after the expiration of the Objection Deadline, and upon information obtained from the applicants, the undersigned counsel is not aware of any formal or informal objections or other responsive pleadings having been filed with the Court, received by the applicants, or served upon the applicants.

4. This certificate is being filed at least seventy-two (72) hours before the Hearing, in accordance with the Court's procedures. Accordingly, undersigned counsel respectfully requests that the Court enter the proposed orders granting the Applications without the need for a hearing.

Dated: October 23, 2026

Respectfully submitted,
**PORZIO, BROMBERG & NEWMAN, PC**

By: */s/ Robert M. Schechter*
Robert M. Schechter, Esq.
Brett S. Moore, Esq.
Jenny Zhou, Esq.



10560955

1675 Broadway, Suite 1810
New York, NY 10019
Telephone: (212) 265-6888
Facsimile: (212) 957-3983
Email: rmschechter@pbnlaw.com
Email: bsmoore@pbnlaw.com
Email: jzhou@pbnlaw.com

*Counsel to the Liquidating Trustee*