Minyao Wang, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
140 Broadway, Suite 3100
New York, NY 10005
Tel.: (212) 232-1300
minyao.wang@lewisbrisbois.com

*Counsel for Sunstates Security, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| E. GLUCK CORPORATION, | Case No. 25-12683 (SAB) |
| Debtor. | |

**DECLARATION OF ALEXANDER FOWLER IN FURTHER SUPPORT OF SUNSTATES SECURITY, LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE**

I, Alexander Fowler, am over 18 years of age and make this declaration based upon personal knowledge. If called to testify as a witness, I could and would testify competently to the same:

1. I am Director, Legal & Compliance at Sunstates Security, LLC ("Sunstates"). Sunstates has filed a motion to seek administrative expense for the post-petition work it provided to the Debtor in the post-petition period. I submit this declaration in response to *Liquidating Trustee's Objection to Motion of Sunstates Security, LLC for Allowance of Administrative Expense*.

2. The facts set forth herein are based on my personal knowledge and/or my review of Sunstates' books and records made available to me, including the corporate emails of Sunstates.

3. Based on discussions with Sunstates' Quality Assurance Department, and consistent with its regular business practices, it is my belief that Sunstates, through a reporting software called Lighthouse, sent daily automated emails to Bill Klein, E. Gluck's Director of

Security, to confirm the services rendered that day. This practice continued during the post-petition period. Attached hereto as **Exhibit A** is an image that demonstrates that Klein was set up for daily emails from Lighthouse, the reporting software, after the Petition Date, with respect to services rendered by Sunstates to the Debtor**.**

4. Attached hereto as **Exhibit B** is a true and correct copy of emails communications dated March 30, 2026, between Mr. Klein and John Rafferty, the founder of Watch Guard 24/7, LLC, (Rafferty is now employed by Sunstates), concerning the termination of service requested by Mr. Klein earlier that day.

5. Attached hereto as **Exhibit C** is a true and correct copy of an email dated February 12, 2026 sent by Mr. Rafferty to Mr. Klein. Based on my review of the corporate email records made available to me, I found no record of Mr. Klein responding to Mr. Rafferty's February 12, 2026 email.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2026

______________________
Alexander Fowler