# EXHIBIT A

# Users » Bill Klein

| | |
|---|---|
| User Id | 6734e06d59e9c98e2f5c3514 |
| Reference<br>optional | |
| First Name | Bill |
| Last Name | Klein |
| Username | bklein@egluck.com |
| Email | Bklein@egluck.com |
| Mobile<br>optional | (212) 679-6455 |

Fri, 2nd Jan 2026

# Daily Activity Report

E-Gluck

60-15 Little Neck Parkway, Little Neck New York 11362

Jan 02 6:00am - Jan 03 6:00am (EST)

| SCANS | ISSUES | TASKS | AUDITS |
|---|---|---|---|
| 7 | 0 | 0 | 0 |

## Activity Summary

| Activity | Location | User | Timestamp (EST) |
|---|---|---|---|
| Location Scan | E- Gluck Guard Booth | E Gluck | Fri 02 6:06 pm |
| Location Scan | Main entrance | E Gluck | Fri 02 6:07 pm |
| Location Scan | Warehouse door | E Gluck | Fri 02 6:09 pm |
| Location Scan | Westside of the property | E Gluck | Fri 02 6:10 pm |
| Location Scan | E- Gluck Guard Booth | E Gluck | Fri 02 8:00 pm |
| Location Scan | E- Gluck Guard Booth | E Gluck | Fri 02 10:04 pm |
| Location Scan | Main entrance | E Gluck | Fri 02 10:06 pm |

W 24/7 G

Wed, 3rd Dec 2025

# Daily Activity Report

E-Gluck

60-15 Little Neck Parkway, Little Neck New York 11362

Dec 03 6:00am - Dec 04 6:00am (EST)

| SCANS | ISSUES | TASKS | AUDITS |
|---|---|---|---|
| 13 | 0 | 0 | 0 |

## Activity Summary

| Activity | Location | User | Timestamp (EST) |
|---|---|---|---|
| Location Scan | E- Gluck Guard Booth | Joseph Swalef | Wed 03 12:46 pm |
| Location Scan | Main entrance | E Gluck | Thu 04 12:27 am |
| Location Scan | Warehouse door | E Gluck | Thu 04 12:28 am |
| Location Scan | Westside of the property | E Gluck | Thu 04 12:29 am |
| Location Scan | E- Gluck Guard Booth | E Gluck | Thu 04 12:31 am |
| Location Scan | Main entrance | E Gluck | Thu 04 2:37 am |
| Location Scan | Warehouse door | E Gluck | Thu 04 2:38 am |
| Location Scan | Westside of the property | E Gluck | Thu 04 2:39 am |
| Location Scan | E- Gluck Guard Booth | E Gluck | Thu 04 2:40 am |
| Location Scan | Main entrance | E Gluck | Thu 04 4:06 am |
| Location Scan | Warehouse door | E Gluck | Thu 04 4:07 am |
| Location Scan | Westside of the property | E Gluck | Thu 04 4:08 am |
| Location Scan | E- Gluck Guard Booth | E Gluck | Thu 04 4:10 am |

Tue, 3rd Feb 2026

# Daily Activity Report

E-Gluck

60-15 Little Neck Parkway, Little Neck New York 11362

Feb 03 6:00am - Feb 04 6:00am (EST)

| SCANS | ISSUES | TASKS | AUDITS |
|---|---|---|---|
| 7 | 0 | 0 | 0 |

## Activity Summary

| Activity | Location | User | Timestamp (EST) |
|---|---|---|---|
| Location Scan | E- Gluck Guard Booth | Irvin Morales | Tue 03 1:35 pm |
| Location Scan | Main entrance | E Gluck | Wed 04 12:43 am |
| Location Scan | E- Gluck Guard Booth | E Gluck | Wed 04 12:44 am |
| Location Scan | E- Gluck Guard Booth | E Gluck | Wed 04 2:18 am |
| Location Scan | Main entrance | E Gluck | Wed 04 2:20 am |
| Location Scan | Main entrance | E Gluck | Wed 04 4:19 am |
| Location Scan | E- Gluck Guard Booth | E Gluck | Wed 04 4:20 am |

Tue, 3rd Mar 2026

# Daily Activity Report

E-Gluck

60-15 Little Neck Parkway, Little Neck New York 11362

Mar 03 6:00am - Mar 04 6:00am (EST)

| SCANS | ISSUES | TASKS | AUDITS |
|---|---|---|---|
| 9 | 0 | 0 | 0 |

## Activity Summary

| Activity | Location | User | Timestamp (EST) |
|---|---|---|---|
| Location Scan | E- Gluck Guard Booth | Ryan Parris | Tue 03 6:30 am |
| Location Scan | E- Gluck Guard Booth | Joseph Swalef | Tue 03 2:03 pm |
| Location Scan | E- Gluck Guard Booth | Alex Balin | Tue 03 2:21 pm |
| Location Scan | Main entrance | E Gluck | Wed 04 12:23 am |
| Location Scan | E- Gluck Guard Booth | E Gluck | Wed 04 12:24 am |
| Location Scan | Main entrance | E Gluck | Wed 04 2:42 am |
| Location Scan | E- Gluck Guard Booth | E Gluck | Wed 04 2:43 am |
| Location Scan | Main entrance | E Gluck | Wed 04 4:26 am |
| Location Scan | E- Gluck Guard Booth | E Gluck | Wed 04 4:27 am |