# EXHIBIT B

**Wang, Minyao**

---

**From:** John Rafferty <jrafferty@sunstatessecurity.com>
**Sent:** Friday, March 20, 2026 1:36 PM
**To:** Bill Klein
**Subject:** Re: E Gluck Corp Close of Business

Bill,

Understood.

Don’t hesitate to reach out. You have my cell and it’s listed below.

Have a good weekend.

**John Rafferty**
**Sunstates Security, LLC | Founder, New York City**
34-07 37th Avenue | Long Island City, NY 11101
64-57 Woodhaven Blvd. | Rego Park, NY 11374
O 718-366-7018 Ext. 102 | D 718-366-7054| M 917-620-0588
JRafferty@SunstatesSecurity.com
www.SunstatesSecurity.com

On Mar 20, 2026, at 1:32 PM, Klein, Bill <bklein@egluck.com> wrote:

***EXTERNAL MESSAGE: Proceed with caution when opening links/attachments.***

John

Thank you , it was always a pleasure , sorry that things had to end.

Bill Klein
Director of Security

E. Gluck Corporation
60-15 Little Neck Parkway
Little Neck, NY 11362

Bklein@egluck.com
Office 718-784-0700x1103
Cell 631-742-2194

https://protect.checkpoint.com/v2/r01/___www.egluck.com___.YzJ1Omxld2lzYnJpc2JvaXM6YzpvOmI1NTFmYjFlNjk0NzQyNGYzYzI4Y2YwYTdjNjc1YTE5Ojc6NzU5OTplZmJmNGE1NTI0ZWZmMmRkNWNiZWE4ZjJhMzU3ZTFmODhjMDEzNjA0YjQ1ZGEwZWI3NmE0ZDY0NTczMWZiZDIxOnQ6VDpO

On Mar 20, 2026, at 12:35, John Rafferty <jrafferty@sunstatessecurity.com> wrote:

**External email, Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Bill,

Thank you for everything through the tears. You have been an absolute gentleman to work with. Please let me know if I can ever be of assistance.

**John Rafferty**
**Sunstates Security, LLC | Founder, New York City**
34-07 37th Avenue | Long Island City, NY 11101
64-57 Woodhaven Blvd. | Rego Park, NY 11374
O 718-366-7018 Ext. 102 | D 718-366-7054 | M 917-620-0588
JRafferty@SunstatesSecurity.com
https://link.edgepilot.com/s/447a9d5b/fmZWBH_z10i3knAa-VnOWg?u=http://www.sunstatessecurity.com/
<Outlook-uvp5s1n2.png>

---

**From:** Klein, Bill <bklein@egluck.com>
**Sent:** Friday, March 20, 2026 12:12 PM
**To:** Cree Southerland <csoutherland@sunstatessecurity.com>
**Cc:** Cree Southerland <csoutherland@watchguard247.com>; John Rafferty <jrafferty@watchguard247.com>; Vincent Pisano <vpisano@watchguard247.com>; Jennifer Walter <jwalter@sunstatessecurity.com>; Joseph Nicolosi <jnicolosi@sunstatessecurity.com>
**Subject:** Re: E Gluck Corp Close of Business

***EXTERNAL MESSAGE: Proceed with caution when opening links/attachments.***

Cree

To make the transition easier end it at 11 pm.

Thanks

Bill Klein
Director of Security

E. Gluck Corporation
6015 Little Neck Parkway
Little Neck, NY 11362
bklein@egluck.com
Office: 718-784-0700x1103
Cell: 631-742-2194

https://link.edgepilot.com/s/95bf967b/Cid6WkCh4UmW2qN-KBppVg?u=http://www.egluck.com/

On Mar 20, 2026, at 10:58, Cree Southerland <csoutherland@sunstatessecurity.com> wrote:

**External email, Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Also what will be the last shift as of today, the 7am-3pm shift, 3pm-11pm.

Cree Southerland
Sunstates Security, LLC
Operations Manager
NYC Division
34-07 37th Avenue, Long Island City NY 11101
Cell:718-915-2052
Office:718-366-7018: Ext-206
csoutherland@sunstatessecurity.com
https://link.edgepilot.com/s/e677abc6/tDtbi2fdrEKfTC3Ww5Zs0g?u=http://www.sunstatessecurity.com/

<Outlook-ppkfdzzw.png>

---

**From:** Klein, Bill <bklein@egluck.com>
**Sent:** Friday, March 20, 2026 10:47 AM
**To:** Cree Southerland <csoutherland@watchguard247.com>
**Cc:** John Rafferty <jrafferty@watchguard247.com>; Vincent Pisano <vpisano@watchguard247.com>
**Subject:** E Gluck Corp Close of Business

You don't often get email from bklein@egluck.com. Learn why this is important

***EXTERNAL MESSAGE: Proceed with caution when opening links/attachments.***

Good morning,

As per our attorneys E Gluck Corporation is closing business as of today, Friday, 03/20/26. The guards will no longer be needed.

Thank you for all your help over the years!

Bill Klein
Director of Security

E. Gluck Corporation
6015 Little Neck Parkway
Little Neck, NY 11362
bklein@egluck.com
Office: 718-784-0700x1103
Cell: 631-742-2194
<image001.jpg>
https://link.edgepilot.com/s/57c11397/z5PYpJVIWUGJRWr7v5dCUQ?u=http://www.egluck.com/

<Outlook-uvp5s1n2.png>