# EXHIBIT C

Outlook

## Urgent/EGluck

**From** John Rafferty <jrafferty@sunstatessecurity.com>

**To** Gordon Sebree <gsebree@sunstatessecurity.com>; Vincent Pisano <vpisano@sunstatessecurity.com>; bklein@egluck.com <bklein@egluck.com>

**Cc** Norma Tramonte <ntramonte@sunstatessecurity.com>; Roberta Scoblick <rscoblick@sunstatessecurity.com>; David Kleiman <dkleiman@sunstatessecurity.com>

Bill,

As per our conversation, I know you had mentioned you are looking to terminate services as soon as possible in relation to the bankruptcy.

Can you please advise exactly what you are looking to do moving forward and we will loop in the proper people on our team in regard.

I have added Vinny and Gordon on this email from Operations. Please advise them exactly what you are looking to do and when you are looking to stop services.

**John Rafferty**
**Sunstates Security, LLC | CEO - WATCH GUARD 24/7, A Sunstates Security Company**
34-07 37 th Avenue | Long Island City, NY 11101
64-57 Woodhaven Blvd. | Rego Park, NY 11374
O 718-366-7018 Ext. 102 | D 718-366-7054 | M 917-620-0588
JRafferty@SunstatesSecurity.com
www.SunstatesSecurity.com

SUNSTATES SECURITY

Inc. 5000 | Training MVP Awards 2026 WINNER | ESGR Employer Support of the Guard and Reserve | Forbes America's Dream Employers 2026