**Adjourned Hearing Date: December 2, 2026 at 11:00 a.m. (ET)**

**PORZIO, BROMBERG & NEWMAN, P.C.**
1675 Broadway
Suite 1810
New York, NY 10019
(646) 348-6723
Brett S. Moore, Esq. (bsmoore@pbnlaw.com)
Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)
Jenny Zhou, Esq. (admitted *pro hac vice*) (jzhou@pbnlaw.com)

*Counsel to the Liquidating Trustee of the E. Gluck Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>E. GLUCK CORPORATION,<br><br>Debtor. | Chapter: 11<br><br>Case No.: 25-12683 (SAB) |

**JOINT NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION OF SUNSTATES SECURITY LLC, FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE [ECF NO. 199], AND AMEX TRS CO., INC'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM [ECF NO. 188]**

**PLEASE TAKE NOTICE** that that the hearing with respect to (i) the Motion of Sunstates Security LLC for Allowance of Administrative Expense [ECF No. 199] (the "Sunstates Motion"), and (ii) AMEX TRS Co., Inc.'s Motion for Allowance of Administrative Claim [ECF No. 188] (the "AMEX Motion" and, together with the Sunstates Motion, the "Motions"), has been adjourned, by agreement of the undersigned parties, from October 28, 2026 at 11:00 a.m. (ET) to **December 2, 2026 at 11:00 a.m. (ET)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Shireen A. Barday remotely via Zoom.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted via video conference using Zoom for Government. Parties wishing to appear at the Hearing must make

an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) no later than 4:00 p.m. on the business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance.

Dated: October 27, 2026

**PORZIO, BROMBERG & NEWMAN, P.C.**

*By: /s/ Robert M. Schechter*
Robert M. Schechter, Esq.
Brett S. Moore, Esq.
Jenny Zhou, Esq.
1675 Broadway, Suite 1810
New York, NY 10019
bsmoore@pbnlaw.com
rmschechter@pbnlaw.com
jzhou@pbnlaw.com

*Counsel to the Liquidating Trustee*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Minyao Wang*

Minyao Wang, Esq.
140 Broadway, Suite 3100
New York, NY 10005
Tel.: (212) 232-1300
Minyao.Wang@lewisbrisbois.com
*Counsel to Sunstates Security, LLC*

**PAUL J. HOOTEN & ASSOCIATES**
By:*/s/ Paul Hooten*
Paul J. Hooten, PJH9510
PAUL J. HOOTEN & ASSOCIATES
22 Lawrence Avenue, Suite 216
Smithtown, NY 11787
(631) 331-0547
pjhooten@mindspring.com
*Attorneys for AMEX TRS Co., Inc.*